### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### CASE NO: 25-cv-20757-JB

JANE DOE,

      Plaintiff,

v.

STEVEN BONNELL II,

      Defendant,

_____/

### **<u>PROTECTIVE ORDER</u>**

**THIS CAUSE** came before the Court on Plaintiff's Motion for Permission to Proceed Under a Pseudonym and for a Protective Order (the "Motion").  ECF No. [5]. Upon due consideration of the Motion, the relevant portions of the record, and for good cause shown, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

    1. All documents filed with the Court that contain the name of Plaintiff or information that identifies Plaintiff or her family members, directly or indirectly, shall be filed under seal.  In all publicly filed documents, Plaintiff shall be identified only by her pseudonym.

    2. If requested to do so, Plaintiff's counsel shall disclose the true name of Plaintiff to counsel for Defendant.

    3. Counsel for Defendant may disclose the identity of Plaintiff to Defendant, employees of Defendant, and experts retained in this case, but only to the minimum extent necessary to litigate this action.

4. Individuals to whom disclosure of Plaintiff's identity is made shall not further disclose that information to any other person without first obtaining confirmation from Defendant's counsel that such disclosure is necessary to litigate this action.

5. Any person to whom disclosure is made because of this litigation shall first read this protective order prior to having access to the identity of Plaintiff. Counsel for Defendant shall ensure that all persons to whom disclosure is made pursuant to paragraphs 3 and 4 are aware of this protective order.

6. Under no circumstances shall any person disclose Plaintiff's name to the media without the consent of Plaintiff's counsel.

7. If any specific issues related to non-disclosure of Plaintiff's identity arise during the course of litigation, the parties shall seek to resolve those issues without court intervention. If the parties cannot agree, they shall seek further clarification from this Court.

**DONE AND ORDERED** in Miami, Florida, this 20th day of February, 2025.

_____

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**