UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

JANE DOE,  
  Plaintiff,

v.

STEVEN BONNELL II,

  Defendant.

CASE NO: CASE NO: 1:25-cv-20757 JB

_____/

**CERTIFICATION OF JOAN SCHLUMP PETERS**

Joan Schlump Peters, Esq., pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the federal bar of the United Stated District Court for the District of Puerto Rico and of the State of New York; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

Dated February 27, 2025.

*/s/ Joan Schlump Peters*

_____
JOAN SCHLUMP PETERS, ESQ.
Bar ID No. 207409
petersjoan@bellsouth.net
JSP Law, LLC.
4819 W. Blvd. Ct.
Naples, Fl. 34103