UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

JANE DOE,                                                         CASE NO: 1:25-cv-20757 JB

    Plaintiff,

v.

STEVEN K. BONNELL II,

    Defendant.
_____/

**ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Joan Schlump Peters, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED.  Joan Schlump Peters, may appear and participate in this action on behalf of Plaintiff.  The Clerk shall provide electronic notification of all electronic filings to Joan Schlump Peters, at petersjoan@bellsouth.net.

DONE AND ORDERED in Miami, Florida, this \_\_\_\_\_ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE

cc:     All counsel & parties of record