UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

**Case No.: 1:25-cv-20757-JB**

JANE DOE,

    Plaintiff,

v.

STEVEN K. BONNELL II,

    Defendant.

_____/

**<u>NOTICE OF APPEARANCE OF ROBERT L. RASKOPF, ESQ.</u>**

PLEASE TAKE NOTICE that the undersigned counsel, Robert L. Raskopf, Esq., of the law firm of Bilzin Sumberg Baena Price & Axelrod, LLC, hereby enters his appearance as counsel of record on behalf of Defendant Steven K. Bonnell II, in the above styled case. The undersigned respectfully requests that the Clerk place counsel listed below on the service list to receive copies of all further notices, pleadings, and other papers in this case to be served on him at: rraskopf@bilzin.com, asolis@bilzin.com and eservice@bilzin.com.

| | |
|---|---|
| Dated: March 3, 2025 | Respectfully submitted, |
| | **BILZIN SUMBERG BAENA PRICE & AXELROD LLP**<br>1450 Brickell Avenue, Suite 2300<br>Miami, Florida 33131<br>Tel.: (305) 374-7580<br>Fax: (305) 374-7593 |
| | By: /s/ Robert L. Raskopf<br>Robert L. Raskopf, Esq.<br>Florida Bar No.: 1040022<br>rraskopf@bilzin.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 3, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's EM/ECF system.

By: /s/ Robert L. Raskopf
Attorney