# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

**Case No.: 1:25-cv-20757-JB**

JANE DOE,

    Plaintiff,

v.

STEVEN K. BONNELL II,

    Defendant.

_____/

## NOTICE OF APPEARANCE OF PATRICIA M. PATINO, ESQ.

PLEASE TAKE NOTICE that the undersigned counsel, Patricia M. Patino, Esq., of the law firm of Bilzin Sumberg Baena Price & Axelrod, LLC, hereby enters her appearance as counsel of record on behalf of Defendant Steven K. Bonnell II, in the above styled case. The undersigned respectfully requests that the Clerk place counsel listed below on the service list to receive copies of all further notices, pleadings, and other papers in this case to be served on her at: ppatino@bilzin.com, jbermudez@bilzin.com and eservice@bilzin.com.

Dated: March 3, 2025

Respectfully submitted,

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131
Tel.: (305) 374-7580
Fax: (305) 374-7593

By: /s/ Patricia M. Patino
Patricia M. Patino, Esq.
Florida Bar No.: 1007702
ppatino@bilzin.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 3, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's EM/ECF system.

By:  /s/ Patricia M. Patino
     Attorney