UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

Case No.: 1:25-cv-20757-JB

JANE DOE,

    Plaintiff,

v.

STEVEN K. BONNELL II,

    Defendant.

_____/

**CERTIFICATION OF ANDREW B. BRETTLER, ESQ.**

Andrew B. Brettler, Esq., pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the state bars of California, New York, and New Jersey and the following federal courts: U.S. Supreme Court, U.S. Courts of Appeals for the Ninth Circuit, Second Circuit, First Circuit, the U.S. District Courts for the Central District of California, Southern District of California, Northern District of California, Eastern District of California, Southern District of New York, Eastern District of New York, Western District of New, Northern District of New York, and the District of New Jersey; and (3) I have not filed more than three *pro hac vice* motions in different cases in this District within the last 365 days.

By: /s/ Andrew B. Brettler
    

Andrew B. Brettler
California Bar No.: 262928
**BERK BRETTLER LLP**
9119 W. Sunset Blvd.
West Hollywood, CA 90069-3106
Telephone: (310) 278-2111
abrettler@berkbrettler.com

*Counsel for Steven K. Bonnell II*