UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

**Case No.: 1:25-cv-20757-JB**

JANE DOE,

    Plaintiff,

v.

STEVEN K. BONNELL II,

    Defendant.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Jake A. Camara of the law firm of Berk Brettler LLP, 9119 W. Sunset Blvd., West Hollywood, California 90069-3106, (310) 278-2111, for purposes of appearance as co-counsel on behalf of Defendant Steven K. Bonnell II in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Jake A. Camara to receive electronic filings in this case, and in support thereof states as follows:

    1.    Jake Anthony Camara is not admitted to practice in the Southern District of Florida and is a member in good standing of the California State Bar, the U.S. Courts of Appeal for the First and Ninth Circuits and the U.S. District Court for the Central District of California.

    2.    Movant, Robert L. Raskopf, Esq., of the law firm of Bilzin Sumberg Baena Price & Axelrod LLP, 1450 Brickell Avenue, 23rd Floor, Miami, Florida 33131, (305) 374-7580, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be

filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

      3.      In accordance with the local rules of this Court, Jake Anthony Camara has made payment of this Court's $250.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

      4.      Jake A. Camara, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Jake A. Camara at email address: jcamara@berkbrettler.com.

WHEREFORE, Robert L. Raskopf moves this Court to enter an Order granting Jake Anthony Camara *pro hac vice* admission to appear before this Court on behalf of Steven K. Bonnell II, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Jake A. Camara at jcamara@berkbrettler.com.

Date: March 3, 2025

Respectfully submitted,

By: /s/ *Robert L. Raskopf*

Robert L. Raskopf, Esq.
Florida Bar No.: 1040022
Patricia M. Patino, Esq.
Florida Bar No.: 1007702
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Avenue, 23rd Floor
Miami, Florida 33131-3456
Telephone: (305) 374-7580
rraskopf@bilzin.com
ppatino@bilzin.com
asolis@bilzin.com
jbermudez@bilzin.com
eservice@bilzin.com

*Counsel for Steven K. Bonnell II*