UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

Case No.: 1:25-cv-20757-JB

JANE DOE,

    Plaintiff,

v.

STEVEN K. BONNELL II,

    Defendant.

_____/

**CERTIFICATION OF JAKE A. CAMARA, ESQ.**

Jake A. Camara, Esq., pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of California State Bar, the U.S. Courts of Appeal for the First and Ninth Circuits and the U.S. District Court for the Central District of California; and (3) I have not filed more than three *pro hac vice* motions in different cases in this District within the last 365 days.

    *By: /s/ Jake A. Camara*

Jake A. Camara
California Bar No.: 305780
**BERK BRETTLER LLP**
9119 W. Sunset Blvd.
West Hollywood, CA 90069-3106
Telephone: (310) 278-2111
jcamara@berkbrettler.com

*Counsel for Steven K. Bonnell II*