**RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 1:25-CV-20757-JB

Plaintiff:
**JANE DOE**

vs.

Defendant:
**STEVEN K. BONNELL II**

For:
CARLOS A. GARCIA PEREZ, ESQ
SANCHEZ-MEDINA, GONZALEZ, QUESADA, LAGE, GOMEZ & MACHADO LLLP
201 Alhambra Circle
Suite 1205
Coral Gables, FL 33134

Received by Caplan, Caplan & Caplan Process Servers on the 21st day of February, 2025 at 2:26 pm to be served on **MR. STEVEN K. BONNELL II, 1504 BAY ROAD, APT. 2012, MIAMI BEACH, FL 33139**

I, HENRY PINTO, do hereby affirm that on the **24th day of February, 2025** at **5:38 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM AND FOR PROTECTIVE ORDER, EXHIBIT 1 - PROPOSED PROTECTIVE ORDER, PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION TO PROCEED UNDER PSEUDONYM AND FOR PROTECTIVE ORDER AND COMPLAINT** with date, hour and initials of process server endorsed thereon by me, to: **MR. STEVEN K. BONNELL II** at the address of: **1504 BAY ROAD, APT. 2012, MIAMI BEACH, FL 33139** and informed said person of the contents therein, in compliance with Rule 4,FED.R.CIV.P

I certify that I am over the age of 18, have no interest in the above action, Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process Server in good standing in the judicial circuit in which the process was served in the county in which this defendant/witness was served. Pursuant to FS 92.525(2) and 28 USC Section 1746, no notary is required.

**HENRY PINTO**
2351

**Caplan, Caplan & Caplan Process Servers
351 SW 136th Avenue
Suite 207
Davie, FL 33325
(305) 374-3426**

Our Job Serial Number: CPN-2025006518
Service Fee: _____

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a