UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)
Case No.: 1:25-cv-20757-JB

JANE DOE,

    Plaintiff,

v.

STEVEN K. BONNELL II,

    Defendant.

_____/

### DEFENDANT BONNELL'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Pursuant to this Court's *Paperless Order Regarding Procedures* (ECF No. 4), Defendant Steven K. Bonnell II states as follows:

1. Mr. Bonnell is an individual person and, accordingly, is not a nongovernmental corporate party.

2. Mr. Bonnell is aware of only himself as having an interest in the case.

3. Mr. Bonnell is unaware of any actual or potential conflict of interest involving the Court. Should Mr. Bonnell become aware of any such conflict of interest, he will notify the Court in writing.

Date: March 31, 2025

Respectfully submitted,

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131
Tel.: (305) 374-7580
Fax: (305) 374-7593

By: */s/ Robert L. Raskopf*
Robert L. Raskopf, Esq.
Florida Bar No.: 1040022
rraskopf@bilzin.com
Patricia M. Patino, Esq.

Florida Bar No.: 1007702
ppatino@bilzin.com

and

**BERK BRETTLER LLP**
9119 West Sunset Blvd.
West Hollywood, CA 90069-3106
Tel: (310) 278-2111

By: */s/ Andrew B. Brettler*
Andrew Brad Brettler, Esq.
California Bar No.: 262928
abrettler@berkbrettler.com
Jake A. Camara, Esq.
California Bar No.: 305780
jcamara@berkbrettler.com
(admitted *pro hac vice*)

*Counsel for Defendant Steven K. Bonnell II*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 31, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's EM/ECF system.

By:   */s/ Robert L. Raskopf*
           Attorney