UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

JANE DOE,   CASE NO: 1:25-cv-20757-JB

    Plaintiff,

v.

STEVEN K. BONNELL II,

    Defendant.

_____/

## UNSWORN STATEMENT UNDER PENALTY OF PERJURY OF HANNAH DANIELS BROOKE PURSUANT TO 28 U.S.C. § 1746

I, Hannah Daniels Brooke, declare as follows:

1. I am over 18 years of age, and competent to provide testimony under oath.

2. I have personal knowledge of the matters herein and, if called to testify at the trial of this matter, I could competently testify as to the facts contained in this affidavit.

3. In or about August 2023, I started watching Steven Bonnell, II's (aka "Destiny") live streams and youtube videos and engaged as a fan.

4. In or about April 2024, I started exchanging direct messages with Destiny on the Discord platform. Our messages included some private sexual content.

5. In or about November 2024, I became aware that a sexually explicit video ("Video") that included Destiny and another streamer, Pxie (the Plaintiff in this action), had been published on the internet.

6. On January 8, 2025, I reached out to Destiny via direct messages on Discord, and asked how he was doing amidst all of the controversy and uproar regarding his non-consensual sharing of the Video.

JANE DOE v STEVEN BONNELL
CASE NO: CASE NO: 1:25-cv-20757 JB
Page 2

7. On January 9, 2025, at 1:36 pm, Destiny offered to send me the Video: "ooooof I mean I guess now that some shit has leaked lmao, if you want videos of me eating I've got 'em."

8. I responded at 1:55 pm, "Hahahaha nooo don't show me that…those are super private and I can't even imagine how it feels to have something so private be so public even IF you are poly and very sexual in general."

9. About two weeks later, I took screen shots of the above chat thread with Destiny, and of some other messages between us as well.

10. Shortly thereafter, another streamer with the screen name JSTLK on Discord published in his community chat threads between Destiny and other people, including my chat thread with Destiny containing the above quoted messages.

11. Sometime in early February 2025, I realized that Destiny deleted all of his messages to me in our chat thread on Discord.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge and understanding, the foregoing is true and correct.

Executed in Cartersville, Georgia, this 1st day of April, 2025.

*[signature]*
Hannah Daniels Brooke