UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

JANE DOE,                                          CASE NO: 1:25-cv-20757-JB/Torres

     Plaintiff,

v.                                                        **NOTICE OF STRIKING DE 30**

STEVEN BONNELL II,

     Defendant.
_____/

PLEASE TAKE NOTICE that in accordance with the Clerk's Notice to Filer DE 33, the Plaintiff hereby files this Notice of Striking DE 30.

DATED April 7, 2025.

                                                **SANCHEZ-MEDINA GONZALEZ QUESADA**
                                                **LAGE GOMEZ & MACHADO, LLP**
                                                CARLOS A. GARCIA PEREZ
                                                Florida Bar No. 106895
                                                201 Alhambra Circle, Suite 1205
                                                Coral Gables, Florida, 33134
                                                Tel.: (305) 377-1000
                                                Primary E-Mail: cgarciaperez@smgqlaw.com
                                                Secondary E-Mail: angie@smgqlaw.com

                                                JSP LAW, LLC
                                                Joan Schlump Peters (admitted *pro hac vice*)
                                                4819 W. Blvd. Ct.
                                                Naples, Florida 34103
                                                Tel.: 305-299-4759
                                                Email: petersjoan@bellsouth.net
                                                Counsel for Plaintiff JANE DOE


                                                */s/ Carlos A. Garcia Perez*
                            By:_____
                                                CARLOS A. GARCIA PEREZ
                                                Attorney for Plaintiff

DOE v BONNELL
Case No, CASE NO: 1:25-cv-20757 JB
Page 2

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was emailed on April 7, 2025, to the below counsel of record.

                                          */s/ Carlos A. Garcia Perez*
                           By:_____
                                    CARLOS A. GARCIA PEREZ
                                    Attorney for Plaintiff

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131
Tel.: (305) 374-7580
Fax: (305) 374-7593
Robert L. Raskopf, Esq. Florida Bar No.: 1040022 rraskopf@bilzin.com
Patricia M. Patino, Esq. Florida Bar No.: 1007702 ppatino@bilzin.com
Counsel for Defendant STEVEN K. BONNELL II


BERK BRETTLER LLP
9119 West Sunset Blvd.
West Hollywood, CA 90069-3106
Tel: (310) 278-2111
Andrew B. Brettler, Esq. California Bar No.: 262928 abrettler@berkbrettler.com
Jake A. Camara, Esq. California Bar No.: 305780 jcamara@berkbrettler.com
Counsel for Defendant STEVEN K. BONNELL II