UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JANE DOE,                                                        CASE NO: 1:25-cv-20757-JB/Torres

    Plaintiff,

v.

STEVEN BONNELL II,

    Defendant.
_____/

### PLAINTIFF'S, JANE DOE, CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Pursuant to this Court's Paperless Order Regarding Procedures (D.E. 4), the Plaintiff, JANE DOE, states as follows:

1. Jane Doe is an individual person and, accordingly, is not a nongovernmental corporate party.

2. Jane Doe is aware of only herself as having an interest in the case.

3. Mr. Bonnell is unaware of any actual or potential conflict of interest involving the Court. Should Miss. Doe become aware of any such conflict of interest, she will notify the Court

DATED April 7, 2025.

**SANCHEZ-MEDINA GONZALEZ QUESADA LAGE GOMEZ & MACHADO, LLP**
CARLOS A. GARCIA PEREZ
Florida Bar No. 106895
201 Alhambra Circle, Suite 1205
Coral Gables, Florida, 33134
Tel.: (305) 377-1000
Primary E-Mail: cgarciaperez@smgqlaw.com
Secondary E-Mail: angie@smgqlaw.com

DOE v BONNELL
Case No,  CASE NO: 1:25-cv-20757 JB
Page 2

JSP LAW, LLC
Joan Schlump Peters (admitted *pro hac vice*)
4819 W. Blvd. Ct.
Naples, Florida 34103
Tel.: 305-299-4759
Email: petersjoan@bellsouth.net

Counsel for Plaintiff, JANE DOE


        */s/ Carlos A. Garcia Perez*
By:_____
        CARLOS A. GARCIA PEREZ
        Attorney for Plaintiff

DOE v BONNELL
Case No, CASE NO: 1:25-cv-20757 JB
Page 3

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system and copies were electronically sent to all counsel of records via the same.

                          /s/ Carlos A. Garcia Perez
By:_____
                          CARLOS A. GARCIA PEREZ
                          Attorney for Plaintiff

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131
Tel.: (305) 374-7580
Fax: (305) 374-7593
Robert L. Raskopf, Esq. Florida Bar No.: 1040022 rraskopf@bilzin.com
Patricia M. Patino, Esq. Florida Bar No.: 1007702 ppatino@bilzin.com
Counsel for Defendant STEVEN K. BONNELL II

BERK BRETTLER LLP
9119 West Sunset Blvd.
West Hollywood, CA 90069-3106
Tel: (310) 278-2111
Andrew B. Brettler, Esq. California Bar No.: 262928 abrettler@berkbrettler.com
Jake A. Camara, Esq. California Bar No.: 305780 jcamara@berkbrettler.com
Counsel for Defendant STEVEN K. BONNELL II