**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:25-cv-20757-JB**

JANE DOE,

    Plaintiff,

v.

STEVEN K. BONNELL II,

    Defendant.

_____/

**[PROPOSED] ORDER GRANTING BONNELL'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

This matter is before the Court on Defendant Steven Bonnell's *Unopposed* Motion for Extension of Time to file his response in opposition to Plaintiff's Jane Doe's Motion for Preliminary Injunction [ECF No. 21]. The Court has considered the facts and arguments in support of the Motion for Extension and the lack of any opposition, and has determined that the Motion should be granted.

Therefore, it is hereby ORDERED that the Motion is GRANTED, and the deadline for Bonnell to file his response in opposition to the Motion for Preliminary Injunction is extended through and including April 25, 2025.

SO ORDERED by the Court this _____ day of April, 2025.

 

                                                                         _____
                                                                         Judge Edwin G. Torres
                                                                         United States Magistrate Judge