UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

JANE DOE,                                                          CASE NO.: 1:25-cv-20757-JB

      Plaintiff,

v.

STEVEN K. BONNELL, II,

      Defendant

_____/

**NOTICE OF APPEARANCE**
**AS CO-COUNSEL FOR JANE DOE**

PLEASE TAKE NOTICE that GUSTAVO D. LAGE, Esq., of SANCHEZ-MEDINA, GONZALEZ, QUESADA, LAGE, GOMEZ, & MACHADO LLP, enter his appearance as co-counsel on behalf of Plaintiff, JANE DOE ("Plaintiff"). All parties are requested to take notice of appearance of this counsel and to serve all copies of any and all motions, orders, pleadings, notices, papers, reports, and/or documents of any kind or nature upon the undersigned counsel. The following email addresses are hereby designated for purpose of service:

    Primary E-Mail Addresses: glage@smgqlaw.com;

    Secondary E-Mail Addresses: alopez@smgqlaw.com; vcorrias@smgqlaw.com;

                      lrodriguez@smgqlaw.com; rzater@smgqlaw.com

                        Respectfully submitted,

                        SANCHEZ-MEDINA, GONZALEZ, QUESADA,
                        LAGE, GOMEZ & MACHADO LLP
                        *Co-Counsel for Plaintiff, Jane Doe*
                        201 Alhambra Circle, Suite 1205
                        Suite 950
                        Miami, FL 33131

                                                Telephone: (305) 377-1000
                                                Telecopier: (855) 327-0391
                                                Email: glage@smgqlaw.com;
                                                                       alopez@smgqlaw.com

                                              By:  */s/Gustavo D. Lage*_____
                                                    GUSTAVO D. LAGE, ESQ.
                                                    Florida Bar No. 972551

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of April, 2025, a true and correct copy of the foregoing was served via the CM//ECF system on: Andrew B. Brettler, Esq., and Jake A. Camara, Esq., of Berk Brettler LLP, *Attorneys for Defendant*, 9119 Sunset Blvd., West Hollywood, CA 90069 (abrettler@berkbrettler.com, jcamara@berkbrettler.com); Patricia Marie Patino, Esq., Bilzin Sumberg Baena Price & Axelrod LLP, *Attorneys for Defendant*, 1450 Brickell Avenue, 23rd Floor, Miami, FL 33131 (ppatino@bilzin.com, rraskopf@bilzin.com); Joan Peters Schlump, Esq. JSP Law, LLP, *Pro Hac Vice for Defendant*, 4819 W. Blvd. Ct., Naples, FL 34103; and, Carlos Alberto Garcia Perez, Esq., SMGQ Law, *Attorneys for Defendant*, 201 Alhambra Circle, Suite 1400, Coral Gables, FL 33134 (cgarciaperez@smgqlaw.com).

                                                SANCHEZ-MEDINA, GONZALEZ, QUESADA,
                                                LAGE, GOMEZ & MACHADO LLP

                                              By:  */s/Gustavo D. Lage*_____
                                                  GUSTAVO D. LAGE, ESQ.
                                                  Florida Bar No. 972551