
**Pxie** 3/17/2020 5:00 AM
I took some videos with the guy i can send you later if you're interested also


**Destiny** 3/17/2020 5:01 AM
OOOO WHAT

YES


**Pxie** 3/17/2020 5:01 AM
Ok ok ill send them to you when i get them ☺️💖


**Destiny** 3/17/2020 5:02 AM
oooo I took some of me playing with a Hitachi when I got back

and I have some of me and Melina idk if you want either


**Pxie** 3/17/2020 5:03 AM
Im open to anything you want to send me u know I'm a super curious person

I think he's asleeo so you might have to wait for vids until tomorrow rip


**Destiny** 3/17/2020 5:04 AM
yaya it's okies


**Pxie** 4/27/2020 12:47 AM

Mmm i cant wait to feel that in me....

Would you want me to send you a video later?


**Destiny** 4/27/2020 12:49 AM

Yessss always


**Pxie** 4/27/2020 12:56 AM

Is there any particular photo/position youd want to see me in?


**Destiny** 4/27/2020 12:56 AM

I love you on your knees so much mm

and you sucking on something would be super hot!\


**Pxie** 4/27/2020 1:08 AM

Mmm im with my guy friend rn i can probably get a photo or video of me sucking him off if you'd think that'd be hot...


**Destiny** 4/27/2020 1:09 AM

YESSS

**Pxie** 03-Jan-25 10:37 PM

I have never ever sent videos of other people to steven ever.



**Pxie** >
pxielove

pxielove

4.7K followers · 33 posts

Follows you

View profile

MAR 19, 2020

▶ Video  

▶ Video  

▶ Video  

▶ Video  




**Pxie** 3/19/2020 5:01 AM
Did you get the video?

Also I'm open to any videos you wanna send me in general lol


**Destiny** 3/19/2020 5:02 AM
Did you send it on Instagram?

Ooo lemme check


**Pxie** 3/19/2020 5:02 AM
Ahhh that one is asking me to sign in


**Destiny** 3/19/2020 5:04 AM
Also mmmm then worked, look at you riding that dick like a good little slut you love it yessss


**Pxie** 3/19/2020 5:06 AM
Jaja yea it felt really good when he was being dominant and making sure I was good girl for him


**Destiny** 3/19/2020 1:22 AM
Oooo you're streaming again

1:22 AM   IS IT FROST PUNK THO


🙂


**Pxie** 3/19/2020 1:30 AM
I am!!
but not frostpunk tho
lol


**Destiny** 3/19/2020 3:57 AM
Did it go okay?! It seems like you streamed for a while tonight yaya


**Pxie** 3/19/2020 4:43 AM
I wanna send you another one but it wont let me 😭 (edited)
And yea it went okay! Pretty casual and nice 😊 im pretty surprised anyone still watched me since i disappeared for a while!!!


**Destiny** 3/19/2020 4:48 AM
Ooo fuck yeah I wanna see the finish holy fuck you look so hot and adorable sucking him off goddamn
And yeah that's really good, it can be a drag to stream after being gone for a while because people disappears 😟
Fuck I already orgasmed earlier but this makes me wanna go again >.<


**Pxie** 3/19/2020 4:51 AM
Jaja thats the whole video but I have another video of me fucking in loungerie that wont send through here rip
And no worries we can talk about it more tomorrow


**Destiny** 3/19/2020 4:52 AM
Ooo probably too long, I use google drive for that kind of stuff
And yeah! 🙂


**Pxie** 3/19/2020 4:54 AM
Do you have anywhere else you think the video would send to?


**Destiny** 3/19/2020 4:54 AM
Maybe Instagram? But otherwise I just throw stuff into Google Drive and link from there


**Pxie** 3/19/2020 4:56 AM
Should i send it to you tomorrow or through insta rn?


**Destiny** 3/19/2020 4:57 AM
Yeah do it now hell yeah