

**Pxie** 3/19/2020 5:12 AM

Mmmm it's gonna be so nice when you do lol

Would you wanna make some videos together?



**Destiny** 3/19/2020 5:13 AM

If you want to yeah for sure



**Pxie** 9/6/2020 12:07 PM
it's okay! since i've never felt it I don't really know what I'm missing.... and I also still feel really good anyways imagining what you're going to do to me.... do you have a favorite message/picture/video?



**Destiny** 9/6/2020 12:07 PM
Mmmm everything of your booty is so nice, the ones of you from behind where I can see your booty/feet are so nice, that video of you blowing that guy is super yummmmm

fuck I like it all xD



**Pxie** 9/6/2020 12:08 PM
do you wanna take videos when we do stuff together? I think id really like one of you cumming in me....