
**Rose** 4/9/2022 8:24 PM
Its fine hehe


**Destiny** 4/9/2022 8:28 PM
ooooo

there was a girl once, she was young so she was kind of new and wasn't that good, but she would just hold onto me and tongue the head a lot which actually ended up feeling good lol, but no cumshot, do you want that vid?


**Rose** 4/9/2022 8:33 PM
Id love it omg

That was amazing, I can't wait to blow you now

