

**Pxie** 11/29/2024 9:06 PM

I need to know if you sent our videos to anyone/if you sent anything beyond the bj one

I'm 100% denying it's me btw since it's not super clear my face or anything like that

But I need to be mentally prepared in case there's anything else (edited)