**2:05 AM** **Destiny** This feels super lame and I don't at all want to imply that somehow just giving you money helps anything go away or fixes everything for you, but if you have any bills or owe money on anything or have any financial stuff I can help with, I can at the very least chip in and help with any of that, so it's at least one less thing you have to worry about or stress over while you're worrying and getting through this.

**2:12 AM** **Pxie** It's more complicated than that, I feel like there's no justice for what's been done, I feel like people for the rest of my life are going to try to send it to my family or workplace or wherever I go, I feel extremely violated with how so many people saw me nonconsensually in a vulnerable position, i feel like people are always going to use this as "proof" that I slept my way into whatever achievement I garner, I feel like it's evidence that everything would be better with me gone.

↩ **@Destiny** This feels super lame and I don't at all want to imply that somehow just giving you money helps anything go away or fixes everything for you, but if you...

**2:13 AM** **Pxie** I feel like whatever I ask you to cover will be too high a price too and then I'm going to feel even worse over it

↩ **@Pxie** It's more complicated than that, I feel like there's no justice for what's been done, I feel like people for the rest of my life are going to try to send it to my f...

**2:17 AM** **Destiny** I think the number of people who know or even keep up with it enough to go after you on this is probably almost 0, I think people hate others involved (me, Lauren, Nick (lol)) way way way more and it overshadows everything a lot more. As for any achievements or anything like that, the majority of the work and stuff you've done has been completely independent from me anyway, so the only people who would say anything like that are people who would have said shit like that anyway and aren't worth the time.

**2:05 AM  Destiny**  This feels super lame and I don't at all want to imply that somehow just giving you money helps anything go away or fixes everything for you, but if you have any bills or owe money on anything or have any financial stuff I can help with, I can at the very least chip in and help with any of that, so it's at least one less thing you have to worry about or stress over while you're worrying and getting through this.

**2:12 AM  Pxie**  It's more complicated than that, I feel like there's no justice for what's been done, I feel like people for the rest of my life are going to try to send it to my family or workplace or wherever I go, I feel extremely violated with how so many people saw me nonconsenually in a vulnerable position, i feel like people are always going to use this as "proof" that I slept my way into whatever achievement I garner, I feel like it's evidence that everything would be better with me gone.

> @Pxie It's more complicated than that, I feel like there's no justice for what's been done, I feel like people for the r...

**2:17 AM  Destiny**  I think the number of people who know or even keep up with it enough to go after you on this is probably almost 0, I think people hate others involved (me, Lauren, Nick (lol)) way way way more and it overshadows everything a lot more. As for any achievements or anything like that, the majority of the work and stuff you've done has been completely independent from me anyway, so the only people who would say anything like that are people who would have said shit like that anyway and aren't worth the time.