

### Join the conversation

**Create account**  **Sign in**

English ⌄

← **Post**

**Pxie** 🇵🇷
@pxie.bsky.social

**+ Follow**

On Nov 29, the streamer Destiny non consensually shared my nudes, making me a victim of revenge porn.

I will be suing him in federal court.

Here is my story;

pxie412.substack.com/p/i-will-be-...



**Pxie's Substack**

My personal Substack

**Subscribe**