

**Code Cave**
Ghoul
kiwifarms.net
Joined:        Aug 5, 2022

Friday at 5:23 PM                                                                 #30,235

> cloudy1 said: ⬆
>
> did the melina manifesto (doc he wrote for his therapist which contained the eepy meme) ever leak? can't find it in the thread.

Miraculously, no. Apparently he sent it to at least 8 people and (iirc) someone has offered to send JSTLK it, but he said no.

FAO my close personal friends, Pxie's lawyers:

> [2025-01-30 21:18:04.654 UTC] deegeejeepers: Destiny to be clear if she said yes i want those videos what would you have sent PepoThink
> [2025-01-30 21:18:14.024 UTC] destiny: deegeejeepers I'D PROBABLY JUST TELL HER TO GO TO KF LOL

https://archive.ph/xQWtf#selection-387.1-391.58 | https://rustlesearch.dev/surrounds?channel=Destinygg&date=2025-01-30T21:18:14.024Z&username=destiny

@Null – expect a letter from Steven soon!

> 5.        Defendant shall send, pursuant to the authority of this Court, a written request to third parties, including social media platforms and internet service providers, including specifically Kiwifarms, https://notfans.com, https://thothub.cam, pornbiz.com, epawg.com, and erome.com., to comply with this Order by removing any version of the video containing Plaintiff's image and likenesses from any form of public media under their control;

ⓘ👍 Laffs n Gaffs, A. G. Peak and StrangerMe

---



**Null**
Ooperator
kiwifarms.net
Joined:        Nov 14, 2012

Friday at 5:27 PM                                                                 #30,236

> Code Cave said: ⬆
>
> @Null – expect a letter from Steven soon!

can you send that full pdf + whatever order he's referring to

 **Kiwi Farms**
@KiwiFarmsDotNet

  ...

The surge of traffic to the Kiwi Farms related to Destiny's blowjob video has caused a fatal database error and I will need to do a rollback to a recent backup.

4:03 PM · Nov 30, 2024 · **242.5K** Views

 170           355            3.2K           228