




## Suing Destiny Steven Kenneth Bonnell II

**Goal:** USD $25,000                                                                 **Raised:** USD $0

Campaign created by **Lauren Dreeben Hayden**

# Suing Destiny Steven Kenneth Bonnell II

On November 29th I learned that Destiny had non-consenually shared pornographic images of me towards others. If you wish to read more details of the situation here is my official statement below:

https://pxie412.substack.com/p/i-will-be-suing-steven-kenneth-bonnell

Give          Share          Pray

## Recent Donations

There are no donations yet. **Be the first!**

## Updates

Follow this campaign to get email notifications when the campaign owner posts an update.

Follow

## Prayer Requests

Click the Pray button to let the campaign owner know you are praying for them.

Pray

# Campaigns Near Me