**Pxie** ✅
@pxielovee

Follow

I don't know what you're specifically referring to, but Steven is a multi-millionaire and I want him to lose so much money as a result of this that every time he thinks of the word "nude" he cringes at his mistake.

I truly believe if the cost isn't high enough he will do this again.  My goal here is not public humiliation of Steven, or even all the money in the world, it's him receiving such a financial hit/penalty that he will permanently learn his lesson.

9:08 AM · 1/20/25 · **6K** Views

💬 4       1      ♥ 83      🔖 3