**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
(Miami)

Case No.: 1:25-cv-20757-JB/Torres

JANE DOE,

    Plaintiff,

v.

STEVEN K. BONNELL II,

    Defendant.

_____/

**ORDER GRANTING PLAINTIFF JANE DOE'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT ON REPLY MEMORANDUM**

THIS MATTER came before the Court on Plaintiff Jane Doe's Motion for Leave to Exceed Page Limit on Reply Memorandum [Dkt. No. \_\_\_] and the Court having reviewed the file, reviewed the pleadings, and otherwise being duly advised in the premises, find as follows:

**IT IS HEREBY ORDERED AND ADJUDGED that**:

1.    Plaintiff Jane Doe's Motion for Leave to Exceed Page Limit on Reply Memorandum is hereby GRANTED.

2.    Plaintiff Jane Doe, shall have an additional five (5) pages, for a total of fifteen (15) pages on Reply Memorandum.

**DONE AND ORDERED** in Chambers in Miami-Dade County, Florida, on \_\_\_\_ May, 2025.

 

                                        _____
                                        **HONORABLE JACQUELINE BECERRA**
                                        **U.S. DISTRICT COURT JUDGE**

cc. Counsel of record