UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JANE DOE,

    Plaintiff,

v.                                                                             CASE NO: 1:25-cv-20757-JB

STEVEN K. BONNELL II,

    Defendant.

_____/

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE UNSWORN STATEMENTS UNDER SEAL

This matter is before the Court on Plaintiff, Jane Doe's Motion for Leave to File Unsworn Statements Under Seal [Dkt. No. __ ] (the "Motion"). The Court has considered the record, as well as the facts and arguments in support of the Motion for Leave, and finding good cause shown, it is hereby

**ORDERED and ADJUDGED** that the Motion is GRANTED. The Clerk of Courts is hereby directed to maintain the (1) Declaration of Abbymc; (2) Declaration of Witness A; and (3) Declaration of Witness B, under seal for the duration of the litigation, including any appeals.

**SO ORDERED** by the Court this _____ day of May, 2025.

                                                                     _____
                                                                     **HONORABLE JACQUELINE BECERRA**
                                                                     **U.S. DISTRICT COURT JUDGE**

cc. Counsel of record