UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:25-cv-20757-JB/Torres

JANE DOE, Plaintiff,

v.

STEVEN K. BONNELL II,

Defendant.

_____/

## NOTICE OF FILING

Plaintiff, Jane Doe, by and through her undersigned counsel, hereby gives notice of the filling of the following documents in Response to the Defendant's Opposition to Plaintiff's Motion For Preliminary Injunction.

1. MOTION FOR LEAVE TO EXCEED PAGE LIMIT ON REPLY MEMORANDUM AND ITS PROPOSED ORDER;

2. PLAINTIFF JANE DOE'S REPLY TO OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION;
    Exhibit. 1: Plaintiff's statement (and the exhibits thereto)
        Exhibits A through K in support of declaration.
    Exhibit 2: Redacted statement
    Exhibit 3: Joan Peter's Statement
    Exhibit 4: Redacted statement
    Exhibit 5: Redacted statement

3. JANE DOE'S RESPONSE TO DEFENDANT'S EVIDENTIARY OBJECTIONS TO THE DECLARATIONS OF JANE DOE AND HANNAH DANIELS BROOKE;

4. JANE DOE'S EVIDENTIARY OBJECTIONS TO BONNER'S STATEMENT; and,

5. MOTION TO FILE UNDER SEAL CERTAIN DOCUMENTS AND ITS PROPOSED ORDER.

Date: May 2                                    *s/ Carlos A Garcia Perez*
                                               Carlos A Garcia Perezs