EXHIBIT "4"

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

JANE DOE,                                              CASE NO: 1:25-cv-20757-JB/Torres

    Plaintiff,

v.

STEVEN BONNELL II,

    Defendant.
_____/

**UNSWORN STATEMENT UNDER PENALTY OF PERJURY OF**
**███████████ PURSUANT TO 28 U.S.C. § 1746**

I, ███████████, declare as follows:

1. I am over the above of 18 years and competent to provide testimony under oath.

2. I have personal knowledge of the matter herein and, if called to testify at trial of this matter, I could competently testify as to the facts contained in this affidavit.

3. Beginning on or about May 25, 2024, I began exchanging messages with the Defendant, Steven K. Bonnell, II ("Destiny") on Instagram and subsequently on Discord, where I engaged with him as a fan.

4. Shortly thereafter, beginning in late May 2024, our conversations progressed and became more personal. We began exchanging private sexual content with one another, and Destiny shared graphic sexual content of himself alone, as well as graphic content depicting himself and other individuals engaging in sexual acts.

5. Destiny shared some of these videos with me directly via Discord messages, but the majority of them were shared through a Google Drive link which he sent me via Discord for the first

time on or about early June 2024. The graphic sexual content that he shared with me were mostly digital videos, although there were some digital photographs as well.

6.      I ceased contact with Destiny on or about November 5, 2024.

7.      I subsequently became aware of the allegations that there had been online leaks of Destiny engaging in sexual acts with individuals.

8.      On or about January 21, 2025, I became aware of Jane Doe's posts on Twitter where she alleged, in part, that Destiny had shared the videos of them engaging in sexual acts without her consent. Shortly thereafter, I reached out to Jane Doe on Twitter, and informed her that I was concerned that Destiny had been sharing private sexual content without consent, stating, in part, that "back in spring/summer, he [Destiny] had sent me videos with other girls. I assumed he had consent for these, but I realized he likely didn't."

9.      Although I had access to the messages between myself and Destiny at that point, sometime afterward I discovered that Destiny had deleted the messages between me and him on Discord, and subsequently discovered that I no longer had access to the Google Drive containing the graphic sexual content, which appeared to be deleted.

Pursuant to 29 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge and understanding, the foregoing is true and correct.

Executed in ▬▬▬▬▬▬▬▬ on May 2, 2025.

