EXHIBIT "5"

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

JANE DOE,                                    CASE NO: 1:25-cv-20757-JB/Torres

      Plaintiff,

v.

STEVEN BONNELL II,

      Defendant.

_____/

**UNSWORN STATEMENT UNDER PENALTY OF PERJURY OF**
**██████████████████████ PURSUANT TO 28 U.S.C. § 1746**

I, ██████████████ declare as follows:

1.      I am over the above of 18 years and competent to provide testimony under oath.

2.      I have personal knowledge of the matter herein and, if called to testify at trial of this matter, I could competently testify as to the facts contained in this affidavit.

3.      On or about April 2022, I reached out to the Defendant, Steven K. Bonnell, II ("Destiny") via Twitter. Shortly thereafter we arranged to get together in ██████ where we began a sexual relationship.

4.      Thereafter, Destiny and I remained in contact, and I also became friendly with his wife at the time, Melina Göransson. At some point Destiny asked me if I was comfortable with him sharing videos/pictures of sexual content involving himself, as well as himself and his wife. I told him that I did consent to his sharing these videos with me. Thereafter, we began sharing pictures/videos of a sexual nature with one another. Most of the videos that Destiny sent were of him alone, however at least one of these videos included himself and his wife.

5.      On or about mid-to-late April 2023, Destiny invited me to ███████ where he was staying briefly. While at ████████ Destiny recorded himself and I engaging in sexual acts. The recordings were made with my consent, and I authorized Destiny to share the recordings with his wife, exclusively. I did not authorize Destiny to share these recordings with anyone else, or to otherwise make them public.

6.      Thereafter I continued to communicate with Destiny online.

7.      In late November 2024, I was harassed by multiple individuals while on Discord who informed me that a video involving Destiny and myself had leaked online. After confirming that this was the case, I confronted Destiny, who told me that he was sorry that any videos involving myself had leaked because of him. Destiny also told me that he had only shared this content with a single individual who went by the screen name "Rose."

8.      Following this conversation, I received messages from multiple women on Discord and Twitter who had been in contact with Destiny and who told me that Destiny had shared with them sexual content depicting myself as well as others.

9.      Sometime after the November 29, 2024 leaks, I discovered that Destiny had deleted messages between himself and I relating to the foregoing.

Pursuant to 29 U.S.C. §1746, I declare under penalty of perjury under the laws of the Unite

States of America that, to the best of my knowledge and understanding, the foregoing is true and

correct.

Executed at ████████████ on May 1,