**Destiny**

March 5, 2023

 **Pxie** 3/5/23, 1:21 AM

No one knows either on my end (except my ex bf), I trust you/believe you, do you think they're gonna make up a bunch of stuff?

Jesus Christ where did you get this info? Is max claiming it or lav or both? I can see lav making it up from thin air but I feel like max takes a sliver of information and then twists it until it becomes a new monster/creature