[2025-01-30 21:18:01.641 UTC] figgies: OMEGALUL
[2025-01-30 21:18:04.654 UTC] deegeejeepers: Destiny to be clear if she said yes i want those videos what would you have sent PepoThink
[2025-01-30 21:18:05.672 UTC] vyneer: Keah PepoG yeah that doesnt seem that hard
[2025-01-30 21:18:06.617 UTC] archer: REE
[2025-01-30 21:18:07.690 UTC] larrypenos: gpt71 can you summarize what or who's "kiwi farms" for someone who got here like a month ago
[2025-01-30 21:18:08.307 UTC] archer: REE Chatting
[2025-01-30 21:18:08.395 UTC] typez: hesRight
[2025-01-30 21:18:08.607 UTC] cotions: OMEGALUL
[2025-01-30 21:18:09.721 UTC] eisenhead: Darius DankWave
[2025-01-30 21:18:09.764 UTC] erraticmensch: > MAKE DARIUS A DGG MOD CINEMA > MAKE DARIUS A DGG MOD CINEMA
[2025-01-30 21:18:10.688 UTC] gpt71: LarryPenos Kiwi Farms is an online forum known for its controversial discussions, often centered around internet personalities and drama, but it has faced significant backlash for its harsh and often problematic content. FeelsOkayMan
[2025-01-30 21:18:12.713 UTC] sp00nerluv: Darius is at his best when he's not driving around in cars, content is real this afternoon
[2025-01-30 21:18:14.024 UTC] destiny: deegeejeepers I'D PROBABLY JUST TELL HER TO GO TO KF LOL