UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:25-cv-20757-JB/Torres

JANE DOE,

    Plaintiff,

v.

STEVEN K. BONNELL II,

    Defendant.

_____/

**SUPPLEMENTAL DECLARATION OF ANDREW B. BRETTLER**

I, Andrew B. Brettler, declare, pursuant to 28 U.S.C. § 1746, as follows:

1.    I am an attorney admitted to practice *pro hac vice* in the above-captioned action. I am a partner at the law firm Berk Brettler LLP in West Hollywood, California. Along with our local counsel at Bilzin Sumberg Baena Price & Axelrod LLP, we represent Defendant Steven K. Bonnell II. I have personal knowledge of the matters contained herein and if called upon to testify could offer competent testimony thereto.

2.    I submit this Supplemental Declaration in connection with Bonnell's Opposition to Plaintiff's Motion To File Under Seal [ECF No. 48] three anonymous declarations [ECF Nos. 49-2, 49-4, 49-5] Plaintiff filed in support of her Motion for Preliminary Injunction [ECF No. 21].

3.    Attached hereto as **Exhibit A** is a true and correct copy of emails I received from Plaintiff's counsel on May 2, 2025.

4.    Attached hereto as **Exhibit B** is a true a correct copy of my email exchange with Plaintiff's counsel from May 3 to May 5, 2025.

2

5.  Despite my repeated requests, to date, Plaintiff's counsel have refused to identify the declarants whose declarations were filed in redacted form.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on May 9, 2025.

       /s/ *Andrew B. Brettler*
          Andrew B. Brettler