**From:** **Carlos Garcia Perez** cgarciaperez@smgqlaw.com
**Subject:** Re: Meet and Confer
**Date:** May 2, 2025 at 5:05 PM
**To:** Andrew Brettler  abrettler@berkbrettler.com, Jake Camara  jcamara@berkbrettler.com, Joel Sichel  jsichel@berkbrettler.com, Robert "Bob" L. Raskopf  Rraskopf@bilzin.com, Patricia M. Patino  Ppatino@bilzin.com
**Cc:** Lisset Rodriguez  lrodriguez@smgqlaw.com, Joan peters  petersjoan@bellsouth.net, Gustavo D. Lage  GLage@smgqlaw.com

Sorry is (a) 2. Thank you.

**Carlos A. Garcia Perez**
**Partner**

SM&GQ ATTORNEYS | SMGQLAW.COM

SANCHEZ-MEDINA, GONZALEZ, QUESADA,
LAGE, GOMEZ & MACHADO LLP

201 Alhambra Circle | Suite 1205 | Miami, Florida 33134
Office: 305.377.1000 Ext. 145 | Fax: 855.327.0391
cgarciaperez@smgqlaw.com | SMGQLAW.com

---

**From:** Carlos Garcia Perez <cgarciaperez@smgqlaw.com>
**Date:** Friday, May 2, 2025 at 7:59 PM
**To:** Andrew Brettler <abrettler@berkbrettler.com>, Jake Camara <jcamara@berkbrettler.com>, Joel Sichel <jsichel@berkbrettler.com>, Robert "Bob" L. Raskopf <Rraskopf@bilzin.com>, Patricia M. Patino <Ppatino@bilzin.com>
**Cc:** Lisset Rodriguez <lrodriguez@smgqlaw.com>, Joan peters <petersjoan@bellsouth.net>, Gustavo D. Lage <GLage@smgqlaw.com>
**Subject:** Meet and Confer

Good afternoon, Andrew, I hope you are doing well. Pursuant to Local Rule 7.1 (a) (3) we are meeting and conferring on the following motions:

1. Motion to File Under Seal Certain Documents and its Proposed Order
2. Motion for Leave to Exceed Page Limit on Reply Memorandum

The documents to be filed under seal are certain statements by witnesses which purpose is keep their names out of the public. You and your client will know their identities. I apologize for not reaching out before it's been an intense week. Please let me know and thank you. Carlos

**Carlos A. Garcia Perez**
**Partner**

SM&GQ ATTORNEYS | SMGQLAW.COM

SANCHEZ-MEDINA, GONZALEZ, QUESADA,
LAGE, GOMEZ & MACHADO LLP

201 Alhambra Circle | Suite 1205 | Miami, Florida 33134
Office: 305.377.1000 Ext. 145 | Fax: 855.327.0391
cgarciaperez@smgqlaw.com | SMGQLAW.com