**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

MIAMI DIVISION

JANE DOE,                                          CASE NO: 1:25-cv-20757-JB

      Plaintiff,

v.

STEVEN K. BONNELL II,

      Defendant.

_____/

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL LOLCOW,**
**LLC TO REMOVE VIDEOS OF JANE DOE**

THIS CAUSE came before the Court on Plaintiff Jane Doe's Motion to Compel Lolcow, LLC to Remove Videos of Jane Doe on the Kiwi Farms platform [Dkt. No. ___ ] (the "Motion"). Upon due consideration of the Motion, the relevant portions of the record, and for good cause shown, it is hereby ORDERED AND ADJUDGED that the Motion is GRANTED.

LOLCOW, LLC is hereby ordered to permanently remove from its website Kiwi Farms the following URLs which contain or link to a non-consensual intimate image/video of Plaintiff, specifically:

https://kiwifarms.net/threads/ (REDACTED-28)

https://kiwifarms.net/threads/ (REDACTED-11)

https://kiwifarms.net/threads/ (REDACTED-33)

https://kiwifarms.net/threads/ (REDACTED-80)

https://kiwifarms.net/threads/ (REDACTED- 69)

https://kiwifarms.net/threads/ (REDACTED- 81)

https://kiwifarms.net/threads/ (REDACTED - 55)

https://kiwifarms.net/threads/ (REDACTED 66)

https://kiwifarms.net/threads/ (REDACTED_89)

https://uploads.kiwifarms.st/data/video (REDACTED - 66.mp4

      Defendant is hereby ordered to pay Plaintiff's attorney's fees and costs associated with her efforts to have the unlawful content removed from the Kiwi Farms platform. Plaintiff will submit to the Court those fees and costs within ten days.

      DONE AND ORDERED in Miami, Florida, on _____, 2025.


_____
**HONORABLE JACQUELINE BECERRA**
**U.S. DISTRICT COURT JUDGE**