**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

MIAMI DIVISION

JANE DOE,                                                          CASE NO: 1:25-cv-20757-JB

    Plaintiff,

v.

STEVEN K. BONNELL II,

    Defendant.
_____/

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE PROPOSED ORDER UNDER SEAL**

This matter is before the Court on Plaintiff Jane Doe's Motion for Leave to File Proposed Order Under Seal dated 5/21/2025 (the "Motion"). Upon due consideration of the Motion, the relevant portions of the record, and for good cause shown, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED. The Clerk of Courts is hereby directed to maintain the Proposed Order under seal for the duration of the litigation, including any appeals.

DONE AND ORDERED by the Court this __ day of May, 2025.

_____
**HONORABLE JACQUELINE BECERRA**
**U.S. DISTRICT COURT JUDGE**