Exhibit A (redacted)

