May 9, 2025



5/9/25, 6:47 PM
do you mind if I say I sat down with your attorneys?



**Pxie**  5/9/25, 6:48 PM
yeah sure, what day/what for exactly?

5/9/25, 6:48 PM
I just wanted to say it today
Bretler just filed a motion in opposition
and I"m going to say this is precisely why I refused to give an affadavit
because doxing myself + destiny calling for my death is toomuch