

**Text Message • RCS**
Friday 1:39 PM

Steven Bonnell has abused his position of power and community to gain favor and harass people in the past. I find his actions deplorable and terrifying. I will never feel comfortable being a witness in this case against Steven unless my identity is protected. I fear for my family, friends, and my current and future careers. Without protection, I am almost certain I will receive harassment and doxxing from his community.