UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

**JANE DOE,**

Plaintiff,

CASE NO: 1:25-cv-20757-JB/Torres

v.

**STEVEN K. BONNELL II,**

Defendant.

_____/

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE JANE DOE'S DECLARATION UNDER SEAL**

This matter is before the Court on Plaintiff's Motion for Leave to File Jane Doe's Declaration Under Seal [Dkt. No. _ ] (the "Motion"). The Declaration is Exhibit A in support of Plaintiff's Motion for a Protective Order Governing Public Commentary by Trial Participants [Dkt. No. ___]. The Court has considered the record, as well as the facts and arguments in support of the Motion, and finding good cause shown, it is hereby

**ORDERED and ADJUDGED** that the Motion is GRANTED. The Clerk of Courts is hereby directed to maintain the Declaration of Jane Doe and the exhibits thereto under seal for the duration of the litigation, including any appeals.

**DONE AND ORDERED** in Miami, Florida on _____, 2025.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**