UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

**JANE DOE,**

    Plaintiff,

v.

**STEVEN K. BONNELL II,**

    Defendant.

_____/

CASE NO: 1:25-cv-20757-JB/Torres

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO FILE REDACTED EVIDENCE IN SUPPORT OF THE DECLARATION OF ABBYMC [ECF NO. 49-2], AND FOR LEAVE TO FILE UNDER SEAL**

This matter is before the Court on Plaintiff, Jane Doe's Motion for Leave to File Redacted Evidence in Support of the Declaration of Abbymc [ECF No. 49-2] as Exhibit A thereto, and for Leave to File Under Seal [Dkt. No. _ ] (the "Motion"). The Court has considered the record, as well as the facts and arguments in support of the Motion, and finding good cause shown, it is hereby

**ORDERED and ADJUDGED** that the Motion is GRANTED. The Clerk of Courts is hereby directed to maintain Exhibit A to Declaration of Abbymc, under seal for the duration of the litigation, including any appeals.

**DONE AND ORDERED** in Miami, Florida on _____, 2025.

 

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**