UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

**JANE DOE,**

Plaintiff,

CASE NO: 1:25-cv-20757-JB/Torres

v.

**STEVEN K. BONNELL II,**

Defendant.
_____/

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO HAVE JUNE 3ᴿᴰ, 2025 EVIDENTIARY HEARING TRANSCRIPT FILED UNDER SEAL**

This matter is before the Court on Plaintiff, Jane Doe's Motion to Have June 3rd, 2025 Evidentiary Hearing Transcript Filed Under Seal [Dkt. No. _ ] (the "Motion"). The Court has considered the record, as well as the facts and arguments in support of the Motion, and finding good cause shown, it is hereby

**ORDERED and ADJUDGED** that the Motion is GRANTED. The Clerk of Courts is hereby directed to maintain the transcript of the June 3rd, 2025 evidentiary hearing, under seal for the duration of the litigation, including any appeals.

**SO ORDERED** by the Court this _____ day of June, 2025.

_____
**HONORABLE JACQUELINE BECERRA**
**U.S. DISTRICT COURT JUDGE**

cc. Counsel of record