**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
(MIAMI DIVISION)

**JANE DOE,**

        CASE NO: 1:25-cv-20757-JB/Torres

    Plaintiff,

v.

**STEVEN K. BONNELL II,**

    Defendant.

_____/

**[PROPOSED] ORDER GRANTING PLAINTIFF'S**
**MOTION FOR EXTENSION OF TIME TO FILE**
**REPLY TO DEFENDANT'S RESPONSE IN OPPOSITION TO**
**PLAINTIFF MOTION TO COMPEL LOLCOW LLC TO REMOVE VIDEOS (D.E. 80)**

      This matter is before the Court on Plaintiff, Jane Doe's Motion for Extension of Time to File Reply to Defendant's Response in Opposition to Plaintiff's Motion to Compel LOLCOW LLC to Remove Videos (D.E. 80). The Court has considered the request and has determined that the Motion should be granted.

      ORDERED AND ADJUDGED that Plaintiff's Motion for Extension of Time is hereby GRANTED. Plaintiff's Reply shall now be due on June 13, 2025.

      DONE AND ORDERED in Miami, Florida on _____, 2025.

                                                  _____
                                                **JACQUELINE BECERRA**
                                                **UNITED STATES DISTRICT JUDGE**