1                   UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
2

               CASE NO. 1:25-CV-20757-JB/TORRES
3

JANE DOE,
4                            Miami, Florida
         Plaintiff,
5                           June 3, 2025
        vs.
6

Steven Bonnell II,
7
             Defendant.       Pages 1 - 140
8  -------------------------------------------------------

9                       HEARING
         TRANSCRIBED FROM DIGITAL AUDIO RECORDING
10        BEFORE THE HONORABLE EDWIN G. TORRES
          UNITED STATES MAGISTRATE JUDGE
11

APPEARANCES:
12

FOR THE PLAINTIFF:    GUSTAVO DANIEL LAGE, ESQUIRE
13                    CARLOS ALBERTO GARCIA PEREZ, ESQUIRE
                    SANCHEZ-MEDINA, GONZALEZ, QUESADA, LAGE,
14               GOMEZ & MACHADO, LLP
                    201 South Alhambra Circle
15               Suite 1205
                    Coral Gables, Florida 33134
16               glage@smgqlaw.com
                    cgarciaperez@smgqlaw.com
17

FOR THE DEFENDANT(S):  ANDREW B. BRETTLER, ESQUIRE
18                    BERK BRETTLER LLP
                    9119 Sunset Boulevard
19               West Hollywood, California 90069
                    abrettler@berkbrettler.com
20

21               ROBERT L. RASKOPF, ESQUIRE
                    PATRICIA MARIE PATINO, ESQUIRE
22               BILZIN SUMBERG BAENA PRICE AND AXELROD
                    1450 Brickell Avenue
23               Suite 2300
                    Miami, Florida 33131
24               rraskopf@bilzin.com
                    ppatino@bilzin.com
25

```
1    APPEARANCES CONTINUED:

2    ALSO PRESENT:              ANDREA GARCIA-BAERGA, LAW CLERK

3    TRANSCRIBED BY:            GINA RODRIGUEZ, RPR, CRR, CRC
                                Transcriber
4                               299 East Broward Boulevard
                                Fort Lauderdale, Florida 33301
5                               gina_rodriguez@flsd.uscourts.gov

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                            **I N D E X**

2

     Examination                                      Page
3
     JANE DOE
4    Direct            By Mr. Lage                      6
     Cross             By Mr. Brettler                 33
5    Redirect          By Mr. Lage                     55

6    STEVEN K. BONNELL II
     Direct            By Mr. Brettler                 61
7    Cross             By Mr. Lage                     76
     Redirect          By Mr. Brettler                 95
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    The following proceedings were held:

2             THE DEPUTY CLERK:  The United States District Court is

3    now in session.  The Honorable Edwin G. Torres presiding.

4    Calling case Doe/Bonnell, Case Number 25-20757, civil, Becerra.

5             Counsel, please state your appearance starting with

6    the Plaintiff.

7             MR. LAGE:  Good morning, Your Honor.  Gus Lage, Carlos

8    Garcia Perez, law clerk Ms. Garcia, and the Plaintiff,

9    Jane Doe, present.

10            MR. RASKOPF:  Good morning, Your Honor.  Bob Raskopf

11   from the Bilzin Sumberg firm, along with my colleague

12   Patricia Patino, and our lead counsel from Los Angeles is

13   Andrew Brettler from Berk Brettler.

14            MR. BRETTLER:  Good morning, Your Honor.

15   Andrew Brettler from Berk Brettler.  We're also joined by

16   Mr. Bonnell, our client.

17            THE COURT:  Good morning.  Everybody have a seat.

18            This is a preliminary injunction hearing that was

19   referred to me for disposition by Judge Becerra.  I took a look

20   at it and decided that I couldn't resolve it without probably

21   hearing additional evidence or response from the parties, so

22   that's why I scheduled the hearing when I did.  So I appreciate

23   everybody's cooperation.  I think I scheduled it on Friday,

24   short notice.  So, I appreciate everybody accommodating it to

25   get the matter resolved.

```
1          So let me turn to counsel for the Plaintiff and tell
2     me what witnesses, if any, you wish to call.
3          MR. LAGE:  Your Honor, at this time, if Your Honor
4     needs us to get further information, we would call the
5     Plaintiff, and we would also call the Defendant.
6          THE COURT:  Okay.  On behalf of the Defendant?
7          MR. BRETTLER:  We would call the Defendant,
8     Your Honor.
9          THE COURT:  Okay.
10         So why don't we do that.  Why don't we take the -- we
11    don't have to take all day for it just because I've already
12    reviewed the affidavit you filed in support and the
13    declarations and the supplemental declarations, but I think it
14    would be useful to get some of that information clarified on
15    the record.  So, go ahead and call then -- let you call -- let
16    you direct your client.
17         MR. LAGE:  Your Honor, in order to make this as
18    efficient as possible, if there's areas of inquiry that you
19    wish us to address, I'm happy to do so.
20         THE COURT:  In particular, I guess the issue is -- one
21    of the issues that I have is when did -- when did she become
22    aware of the problem, and what occurred in the interim between
23    that awareness and when the lawsuit was filed.
24         MR. LAGE:  Very well, Your Honor.  At this time we
25    would call Jane Doe to the stand.
```

```
 1              THE COURT:  Okay.

 2              THE DEPUTY CLERK:  Please state your full name and

 3    spell your last name for the record, please.

 4              MR. LAGE:  Your Honor, for purposes of

 5    confidentiality, can we continue to refer to her as Jane Doe?

 6              THE COURT:  Yes, for purposes of the hearing, that's

 7    fine.

 8              MR. LAGE:  Very well, thank you.

 9              THE WITNESS:  Sorry to clarify, do I say my real name

10    now?

11              THE COURT:  No, the court reporter will know.

12              THE WITNESS:  Jane Doe.

13              THE COURT:  Thank you.

14    Thereupon:

15                            JANE DOE,

16    having been first duly sworn, was examined and testified as

17    follows:

18                        DIRECT EXAMINATION

19    BY MR. LAGE:

20    Q.  Ms. Doe, do you know the Defendant?

21    A.  Yes.

22    Q.  And how is it that you know the Defendant?

23    A.  He was my friend for around five to six years.

24    Q.  Okay.  Where is it that you first met the Defendant?

25    A.  I first met him in Florida, but I knew about him online
```

1    beforehand.  We had a couple of debates and conversations

2    privately.

3    Q.  When we're speaking about the Defendant, who is the

4    Defendant?

5    A.  Steven Kenneth Bonnell, Destiny.

6    Q.  Okay.  Can you point him out for us, please?

7    A.  Yeah.

8    Q.  The individual with the blue suit, brown hair?

9    A.  Yes.

10   Q.  As a result of your conversations with Mr. Bonnell, did you

11   at some point have an intimate relationship with Mr. Bonnell?

12   A.  Yes.

13   Q.  All right.  Was that -- where did that intimate rendezvous

14   take place?

15   A.  In Miami, Florida.

16   Q.  And what was the date of that rendezvous?

17   A.  I believe it was around September.

18   Q.  Of what year?

19   A.  2020 or 2021.  It's . . .

20   Q.  Leading up to --

21          THE COURT:  When did you first meet or talk with

22   Mr. Bonnell?

23          THE WITNESS:  I talked to him, I started around 2020.

24   It was -- I had just transferred universities, and I was, like,

25   lonely, so I was like, I'm going to livestream and see if I can

1    make friends that way.  And because my family is inherently

2    very political, I started talking politics and then connected

3    with Bonnell.

4    BY MR. LAGE:

5    Q.  Leading up to your intimate rendezvous with Mr. Bonnell,

6    had you had conversations or messaging in relation to that

7    upcoming rendezvous?

8    A.  Yeah, we talked about it beforehand.  We had a lot of

9    conversations about consent and the importance of consent.  I

10   was not super sexually experienced, so I was very afraid of,

11   like, accidently leading somebody on or getting sexually

12   assaulted, so we -- we had a bunch of conversations about

13   consent beforehand.

14   Q.  Well, when you say that you had conversations about

15   consent, did you have conversations about consent relating to

16   dissemination of information relating to your rendezvous?

17   A.  Well, I told him ahead of time that I wanted to keep things

18   really private, I didn't want people in general to know about

19   our sexual encounter, that I didn't want that information to

20   be, like, out in public, stuff like that.

21   Q.  Why?

22   A.  His community -- and not just his community, but to be

23   fair, the Internet can be, like, a really vicious place, and I

24   didn't want people to claim that, like, oh, he was only being

25   nice to me because he was, like -- he wanted to sleep with me.

1    Because we would debate online politically, so we would go back

2    and forth on subjects.  And I didn't want people to just claim,

3    like, oh, no, you know, he's just being nice to you for that,

4    instead of, like, evaluating my arguments on the merits of what

5    they are.

6              THE COURT:  Now, what do you mean about his community?

7              THE WITNESS:  He's a livestreamer, so he has a large

8    platform of a lot of followers.  They refer themselves as DGG.

9              THE COURT:  As what?

10             THE WITNESS:  DGG, that's their community name.

11             THE COURT:  DGG?

12             THE WITNESS:  Yes.

13             And they're people who follow him, who really agree

14   with his ideas, think he's, like, super cool, and, yeah, try to

15   support him and his endeavors.

16   BY MR. LAGE:

17   Q.  Well, when we're talking about the size of that community,

18   how big is the community that follows Mr. Bonnell?

19   A.  Well, he has over 840,000 subscribers on YouTube, and

20   that's just one of his platforms.

21   Q.  How many platforms is Mr. Bonnell on that you're aware of?

22   A.  He's on Kick, Instagram, YouTube, and I think he's doing

23   TikTok as well.

24   Q.  Do you have any knowledge as to whether streaming is the

25   main source of revenue for Mr. Bonnell?

```
 1    A.   Yeah, I'm under the impression that live streaming is his

 2    main source of revenue.

 3    Q.   Now, what happened at the encounter?  Was it recorded?

 4    A.   Parts of it were recorded, so it wasn't the entire thing.

 5    There were, like, a couple of small videos that were recorded.

 6    Q.   Did you allow him to record it?

 7    A.   Yeah.

 8    Q.   All right.

 9         Did you have conversations about what he could do with

10    those recordings?

11    A.   Yeah.

12    Q.   And what were those conversations about?

13    A.   Well, I told him when, like, we did it, like, you know,

14    like, don't send this around people, you know.  Like, this is,

15    like, private.  Yeah.

16    Q.   And what did he tell you?

17              THE COURT:  Why would you allow him to record you?

18              THE WITNESS:  So, we were talking about it, like,

19    ahead of time, mentioned it, like, that could be something that

20    was, like, hot, I guess, I don't know.  I mentioned, what is

21    it, wanting to show it to the -- this is so embarrassing to

22    talk about.  I'm so sorry.  Give me a second.  I remember I --

23    I told him, like, oh, like -- like, oh, when it came to, like,

24    the sharing, like, oh, is it, like -- sorry, I'm like . . .

25              To show it to, like, the person that I was, like,
```

1    currently in love with and stuff like that.  He even expressed,

2    Like, oh, what if that person, like, shares it around?

3        And I was like, Oh, no, like, don't worry, like, we'll

4    make sure that it's, like, very limited.  Like, it could just

5    be my face.  I trusted that he wouldn't send it around because

6    we had so many conversations about consent and how I didn't

7    want anybody else to know that we were sexual.  You know, I --

8    it was a stupid decision.  Looking back at it, it was very dumb

9    of me to do, but I was also I believe 20 around the time.  I

10   only had one partner before him.  And I really just -- like, I

11   thought I could trust him.  I thought, okay, this will -- this

12   isn't going to spread around.  He's not going to do anything

13   like that.  We literally talked about this for hours before

14   about consent and the importance.  So, I just thought that it

15   was, like, safe, and that it would be okay, and that was dumb.

16       THE COURT:  Apart from your encounter, had you ever

17   seen anything on his, what do you call them, livestreams or

18   streams that was sexual in nature?

19       THE WITNESS:  He did talk about, like, personal

20   relationships before.  So this is another thing.  He was in an

21   open relationship with his partner Melina at the time.  And he

22   had -- like, he would talk on stream about, like, the

23   importance of, like, boundaries and consent.  And, you know,

24   how you have to, like, listen to your partners and, you know,

25   be aware and smart about that stuff.

1           So -- and he also presents himself as, like, you know,

2    leftist, liberal, like, cares about women's rights, thinks that

3    those things are important, respecting women.  So, all that

4    information I had to the time where I made that decision was,

5    Oh, this guy really respects women, he really cares about

6    consent, he really -- you know, he's very aware sexually about

7    boundaries and stuff like that.  Like, there's no way that he

8    is going to betray all those values.  Like, that's kind of a

9    mean thing to do such a thing. So, that's what my impression

10   was at the time.

11   BY MR. LAGE:

12   Q.  Had he ever made any commentaries prior to your encounter

13   about -- indicating that the posting of explicit materials is

14   one of the worst things that you could do to someone?

15   A.  He definitely said that on the stream.  I don't think that

16   was before the encounter, but that was after the encounter.  He

17   had livestreams where, you know, these topics would come up,

18   because he's a political livestreamer, so the topic would come

19   up about, Oh, what do you think about consent and doing this or

20   that?  And he did indicate on one of those livestreams that

21   that's one of the worst things you could possibly do to

22   someone.

23           MR. BRETTLER:  Objection, Your Honor, hearsay.

24   A.  It's not --

25           THE COURT:  I will decide if it's hearsay.  It's

1   overruled.

2   BY MR. LAGE:

3   Q.  So, Ms. Doe, at some point was any of the content from your

4   encounter, sexual encounter with Mr. Bonnell circulated, to

5   your knowledge?

6   A.  Like publicly or?

7   Q.  Well, how -- was it ever circulated in any fashion?

8   A.  I sent it to my previous partner, and that was it.

9   Q.  Was there consent from Mr. Bonnell?

10      THE COURT:  What do you mean?  I'm sorry, I

11  misunderstood what your answer was.

12      THE WITNESS:  My previous partner.  My previous

13  boyfriend, the one that earlier I mentioned when I was -- did

14  the encounter with Bonnell, I was, like, oh, can I send it to

15  the person that I'm, like, currently, you know, in love with?

16  That was -- that would be the only person who would, like . . .

17      THE COURT:  So, did you send it or did he send it?

18      THE WITNESS:  I sent it or showed it to my previous

19  partner.

20      THE COURT:  And how did you get a copy of this?

21      THE WITNESS:  He sent it to my phone.

22      THE COURT:  He sent a video to your phone?

23      THE WITNESS:  Yes.

24      THE COURT:  And then you forwarded it?

25      THE WITNESS:  Yes.

```
 1                   THE COURT:  Okay.
 2    BY MR. LAGE:
 3    Q.  Was that with Mr. Bonnell's consent?
 4    A.  Yes.
 5    Q.  All right.  Did there come a time that Mr. Bonnell
 6    disseminated your video to any other individuals without your
 7    consent?
 8    A.  Yes.
 9    Q.  All right.  And when did he do that?
10    A.  He apparently did this on multiple occasions.
11    Unfortunately, there's, like, contention around, like, the
12    exact date when he sent it to Rose.  I thought it was
13    October 4th, but it could -- of 2022.  They're saying it was
14    April 4th, 2022, or something along the lines, I'm not sure.
15                   THE COURT:  We'll back up a step.  When did you first
16    learn of him transmitting anything?
17                   THE WITNESS:  Oh, I learned that on the day after
18    Thanksgiving, November 28th of 2024.
19                   THE COURT:  Okay.  And how did you learn it?
20                   THE WITNESS:  Because one of the people that he sent
21    it to decided to publish my video and the video of multiple
22    other partners to a website he called Kiwi Farms, and that
23    website is known for also doxing and harassing people.  And --
24                   THE COURT:  And how did you learn of this?
25                   THE WITNESS:  Because I started getting messages from
```

1    a whole bunch of people and random strangers and DMs and people

2    started posting under my social media pictures of the video

3    and, like, then telling me, like, oh, you just got exposed, to

4    like, oh, I hope you know this, but your Destiny video got

5    leaked out.  Oh my God, like, yeah.

6         THE COURT:  Okay.

7    BY MR. LAGE:

8    Q.  So, that was in November of 2022 when you first found out?

9    A.  Yes -- no, sorry, 2024.

10        THE COURT:  '24, you said?

11        THE WITNESS:  Yes, November 2024 is when I first found

12   out that the video had been publicly disseminated.

13   BY MR. LAGE:

14   Q.  There's the -- who is Rose?

15   A.  I wish I could tell you.  I wish I knew who she was.  I

16   don't even know if the Defendant knows who she is exactly

17   because it doesn't seem like they ever met in real life.

18   According to, like, the messages online, it seems like she was

19   a 19-year-old girl, but he never verified her age, to my

20   understanding.  So the hacker who took control of the account

21   or whatever claims that she was 17 at the time that they

22   started sexting and corresponding.

23        Yeah, and that's kind of all I know about her.  I just

24   know that he never actually met her, and we don't actually know

25   her age.

1   Q.  As this issue has progressed, did you come to learn whether

2   or not Mr. Bonnell had continued to share that explicit

3   encounter without your consent?

4   A.  Yes.

5   Q.  What other occasions are you aware of that he shared it

6   with other individuals without your consent?

7   A.  After I spoke about this issue and what was happening, I

8   found out that the Abby MC apparently received a video of me in

9   2023.  I also -- I got a couple of messages as well of people

10  who said that they think that they received a video of me.  One

11  of those people said that they think that their sister received

12  a video of me or that the sister recognized me from a video

13  just a few months ago, but, unfortunately, some of these people

14  have deleted their accounts.

15          MR. BRETTLER:  Objection, Your Honor, lacks

16  foundation, also contains hearsay testimony.

17          MR. LAGE:  It goes to state of mind, Judge, and this

18  hearsay is admissible in this type of hearing.

19          THE COURT:  Well, I'm not admitting it for the truth.

20  It's just for her perception at the time.

21          And when did you learn of this second distribution?

22          THE WITNESS:  The Abby or the person who said the

23  sister?

24          THE COURT:  The first one of those.

25          THE WITNESS:  It was after January 20th.  After I --

1   after the Substack was posted, that's when I started receiving

2   people -- or a few months after that.

3   BY MR. LAGE:

4   Q.  After you initially found out after Thanksgiving that this

5   video had been uploaded to Kiwi Farms, did you make efforts to

6   contact Mr. Bonnell?

7   A.  Yeah, I basically -- because I know that there was more

8   than one video in that encounter.  Like, I asked him if he sent

9   anything more to other people.  I was really paranoid,

10  essentially, for the next few days that something else would

11  come up that I wouldn't know about.

12          THE COURT:  When was this conversation?

13          THE WITNESS:  It was the day of the -- that I found

14  out about the leaks, I texted him immediately.  I was, like:

15  What's going on?  Did you send this to anybody else?  Like, how

16  many other people are -- or is there anything else that I

17  should be prepared for, basically.

18          THE COURT:  This is in November 2024?

19          THE WITNESS:  Yes.

20  BY MR. LAGE:

21  Q.  What did Mr. Bonnell respond to you?

22  A.  He said something along the lines of, I'm so sorry.

23  There's literally no excuse.  I was fairly close to this

24  person, if it makes you feel any better.  Literally no excuse.

25  I'm so sorry.

1    Q.  However, after that date, he continued disseminating?

2    A.  I will argue that, yes.  Um . . .

3              MR. BRETTLER:  Objection, calls for speculation.

4              THE COURT:  Sustained as to form.

5    BY MR. LAGE:

6    Q.  Okay.  So that discussion took place in, when,

7    November 2024, correct?

8    A.  Yeah, November 28th of 2024.

9    Q.  All right.

10             And the other individual who says that their sister

11   received it, received it approximately how long before

12   January 20th, 2025?

13   A.  They said a few months before.  They said, like, two to

14   three months before.  Something along those lines.

15   Q.  And even after disseminating it to Rose, he had continued

16   disseminating it thereafter, correct?

17   A.  Yes.

18   Q.  All right.  Did at any time Mr. -- did Mr. Bonnell have a

19   hyperlink to Kiwi Farms and the video?

20             MR. BRETTLER:  Objection, vague and ambiguous.

21             THE COURT:  Overruled.

22             You can answer.

23   A.  By hyperlink, do you mean, like, sending his followers

24   there or?

25

```
 1    BY MR. LAGE:
 2    Q.  Correct.
 3    A.  He -- there was a Twitter post where he directly told
 4    everybody that they could still find the material on
 5    Kiwi Farms.  So he did tell everybody, like, go to this
 6    website, find this material, basically.
 7    Q.  When did he do that?
 8    A.  He did that I think around February 20th.  I'm not sure of
 9    the exact date, but I think it was around February.
10              THE COURT:  Of 2025?
11              THE WITNESS:  Yes.
12              THE COURT:  Now, prior to November 2024, had you
13    maintained a relationship with him?
14              THE WITNESS:  Prior, yeah, we were friends.  I -- he
15    had this live election stream for the -- yeah, livestream for
16    the election, and I was there.  We collaborated in kind of the
17    same projects with his community.  Yeah, we were -- we were
18    friends.
19    BY MR. LAGE:
20    Q.  How has the dissemination of this video impacted you
21    personally?
22    A.  There's various stages to this.  When the video first came
23    out, I basically could not sleep.  I had a lot of trouble
24    sleeping at night.  I was super anxious all the time.  I was
25    just waiting for somebody to, like, tell my parents or my
```

1    family what happened.  I would be crying constantly.  I was

2    super depressed.  I was in a really bad state of mind, and at

3    the time I -- one of my friends was like, oh, maybe you should,

4    like, try to seek legal justice because that seems to be, like,

5    something that's, like, really big on your mind.

6            So I tried doing that, and then I was told that there

7    was no guarantee of Jane Doe status, and that if I didn't

8    receive that, good luck, you know, people are going to harass

9    my family potentially more or my -- you know.

10           So, I -- and I'm not saying that this was right or

11   okay, but that's what my mindset was at the time, I was -- the

12   original plan was basically for me to commit suicide and

13   schedule a note for after I died detailing what Steven had done

14   and hoping that everybody would forever know what he did and be

15   able to stay away from him and be able to be more wary and

16   cautious.

17           And it was only after, essentially, being on, like,

18   suicide watch with my friends -- I'm very lucky to have the

19   friends that I have that were constantly checking on me every

20   day and making sure I was okay and, you know, basically

21   convincing me, hey, don't do anything rash.  At least do your

22   best legally first and then if that doesn't work out, you can

23   figure it out later, but just try this option first before the

24   life-ending one. That's when I decided, okay, I'm going to try

25   my best to go through that route first and see what I can

1    handle and everything.

2    Q.  Do you still receive, or are you still the subject of

3    derogatory posts on social media as a result of this encounter

4    with Mr. Bonnell?

5    A.  Oh, absolutely, although I will say that most of it is from

6    Mr. Bonnell's community now.  Not very good.

7    Q.  How has that impacted you?

8    A.  I have, like, thousands of people online believing that I

9    am -- was -- that I was not serious about suicide.  I have

10   thousands of people online saying that I was, like, a liar, and

11   that I am lying about this case continuously, even though I

12   would argue the opposite actually holds true.  Obviously, the

13   general feelings, like depression and anxiety, and I fear like

14   going outside.  But I think the biggest one, like -- I don't

15   know, I still struggle with the suicidal thoughts sometimes.

16   I'm getting help mentally professionally, but what I see, like,

17   thousands of people basically claiming that I'm lying about how

18   I feel, and that I wasn't actually serious, like, yeah, there

19   is a little part of my brain that is like, maybe I should end

20   it and stop the pain that I feel and just show everybody that I

21   wasn't lying and that I am (unintelligible) and this is not

22   okay.

23   Q.  Do you need a second?  Would you like some water?

24   A.  Yeah, please.  One second.

25        MR. LAGE:  We'll get you some water, Ms. Doe.

```
 1              Are you okay to continue?

 2              THE WITNESS:  Can I have like one minute, please?

 3              MR. LAGE:  Your Honor, would you mind giving her a

 4    break?

 5              THE COURT:  You can take a five-minute break.

 6              THE WITNESS:  Thank you.

 7    BY MR. LAGE:

 8    Q.  Ms. Doe, are you ready to proceed?

 9    A.  Yeah.

10    Q.  Did you have to have discussion with your family about the

11    uploading of this video?

12    A.  Yeah.

13    Q.  What was that conversation like?

14    A.  Oh my gosh, I just got out it.  I'm, like -- okay, sorry.

15    My --

16              THE COURT:  Well, let me ask you this question:  Did

17    they know about your relationship with the Defendant?

18              (No audible response.)

19              THE COURT:  Okay.  And who all -- did other people

20    know?

21              THE WITNESS:  Only -- there should have been only two

22    people who should have known, my ex-boyfriend and Steven's

23    ex-wife, Melina.  And to be clear, I told -- like, I told him

24    he could tell her, but I didn't say anything about showing her

25    anything, but those were the only two people who should have.
```

```
1              THE COURT:  Now, let me ask you this question:  Have
2     you -- you said you originally met him through online.  Have
3     you yourself had an online profile before?
4              THE WITNESS:  At the first time, I just started.  I
5     was -- I transferred universities, and it was a very big
6     change.  I didn't have a lot of, like, friends in my new
7     university.  So I was, like, okay, like, I have a camera, I
8     have a computer.  Maybe I can try making friends this way,
9     like, online, just livestreaming, talking, see who I connect
10    with.
11             THE COURT:  When was this?
12             THE WITNESS:  It was around '19 or '20, so it was
13    around, like, 2019 to 2020, like, around there.
14             THE COURT:  Okay.  And what university were you going
15    to at the time?
16             THE WITNESS:  I just trans- -- I went to -- I was
17    going to Fordham University, but I just transferred to
18    University of Florida.  Gators.
19             THE COURT:  So you began engaging in online social
20    media accounts, things of that nature?
21             THE WITNESS:  Yeah, I just started, kind of, I just --
22    kind of leaned into politics.  I was like, these are the topics
23    that I care about, that I think are important.  And then people
24    were like, those are important, or no, you're so wrong about
25    this.
```

```
1            THE COURT:  Did you ever introduce your personal life
2       into any one of your videos or your posts?
3            THE WITNESS:  Not really, no.  I mean, the only thing
4       I would talk about that would be somewhat personal would be,
5       oh, you know, things relating to, like, mental health and the
6       importance of it, and, like, how, you know, I think it's not
7       something talked about enough in society.  But I wouldn't tell
8       people, like, this is the university I'm going to or, like,
9       these are -- yeah, my name.  I made sure I would not say that,
10      keep it super private because I know that with that
11      information, like, people can do a lot of damage.
12           THE COURT:  I was going to ask you that question,
13      actually.  Did you post or submit things under your own name or
14      under a moniker?
15           THE WITNESS:  Generally speaking, if not every
16      single -- like, all social media accounts, Pxie, Pxie, Pxie.  I
17      didn't want people, yeah, to know my real name, period.
18           THE COURT:  Okay.  So back to counsel's question about
19      you telling your family about your encounter with
20      the Defendant.
21           THE WITNESS:  Yeah.  So, basically the way that
22      conversation went is my dad told me that he was disappointed at
23      me.  Like, he was disappointed.  And then I kind of had to stop
24      him there and tell him, please, don't say anything else because
25      I promise you there is -- there's nothing that you can say that
```

1   I haven't already thought of or have told myself.  So, yeah.

2   So that's kind of, like, how the conversation went.  After that

3   my -- my parents softened a little bit, because I think they

4   could see that I was not in the best mental state.  But, yeah,

5   it was -- it was really embarrassing.

6   BY MR. LAGE:

7   Q.  Going back to an earlier topic, you mentioned Kiwi Farms.

8   After Mr. Bonnell directed his followers to the content back on

9   Kiwi Farms, are you aware of how many people viewed it or how

10  many people accessed that site?

11          MR. BRETTLER:  Objection, calls for speculation.

12          MR. LAGE:  If she knows.

13          THE COURT:  I'll sustain based on lack of foundation.

14          MR. LAGE:  All right.

15  BY MR. LAGE:

16  Q.  Did you at any time go back to Kiwi Farms to determine

17  whether or not how many views that video had obtained in a

18  certain period of time?

19          MR. BRETTLER:  The same objection, Your Honor.

20          THE COURT:  You haven't established a predicate.

21          Let me -- did you -- when were you first alerted that

22  there might have been a posting or an uploading on -- what is

23  Kiwi Farms, like another Instagram kind of thing?

24          THE WITNESS:  It's like a website.  It's an online

25  forum.

```
 1              THE COURT:  Okay.

 2              THE WITNESS:  Basically a bunch of people anonymously

 3    post there.  Usually they have threads targeting individuals

 4    to, like, harass and dox them.  And Destiny has his own thread

 5    of people there posting negative information about him.

 6              THE COURT:  Okay.

 7              THE WITNESS:  And he was aware that this website

 8    existed, and he was also aware there was a thread about him.

 9    And the only reason I bring that up is because it's insane to

10    me that, you know, that you have, like, a dedicated group of

11    people who just want to harm you or are trying to find out

12    every single bit of your personal life, and that you're just

13    disseminating out pornographic content of others without

14    consent, privately, whatever, knowing that these group of

15    people exist out there, but that's a side note.

16              I first found out on November 28th where basically the

17    same day, essentially.  That's when everybody was, like, oh,

18    Kiwi Farms has your stuff, Kiwi Farms has your stuff,

19    Kiwi Farms has your stuff.

20              THE COURT:  So it was contemporaneous with you finding

21    out the first time?

22              THE WITNESS:  Yes.

23              THE COURT:  Got it.

24              THE WITNESS:  I do want to note that the website

25    gained so much traction that it crashed repeatedly, to my
```

1    understanding, to my knowledge.

2           MR. BRETTLER:  Move to strike, Your Honor.  Lacks

3    foundation.

4    BY MR. LAGE:

5    Q.  How is it that you know that?

6    A.  I know that because the owner of the website made a public

7    posting saying Destiny's BJ video is getting so many views that

8    the website crashed.

9           THE COURT:  Where was that posted?

10          THE WITNESS:  That was posted on Twitter.

11          THE COURT:  So you found out about the Kiwi Farms

12   connection on November 28th?

13          THE WITNESS:  Yeah.

14   BY MR. LAGE:

15   Q.  When was the posting by the owner of the site?

16   A.  About it being crashed?

17   Q.  Yes.

18   A.  It was a few days after.  I can't recall the exact date.  I

19   just remember seeing it a few days after, and being, like, oh

20   my God, everybody knows.

21   Q.  Are you familiar with a Google Drive that Mr. Bonnell has

22   with this explicit video of your encounter with him?

23          MR. BRETTLER:  Objection, lacks foundation.

24          THE COURT:  Overruled.

25   A.  So I know he had -- and I know Abby said that she received

1   an explicit material of me through the Google Drive.  I know he

2   had a Google Drive or apparently he would upload a bunch of

3   other people's, including him, but, like, pornographic content

4   without their --

5          THE COURT:  How do you know this?

6          THE WITNESS:  I know this because the leaker -- well,

7   I know this for a couple of reasons.  I know this because the

8   leaker posted messages where Destiny is sending Google Drive

9   links to Rose, to the girl.  So there's messages of Destiny

10  being like, oh, if you want to see this video, here's a Drive

11  link, here's a link, here's a link.

12         THE COURT:  And you got that from who, Rose?

13         THE WITNESS:  Yeah, from -- yeah, the person who took

14  control of Rose's account leaked all the messages between

15  Destiny and her, and that's included there.  I also know this

16  because multiple women afterwards came out and told me:  Oh, I

17  received pornographic content about other people and now I

18  realize that content was probably without consent using these

19  links.  And I know that because Destiny himself has stated --

20  and at that time I thought anything he uploaded there was with

21  the consent of other people, but now I realize that's not the

22  case.  Early on he sent me a Google Drive link or mentioned

23  one.  So, yeah, so those are the ways I found out.

24         THE COURT:  So when is the first time you found out

25  about the Google Drive link?

1           THE WITNESS:  I can't remember the exact date because

2      he deleted all of our messages, but I do remember he sent me

3      one of Melina, like, a file with Melina through the Google

4      Drive.  And I assumed, like, okay, like, you know, he's sending

5      me this, whatever.

6           THE COURT:  And when was that?

7           THE WITNESS:  When was that?  That was before I think

8      our first sexual encounter, but I honestly can't recall the

9      exact date.

10     BY MR. LAGE:

11     Q.  And Melina was who?

12     A.  His ex-wife.

13          THE COURT:  So he sent you a video of his ex-wife

14     before your encounter with him?

15          THE WITNESS:  From my memory and recollection.

16          THE COURT:  Didn't that give you pause then to allow

17     him to tape you?

18          THE WITNESS:  No, because I thought, like, Melina, the

19     way that she was also described to me and my understanding of

20     her was that her and Steven were in a super sexually liberated

21     relationship, that they were, like, super open with each other,

22     and that they were super open about sex, and, you know, that

23     they didn't really, like, care about that stuff, but that they

24     were also very respectful about boundaries because open

25     relationships can't work without the proper set of boundaries

1    and understanding.

2              THE COURT:  And you got this information from who?

3              THE WITNESS:  Steven.

4              THE COURT:  Okay.

5              THE WITNESS:  So I was -- and again, like, the only

6    person I was with before Steven was my former boyfriend, so I

7    just thought, like, oh, you know, this is just something I

8    don't have a lot of knowledge on, but he seems very experienced

9    and understanding, and we've had so many of these conversations

10   about consent. Like, yeah, I was just under that impression

11   that everything was going to be consensual.

12   BY MR. LAGE:

13   Q.  Did Mr. Bonnell ever state to you that he was going to make

14   efforts to take down the videos from Kiwi Farms?

15   A.  Yeah, he said that he hired a legal firm to aid him in

16   that, yeah.

17   BY MR. LAGE:

18   Q.  To your knowledge, do the videos still exist on Kiwi Farms?

19   A.  I believe so.

20   Q.  Okay.  And during the course of the pendency of this case,

21   has Mr. Bonnell dodged you by attempting to publish your name

22   on any of his streams?

23   A.  Yes.

24   Q.  And how did he do that?

25   A.  I think it was the 19th of February.  Even though he

1    never -- even in real life, he did not call me by my real name.

2    He called me Pxie because that's an effort I went to when it

3    came to my streaming friends or my content-creator friends.

4    Like, refer to me as Pxie, Pxie, Pxie.  That's how rarely I use

5    my name.  Even -- whenever.

6            He referred to me for the first time ever as my real

7    name.

8            THE COURT:  And when was this?

9            THE WITNESS:  This was I believe February 19th and

10   20th.  Like, he uploaded another video in another channel

11   called last night on Destiny or whatever on the 20th, but I

12   believe his livestream was the 19th.

13   BY MR. LAGE:

14   Q.  Okay.  The video that was shared of you, did it include a

15   depiction of intimate sexual content that you were involved in?

16   A.  Yes.  Wait, sorry, can you repeat that question?  I think

17   I --

18   Q.  Yes.

19           Did the video that was shared by Mr. Bonnell of you

20   and him involve intimate sexual content?

21   A.  Yes.

22   Q.  All right.  The -- you indicated that it was also shared

23   with Ms. Mac without -- Abby Mac without your consent.  Do you

24   know if Abby Mac was outside the State of Florida?

25   A.  Yeah, she lives outside the State of Florida.

```
 1   Q.  Do you know what state she lives in?

 2   A.  I can't remember off the top of my head right now.

 3   Q.  Are you sure that it's outside the State of Florida?

 4   A.  Yeah, I'm sure.  I think she just moved out of Texas,

 5   that's why I'm not sure exactly what state.  But we've had

 6   conversations before where I know a hundred percent she's not

 7   in Florida.

 8   Q.  At the time that the video was shared with her by

 9   Mr. Bonnell, do you know if she was living in Texas?

10   A.  I think so because I think she was -- but I can't say for

11   sure.

12           MR. BRETTLER:  Objection, calls for speculation and it

13   lacks relevance.

14           THE COURT:  Overruled.

15           She doesn't know, bottom line, is the answer.

16   BY MR. LAGE:

17   Q.  Did you consent to the disclosure of the video at any time

18   to Mr. Bonnell?

19   A.  Disclose, like, Mr. Bonnell to send the video to other

20   people?

21   Q.  Correct.

22   A.  Not, no.

23           MR. LAGE:  Okay.  I don't have any further questions

24   at this time, Your Honor.  Thank you very much.

25           THE COURT:  Thank you.
```

1        Cross-examination?

2              MR. BRETTLER:  Thank you, Your Honor.

3                         CROSS-EXAMINATION

4    BY MR. BRETTLER:

5    Q.  Good morning, Ms. Doe.

6    A.  Good morning.

7    Q.  When you first started communicating with Mr. Bonnell

8    online, you quickly --

9              THE COURT:  Since we don't have a reporter, introduce

10   yourself for the microphone for me.

11             MR. BRETTLER:  I'm sorry.  I'm Andrew Brettler.  I

12   represent the Defendant Steven Bonnell.  Berk Brettler LLP in

13   Los Angeles.

14   BY MR. BRETTLER:

15   Q.  Ms. Doe, when you first started communicating with

16   Mr. Bonnell online, your conversation turned sexual at a pretty

17   early point in your relationship, correct?

18   A.  I don't think so, I think it was a couple of months.  Maybe

19   you guys have the messages.  He deleted all of mine, so I can't

20   say 100 percent for sure, but I don't think it was pretty

21   quick.

22   Q.  On March 17th, 2020, at five o'clock in the morning, you

23   sent a message to Mr. Bonnell stating:  I took some videos with

24   a guy I can send you later if you're interested, also.

25             Do you recall sending that message to Mr. Bonnell?

1    A.  I don't recall, but I assume -- I'm going to assume that

2    that message exists.

3    Q.  And in response, Mr. Bonnell said:  Yes.

4              At 5:01 a.m. you wrote:  Okay, I'll send them to you

5    when I get home, happy face, heart.

6              Do you recall sending that message?

7    A.  I don't recall, but I assume it exists.

8              THE COURT:  You don't recall sending him a video of

9    somebody else?

10             THE WITNESS:  I recall my former boyfriend, who I

11   would refer to as that guy, the guy, a guy, didn't want me to

12   send videos of us, like, experimenting and stuff like that.  I

13   just don't -- I can't verify, like, the specificity of the

14   message because I don't have those messages.

15             THE COURT:  Do you remember sending him of a video of

16   some sexual encounter?

17             THE WITNESS:  Yes.

18             MR. BRETTLER:  And I'm also getting there, Your Honor.

19   BY MR. BRETTLER:

20   Q.  Mr. Bonnell offered to send you videos of him and his wife

21   if you wanted them; do you recall that?

22   A.  Yes.

23   Q.  Do you recall responding at 5:03 a.m. on March 17th, 2020:

24   I'm open to anything you want to send me.  You know I'm a super

25   curious person.  I think he is asleep, so you might have to

1    wait for my videos until tomorrow.

2            Do you recall sending that message?

3    A.  Again, I can't say specifics, but I'll assume yes.

4    Q.  Do you recall asking Mr. Bonnell:  Is there any particular

5    photo or position you'd want to see me in?

6    A.  I assume that message exists, but I'm a little bit confused

7    about what this line of questioning -- like . . .

8    Q.  Do you recall saying to Mr. Bonnell:  I'm with my guy

9    friend right now.  I can probably get a photo of me sucking him

10   off, if you think that would be hot.

11   A.  I assume that message exists, but I don't know if I'm

12   overstepping my boundaries here or whatever.  What does that

13   have to do with Mr. Bonnell sending my video to other people

14   that I didn't know?

15   Q.  Ms. Doe, do you recall on January 3rd of this year,

16   January 3rd of 2025, where you posted online:  I have never

17   sent videos of other people to Steven, ever?

18   A.  One, I remember sending that to Dan Saltman in a private

19   DM.  And the context of that was Dan claiming that everybody in

20   this sphere was nonconsensually distributing materials of other

21   people.  So that was the context where I was thinking, like,

22   no, the guy I had, my former boyfriend's consent, the only one

23   person I was with before.

24            MR. BRETTLER:  Move to strike as nonresponsive.

25

1  BY MR. BRETTLER:

2  Q.  My question, Ms. Doe, was, do you recall texting or posting

3  online on January 3rd, at 10:37 p.m.:  I have never sent videos

4  of other people to Steven ever?

5  A.  I remember messaging Dan privately.  It's very different

6  than a social media post.

7  Q.  Yes?

8  A.  Yes.

9  Q.  The answer is yes.

10         Move to strike everything after yes.

11         That wasn't a true statement, was it, Ms. Doe?

12  A.  No, it wasn't.  I --

13         THE COURT:  And who is this character, Dan, what is

14  his name?

15         THE WITNESS:  Dan Saltman is one of the best friends

16  of Destiny, who is also a business partner with Destiny.

17  They run a podcast together.  He was going online claiming that

18  everybody had done what Steven had done, and that's when I

19  messaged him.

20         THE COURT:  So you're responding to him?

21         THE WITNESS:  Because I saw him on a podcast or on a

22  stream, and he was making those claims.  And this was the 3rd,

23  right?  January 3rd?  Can you confirm that?  No?  Okay.

24         THE COURT:  What was the date of the communication?

25         MR. BRETTLER:  January, 3rd, 2025, Your Honor.

```
1            THE WITNESS:  Yeah.  So, this was still before I
2    was -- before I made my Substack, basically.  I was still
3    trying to -- I was still in a state of denial between when I
4    first found out and between when I made my Substack.  I was
5    trying to down-play what happened as much as possible, claimed
6    that, no, like, everyone's just confused, everyone's just
7    wrong.
8            THE COURT:  Let me ask you this question:  Prior to
9    this point, had you already been engaging online with others
10   about your problem?
11           THE WITNESS:  Yes.
12           THE COURT:  How often?
13           THE WITNESS:  To the people who would randomly send me
14   DMs being like, this is you, this is you, I would try my best
15   to, like, deny it.
16           THE COURT:  No, but on an online platform, in other
17   words, on a more public platform.
18           THE WITNESS:  Oh, on a more public platform?  No, I
19   did not -- I did not claim, like, make statements about it
20   being me or anything like that.
21           THE COURT:  Okay.
22   BY MR. BRETTLER:
23   Q.  Going back in time, do you remember when you messaged
24   Mr. Bonnell in March of 2020:  Did you get the video?  I'm also
25   open to any videos you want to send me, in general.  LOL.
```

```
 1              MR. LAGE:  Objection, asked and answered, relevance.

 2              THE COURT:  Overruled.

 3  A.  As I said before, I assume it exists.

 4  BY MR. BRETTLER:

 5  Q.  Okay.  And do you recall telling Mr. Bonnell after he

 6  expressed that he enjoyed watching your video:  Ha, ha.  Yeah,

 7  it felt really good when he was being dominant and making sure

 8  I was a good girl for him?

 9              MR. LAGE:  Objection, Your Honor, relevance.  There's

10  no doubt that this took place.

11              THE COURT:  Overruled, overruled.

12  A.  Yeah.

13  BY MR. BRETTLER:

14  Q.  Do you recall responding that way?

15  A.  I assume it exists.

16  Q.  Okay.  And do you recall telling Mr. Bonnell also around

17  that time:  Ha ha.  That's the whole video, but I have another

18  video of me fucking in lingerie that won't send through here,

19  and, no worries, we can talk about it more tomorrow?

20  A.  I assume it exists.

21  Q.  Do you recall asking Mr. Bonnell also in March of 2019:

22  Do you have anywhere else you think the videos could send to?

23  A.  I assume it exists.

24  Q.  You -- you inquired whether or not he could send the videos

25  to you via Instagram.  Do you recall that?
```

1    A.   Yes.

2    Q.   It was your idea, Ms. Doe, to make a sexually explicit

3    video with Mr. Bonnell, correct?

4    A.   That I'm not completely sure of.

5    Q.   On March 19th, 2020, at 5:12 in the morning --

6              THE COURT:   I thought you said that he suggested it.

7    Did I misunderstand that?

8              THE WITNESS:   No, I'm pretty -- well, again, like, I

9    don't have the messages, so it's hard for me to exactly recall.

10   I remember him sending me something of Melina's earlier on, and

11   me assuming, oh, like, do you want to make videos together?  As

12   a response to that.  But, again, I don't have the messages, I

13   can't recall perfectly, but that's --

14             THE COURT:   It's possible that you brought up the

15   topic of recording with him?

16             THE WITNESS:   It's possible.

17             THE COURT:   Okay.

18   BY MR. BRETTLER:

19   Q.   Not only is it possible, but on March 19th, 2020, at 5:12

20   in the morning, do you recall sending a message to Mr. Bonnell:

21   Mmm, it's going to be so nice when you do, question mark.

22   Would you want to make some videos together?

23             And Mr. Bonnell responded at 5:13, one minute later:

24   If you want to, yeah, for sure.

25             Do you remember that exchange?

1   A.   Yeah, and I remember before that was when he sent the stuff

2   about Melina, but, yeah, continue.

3   Q.   So, does that impact your testimony at all that it was

4   Mr. Bonnell's idea to make the video?  Or do you now realize

5   that you were the one that first raised the idea about making

6   videos together?

7   A.   What I claimed was that he sent me Melina's stuff, and as a

8   response to that, I was like:  Oh, do you want to make stuff

9   together?  Because I thought him sending Melina's stuff was

10  like, oh, yeah, like, you know, he's into recording stuff.

11  Q.   My question was:  Does it refresh your recollection that it

12  was your idea to actually suggest making a video with

13  Mr. Bonnell?

14  A.   I'm trying to think how to phrase this in a way that makes

15  sense.  If I'm like.  All right, I'll use this analogy.  If I

16  have like a cup of water, and I drink it, and I'm like, oh, my

17  God, you know, water is really cool, I love water.  You know,

18  water's awesome.

19       And you go, oh, hey, do you want some water?  Because

20  you keep, you know, you sat here talking about water.

21       Is it -- okay -- I'm not sure how to phrase this.  The

22  way that --

23       THE COURT:  Well, is it safe to say you're not sure

24  whether it was your idea or his idea initially?

25       THE WITNESS:  Yeah, because --

```
 1                THE COURT:  That's fine.

 2                The next question.

 3     BY MR. BRETTLER:

 4     Q.   The next question is:  Do you recall sending Mr. Bonnell a

 5     subsequent message saying:  Do you want to take videos when we

 6     do stuff together?  I think I'd really like one of you coming

 7     in me.

 8     A.   I assume it's true.

 9                THE COURT:  So this is in March 2020 or 2019?

10                MR. BRETTLER:  2020, Your Honor.

11                THE COURT:  Okay.  So then the first video that you

12     had with him is sometime thereafter, I'd take it?

13                THE WITNESS:  Yes.

14                THE COURT:  Okay.

15     BY MR. BRETTLER:

16     Q.   Do you recall after the video was published on Kiwi Farms,

17     you told Mr. Bonnell that it's not clear that it's your face or

18     anything like that, and that you are 100 percent denying it's

19     you in the video?

20     A.   Oh, yeah, I was in complete denial.  I was, like, oh, well,

21     maybe people can't see -- my face is clear as day in that

22     video.

23     Q.   Do you recall telling Mr. --

24                THE COURT:  When did you tell him this, I'm sorry,

25     when was this exchange?
```

```
 1              THE WITNESS:  I believe immediately after I was
 2   getting messages from everybody telling me I was in the video.
 3              THE COURT:  So sometime in November, early December?
 4              THE WITNESS:  Yeah.
 5              MR. BRETTLER:  November 29th, Your Honor, the day
 6   after she claims to have identified the video.
 7   BY MR. BRETTLER:
 8   Q.  Do you recall, Ms. Doe, that following the publication of
 9   the video on Kiwi Farms that you created what's called a
10   Substack page where you talked about this matter?
11   A.  Yes.
12              THE COURT:  What is a Substack page?
13              THE WITNESS:  Substack is basically like a platform.
14   It's kind of a social media platform where people post more
15   like longer articles or statements or things of -- I would even
16   argue more of an academic nature than other platforms.
17              THE COURT:  So it's not, like, for videos.  It's for
18   more articles or writings?
19              THE WITNESS:  Yes, yes.
20              THE COURT:  Okay.
21              And is this public?
22              THE WITNESS:  Yes.
23              THE COURT:  And do you create a profile just like you
24   would for Instagram or something?
25              THE WITNESS:  Yes.
```

1   BY MR. BRETTLER:

2   Q.  And on your Substack page, you notified the world or all of

3   your followers, at least, that have access to your Substack

4   page, about the existence of this video, correct?

5   A.  I think "notified" kind of implies that they realized for

6   the first time, and I don't think that's true at all.

7         THE COURT:  Let me back up:  When did you first create

8   this Substack profile?

9         THE WITNESS:  Honestly, I can't remember, because I

10  remember I created one a long time ago because I was like, oh,

11  maybe I want to start writing articles, I'll have it.  But I'm

12  not sure if that's the same account I created for this posting,

13  so I can't really remember when.

14        THE COURT:  Okay.

15        And can one make it public, or is it private, or is it

16  automatically public?

17        THE WITNESS:  You can actually do both.  You can

18  create private articles, save them in drafts, or you can

19  publicize them.

20        THE COURT:  And the one that relates to this -- after

21  November 28th, did you make it public or private?

22        THE WITNESS:  I made it public.

23        THE COURT:  Okay.

24  BY MR. BRETTLER:

25  Q.  It was before you filed your lawsuit that you made it

1    public, correct?

2    A.  Yes, but I do want to point out, I feel like the claim,

3    like, made it public.  It was already public information.

4    Like, what happened that day was two people -- I'll start here.

5    I found out my best friend --

6            MR. BRETTLER:  Your Honor, there's no question

7    pending.

8            THE COURT:  I'll let her answer.  Go ahead.

9            MR. BRETTLER:  Okay.

10   A.  I found out that my best friend had betrayed me and was

11   sending my private messages with her regarding the situation to

12   random other people online.  And then those people, who I did

13   not know, decided to make YouTube videos with those messages.

14   And those YouTube videos were of defamatory nature.  They claim

15   that I took hush money, that I was extorting Steven, and that I

16   do not care about other victims.  They were gaining tens of

17   thousands of views.

18           At this point, on top of the YouTube videos, previous

19   to me publishing the Substack, accounts with tens of thousands,

20   if not hundreds of thousands of followers were publicly making

21   fun of me on Twitter.  They were, you know:  Pxie, ew, your sex

22   tape got leaked, that's quite the L.  A whole bunch of stuff.

23           So, it was -- after the combination of having these

24   accounts, making fun of me over the tape, and then having the

25   YouTube videos that were gaining thens of thousands of views

1    with my private messages lying about me that I felt compelled

2    to publish my Substack and clarify that, no, I didn't take hush

3    money, I was not extorting Steven, and I do care about other

4    victims.  So, that's why I take issue with the whole idea of,

5    oh, you publicized it, because it was already public.  People

6    were already talking about it.  I just said the truth and

7    defended myself.

8            THE COURT:  Were you concerned, though, that by doing

9    that you were only making the story even bigger?  Because then

10   more people would then try to find your video.

11           THE WITNESS:  I thought about that, and that's why I

12   specifically put two things.  I put "nudes" because I thought

13   people were less likely to search up the video, but then on top

14   of that, it was already in motion.

15           THE COURT:  What do you mean you put nudes?

16           THE WITNESS:  Instead of saying my video, the video, a

17   video, I said, oh, he disseminated nudes.  And then --

18           THE COURT:  I see.  In other words, you didn't put

19   images yourself.  You referred to them as that, okay.

20           THE WITNESS:  Yes, I said the nudes.

21           THE COURT:  Okay.

22           THE WITNESS:  And then, also, I never mentioned what

23   websites they were hosted on, specifically, so I just said,

24   like, you know, he sent it online.  And, also, at this point in

25   time, it was -- the machine was already running, I guess is the

```
 1   best way I can say it.  The videos were gaining so much
 2   traction and people were just repeating what was on those
 3   videos that I felt like, okay, either I can make a statement
 4   now and defend myself before everybody believes these lies, or
 5   I can stay quiet and do nothing and hope it will go away, but
 6   it's not going away.  It's been two months.  It's been
 7   two months since original leaks.  People are still talking
 8   about it, people are still harassing me, and now I have these
 9   videos gaining, like, thousands of views and, you know, either
10   I can do my best to protect what little I have left, or I can
11   stay quiet, and --
12        THE COURT:  And you -- did you make an effort to --
13   after November -- before you did your own Substack, did you
14   make an effort to take down the video off the -- off the Kiwi
15   thing?  Is there a process where you communicate with Kiwi to
16   take down things that are improper?
17        THE WITNESS:  So I was in communication with Steven
18   beforehand, and he told me that he had hired a legal firm who
19   was dealing with that stuff.  So in my head, I was, like,
20   okay --
21        THE COURT:  He was doing it.
22        THE WITNESS:  Yes, Steven was dealing with the
23   Kiwi Farm legal team.  When it came to other websites -- and I
24   had a conversation with Steven about this, I was submitting,
25   basically, Google request forms and, like, forms to those
```

```
 1    websites as well, personally, just trying to be, like, oh, no,

 2    this nonconsensual, revenge porn, please take it down.  So I

 3    was making those efforts beforehand as well.

 4              THE COURT:  Thank you.

 5              MR. BRETTLER:  Thank you, Your Honor.

 6    BY MR. BRETTLER:

 7    Q.  And since you brought it up, Ms. Doe, about the idea of

 8    extortion, do you recall messaging Mr. Bonnell:  I feel that

 9    whatever I ask you to cover will be too high a price, and then

10    I'm even going to feel worse over it?

11    A.  Yeah --

12              MR. LAGE:  Objection, Your Honor.  There's no

13    extortion reference in the record, so I object to the form.

14              MR. BRETTLER:  She opened the door, Your Honor.

15              THE COURT:  I didn't understand your question anyways,

16    so I'll sustain.  Ask another one.

17              MR. BRETTLER:  I'll withdraw it for now.  I'll come

18    back.

19    BY MR. BRETTLER:

20    Q.  In addition to your Substack --

21              THE COURT:  It's got to follow all the particulars, in

22    fairness.

23              MR. BRETTLER:  I understand, Your Honor, and I will be

24    more clear.

25              THE COURT:  Okay.
```

```
 1  BY MR. BRETTLER:
 2  Q.  In addition to your Substack, did you create a -- what's
 3  called Go Send Go account to promote your lawsuit against
 4  Mr. Bonnell?
 5  A.  A Go Send Go?
 6  Q.  Correct.
 7  A.  I made a GiveSendGo.
 8  Q.  GiveSendGo.
 9  A.  Yeah.
10  Q.  Okay.  And --
11          THE COURT:  How do you spell that?
12          MR. BRETTLER:  Give, G-I-V-E.  Send, S-E-N-D.  Go,
13  G-O.
14  BY MR. BRETTLER:
15  Q.  And GiveSendGo is similar to a GoFundMe page, correct?
16  A.  Yes.
17  Q.  And the purpose of you creating this GiveSendGo page was to
18  raise money to pursue a legal claim against Mr. Bonnell,
19  correct?
20  A.  Yes.
21  Q.  And on your GiveSendGo page you linked to your Substack
22  post in which you described your version of this situation,
23  correct?
24  A.  Yes.
25  Q.  And to date, how much money have you raised from your
```

```
 1    GiveSendGo page?

 2              MR. LAGE:  Objection, Your Honor.  It's outside the

 3    scope of the direct, and it's completely irrelevant to what

 4    we're talking about here today.

 5              THE COURT:  How is it relevant?

 6              MR. BRETTLER:  How is it relevant, Your Honor?  She

 7    has been promoting this lawsuit and claiming that this has cost

 8    her so much money, that other people are learning of the

 9    lawsuit from Mr. Bonnell when really she's hosting a

10    fundraising page trying to raise money and continues to raise

11    money.  And I think it's important to see how much money has

12    come in and when that money has come in.

13              THE COURT:  It's relevant to ultimately damages, but

14    for the purposes of an injunction hearing, which prong is it

15    relevant to?

16              MR. BRETTLER:  I think it goes to irreparable harm,

17    Your Honor.  She's continuing to publicize the fact that the

18    video exists, that she has a lawsuit that's pending against

19    Mr. Bonnell in federal court, and she's publicizing that fact

20    and trying to raise money for it.  I'll move on if the Court

21    you know --

22              THE COURT:  I'll sustain the objection as to the

23    relevance of the amount, but not as to the --

24              MR. BRETTLER:  The existence of the site.

25              THE COURT:  Exactly.
```

1    BY MR. BRETTLER:

2    Q.  And when you created that GiveSendGo page, Ms. Doe, you

3    created it using your legal name, didn't you?

4    A.  No.  I originally created it using my friend's name, she

5    allowed me to use it, to be able to retrieve -- yeah.

6    Originally, it was created in my friend's name.

7    Q.  And it stated on the page that all proceeds would go to

8    your legal name, which I'll leave off of the record here; is

9    that correct?

10   A.  So what happened --

11   Q.  Yes or no?

12   A.  It's more complicated than just yes or no.

13   Q.  But it is a yes-or-no question.

14   A.  No, it's not a yes or no -- okay.

15          What happened, I created the name under Laur- -- my

16   friend's name, and then the website didn't tell me that it

17   would do this, but they said, okay, put your name, like, your

18   bank account information, your name, to receive the funds.  But

19   when I did that, it published it temporarily for a short time

20   onto the page.  And when I realized that, I contacted

21   GiveSendGo, and I was like:  Hey, I don't want my name on

22   there.  Like, you know, can you change it?  And then they

23   adhered and changed it.

24          So it wasn't that I created this knowing my legal name

25   was going to be attached to that.  I was under the impression

1    that it would just be my friend's name.

2            THE COURT:  Because you weren't allowed to use a fake

3    name, like your online name?

4            THE WITNESS:  No, because it was for the bank account

5    information, and that's when they put my legal name.  And when

6    I contacted them, and I was, like, hey, like, it's really

7    important for me to not have my name on there, that's when they

8    publicly changed the name back to my pseudonym.

9            THE COURT:  Okay.

10   BY MR. BRETTLER:

11   Q.  So you were allowed to use your pseudonym, correct?

12   A.  Not initially, no.  It was only after I contacted the

13   website and told them, like, hey, like, I didn't know that when

14   I put my bank account information, that means that you would

15   have, like, put my name there, too.  Like, please, can you

16   change it to something else?

17           And they were, like, oh, okay, we'll change it.  So it

18   wasn't originally an option for me.

19   Q.  You had a Bluesky Social account too, correct?

20   A.  Yes.

21   Q.  And that's similar to an X or a Twitter account?

22   A.  Yes.

23   Q.  And on Bluesky Social, you publicized the fact that you

24   would be suing Destiny in federal court and linked to your

25   Substack and your GiveSendGo page, correct?

```
 1   A.   Yes, yeah.

 2   Q.   And you did that before filing this lawsuit, correct?

 3   A.   Yes.

 4   Q.   You have submitted hundreds of pages of evidence in this

 5   case.  Do you have any evidence that Mr. Bonnell transmitted

 6   your video, the video of the two of you engaging in consensual

 7   sex, after October of 2022?

 8   A.   Abbymc's affidavit.

 9   Q.   Where is Abbymc?

10   A.   She lives outside of Florida.

11   Q.   Has she produced a single document to demonstrate that the

12   video was transmitted to her after the effective date of the

13   federal statute under which you are suing Mr. Bonnell?

14   A.   Yeah, when she originally received the videos, she had

15   messaged her friend shortly thereafter in 2023.  You know,

16   Destiny sends me these videos thinking I don't know who these

17   girls are, but I do, it's Chaeiry and Pxie, he should really be

18   more careful.

19           THE COURT:  And how do you know this?

20           THE WITNESS:  I know this because Abby submitted the

21   messages to us in evidence.

22   BY MR. BRETTLER:

23   Q.   And there's not a single message attached to Abbymc's

24   declaration that reflects that the transmission of the video

25   was made after the effective date of the statute, correct?
```

```
 1              THE COURT:  Do you know what the effective date of the
 2    statute is?
 3              MR. BRETTLER:  Let's say October of 2022.
 4    A.  I believe that just timeline-wise Abby didn't meet him
 5    until 2023, so it would have not been possible for her to send
 6    those messages before 2023.
 7    BY MR. BRETTLER:
 8    Q.  My question to you is:  Did you submit any evidence
 9    reflecting the transmission of a video after October of '22
10    from any witness, Abbymc or anyone else?  Do you have any
11    evidence at all other than what you are speculating, that
12    Mr. Bonnell transmitted your video after October of 2022?
13              MR. LAGE:  Objection, calls for a legal conclusion.
14              MR. BRETTLER:  I'm asking if you have any evidence,
15    that's all?
16              THE COURT:  Overruled.
17              THE WITNESS:  Does the affidavit not count as
18    evidence?
19              THE COURT:  It counts.
20    A.  So yes.
21    BY MR. BRETTLER:
22    Q.  You have a statement.  Do you have any documentation?
23    A.  That's documentation.
24    Q.  Do you have any evidence demonstrating a transmission of a
25    video from Mr. Bonnell to any third party in the world after
```

```
 1    October of '22?
 2             MR. LAGE:  Objection, Your Honor, asked and answered.
 3    She already said there's evidence and there are statements, and
 4    they're part of the record.
 5             THE COURT:  Sustained.
 6    A.  So --
 7             MR. BRETTLER:  You don't have to answer.
 8             The next question.
 9    BY MR. BRETTLER:
10    Q.  Do you recall publishing on social media in April of this
11    year that your goal here is to bankrupt Mr. Bonnell?
12    A.  I don't think I said bankrupt.
13    Q.  Okay.  What word do you think you used?
14    A.  Can you just read me the -- I can't remember what word I
15    exact- -- just read me what I wrote supposedly or . . .
16    Q.  Has there been any instance since this lawsuit has been
17    filed where Mr. Bonnell -- where you have any proof whatsoever
18    that Mr. Bonnell has transmitted the video to any third person?
19             MR. LAGE:  Judge, asked and answered, Your Honor.
20             MR. BRETTLER:  No, it's a different question.
21    BY MR. BRETTLER:
22    Q.  Since the lawsuit was filed, do you have any evidence that
23    Mr. Bonnell has transmitted the video to any third person?
24             MR. LAGE:  Objection, Your Honor, asked and answered.
25    It's the same question.
```

1              MR. BRETTLER:  It's not the same question.

2              THE COURT:  Sustained on a different basis.

3              MR. BRETTLER:  Can I get some guidance?  What's the

4    basis for the objection?

5              THE COURT:  I think she's already talked about that,

6    so if you want to ask about a more specific thing, that's fine

7    with me.  For example, have you seen any transmission yourself

8    or record of a transmission as opposed to what somebody's told

9    you that evidenced Mr. Bonnell sending a video after October of

10   2022?  Have you seen anything?

11             THE WITNESS:  I'm sorry.  I wasn't sure if he was

12   going to ask that again, okay.

13             I have not seen the video -- him sending the video.

14             MR. BRETTLER:  No further questions, Your Honor.

15             THE COURT:  Redirect?

16             MR. LAGE:  Yes, sir.

17                     REDIRECT EXAMINATION

18   BY MR. LAGE:

19   Q.  Mr. Brettler asked you about the goals of your lawsuit.  He

20   asked you about whether the stated goal of your lawsuit is to

21   bankrupt Mr. Bonnell.  Why did you bring this lawsuit?

22   A.  I brought this lawsuit because I am under the impression

23   that Destiny is going to continue sending people's intimate

24   images and pornographic content without consent.  I think I

25   have good reason to believe this.  I think he -- unless he

1   faces some level of consequences, I think that's what he's

2   going to keep doing.  I think he thinks that he's invincible

3   legally and socially.  He's talked multiple times about how he

4   gets a competitive high from people trying to ruin his career

5   and trying to ruin his life and how he continues to seek that.

6   And I honestly think that if nobody tries to bring him to

7   justice or if nobody tries to do something about his current

8   actions, he's just going to do it for perpetuity.  It's not

9   going to end.  It's never going to stop.  And I just -- like, I

10  can't.  Like, the reason why I was originally suicidal was the

11  idea that he would just continue to keep doing this.  And I

12  honestly -- like, even if -- even if I lose, like, I don't

13  think I could live with myself, like, thinking, like, oh, I had

14  a chance to stop him, I had a chance to do something to make

15  sure this didn't happen again, to stop other women from being

16  hurt, and I just -- I did nothing.

17  Q.  You were asked about your GiveSendGo account.  Are you

18  personally wealthy?

19  A.  No.

20  Q.  Can you afford to pay lawyers hundreds of dollars per hour

21  to prosecute your case for you?

22  A.  No.

23          MR. BRETTLER:  Your Honor, I object.  If they wouldn't

24  let me get into how much money she's raised, her financial

25  situation is completely irrelevant.

```
 1                 THE COURT:  Overruled.

 2                 MR. LAGE:  She did.

 3                 THE COURT:  She can answer.  She said no.

 4      BY MR. LAGE:

 5      Q.  As far as dissemination of the video after October of 2022,

 6      there is a dispute as to whether or not the actual initial

 7      sharing of the video occurred on October 4th, 2022, or

 8      April 10th, 2022.

 9                 Are you aware of that?

10      A.  Yeah.

11      Q.  Okay.  And could you explain that a little bit for

12      the Court's edification of what the dispute is about?

13                 MR. BRETTLER:  Objection, vague and ambiguous, and

14      calls for a narrative.

15                 THE COURT:  How is she going to know this, sir?  Lay a

16      foundation for that.

17      BY MR. LAGE:

18      Q.  Okay.  Do you know when purportedly this video was shared

19      with Rose?

20      A.  I don't know the exact date.  I saw the leaked messages,

21      and it seems like the messages were -- the way I read them was

22      October 4th, 2022, but their side is saying, oh, no, it was --

23      the dates were reversed, it's actually -- it's European time

24      or something.  It was actually April 4, 2022, so . . .

25                 THE COURT:  April 10th.
```

```
 1              THE WITNESS:  April 10, I'm sorry.  April 10.

 2              So I don't really know, like, we would have to verify

 3     that information.

 4     BY MR. LAGE:

 5     Q.  Okay.  But that information is information that you had

 6     gleaned from the actual posts themselves, correct?

 7     A.  Yes.

 8     Q.  And you reviewed those posts, correct?

 9     A.  Yes.

10     Q.  And the timeline of October 4, 2022, is temporally close to

11     the time that the videos were ultimately posted?

12     A.  Yes.

13              Sorry, can you repeat?  I said yes.  You said

14     temporally close to the times the videos were posted?

15     Q.  Correct.

16     A.  So you mean they were -- they were just close, right?

17     Q.  Yes.  We'll move on.

18              As far as your Substack, why did you post the

19     Substack?

20     A.  There's a variety of reasons why I decided to post to

21     Substack.  I posted the Substack because people were -- and the

22     videos were gaining traction, ones that contained blatant lies

23     about me and were defamatory in nature.  So, one, I felt like I

24     had to defend myself and tell people the truth.

25              Two, I did have to find a way to gain some level of
```

1    legal funds if I wanted to pursue this legally because I was

2    told that cases like these can get really expensive.

3           And, three, I wanted people to know the truth.  I

4    wanted people to know that what Steven did to me and to other

5    women was unacceptable, and I wanted to be the last person that

6    he ever decided to do this to.

7           THE COURT:  And remind me, when was the Substack

8    created?

9           THE WITNESS:  The Substack was created in

10   January 20th.  Like, that's when the post was, when I posted.

11   The account --

12          THE COURT:  And when did you file the lawsuit?

13          THE WITNESS:  February 20th, I believe.

14          THE COURT:  About a month before the lawsuit?

15          THE WITNESS:  Yes.

16   BY MR. LAGE:

17   Q.  Since the lawsuit, have you posted on Substack?

18   A.  No.

19   Q.  Have you made any commentary on social media about this

20   case since the inception of the lawsuit?

21   A.  Yes.

22   Q.  And when was that, and what was it in reference to?

23   A.  I don't remember all the exact dates of the social media

24   posts, but I remember when we were able to get the seals, I

25   posted that online telling people, like, hey, like, we're able

1    to, like, seal some of these things.  Like, you know, this is

2    something that's possible for us to do.  The reason why I did

3    that was because there's a lot of women who are really scared

4    of coming forward or to speak anything about relating to this.

5    They're afraid of getting harassed, they're afraid of getting

6    doxed.  So I thought that was very important information to

7    post.

8    Q.  When you posted on Substack, did you use your real name, or

9    did you use your handle?

10   A.  Handle.

11   Q.  Mr. Brettler went through some intimate texts that you had

12   with Mr. Bonnell leading up to your sexual encounter.  At any

13   time in any of your interactions with Mr. Bonnell, did you ever

14   indicate in any way that it would be okay for him to share the

15   video of you with anyone?

16   A.  No.

17          MR. LAGE:  I don't have any further questions at this

18   time.

19          THE COURT:  All right.  Thank you, ma'am.  You may

20   step down.

21          THE WITNESS:  Thank you.

22          Do you want to call the Defendant?

23          MR. LAGE:  I do.

24          THE COURT:  What I would rather do is have the

25   defendant do the direct on the defendant, so we can do it the

1    streamlined way.

2            MR. BRETTLER:  We'll call Defendant Steven Bonnell,

3    please.

4            THE CLERK DEPUTY:  Please state full name for the

5    record and spell your last name for the record, please.

6            THE WITNESS:  My name is Steven Bonnell II.  My last

7    name is B-O-N-N-E-L-L.

8    Thereupon:

9                    STEVEN K. BONNELL II,

10   having been first duly sworn, was examined and testified as

11   follows:

12                   DIRECT EXAMINATION

13   BY MR. BRETTLER:

14   Q.  Thank you, Mr. Bonnell.  Do you go by any other names?

15   A.  No.  My online handle is Destiny.

16   Q.  Okay.  And your online handle is Destiny.  What -- who is

17   Destiny?

18   A.  It's basically just me doing politics, philosophy, and

19   video games.

20   Q.  Okay.  And could you explain to the Court what you mean by

21   doing politics, philosophy, and video games.  Are you on an

22   online streamer?

23   A.  Correct.  It's like YouTube videos, but you're posting them

24   live, basically.

25   Q.  And do you know the Plaintiff in this case?

1   A.  Yes.

2   Q.  How do you know the Plaintiff?

3   A.  She reached out to me after we did a Twitch debate panel

4   maybe five years ago I think in 2020, and we began chatting

5   from there.

6   Q.  And did you and the Plaintiff develop an online friendship?

7   A.  Yes.

8   Q.  At any point during your online friendship with Plaintiff,

9   did your conversations turn to a sexual nature?

10  A.  Yes.

11  Q.  And what -- at what point did they turn to a sexual nature?

12  A.  I don't recall exactly.  Pretty soon, maybe a few months

13  after talking.

14  Q.  And when you agreed that they turned into a sexual nature,

15  how would you characterize that?  What do you mean by the

16  conversation turned sexual in nature?

17  A.  I think it began chatting, topics get a bit racier, maybe

18  conversations about current partners and then sexual activity,

19  and then it kind of tends in that direction.

20  Q.  Was there a time when you had asked the Plaintiff if -- if

21  she was interested in watching sexually explicit videos of you?

22  A.  Yes, I believe so.

23  Q.  And was there a time when Plaintiff asked you if you were

24  interested in watching sexually explicit videos of her?

25  A.  Yes.

```
 1   Q.  And did you, in fact, exchange sexually explicit videos of
 2   each other with the Plaintiff?
 3            Did you --
 4   A.  Of each other?  As in me and her or?
 5   Q.  I asked a bad question.
 6            Did you exchange videos of yourself with Plaintiff of
 7   a sexual nature?
 8   A.  Yes.
 9   Q.  And did she exchange videos of herself of a sexual nature
10   with you?
11   A.  Yes.
12   Q.  And was there ever any discussion prior to exchanging those
13   videos on who you were allowed to send the videos to or who she
14   was allowed to send the videos to?
15            MR. LAGE:  Your Honor, objection.  Understanding that
16   this is an injunction hearing, and this is his witness.  He's
17   leading the -- he's asking leading questions throughout the
18   testimony, understanding the nature of the hearing.
19            THE COURT:  I don't think they're leading.  Overruled.
20   BY MR. BRETTLER:
21   Q.  You can answer, Steven.
22   A.  I'm sorry, can you restate the question?
23   Q.  Yes.  Was there a time when -- I'm sorry.  The question
24   was:  Was there ever any -- any rules on who these videos could
25   be shared with?
```

1    A.  If those conversations occurred, it would have been in

2    person, it would have been five years ago.  I can't recall the

3    specifics of those conversations.

4    Q.  Do you recall telling the Plaintiff that you intended to

5    share the videos with your then fiancee?

6    A.  Well, I can't recall that explicitly.  It certainly would

7    have come up.  There's no world where my fiancee would allow me

8    to send videos of me and her to another person, and if I

9    recorded something with the other person to not share those

10   videos with her, of course.

11   Q.  And do you recall the Plaintiff telling you that her sexual

12   partners would be seeing videos that you sent her?

13   A.  Again, I don't believe that they ever explicitly mentioned

14   that.  It probably would have been assumed based on our

15   conversations.

16   Q.  In 2022, did you come to meet someone online named Rose?

17   A.  If by meet online you mean digitally talk to each other,

18   yes, yeah.

19          THE COURT:  Before you get there, how long did you

20   have any sexual relations with the Plaintiff?

21          THE WITNESS:  Before I communicated with the party in

22   2022, I believe me and Plaintiff I believe recorded in -- wait,

23   I'm sorry.  Let me understand, when you say any sexual

24   relations, do you mean conversations or in real life?

25          THE COURT:  In real life.

```
 1              THE WITNESS:  I believe it's in the record, but I
 2    think the Plaintiff I want to say was maybe -- had just turned
 3    21 when we did, so whatever math is, maybe 2021, I think, was
 4    the date on that.
 5              THE COURT:  And how long did you have a sexual
 6    relationship in real life with her?
 7              THE WITNESS:  In real life, we only met sexually one
 8    time.
 9              THE COURT:  Okay.
10              THE WITNESS:  We continued sexual conversations after,
11    but we only had one sexual encounter .
12              THE COURT:  You only had one encounter.
13              THE WITNESS:  Correct.
14              THE COURT:  Okay.
15    BY MR. BRETTLER:
16    Q.  Yeah, let me back up.  I did jump ahead a bit.  Did you at
17    some point decide to make videos, sexually explicit videos,
18    with Plaintiff?
19    A.  With her, yes, yeah.
20    Q.  Okay.  And was that in, you know, approximately March of
21    2020?
22    A.  That sounds right.
23    Q.  Do you recall whose idea it was to make sexually explicit
24    videos together?
25    A.  I believe it was her suggestion.
```

```
 1   Q.  And did you arrange to meet with Plaintiff in person to

 2   actually record a video together?

 3   A.  Among other things, yes.

 4   Q.  And do you recall approximately when you met Plaintiff to

 5   record the explicit video?

 6   A.  Probably sometime after July of 2020.  I don't recall the

 7   exact date.

 8   Q.  Would September 6th, 2020, sound about right?

 9   A.  That would, yeah.

10   Q.  And during that meeting -- firstly, where did you meet to

11   record this video?

12   A.  I can't recall exactly where it was, but the place that we

13   met, initially we met for dinner with two friends of mine, so

14   it must have been in Florida, maybe Miami, I guess.

15   Q.  Okay.  And at the time, were you married?

16   A.  I don't believe I was married.  I think we were engaged to

17   be married, though.  My wife was from Europe, so . . .

18             THE COURT:  Your wife was a what?

19             THE WITNESS:  She was from Europe, Swedish.

20             THE COURT:  Oh, from Europe.

21             THE WITNESS:  Yep.

22             THE COURT:  Got it.

23             THE WITNESS:  So the marriage process was a -- kind of

24   convoluted for a bit, yeah.

25
```

```
1    BY MR. BRETTLER:

2    Q.   And did you, in fact, record a sexually explicit video with

3    the Plaintiff in September of 2020?

4    A.   Multiple, yes.

5    Q.   And when you say "multiple," what did these videos depict?

6    Generally, we're not asking for details.

7    A.   Two of us engaged in one-on-one sexual encounter.

8    Q.   And the encounter was entirely consensual?

9    A.   Yes.

10   Q.   In early 2022, do you recall receiving a online message

11   from a woman named Rose on Discord?

12   A.   Yes.  When you say a woman name, that was her screen name,

13   yes.

14   Q.   Screen name, Rose.  And, as best you can describe, who is

15   Rose?

16   A.   As an online content creator, a lot of people reach out to

17   me, kind of like Plaintiff through different platforms.  This

18   is a person who initially sent messages to me on Twitter, at

19   the time it was called, now X.  It was just a person who

20   reached out, who seemed to engage in some kind of sex work on

21   X.  And then she reached out to me and personally messaged me

22   on that platform, and then we switched to Discord.

23   Q.   And did Rose send you sexually explicit videos over Discord

24   or any other online means?

25   A.   Yes.
```

1  Q.  And did you send Rose explicit -- sexually explicit videos

2  of yourself?

3  A.  Yes.

4  Q.  And was one of the videos that you shared with Rose a copy

5  of the video that you made with Plaintiff?

6  A.  Yes, although Rose didn't know who Plaintiff was at that

7  time.

8  Q.  And you did not identify Plaintiff in that video by her

9  screen name, correct?

10  A.  By any name, no.

11  Q.  And do you recall approximately the date that you

12  transmitted that message to Rose containing the sexually

13  explicit video?

14  A.  I believe it would have been April 9th or April 10th on

15  2022.

16  Q.  Okay.

17         And do you understand that there has been some

18  testimony today about whether or not the date format that's

19  reflected in the transmission documents was in the European

20  format or United States format?

21  A.  I'm aware there's testimony concerning that, yes.

22  Q.  And how are you certain that the transmission of the video

23  took place in April -- on April 9th or 10th and not October 4th

24  or -- or so?

25  A.  There are multiple ways.  One is I have a backup of all of

1    my messages with this person.  A second way is that those
2    messages still exist on Discord from that person in the date of
3    April.  The third way would be that when those logs are posted
4    that are supposedly in contention, the timestamp at the bottom
5    is written in a time zone that is European.  And the fourth way
6    would be that that same European Time Zone is referenced by I
7    believe the person who posted those on the aforementioned
8    website, Kiwi Farms.
9    Q.  And since April 9th, 2022, or let's say, April 10th in
10   2022, in Europe, at one o'clock in the morning, had you
11   transmitted the video to Rose or to anyone else, to the best of
12   your knowledge?
13   A.  No, no.
14   Q.  You're aware that Plaintiff claims that approximately 15
15   witnesses contacted her claiming to have evidence that you
16   shared the video with them?  Are you aware of this?
17   A.  I feel like I've seen conflicting statements about whether
18   it's the video in the complaint or just other videos that
19   aren't the subject of this complaint, but I've seen this, yeah.
20   Q.  And have you sent the video of yourself and the Plaintiff
21   to anyone apart from Rose -- let me stop there.  To anyone
22   apart from Rose?
23   A.  Maybe my ex-wife, we might have watched it in person, but
24   it would have been after the videos were recorded, so . . .
25   Q.  So none of these 15 potential witnesses that Plaintiff has

```
1    identified, however they've identified them, certainly not by
2    name, you have never sent a video to any of those 15 people?
3    A.   I don't -- no, I don't think so.  I'm only uncomfortable
4    because the 15 names haven't been made available to me, so say,
5    for instance, my ex-wife was one of those 15, then in 2020
6    after we recorded maybe, but to my knowledge, no.  To the best
7    of my knowledge.
8    Q.   Apart from your ex-wife --
9              THE COURT:  How do you know, though?
10             THE WITNESS:  How I do know what?
11             THE COURT:  That you didn't send the video to others.
12             THE WITNESS:  Yeah, you want me to explain that?
13             THE COURT:  Yes.
14             THE WITNESS:  So, after Plaintiff made her public
15   acknowledgment that she was going to file the lawsuit against
16   me, I became aware that I had an obligation to preserve
17   evidence for this case.  So, the first thing I did was online
18   platforms allow you to request a copy of all of the messages
19   that you've sent I think as a result of the GDPR in Europe.
20   And once I made that request from all the online platforms that
21   I chatted on, I did a search through all of my messages to see
22   if I had sent either the Google Drive link or that video, or if
23   there were references to that video from anybody else that I
24   messaged, and I couldn't find any references to it at all.
25             THE COURT:  At the time that you made the -- at the
```

```
1    time that you sent the video, had you met this person, Rose?

2              THE WITNESS:  No, I had not.

3              THE COURT:  Okay.  So, had you -- prior to that, had

4    you sent sexual-related videos of others to other people?

5              THE WITNESS:  Yeah, Plaintiff would be one of them,

6    yeah.

7              THE COURT:  All right.  So this wasn't the --

8              THE WITNESS:  Well, let be me very clear, I'm so

9    sorry.  For sexual videos of other people, every sexual video

10   that I send is involving me.  So there might be another person

11   in the video, but it's not just videos of others.

12             THE COURT:  Right.  In other words, of -- yes, sexual

13   videos that you created --

14             THE WITNESS:  Yeah.

15             THE COURT:  -- you sent them to other people before?

16             THE WITNESS:  Yes.

17             THE COURT:  And when you do that, do you normally get

18   consent from somebody or not get consent?

19             THE WITNESS:  So, I would say that we generally have

20   conversation at the time of recording.  People will express

21   varying levels of comfort about material existing.  If

22   somebody's very uncomfortable, then we typically just won't

23   record anything.  Other people have experience recording stuff.

24   I would say generally -- I mean, if asked, maybe I could

25   reproduce some of these conversations.  I could go back and
```

```
1   check.  But usually the conversation would be like, hey, well,
2   if you send it to anybody, just make sure it doesn't leak.
3   Haha.  It's usually that kind of conversation.
4           THE COURT:  At the time you sent the April 9th
5   video -- that you're saying is April 9th -- you knew it was a
6   video of you and the Plaintiff?
7           THE WITNESS:  Yes.
8           THE COURT:  And why didn't you -- why didn't you
9   communicate with the Plaintiff that you were intending to do
10  that?
11          THE WITNESS:  I mean, we both -- or I won't speak for
12  the Plaintiff.  I just have a lot of videos that I've recorded
13  with people in the past who've -- you know, who've also
14  recorded videos of me, and I would argue it's kind of norm that
15  we just kind of trade stuff around, basically.
16          THE COURT:  So you thought you had some kind of
17  implied consent; is that what you're saying?
18          THE WITNESS:  Yeah, basically.  I mean, if they sent
19  me videos of them and other people, I've sent, myself, videos
20  with other people.  I don't believe in any of the conversations
21  I've had, for instance, with Plaintiff, I don't think there was
22  ever an explicit ask.  I don't believe she ever asked me -- I
23  don't believe she asked me if she could send it to her
24  boyfriend at the time, but I wouldn't have objected because my
25  understanding was basically that what we're doing this for,
```

```
 1    yeah.
 2          THE COURT:  I see.  And then did you consider
 3    redacting the image of -- of her face?  Did that come up in
 4    your mind?
 5          THE WITNESS:  It didn't at the time.  I'm not the best
 6    at, like, video editing, per se.  Like, I just --  I'm, like, a
 7    presenter, so that would have been beyond my technical hurdle,
 8    I guess.
 9          THE COURT:  But you're aware that you can do that.
10          THE WITNESS:  Yeah, yeah.  I would say, just on my
11    personal level, if I was at the point where I was trying to
12    redact parts of a video, I would be uncomfortable sending the
13    video at all because there are always other ways to identify
14    people, whether through an identifying mark or something.
15          THE COURT:  So in this case, when you sent the
16    April 9th video, you weren't concerned about that?
17          THE WITNESS:  No, the person at the time had already
18    shared explicit material with me.  I had never had anybody leak
19    a bunch of my private, explicit material before.  This other
20    person was also kind of like a sex worker person.  Usually
21    they're pretty clear about that stuff.  Like, it just doesn't
22    happen.  It would ruin their business, so . . .
23          THE COURT:  Okay.
24    BY MR. BRETTLER:
25    Q.  Would you say, Mr. Bonnell, that it's common among your
```

1    community or your fans to trade sexually explicit material with

2    each other?

3    A.  I would say it's common in certain circles.

4    Q.  In what circles?

5    A.  I would say it's common in certain circles.  My community

6    can be quite broad, so I wouldn't generalize everybody that

7    way, but there are groups of people who trade a lot.  So,

8    everybody that I believe is referenced in this case traded

9    multiple explicit material back and forth.

10   Q.  Would Plaintiff be in that circle?

11   A.  I know for a fact that Plaintiff has sent me videos with at

12   least one person and offered with at least others, but I don't

13   know -- I don't have copies of those videos anymore, so I can't

14   go back and check if it was always the same person.  I don't

15   recall that.

16   Q.  And there was testimony about a woman receiving your video

17   named Abbymc.  Do you recall that testimony?

18   A.  I recall that declaration, yes.

19   Q.  And the testimony today about the fact that Ms. Mac

20   testified in her declaration that she received your video after

21   October of '22.  Do you have any response to that?

22   A.  So, again, as I stated earlier, I made a copy of all my

23   online conversations.  When that person initially referenced me

24   sending them explicit material, I went back and I checked my

25   archive of the conversation that we had with each other.  And

1    when we had a back and forth, the conversation was pertaining

2    to a pair of videos that were never at all related to

3    Plaintiff.  I know the date she's referencing.  I have my

4    messages from that day.  If Plaintiffs request the discovery, I

5    can provide those messages, but, yeah, it was not the video

6    involving Plaintiff.

7    Q.  You have never sent the video involving Plaintiff to anyone

8    after October of 2022, correct?

9    A.  No.  Or, correct, yeah.

10   Q.  One of the questions that I wanted to ask you today was:

11   What steps did you take after Plaintiff alerted you to the fact

12   that her video or your video had been published online?  What

13   steps did you take to prevent the dissemination of that video?

14   A.  So, unfortunately, being a public figure, once something is

15   out there, the way you deal with is you have to be very careful

16   because there's a thing called the Streisand effect whereby

17   aggressively going after material, you end up publicizing it

18   even more.  So I was in collaboration with Plaintiff to figure

19   out, you know, like, how do you want me to report these?  Do I

20   make any of this public?

21        The steps that I took were generally e-mailing

22   websites, using a combination of, you know, a DMCA request for

23   one, which is a digital rights act saying:  I have the

24   copyright of this video, please take it down.  And then I had

25   my -- an assistant working, sending an email to Kiwi Farms

1    letting them know that this was revenge porn posted without my

2    consent.  I don't believe either of those two circumstances

3    were helpful, but this is why I was pursuing -- I had another

4    litigation firm in New York that I was hoping to get an

5    injunction or something that would allow me to come with a

6    stronger tool.

7    Q.  And tell me about that.  You hired a firm in New York to do

8    what?

9    A.  Well, initially the goal was to unmask and uncover the

10   person who publicly published all the material and potentially

11   to explore going after Kiwi Farms because the owner of that

12   website was knowingly hosting material that he knew was revenge

13   porn of me, and then publicizing it, making it available to

14   everybody.

15              MR. BRETTLER:  Give me one moment, Your Honor.

16              Your Honor, I will reserve the remainder of my time

17   for redirect.

18              THE COURT:  Thank you.  Cross-examination.

19                        CROSS-EXAMINATION

20   BY MR. LAGE:

21   Q.  You're aware that you're opposing the Court issuing the

22   order to Kiwi Farms to take down the video of you and Ms. Doe,

23   correct?

24   A.  Yes.

25   Q.  It seems to kind of fly in the face of your stated intent

1    to want that video off the Internet, correct, sir?

2    A.   No.

3    Q.   No?  You think those positions are consistent with one

4    another, correct?

5    A.   Absolutely.

6    Q.   Okay.  Why?

7    A.   My understanding is that a court order would only remove

8    the videos temporarily.  The videos could just be reposted.  I

9    don't believe the court order could make any statements about

10   future behavior.  I saw a ton of other explicit material that

11   was posted on that website and across the internet, and none of

12   that material was requested to be taken down at all.  If

13   anything, I believe that just those videos being taken down

14   might even exacerbate public postings of Plaintiff's own video

15   because people would see that's the only one being removed.

16   And I don't even know if you're going to issue court orders to

17   non-parties to cases.  Although, I really wish that some other

18   parties were involved in this case.

19   Q.   That other party that you wish was involved in the case is

20   somebody that you had contacted, correct?  Rose?

21   A.   Potentially.

22   Q.   Okay.  Are you aware that the operator of Kiwi Farms is an

23   individual by the name of Null or goes by the handle of Null?

24   A.   Is his online name, yes.

25   Q.   Okay.

```
 1              MR. LAGE:  May I publish, Your Honor?

 2              THE COURT:  Sure.

 3   BY MR. LAGE:

 4   Q.  Do you see that on your screen, sir?

 5   A.  It's kind of cut off.

 6              THE COURT:  The zoom is on the top button.

 7              There you go.

 8   BY MR. LAGE:

 9   Q.  Can you see it now, sir?

10   A.  Correct.

11   Q.  Okay.  So, you disagree with the statement from the

12   operator of Kiwi Farms that you had made no effort for

13   attorneys to have them take down the video?

14   A.  I don't contest that statement.  There are other parties

15   besides attorneys that could contact him to take the video

16   down, but . . .

17   Q.  But you indicated that you had hired a firm to do so during

18   your testimony here today, did you not, sir?

19   A.  Yes, but I testified that the person that contacted

20   Kiwi Farms was my assistant, not my law firm.  The law firm

21   that I retained had a lot of experience with Kiwi Farms and

22   didn't think it would be a good idea to pursue that without an

23   actual case.

24   Q.  So, instead of using legal avenues, you sent your assistant

25   to do it instead, even though you hired this New York law firm,
```

```
1    correct?

2              MR. BRETTLER:  Objection, argumentative.

3              THE COURT:  Overruled.

4    A.  I'm sorry, could you restate the question?

5    BY MR. LAGE:

6    Q.  Sure.

7              THE COURT:  The question is:  You used an assistant --

8    your personal assistant of yours to do this as opposed to

9    hiring a law firm.

10             THE WITNESS:  I don't like the phrasing "opposed to."

11   I did use my assistant initially, yes, because the legal

12   process is slow, unfortunately, and this was a pressing issue,

13   so I contacted using the means I had available to me initially

14   and then was pursuing a legal case in the back of that.

15   BY MR. LAGE:

16   Q.  Okay.  And in the legal case in the back of that, did you

17   file any motions or file any pleadings to have Kiwi Farms take

18   down this video at any time?

19   A.  We hadn't even been able to file the case yet before

20   Plaintiff made a public statement to file a case against me.

21   Q.  Public statement.  Well, have you filed anything against

22   Kiwi Farms?

23   A.  Not yet, no, but -- no.

24   Q.  Okay.

25             THE COURT:  Did you not tell the Plaintiff when she
```

1    first contacted you that you would -- you would do that?  What

2    did you tell the Plaintiff when she first contacted you?

3          THE WITNESS:  So, if requested, I could produce an

4    exact copy of those messages, but I believe it was something

5    along the lines of:  I am in contact with law firms, and I'm

6    trying to get, basically, somebody to pursue this case so that

7    I can get a strong -- basically an injunction to get this

8    material removed and it not be published on the Internet.

9          THE COURT:  Okay.  And did you, in fact, do that?

10         THE WITNESS:  Did I do what?

11         THE COURT:  What you told her, did you do that?

12         THE WITNESS:  Yeah.  There were a couple of law firms

13   that I went through initially that were kind of uncomfortable

14   with the subject matter of the case, and then eventually I was

15   referred to really good law firm in New York.  And then I -- we

16   had basically finished and were ready to file an anonymous suit

17   against the -- that process was there, but then Plaintiff filed

18   her lawsuit and there's a -- the law firm in New York typically

19   does Plaintiff work and not defense work, and so it's kind of

20   an awkward maneuvering of that situation, if that makes sense.

21         THE COURT:  Okay.

22   BY MR. LAGE:

23   Q.  So, it would be fair to say that you -- as of today's date,

24   you have not filed an injunction to take down the videos

25   involving you and Pxie, correct?

1    A.  Correct.

2    Q.  All right.  There was a lot of questioning of Ms. Doe about

3    your interactions prior to your sexual encounter and what the

4    parameters of that were going to be, correct?

5         You heard that testimony?

6    A.  I heard testimony that we had a lot of conversations about

7    consent broadly, about what our sexual encounter would be.  I

8    believe we did discuss that, yeah.

9    Q.  All right.

10        I'm going to show you a text message between you and

11   her from 2/26/20 at 11:20 p.m., and ask you if you recognize

12   this.  Do you see it, sir?

13   A.  Yes.  I'll say it's not a text message, it's a Discord

14   message, but I understand, yes.

15   Q.  Okay.

16        And in this is Ms. Doe telling you what the parameters

17   that she's expecting of your sexual encounter and your ability

18   to discuss it or disseminate information about that sexual

19   encounter with third parties?

20   A.  I'm sorry, could you restate the question?

21   Q.  Sure.

22        THE COURT:  What was your understanding of what this

23   message was about?

24        THE WITNESS:  Yeah, so the reason why I'm

25   uncomfortable answering is this message, this conversation was,

1   I believe, occurring at a time when there were people publicly

2   fighting over who had hooked up with who.  And this message

3   basically had to do with:  Does anybody know that we've hooked

4   up, or did anyone know that we had a sexual encounter?  This

5   isn't about explicitly transmitting material or anything like

6   that.  This is just:  Does anybody in our community know that

7   we hooked up before or had a sexual encounter before?

8   BY MR. LAGE:

9   Q.  Well, sir, you see here where it says:  Don't worry.  I

10  totally trust you.  And you've been very clear with how

11  seriously you take consent, and I also feel that you've been

12  very honest with me, so I trust you and your words.

13          What is that in reference to, sir?

14  A.  A reference to whether or not I had been gossiping about

15  us having hooked up before.

16  Q.  Well, what does consent have to do with?

17  A.  Well, whether or not you would consent to me telling

18  somebody we hooked up before.

19  Q.  Okay.  So, she's not consenting to you telling people about

20  hooking up before.  You think she's consenting implicitly or

21  giving you implied consent to share, you know, intimate videos

22  of her with you or with third parties?

23  A.  I don't believe that the person who I had contacted, they

24  had no idea who the Plaintiff was.  I didn't identify the

25  Plaintiff in any way, size, shape or form.  This was

1    three years ago, so apparently that person didn't say anything

2    about that at the time, and nobody at the time had known that

3    we hooked up.  So, insofar as me maintaining our, I guess,

4    anonymity about our sexual encounter, that seemed to be true,

5    as far as I was aware, and I said that to the best of my

6    knowledge when I messaged her, and I believe that was true.

7    Q.  Prior to sharing this sexually explicit video of you and

8    Ms. Doe with Rose, did you contact Ms. Doe and ask for her

9    consent prior to sharing it?

10   A.  If we had a conversation it would have been in person when

11   we recorded it.

12   Q.  Okay.  No subsequent conversation?

13   A.  Not that I'm aware of, no.

14   Q.  You were still in contact with her, though, at the time

15   that you sent the video to Rose, you were in contact with

16   Ms. Doe still, correct?

17   A.  I'm not entirely sure.  We were still on friends on

18   Discord, but there were times where she might have been -- I

19   think she took like a medial absence to -- I don't know if she

20   was pursuing school or relationships, so we weren't really

21   talking as regularly.  It just -- but I don't recall the exact

22   dates of that.

23   Q.  But you made no effort to tell her:  Look, I'm thinking of

24   sharing your video with this third party, are you okay with it?

25   A.  Correct.

 1    Q.  And you made, took no efforts to hide her identity on the

 2    video, did you?

 3    A.  I had no reason to believe the other person knew who the

 4    person was.  I didn't identify her at all, so . . .

 5    Q.  Well, was Jane Doe's face visible on video?

 6    A.  Yes.

 7    Q.  And Jane Doe had appeared on your podcast previously or on

 8    your streaming?

 9    A.  Quite a while ago.

10    Q.  Okay.  And her face was visible at that time?

11    A.  Yes.

12    Q.  In your streaming, have you ever stated to your audience

13    that posting explicit materials is one of the worst things you

14    can do to an individual?

15    A.  It would have been with more qualifiers, but probably.

16    Q.  And have you ever stated that there's no secrets in the

17    streaming world?

18    A.  I imagine so, yes.

19    Q.  After this lawsuit was filed, have you ever made the

20    statement while streaming:  After today, her public reputation

21    will be finished?

22    A.  After the lawsuit was filed?

23    Q.  Correct.

24    A.  Like, immediately after, or?

25    Q.  Shortly after.  At any time.

```
1    A.  I don't recall.

2    Q.  You've never made any kind of statement to that effect?

3            MR. BRETTLER:  Objection, asked and answered.

4            THE COURT:  Overruled.

5    A.  I don't recall.  I stream every day, eight hours a day.  I

6    make a lot of statements in a lot of different areas, so . . .

7    BY MR. LAGE:

8    Q.  Okay.  And a lot of areas includes discussions about this

9    particular case, correct?

10   A.  Correct.

11   Q.  All right.  And you make money off of your streams,

12   correct?

13   A.  Well, yes, correct.

14   Q.  So, you're actually monetizing this lawsuit by virtue of

15   the streaming that you do relating to this case, do you not?

16   A.  Narrowly, yes.  Broadly, no.  I've lost far more than I

17   have gained from covering the public filings.

18           MR. LAGE:  Just a moment, Your Honor.

19   BY MR. LAGE:

20   Q.  Have you had other individuals claim that you are -- have

21   shared their videos, their sexually explicit videos without

22   their consent?

23   A.  Do I need to answer that?  Is that relevant to this?

24           Yes.

25   Q.  How many?
```

1   A.  I can't recall off the top of my head.

2   Q.  Okay.  More than five?

3   A.  I don't believe so.

4   Q.  Less.

5        So, other than Ms. Doe, if it's less than five, how

6   many?

7   A.  The nature of my work and the nature of the world that I

8   exist in, a lot of people make a lot of claims at different

9   points in time.  Some change, some come and go, so I don't want

10  to speculate.

11  Q.  Okay.  You met Abbymc in approximately 2023, did you not?

12  A.  It sounds correct.

13  Q.  All right.  You had a sexual relationship with Abbymc,

14  correct?

15  A.  Correct.

16  Q.  All right.  You're aware that Abbymc is indicating that you

17  shared the video of you and Pxie with Abbymc in 2023, correct?

18  A.  I am aware of her saying that, yes.

19        THE COURT:  Well, do you recall doing that?

20        THE WITNESS:  No.

21        THE COURT:  I'll rephrase the question.  Did you,

22  in fact, share the video of the Plaintiff with this Andymc

23  person in 2023?

24        THE WITNESS:  No.  Like I said, I went back and I

25  dumped my messages, and I can read everything I sent to that

```
 1   person prior, so . . .

 2   BY MR. LAGE:

 3   Q.  Of the videos that were posted to Kiwi Farms, how many

 4   videos were posted?

 5   A.  Unfortunately, I don't know.  I think it was in excess of

 6   25 plus.

 7   Q.  Had you had consent from all those other 24 individuals to

 8   share their videos with Rose?

 9   A.  Twenty-four individuals?

10   Q.  Those 24 individuals that you had had relationships with.

11   A.  The majority of the content posted on Kiwi Farms were solo

12   videos featuring only me.  I believe it was only -- I might

13   want to say sixish videos or maybe five videos, five or six

14   maybe of -- involving other people.  And I don't think it's

15   five or six unique individuals, I think overall I think it was

16   three or four other individuals, so . . .

17   Q.  Out of those three or four individuals, did you have

18   consent to each and every one them to post those videos?

19   A.  Publicly, no.  To share them with other people, I would say

20   yes.

21   Q.  You would say yes?

22   A.  Yes.

23   Q.  Are any of those three or four individuals any of the

24   individuals that were making claims against you for having

25   shared their videos without their consent, and I'm talking
```

```
 1   about other than Ms. Doe?

 2           MR. BRETTLER:  Objection.  There are no other claims,

 3   Your Honor.  There's one plaintiff in this case.

 4           THE COURT:  I didn't understand your question.

 5           Let me ask you this question:  Did you post them on

 6   that -- what is it called again, Kwic?

 7           THE WITNESS:  It's called Kiwi Farms.

 8           THE COURT:  Kiwi Farms.  Did you post those videos?

 9           THE WITNESS:  Absolutely not.

10           THE COURT:  Okay.  Do you know who posted the videos?

11           THE WITNESS:  If you'd like, I can speculate.  I don't

12   know, unfortunately.

13           THE COURT:  You don't know the answer.

14           THE WITNESS:  I have an idea.  But it was whoever had

15   access to the -- to the account that I was initially

16   conversating with.  I think a different person gained access to

17   that account, scrolled up, saw a bunch of messages, and then

18   decided to -- first they tried to blackmail me, and then they

19   dumped all of the material onto Kiwi Farms.

20           THE COURT:  I see.

21   BY MR. LAGE:

22   Q.  However, you have directed your followers to those videos

23   on Kiwi Farms, correct?

24   A.  What do you mean when you say "directed"?

25   Q.  Okay.  You streamed or written about the existence of those
```

1    videos on Kiwi Farms and indicated that the video of you and

2    Pxie is available on Kiwi Farms, correct?

3    A.   I don't like the framing, but I have complained that my

4    content was still being hosted there, yes, and nothing was

5    being done about it, despite all the people talking about it,

6    yes.

7          THE COURT:  Now, when is the first time that you found

8    out about this Kiwi Farm's postings?

9          THE WITNESS:  I believe I was in the shower, and I

10   think I got a text message from Plaintiff.

11         THE COURT:  So that November 28th or 29th event is the

12   first time you found out about it?

13         THE WITNESS:  That all of my explicit material had

14   been leaked, yes.

15         THE COURT:  Right, okay.

16   BY MR. LAGE:

17   Q.   When you were contacted by Ms. Doe, did you in fact tell

18   her:  Look, I'm sorry, there's no excuse for this?

19   A.   That's part of my message to her, yes.

20   Q.   All right.  You've since deleted some of those messages,

21   have you not?

22   A.   I've -- from Discord, yes.  Although, I preserved copies of

23   them for my records.

24   Q.   During one of your livestreams after this case was

25   initiated, you published Jane Doe's name, did you not?

1    A.  I believe it was the same day.  I think there was a filing

2    for the protective order for the -- I believe, on the 19th, I

3    think.

4    Q.  So the answer is yes?

5    A.  Can you restate the question?

6    Q.  Yes.

7         You posted or you made available through streaming

8    Ms. Doe's real name, correct?

9    A.  Her first name, yes.  If I can add, after I was made aware

10   that the protective order had been filed, under advice I

11   removed the reference to her name on that YouTube video,

12   though.

13   Q.  You don't have anything in writing wherein Jane Doe

14   consents to you sharing explicit material of her with you,

15   correct?

16   A.  Correct.  Of us to other people?

17   Q.  Yes.

18   A.  Correct.

19        THE COURT:  Now let me ask this question:  One of the

20   arguments for the motion is that based upon what has

21   transpired, there's still a risk that you're either

22   disseminating or not actively removing her videos from the

23   Internet.  What's your response to that?

24        THE WITNESS:  So, I think if we were to go through the

25   declarations, I think plain text reading in the declarations,

1    it's obvious that they're not referring to those videos.  So

2    it's a declaration on the record by Hannah Brook where I'm

3    speaking about performing a certain sexual act.  That's not a

4    video that has anything to do with the Plaintiff, although

5    they've provided that.  The only evidence in the record so far,

6    there are -- there's other evidence mentioning other people,

7    but in terms of the video that's the subject matter of the

8    complaint, the only evidence in the record is with the Abbymc

9    person, and that's them claiming that I sent them two videos,

10   one person of which I've never even taken videos before with,

11   so . . .

12           THE COURT:  And when did that supposedly occur?

13           THE WITNESS:  I believe -- when did -- when did the

14   declarant testify that that occurred?

15           THE COURT:  No, when did you supposedly send the

16   videos?

17           THE WITNESS:  I think she claimed sometime in 2023.

18           THE COURT:  Okay.  And then in terms of the -- in

19   terms of your not doing enough to remove her video from the

20   Internet, what's your response to that?

21           THE WITNESS:  So there's two parts.  So, the first

22   part is that -- I don't know exactly when, but several years

23   ago, a lot of large pornographic websites like Pornhub and

24   everything, there were new federal laws that made it very

25   strict about who could upload materials onto those sites.  So,

1   as a result of that, the only websites now that host explicit

2   material don't seem to respond much, unfortunately, to emails.

3   So, for one website I tried to email the website itself, then I

4   tried to email the hosting provider, like the Internet company

5   that hosts the website, and I got no response.

6          For the main distribution center, which is Kiwi Farms,

7   I said I had my assistant send a message to the owner of the

8   website.  Online his name is Null.  And he reposted that,

9   actually, I think a week ago making fun of me because that guy

10  has a personally bad relationship with me.  So, if I -- it's

11  hard for me to -- I can't really do anything to take anything

12  down on Kiwi Farms.  I have no power over any of these other

13  platforms.  All I can do is file the NCA requests, and then if

14  they've got a form for revenge porn, fill that out.  But all

15  the reputable online porn sites don't host stuff like that

16  anyway, unfortunately.

17         THE COURT:  Any further questions?

18         MR. LAGE:  Yes.

19  BY MR. LAGE:

20  Q.  So you met Abbymc sometime in 2023, right?

21  A.  It sounds right, yeah.

22  Q.  All right.  So the video would have been shared sometime in

23  2023, if that's the video you shared with her, correct?

24         MR. BRETTLER:  Objection, calls for speculation.  It

25  assumes facts not in evidence.

```
 1              THE COURT:  Overruled.  You can answer, if you know.
 2    A.  Who I -- I don't actually have to speculate because I
 3    believe in the declaration Abby referenced a specific date for
 4    when I transmitted the video.  I have my logs from that date.
 5    I did not transmit the video on that date, so . . .
 6    BY MR. LAGE:
 7    Q.  Okay.  That's not my question, sir.  My question to you is:
 8    If there was a video transmission of the explicit video between
 9    you and Ms. Doe, it makes sense that if you shared it with
10    Abbymc, it would have to be sometime in 2023, because that's
11    when you first met Abbymc, correct?
12    A.  No, not necessarily.  We could have transmitted it before
13    meeting each other in real life.
14    Q.  Okay.  But you do have record of having sent her
15    explicit --
16              THE COURT:  Well, let me ask you this question:  Do
17    you have a specific recollection of transmitting something,
18    some video to her?
19              THE WITNESS:  I don't personally have like a specific
20    recollection mentally, but I have my logs from that.
21              THE COURT:  I understand.
22              THE WITNESS:  Correct, yeah.
23              THE COURT:  In terms of your recollection right now,
24    you have no recollection of sending that video to her?
25              THE WITNESS:  No.
```

```
 1    BY MR. LAGE:
 2    Q.  Do you have a recollection of sending her videos that were
 3    explicit in nature?
 4    A.  Yes.
 5    Q.  Now, we had talked previously about others complaining that
 6    you had shared their videos without their consent.  Is there an
 7    individual that goes by the name of Chaiery that is -- has made
 8    a complaint that you have shared her explicit video without her
 9    consent?
10           MR. BRETTLER:  Objection, lacks foundation, lacks
11    relevance.
12           THE COURT:  Overruled.
13           How do you spell that?
14           MR. LAGE:  C-H-A-I-E-R-Y.  [sic]  It's a screen name.
15    BY MR. LAGE:
16    Q.  You can answer, sir.
17    A.  I'm aware that she has made public statements like that,
18    yes.
19    Q.  All right.  And you have a Google Drive with the content of
20    your sexually explicit videos, correct?
21    A.  Kind of, although the phrasing of that is strange.  I have
22    a Google Drive; and within the Google Drive, you can create
23    explicit links to individual files.  So, yes, I did not have a
24    Google Drive where it was one link to a folder full of explicit
25    material.
```

```
 1    Q.  Okay.  And you would use that Google Drive to share

 2    explicit material?

 3    A.  Correct, I did with Plaintiff.

 4    Q.  So, on this post of March 19th, 2020, is that the

 5    Google Drive you're referring to?

 6    A.  Yes.

 7           MR. LAGE:  I believe I'm done, Your Honor.  Let me

 8    just check with counsel, and I'll tender the witness.

 9           We'll tender the witness, Your Honor.  Thank you.

10           THE COURT:  Any redirect?

11           MR. BRETTLER:  Very briefly, Your Honor.

12                      REDIRECT EXAMINATION

13    BY MR. BRETTLER:

14    Q.  Just a few questions for you, Mr. Bonnell.

15           Since the filing of this lawsuit, have you transmitted

16    the video of you and Pxie to anyone?

17    A.  Absolutely not.

18    Q.  And do you have any intention to do so?

19    A.  Absolutely not.

20    Q.  Well, lastly, you heard Ms. Doe claim that she suffered,

21    you know, a slew of harm as a result of the -- the conduct she

22    alleges in her complaint.  Mr. Bonnell, have you suffered any

23    harm as a result of Plaintiff's conduct here and the filing of

24    her lawsuits?

25           MR. LAGE:  Objection, relevance, Your Honor.
```

1          MR. BRETTLER:  There's a balance of equities.  It's

2     absolutely relevant.

3          MR. LAGE:  It's not even alleged.

4          THE COURT:  Overruled.

5     BY MR. BRETTLER:

6     Q.  You could answer, and please --

7     A.  Yes, of course, yeah.

8     Q.  Can you please explain to the Court what harm you've

9     suffered as a result of the Plaintiff's conduct?

10    A.  There's a direct monetary loss.  There was at least one

11    decently large sponsor that canceled their engagement with me.

12    I believe it was for a low five-figure amount.  And, again,

13    lost tens of thousands of subscribers on my YouTube channel.  I

14    think that the revenue for that channel tanked at least 50 or

15    60,000 dollars over the course of two or three or four months.

16         Reputationally.  Obviously, this is something that

17    gets dragged out a lot by everybody on the Internet.

18         Personally, it amplified all of these videos a ton and

19    now more people are posting even more of the content.

20    Sometimes people message my minor son, and they send him these

21    videos now.  But, yeah, it amplified basically everything

22    related to this.

23         MR. BRETTLER:  Thank you, Your Honor.  Nothing

24    further.

25         THE COURT:  You may step down.  Thank you.

```
1               THE WITNESS:  Thank you.

2               THE COURT:  No additional witnesses, correct?

3               MR. LAGE:  Correct, Your Honor.

4               THE COURT:  Okay.  Then let me turn to the Plaintiff

5     then tell me what -- in light of the evidence that we've now

6     gathered, what relief can I enter?

7               MR. LAGE:  Your Honor, I believe that the Court is

8     empowered to grant the issuance of a temporary restraining

9     order and a preliminary injunction in regards to this case.  As

10    a matter of fact, the statute that we're traveling under, the

11    federal statute CARDII contemplates it explicitly within the

12    statute itself from further dissemination of the video, from

13    posting it in any way.  There is a -- in the case law, it

14    talks -- it talks about the fact that this is an ongoing and an

15    irreparable harm to the Plaintiff that that doesn't really need

16    to be proven under the case law.

17              THE COURT:  What happens if there's a -- what happens

18    in a situation where the dissemination occurred long before, is

19    there an injunction in that situation?  Has there been case law

20    developed under the statute relating to that situation?

21              MR. LAGE:  When you mean "long before," Your Honor,

22    could you give me a scenario?

23              THE COURT:  In other words, their argument is that

24    this occurred back in 2022 or 2023.

25              MR. BRETTLER:  2022.
```

1          THE COURT:  They're disputing '23.  You have evidence

2     that it had to have occurred in '23, right?

3          MR. LAGE:  Correct.

4          THE COURT:  So, putting that dispute aside, it either

5     occurred in '22 or '23.  The question then is, though:  Is

6     there any evidence of anything in the more recent time?

7          MR. LAGE:  Yes, Your Honor, there is evidence of more

8     recent time because the video itself wasn't uploaded until

9     2024.  Then, after this lawsuit took place, there's evidence

10    that the Defendant was talking about this on the stream, was

11    directing people to the Kiwi Farms site and to the other sites,

12    that there's reference to his Google Drives.  He's never said

13    that he's deleted these images, although we've requested that

14    he'd do so.  We've asked him to cooperate with Kiwi Farms.

15    He's -- despite him saying that he was wanting to take them

16    down, there was no cooperation in any way, shape or form.  The

17    efforts were lacking is a very kind way of putting it.  And yet

18    he has -- he says on the one hand that he wants to take them

19    down.  We have a motion pending to have it taken down, and he

20    has the ability to oppose that.  Just for the purposes of

21    trying to reargue this subject matter jurisdiction, which is a

22    question of fact that ultimately would have to be determined

23    either at summary judgment or a jury trial, vis-a-vis, the

24    special verdict interrogatory, if we even get to that point.

25          And, at that point, I guess, Ms. Mac would have been

1    deposed and will testify at trial, if need be.  But we don't

2    have to make a showing that we are going to win for sure.

3    There just has to be a likelihood of success on the merits.  I

4    think we've proven the four elements necessary for the issuance

5    of a temporary injunction or a preliminary injunction.  And the

6    harm is ongoing.  As long as this is on Kiwi Farms where he has

7    access to these videos, and he can post them at any time,

8    Ms. Doe is suffering irreparable harm.

9          And the case law talks about it, that as long as it

10   can be posted, there is an irreparable harm.  It's presumed.

11   So, if the question is about irreparable harm, I can point

12   the Court to the Doe versus Constant case.  It's 2024 Westlaw,

13   3512136 at 2.  And it says:  Since continuing harm via

14   continuing disclosure as contemplated by the statute,

15   injunctions are commonly granted.

16         THE COURT:  Now, if I were -- what kind of injunction

17   are you asking for?

18         MR. LAGE:  Well, I think we spelled it out in our

19   moving papers, but --

20         THE COURT:  No, I didn't think you really did.

21         MR. LAGE:  Well, we're asking that --

22         THE COURT:  That's in part why I set the hearing

23   because I wasn't exactly sure -- I mean, you said it very

24   broadly.  So how would you write the injunction?

25         MR. LAGE:  Well, how would I write the injunction?

1    The injunction would say that Mr. Bonnell is prohibited from

2    further dissemination of the video of -- direct -- from further

3    directing people to its video until it's taken down, from

4    commenting on the video itself or the images contained in the

5    video while this case is pending.

6         THE COURT:  Okay.  And would it include a mandatory

7    injunction to force him to act to take down the video?

8         MR. LAGE:  Your Honor, we have a motion pending for

9    that.  The owner of Kiwi Farms has no objection to taking down

10   that particular video.  They've opposed it arguing subject

11   matter jurisdiction.  The owner does not oppose it, does not

12   oppose the entry of an order of taking it down from Kiwi Farms.

13   If there were other sites that were opposed to it, we would

14   move expeditiously to have those taken down as well.  And we

15   believe that there is subject matter jurisdiction even though

16   that they dispute it.

17        THE COURT:  And, yeah, and talk to me on the subject

18   matter jurisdiction, explain to that me with a little more

19   detail.

20        MR. LAGE:  Well, Judge, with subject matter

21   jurisdiction, what they're trying to argue is that since the

22   original transmission with Rose took place in, they say,

23   April of 2022, and we say October 4th of 2022, that there's no

24   subject matter jurisdiction because CARDII wasn't enacted until

25   October 1st of 2022.

```
 1              So, if it happened in April, there was no subject
 2     matter jurisdiction.  The injunction doesn't have to be issued
 3     just by CARDII, although we believe CARDII gives an ample basis
 4     for it because we cited to the Florida Statutes that prohibit
 5     this as well, as well as intentional infliction of emotional
 6     distress.  There's other causes of action which would warrant
 7     the issuance of the temporary injunction and preliminary
 8     injunction in this case.  But then we also turn to the issue of
 9     the dissemination to Abbymc and his direction of individuals to
10     the site where it's being posted, so that's additional
11     dissemination, we believe, under the statute.
12              THE COURT:  Okay.  Take it a step at a time.  With
13     respect to the April issue, you haven't introduced any
14     testimony differently, right?  You haven't introduced any
15     evidence at this point that disputes or that directly
16     contradicts the argument that it was European time.
17              MR. LAGE:  Ms. Doe testified that it was
18     October 4th --
19              THE COURT:  But she has no personal knowledge of them
20     looking at what she's looking at.
21              MR. LAGE:  Right, and I don't disagree that that's an
22     issue that's in dispute.
23              THE COURT:  Right.
24              MR. LAGE:  But --
25              THE WITNESS:  So let's assume it was in April.  Just
```

1    for the sake of argument, assume that the communication was in

2    April such that that communication falls outside the statute.

3    What -- what injunctive relief or what legal basis do you have

4    for an injunction in any event?

5         MR. LAGE:  If that were the case, I would have

6    Florida Statutes, which provide for the issuance of the

7    injunction as well, Your Honor.  You can issue the injunction

8    under Florida Statutes as well.  And then as a basis --

9         THE COURT:  And specifically which statute?

10        MR. LAGE:  784.049.

11        THE COURT:  Is there any statute of limitations-type

12   problem with the statute applying?

13        MR. LAGE:  I don't believe so, Your Honor.  I mean, if

14   it was disseminated in 2022, a four-year statute of limitations

15   puts us at 2026, so there's no issue with that.

16        THE COURT:  Right.

17        MR. LAGE:  But I think even under CARDII, the Abbymc

18   declaration, it's a "he said, she said" at this point as to

19   whether or not she received the video relating directly to my

20   client or not.  And I think that would form the basis under

21   CARDII.

22        We also have the statement that was made to my client

23   by the other individual that said that her video had been

24   shared two months before the filing of the lawsuit, and that's

25   in Paragraph 3, 23 of our complaint.  All we have to do is show

1    competent proof.  It doesn't have to be proof beyond a

2    reasonable doubt or clear and convincing evidence.  It's a

3    preponderance of the evidence at this point.  And given that,

4    we believe that we've put forth substantial competent evidence

5    which would give rise to the Court being able to issue the

6    injunction at this time.

7         THE COURT:  And last question:  You learned about the

8    Abby allegation when?

9         MR. LAGE:  Your Honor, I believe that we learned about

10   it during the course of the lawsuit.

11        THE COURT:  So after the lawsuit was filed?

12        MR. LAGE:  Correct.

13        THE COURT:  There was one issue that we've considered

14   is whether or not an injunction at this point is stale based

15   upon, A, the allegations of the complaint talking about when --

16   when the dissemination occurred.

17        B, the after knowledge by the Plaintiff of the

18   infringing activity, that no effort was made to seek injunctive

19   relief until months later.  How do you respond to that?

20        MR. LAGE:  Your Honor, I don't think it's stale at all

21   because the issue arose in November of 2024.  That's the first

22   time that my client ever became aware that her video had been

23   shared with anyone without her consent.  After that, she made

24   efforts to contact Mr. Bonnell to handle this matter amicably

25   to see if they could be taken down.  Mr. Bonnell led her on,

1    told her that he was making efforts, that he hired a law firm,

2    that he hired a private investigator, and he delayed that

3    proceeding.  Then the lawsuit was filed within months of that,

4    and the irreparable harm continues.  The video is still

5    available, it's still being disseminated, it could be

6    disseminated at any time, and Mr. Bonnell himself could

7    disseminate that video without an injunction prohibiting him

8    from doing so.

9          Monetary damages aren't enough or a substitute for an

10   injunction under these circumstances, and the case I cited to

11   the Court, the Doe versus Constant case makes that abundantly

12   clear.  So under the circumstances, I think that Your Honor is

13   well within his right to issue the injunction that we seek.

14         THE COURT:  Thank you.

15         MR. LAGE:  Thank you.

16         MR. BRETTLER:  Thank you, Your Honor.

17         Personally, Judge Becerra already denied the TRO, so

18   Plaintiffs' counsel's argument that a TRO issue is moot,

19   the Court has denied it, finding that the TRO was stale.  She

20   found out -- Plaintiff found out about these videos in April,

21   it's now June, and she's seeking a preliminary injunction.

22         THE COURT:  You said April?  Did you mean --

23         MR. BRETTLER:  I'm sorry.

24         THE COURT:  You meant November?

25         MR. BRETTLER:  November of 2024.  It is now June of

2025.  The Court has already determined that there was no

emergency.  The Court has already determined that the request

for a TRO is stale and so is the request for preliminary

injunction.

Where is Abbymc?  Plaintiffs' counsel has represented

to me that she was a client of their firm.  I've asked her --

I've asked them to accept service of a subpoena on her behalf.

No response.  We have a hearing in court today where her

testimony would be critical.  She is nowhere to be found.  We

have no evidence whatsoever that this Court has jurisdiction

over this dispute.  There is no federal question.  The statute

that they are suing Mr. Bonnell under did not even exist at the

time that the video was transmitted.  And this Florida Statute

that they're suing on for -- you know, under a theory of

supplemental jurisdiction because there is no diversity between

the parties requires malicious intent, it requires Mr. Bonnell

to have published the video himself onto a platform.  He did no

such thing.

These two individuals are part of an online community

where they share sex tapes with each other, and it is not out

of the question that a sex tape gets leaked.  And it is just

not something that this Court needs to be involved with in

terms of issuing an injunction for conduct that did not even

occur since the statute was enacted.  You've heard from

Mr. Bonnell today.  He was forthcoming, he was clear, he was

1    honest.  You don't issue an injunction based on conduct that

2    took place months ago or what Plaintiff is afraid might happen

3    in the future when there has been no evidence of any

4    dissemination by my client personally at all on any website

5    and, secondly, since the enactment of the statute.

6        So the Court not only does not have the authority to

7    issue a preliminary injunction because it lacks subject matter

8    jurisdiction over this dispute, but even if it did have that

9    authority, even if there was a scintilla of evidence to show

10   that this video was transmitted post the enactment of the

11   statute, there is nothing -- there is no further conduct to

12   enjoin.  There's no conduct to enjoin.  Mr. Bonnell testified

13   he is not publishing the video, he hasn't published the video,

14   he has no intention to publish the video.  He's taken measures

15   to try to remove the video that other people have published.

16   He himself is being harmed by this.

17       Why didn't Plaintiff sue Kiwi Farms?  Why didn't

18   Plaintiff sue these other websites that have allegedly

19   published video?  Mr. Bonnell doesn't control those sites.

20   Mr. Bonnell can't force Kiwi Farms to do anything.  He can ask.

21   But Kiwi Farms is out of jurisdiction.  Kiwi Farms is a

22   corporation based in Texas.  They filed a motion with this

23   Court asking the Court to enjoin Kiwi Farms to take down the

24   content.  But according to Plaintiff's own motion, Kiwi Farms

25   will voluntarily do so.  Why do they need a court order?

1    Mr. Bonnell doesn't object to Kiwi Farms removing the content.

2    What he objects to is forcing him to pay for their injunction,

3    forcing him to pay to have the Court issue an order forcing

4    Kiwi Farms, a website he doesn't control or cooperate with, to

5    remove his content.  That's what he's objecting to.  He's

6    objecting to how arbitrary it is.

7            We submitted a link of, you know, 26 URLs of other

8    content that Kiwi Farms is posting in addition to this video of

9    Plaintiff and Mr. Bonnell.  They absolutely refused to ask

10   Kiwi Farms to remove that content.  They're focused on this one

11   little video.  And if Kiwi Farms and this guy named Null wants

12   to remove the video, God bless him, we hope he does.  He

13   doesn't need a court order from a district judge in Florida to

14   tell him to take down the content.  He should just take it

15   down.  And, you know -- and that, again, all assumes that

16   Plaintiffs can even meet their threshold showing of subject

17   matter jurisdiction here.  The Court does not have the

18   authority to act in this case, period.  It just doesn't.  The

19   case should be dismissed.  And they have had every opportunity

20   to show that subject matter jurisdiction lies, and they failed.

21           THE COURT:  Why is there no diversity?  Where are the

22   people from?

23           MR. BRETTLER:  They're both here in Florida.

24           THE COURT:  They're both Florida people.

25           MR. BRETTLER:  Yes.  They're both here in Florida.

1    There's no diversity jurisdiction.  This is a federal question

2    case where they've tacked on state law claims that have

3    absolutely no bearing on this dispute because they have

4    different standards, they require malicious intent, they

5    require an extortion element, they require posting directly

6    onto websites.  Mr. Bonnell did none of that.

7              THE COURT:  Where do you get that, by the way?

8              MR. BRETTLER:  In the Florida Statute?

9              THE COURT:  Yeah.

10              MR. BRETTLER:  We did a lot of research on Florida

11    case law that seemed to require malicious intent by the -- by

12    the defendant.  Malicious intent to pose to cause harm to the

13    Plaintiff financially, et cetera.  And all of the local cases,

14    the Florida State cases interpreting that statute focused on

15    the malice element.  There is no malice here.  There's been no

16    showing of malice, but, more importantly, there's been no

17    showing that there's been any transmission post effective date

18    of CARDII, and the case should absolutely be dismissed at this

19    early stage.

20              THE COURT:  Because if you were in State Court,

21    the Court could enjoin it because he didn't post on an

22    Internet's website, but he disseminated it through electronic

23    means.

24              MR. BRETTLER:  He disseminated it to Rose back before

25    the federal statute was enacted.

```
 1              THE COURT:  Right.
 2              MR. BRETTLER:  He did not do so with malicious intent.
 3    He never identified Plaintiff by name, never identified
 4    Plaintiff by screen name, never said:  This is so-and-so, you
 5    should -- here's a video of her.  Never to cause her harm.
 6    They're part of a community that enjoys sharing sex tapes with
 7    each other, and they publish them online.  It might not be
 8    normal for us or for the general public, but it is certainly
 9    normal in their community.  And there was no evidence that
10    Mr. Bonnell did anything to harm Pxie, to harm the Plaintiff.
11    He, in fact, immediately expressed that he was upset, that the
12    video was published outside of his control.  Clearly, there was
13    someone that hacked Rose or Rose, you know, published this
14    material on his or her own.  We don't know who Rose is.  But
15    it's not Mr. Bonnell that had any malicious intent to harm
16    Plaintiff.  He's harmed by this.  Mr. Bonnell is the one who is
17    the victim of revenge pornography here.
18              His -- you know, we heard testimony earlier today
19    about the website crashing because of Steven Bonnell's,
20    quote-unquote, blow job video. It was a completely different
21    video, a completely different video that had absolutely nothing
22    to do with the Plaintiff that crashed the Kiwi Farms site well
23    prior to this lawsuit ever being filed.  It had nothing to do
24    with Plaintiff.  The video that crashed the site was
25    Mr. Bonnell and another sex partner, and it got a lot more
```

1    views than any video that he -- you know, that ever wound up

2    being published of him and the Plaintiff.  And those videos

3    that were published of him and the Plaintiff had, you know,

4    certainly did not originate from Mr. Bonnell's transmission.

5    That's the bottom line.

6         This Court doesn't have jurisdiction to enter the

7    injunction that they're requesting, and there's no conduct to

8    enjoin.  There's just no more ongoing harm.  Why are we here in

9    June if this allegedly caused Plaintiff to feel suicidal in

10   November?  It doesn't make sense.

11        THE COURT:  Do you want to reply?

12        MR. LAGE:  Briefly, Your Honor.

13        As far as the staleness issue, the issue relating to a

14   temporary restraining order as opposed to a permanent

15   injunction are two different standards as far as the timeframe

16   is concerned.  And the Doe versus Constant case makes that

17   abundantly clear because the permanent injunction was issued

18   months after the conduct took place.  In that particular case,

19   the disclosure of the materials took place in August 2023,

20   November 2023 and January 2024.  They found out, they filed the

21   lawsuit, and it wasn't until July 23, 2024, that the permanent

22   injunction was issued.

23        So, that addresses one of the issues as far as

24   staleness is concerned.  And then the Court also says:

25   The Court can see no harm to Defendant in foregoing further

1    distribution or display of Plaintiff's intimate photographs.

2    On the converse, the Court can foresee a great deal of harm to

3    Plaintiff should the intimate visual images of her continue to

4    be disseminated.  Accordingly, the balance of equity weighs

5    heavily in favor of an injunction.  And there is no harm for

6    the public in granting the requested relief.

7            So, Your Honor, I think that this case is on all fours

8    as it relates to the -- almost the same set of facts that are

9    applicable on this particular case as far as from the timeframe

10   when our client knew or should have known that this had been

11   posted and disseminated.

12           As far as the Kiwi Farms' argument that they're

13   positing, it's just bootstrapping to their argument on subject

14   matter jurisdiction, which is more than adequately a

15   Strab-Busch through the Abbymc declaration in Paragraph 23 of

16   our complaint, even if we were to put aside the issue of

17   whether or not the initial sending of the video was in April as

18   opposed to October in this matter.

19           Accordingly, Your Honor, I --

20           THE COURT:  Did you allege the Abbymc incident in the

21   complaint?

22           MR. LAGE:  No, Your Honor, it wasn't part of the

23   original complaint; it's part of the evidentiary submissions in

24   this case.  But we do reference Paragraph 23, which is the

25   other attempt that he made to disseminate it to another

1    individual a few months before this lawsuit was filed.

2          And, also, Your Honor --

3          THE COURT:  And what evidence do I have of that?  What

4    evidence do I have of that?

5          MR. LAGE:  She testified as to that today as well,

6    Your Honor, that she had had contact with an individual that

7    had received the video from -- from Mr. Bonnell to her sister.

8    And hearsay is admissible in this type of proceeding, and you

9    can give it the weight that you believe is appropriate under

10   the circumstances given Mr. Bonnell's proclivities for

11   disseminating videos on a very constant basis.

12         Also, Your Honor, I think that it's important to note

13   that he had been continuing to make it accessible, vis-a-vis,

14   Google Drives.  So, it's an ongoing dissemination as long as

15   it's being disseminated or accessible on his Google Drive,

16   which were posted publicly.

17         THE COURT:  Hmm.  Response to his argument that I

18   can't rely on the statute because there's been no evidence of

19   malice in the dissemination.

20         MR. LAGE:  Your Honor, at any time that you violate

21   somebody's trust in this fashion, there is malice.  He knew

22   that he didn't have the authority to disseminate it; and,

23   therefore, it's malicious.  It's not -- he didn't say, oh,

24   well, I texted it by mistake.  I didn't intend to send it to

25   Rose.  It was, you know -- I hit the wrong button.  That's not

1   anything that he's testified to.  He sent it deliberately.  And

2   that in and of itself is malicious when you are sharing the

3   intimate graphic details of a sexual encounter that you have no

4   right to share with a third party without the consent of the

5   other individual.  I think malice is implicit in what

6   Mr. Bonnell did in this particular case.

7         THE COURT:  Well, the statute says that you have to

8   disseminate through electronic means --

9         MR. LAGE:  He texted it.

10        THE COURT:  -- a sexually explicit image of a person

11  that conveys the personal identification information of the

12  depicted person.  What does that mean?

13        MR. LAGE:  Your Honor, I think it's:  Can the person

14  be identified as a result of the video that's been

15  disseminated?  The case law isn't clear on that, but what we do

16  know is that numerous people, even the testimony from Ms. Doe

17  is abundantly clear that everybody could identify who she was,

18  and they were posting about it, they were texting her about it,

19  they were DMing her about it.  So it's clear that it was her.

20  So, I think that's sufficient to meet the criteria under the

21  statute.

22        THE COURT:  And then the next provision says:  With

23  the intent of causing substantial emotional distress to the

24  depicted person.

25        MR. LAGE:  Your Honor, so, whenever you do that, you

1    know that the possibility -- well, not just the possibility,

2    that it will cause distress to the other person if that does

3    come out.  And we have the testimony of Mr. Bonnell himself who

4    says that there's no secrets on the Internet, okay?  And he

5    also had said that posting without somebody's consent is one of

6    the worst things that you can do.  And implicitly it's because

7    we all know that that's going to live in cyberspace in some

8    form or another for eternity, and that that's going to cause

9    distress of that particular individual.

10        THE COURT:  Well, I guess their defense is that his,

11   quote-unquote, community that she participated in are basically

12   people who routinely do this; and so, therefore, even assuming

13   that he made a mistake about what he believed to be her

14   consent, let's assume that, he didn't do it with the intent of

15   causing her distress, because he thought that she was part of

16   his community.

17        MR. LAGE:  The problem is, is the Internet isn't

18   relegated to just his community.  The Internet is the public at

19   large, so --

20        THE COURT:  But he didn't post it on the Internet.  He

21   sent a text message.

22        MR. LAGE:  I understand, but --

23        THE COURT:  Because it would be different if he posted

24   it on say a Substack, right?

25        MR. LAGE:  Well, he has --

```
 1            THE COURT:  But if he sends a text message to an

 2    individual, and then that individual either disseminates it

 3    without his consent or gets hacked, the question is:  Is that

 4    what the statute is going at?  In other words, is that -- is

 5    that what -- why you would have a -- if you post that on an

 6    online community knowing that millions of people or thousands

 7    of people are going to see it, malice can be presumed at least,

 8    right?  At least in the initial stages.  But in a situation

 9    like this, how do I do that?

10            MR. LAGE:  Well, Your Honor, there was no caveat

11    whatsoever that Mr. Bonnell had placed on the dissemination of

12    that video with Rose.  He didn't say this can't be shared, this

13    can't be posted.

14            THE COURT:  Even he did, it wouldn't have mattered

15    because if it is true that she was hacked, right, this other

16    person, Rose, any of those disclaimers, any of those caveats

17    would have been irrelevant.

18            MR. LAGE:  And that's what we're assuming based on his

19    testimony is that they were hacked.  We don't have any

20    evidence --

21            THE COURT:  Right.  We don't have any evidence of it,

22    right?

23            MR. LAGE:  Of that at this time.

24            THE COURT:  Right.

25            MR. LAGE:  What we do know is that he disseminated the
```

video without consent, that he knows that that in and of
itself, that person can do whatever they want with that
particular video.  They can send it to everybody in their group
chat, they can post it online, they can do whatever they want
with it.

And in and of itself, knowing that that could happen,
knowing that, as he says, nothing is secret in the streaming
world, per se, he knew that this was reasonably foreseeable and
highly likely that at some point this was going to get out, and
he had no regard for it.  And he's had no regard for it at any
time for the sharing of any of these videos.

THE COURT:  But if that were true, then she's guilty
of cyber harassing because she sent a video of her former
boyfriend.  So if it was true that simply putting it out there
is sufficient, right, because you -- once you disseminate, bad
things can happen, then she would be guilty of it.  She may not
have had any intention of causing substantial harm or emotional
distress to her former boyfriend because she assumed she had
consent, but she clearly disseminated it.  So how is that any
different?

MR. LAGE:  The difference is this, Judge.  I think it
may have been lost in her testimony, but she had consent from
her boyfriend to disseminate that video.  So he knew what he
was facing, what the reasonable foreseeable consequences of
that were, and what could happen with that particular video,

1    and he consented to it.  The difference here is she did not

2    consent dissemination of the video that she made with

3    Mr. Bonnell, and that is the crux of the difference in the two

4    scenarios.

5         THE COURT:  Sure, because if in fact she didn't

6    consent, then it makes a difference.  The question though for

7    me is, for purposes -- that's a different issue.  If she didn't

8    consent, and he violated their trust, then, number one, you

9    have a contractual arrangement, theoretically.

10        Number two, you have at least a negligent infliction

11   of emotional distress.  This statute seems to require me to

12   find that at the time of dissemination, he did so with the

13   intent of causing harm to the depicted person.  So, can I -- do

14   I have enough evidence at this point to make that finding?

15        MR. LAGE:  Yes, Your Honor, because I think it's

16   reasonably foreseeable, and he had the intent of disseminating

17   it.  So he knew that -- first of all, he barely knows this

18   person.  He doesn't know Rose from a hole in the wall is

19   basically what he's saying to Your Honor.  He'd known her a

20   couple of months, talked to her on DM and -- well, here's this

21   private information about an individual that you know nothing

22   about, do with it what you will, there's no parameters to it

23   whatsoever, and, you know, he's using it to entice her maybe

24   into the next sexual encounter.

25        But be that as it may, he has a habit of doing this,

1   Your Honor.  It's not the first and the last time that he's

2   done it.  So, I think that the malice is there, and I showed

3   Your Honor the text messages leading up to the encounter where

4   she indicates that she doesn't want anyone to know that they're

5   engaged in a sexual relationship of any sort at the time, and

6   that she trusts him, and that he understands what consent

7   means.  He tries to spin it in a different direction, but I

8   think it's abundantly clear what the purpose of that -- of that

9   text was or what that purpose of that Discord -- Discord post

10  was at the time that it was sent to him.  The fact that he now

11  wants to say, well, I thought I had implicit or some type of

12  implied consent flies in the face of what he received.

13       So, I think under the circumstances you have any

14  number of ways that Your Honor is empowered to grant the

15  temporary -- the permanent injunction in regards to this

16  particular case.

17       THE COURT:  Okay.  All right.  So I will take all of

18  that under advisement and issue out a ruling soon.

19       MR. LAGE:  Thank you, Your Honor.

20       MR. BRETTLER:  Thank you, Your Honor.

21       THE COURT:  Now, I will say this, I'm not going to ask

22  for it, there is some intersection between what we're dealing

23  with and what is happening since because, for example, say I

24  was going to -- say I wanted to grant the injunction, and I

25  felt I had a beat basis to and that all the elements were met,

```
 1   theoretically that would include potentially mandatory
 2   injunctive relief, but that's relevant also to the pending
 3   motion on the Kiwi Farms thing.  So, there may be some overlap
 4   there.  So I may have to -- I may consult with Judge Becerra
 5   about how we should handle that to be more efficient on our
 6   end.  But I will take it a step at a time first.  Because,
 7   obviously, if I would intend- -- If I conclude I can't grant
 8   the injunction legally, then there's no overlap.  At that
 9   point, then the other issue still needs to be taken up on its
10   merits.
11            MR. BRETTLER:  If they want to add Kiwi Farms to the
12   lawsuit, that's their prerogative, but right now the only
13   motion is for an injunction against Mr. Bonnell, and we've
14   demonstrated that they haven't met their burden.  Thank you,
15   Your Honor.
16            THE COURT:  Thank you.
17            THE DEPUTY CLERK:  All rise.
18
19
20
21
22
23
24
25
```

1

2                        C E R T I F I C A T E

3

4        I hereby certify that the foregoing is an accurate

5    transcription to the best of my ability of the digital audio

6    recording in the above-entitled matter.

7

8    June 6, 2025              /s/ Gina Rodriguez
                               Gina Rodriguez, RPR, CRR, CRC
9                              Transcriber
                               299 East Broward Boulevard
10                             Fort Lauderdale, Florida 33301
                               gina_rodriguez@flsd.uscourts.gov
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**BY MR. BRETTLER: [31]** 33/4 33/14
34/19 35/25 37/22 38/4 38/13 39/18
41/3 41/15 42/7 43/1 43/24 47/6 47/19
48/1 48/14 50/1 51/10 52/22 53/7 53/21
54/9 54/21 61/13 63/20 65/15 66/25
73/24 95/13 96/5
**BY MR. LAGE: [44]** 6/19 8/4 9/16
12/11 13/2 14/2 15/7 15/13 17/3 17/20
18/5 18/25 19/19 22/7 25/6 25/15 27/4
27/14 29/10 30/2 30/17 31/13 32/16
55/18 57/4 57/17 58/4 59/16 76/20 78/3
78/8 79/5 79/15 80/22 82/8 85/7 85/19
87/2 88/21 89/16 92/19 93/6 94/1 94/15
**MR. BRETTLER: [59]** 4/14 5/7 12/23
16/15 18/3 18/20 25/11 25/19 27/2
27/23 32/12 33/2 33/11 34/18 35/24
36/25 41/10 42/5 44/6 44/9 47/5 47/14
47/17 47/23 48/12 49/6 49/16 49/24
53/3 53/14 54/7 54/20 55/1 55/3 55/14
56/23 57/13 61/2 76/15 79/2 85/3 88/2
92/24 94/10 95/11 96/1 96/23 97/25
104/16 104/23 104/25 107/23 107/25
108/8 108/10 108/24 109/2 118/20
119/11
**MR. LAGE: [70]** 4/7 5/3 5/17 5/24 6/4
6/8 16/17 21/25 22/3 25/12 25/14 32/23
38/1 38/9 47/12 49/2 53/13 54/2 54/19
54/24 55/16 57/2 60/17 60/23 63/15
78/1 85/18 92/18 94/14 95/7 95/25 96/3
97/3 97/7 97/21 98/3 98/7 99/18 99/21
99/25 100/8 100/20 101/17 101/21
101/24 102/5 102/10 102/13 102/17
103/9 103/12 103/20 104/15 110/12
111/22 112/5 112/20 113/9 113/13
113/25 114/17 114/22 114/25 115/10
115/18 115/23 115/25 116/21 117/15
118/19
**MR. RASKOPF: [1]** 4/10
**THE CLERK DEPUTY: [1]** 61/4
**THE COURT: [237]**
**THE DEPUTY CLERK: [3]** 4/2 6/2
119/17
**THE WITNESS: [131]**

**'**

**'19 [1]** 23/12
**'20 [1]** 23/12
**'22 [4]** 53/9 54/1 74/21 98/5
**'23 [3]** 98/1 98/2 98/5
**'24 [1]** 15/10

**/**

**/s [1]** 120/8

**1**

**10 [2]** 58/1 58/1
**100 percent [2]** 33/20 41/18
**10:37 p.m [1]** 36/3
**10th [5]** 57/8 57/25 68/14 68/23 69/9
**11:20 p.m [1]** 81/11
**1205 [1]** 1/15
**140 [1]** 1/7
**1450 [1]** 1/22
**15 [5]** 69/14 69/25 70/2 70/4 70/5
**17 [1]** 15/21
**17th [2]** 33/22 34/23
**19-year-old [1]** 15/19

**19th [7]** 30/25 31/9 31/12 39/5 39/19
90/2 95/4
**1:25-CV-20757-JB/TORRES [1]** 1/2
**1st [1]** 100/25

**2**

**2/26/20 [1]** 81/11
**20 [2]** 11/9 81/11
**201 [1]** 1/14
**2019 [3]** 23/13 38/21 41/9
**2020 [17]** 7/19 7/23 23/13 33/22 34/23
37/24 39/5 39/19 41/9 41/10 62/4 65/21
66/6 66/8 67/3 70/5 95/4
**2021 [2]** 7/19 65/3
**2022 [26]** 14/13 14/14 15/8 52/7 53/3
53/12 55/10 57/5 57/7 57/8 57/22 57/24
58/10 64/16 64/22 67/10 68/15 69/9
69/10 75/8 97/24 97/25 100/23 100/23
100/25 102/14
**2023 [14]** 16/9 52/15 53/5 53/6 86/11
86/17 86/23 91/17 92/20 92/23 93/10
97/24 110/19 110/20
**2024 [13]** 14/18 15/9 15/11 17/18 18/7
18/8 19/12 98/9 99/12 103/21 104/25
110/20 110/21
**2025 [7]** 1/5 18/12 19/10 35/16 36/25
105/1 120/8
**2026 [1]** 102/15
**20757 [1]** 4/4
**20th [7]** 16/25 18/12 19/8 31/10 31/11
59/10 59/13
**21 [1]** 65/3
**23 [4]** 102/25 110/21 111/15 111/24
**2300 [1]** 1/23
**24 [2]** 87/7 87/10
**25 [1]** 87/6
**26 URLs [1]** 107/7
**28th [6]** 14/18 18/8 26/16 27/12 43/21
89/11
**299 [2]** 2/4 120/9
**29th [2]** 42/5 89/11

**3**

**33131 [1]** 1/23
**33134 [1]** 1/15
**33301 [2]** 2/4 120/10
**3512136 [1]** 99/13
**3rd [6]** 35/15 35/16 36/3 36/22 36/23
36/25

**4**

**4th [7]** 14/13 14/14 57/7 57/22 68/23
100/23 101/18

**5**

**50 [1]** 96/14
**5:01 a.m [1]** 34/4
**5:03 a.m [1]** 34/23
**5:12 [2]** 39/5 39/19
**5:13 [1]** 39/23

**6**

**60,000 [1]** 96/15
**6th [1]** 66/8

**7**

**784.049 [1]** 102/10

**840,000 [1]** 9/19

**9**

**90069 [1]** 1/19
**9119 [1]** 1/18
**9th [6]** 68/14 68/23 69/9 72/4 72/5
73/16

**A**

**a.m [2]** 34/4 34/23
**Abby [9]** 16/8 16/22 27/25 31/23 31/24
52/20 53/4 93/3 103/8
**Abbymc [16]** 52/9 53/10 74/17 86/11
86/13 86/16 86/17 91/8 92/20 93/10
93/11 101/9 102/17 105/5 111/15
111/20
**Abbymc's [2]** 52/8 52/23
**ability [3]** 81/17 98/20 120/5
**able [7]** 20/15 20/15 50/5 59/24 59/25
79/19 103/5
**about [129]**
**above [1]** 120/6
**above-entitled [1]** 120/6
**abrettler [1]** 1/19
**absence [1]** 83/19
**absolutely [10]** 21/5 77/5 88/9 95/17
95/19 96/2 107/9 108/3 108/18 109/21
**abundantly [4]** 104/11 110/17 113/17
118/8
**academic [1]** 42/16
**accept [1]** 105/7
**access [4]** 43/3 88/15 88/16 99/7
**accessed [1]** 25/10
**accessible [2]** 112/13 112/15
**accidently [1]** 8/11
**accommodating [1]** 4/24
**according [2]** 15/18 106/24
**Accordingly [2]** 111/4 111/19
**account [13]** 15/20 28/14 43/12 48/3
50/18 51/4 51/14 51/19 51/21 56/17
59/11 88/15 88/17
**accounts [5]** 16/14 23/20 24/16 44/19
44/24
**accurate [1]** 120/4
**acknowledgment [1]** 70/15
**across [1]** 77/11
**act [4]** 75/23 91/3 100/7 107/18
**action [1]** 101/6
**actions [1]** 56/8
**actively [1]** 90/22
**activity [2]** 62/18 103/18
**actual [3]** 57/6 58/6 78/23
**actually [13]** 15/24 15/24 21/12 21/18
24/13 40/12 43/17 57/23 57/24 66/2
85/14 92/9 93/2
**add [2]** 90/9 119/11
**addition [3]** 47/20 48/2 107/8
**additional [4]** 4/21 97/2 101/10
**address [1]** 5/19
**addresses [1]** 110/23
**adequately [1]** 111/14
**adhered [1]** 50/23
**admissible [2]** 16/18 112/8
**admitting [1]** 16/13
**advice [1]** 90/10
**advisement [1]** 118/18
**affidavit [3]** 5/12 52/8 53/17

**A**

**afford** [1] 56/20
**aforementioned** [1] 69/7
**afraid** [4] 8/10 60/5 60/5 106/2
**after** [58] 12/16 14/17 16/7 16/25 16/25 17/1 17/2 17/4 17/4 18/1 18/15 20/13 20/17 25/2 25/8 27/18 27/19 36/10 38/5 41/16 42/1 42/6 43/20 44/23 46/13 51/12 52/7 52/12 52/25 53/9 53/12 53/25 55/9 57/5 62/3 62/13 65/10 66/6 69/24 70/6 70/14 74/20 75/8 75/11 75/17 76/11 84/19 84/20 84/22 84/24 84/25 89/24 90/9 98/9 103/11 103/17 103/23 110/18
**afterwards** [1] 28/16
**again** [11] 30/5 35/3 39/8 39/12 55/12 56/15 64/13 74/22 88/6 96/12 107/15
**against** [9] 48/3 48/18 49/18 70/15 79/20 79/21 80/17 87/24 119/13
**age** [2] 15/19 15/25
**aggressively** [1] 75/17
**ago** [9] 16/13 43/10 62/4 64/2 83/1 84/9 91/23 92/9 106/2
**agree** [1] 9/13
**agreed** [1] 62/14
**ahead** [5] 5/15 8/17 10/19 44/8 65/16
**aid** [1] 30/15
**ALBERTO** [1] 1/13
**alerted** [2] 25/21 75/11
**Alhambra** [1] 1/14
**all** [67] 5/11 7/13 10/8 12/3 12/8 14/5 14/9 15/23 18/9 18/18 19/24 22/19 24/16 25/14 28/14 29/2 31/22 33/19 40/3 40/15 43/2 43/6 47/21 50/7 53/11 53/15 59/23 60/19 68/25 70/18 70/20 70/21 70/24 71/7 73/13 74/22 75/2 76/10 77/12 81/2 81/9 84/4 85/11 86/13 86/16 87/7 88/19 89/5 89/13 89/20 92/13 92/14 92/22 94/19 96/18 102/25 103/20 106/4 107/15 108/13 111/7 114/7 117/17 118/17 118/17 118/25 119/17
**allegation** [1] 103/8
**allegations** [1] 103/15
**allege** [1] 111/20
**alleged** [1] 96/3
**allegedly** [2] 106/18 110/9
**alleges** [1] 95/22
**allow** [6] 10/6 10/17 29/16 64/7 70/18 76/5
**allowed** [5] 50/5 51/2 51/11 63/13 63/14
**almost** [1] 111/8
**along** [5] 4/11 14/14 17/22 18/14 80/5
**already** [14] 5/11 25/1 37/9 44/3 45/5 45/6 45/14 45/25 54/3 55/5 73/17 104/17 105/1 105/2
**also** [31] 2/2 4/15 5/5 11/9 12/1 14/23 16/9 16/16 26/8 28/15 29/19 29/24 31/22 33/24 34/18 36/16 37/24 38/16 38/21 45/22 45/24 72/13 73/20 82/11 101/8 102/22 110/24 112/2 112/12 114/5 119/2
**although** [8] 21/5 68/6 77/17 89/22 91/4 94/21 98/13 101/3
**always** [2] 73/13 74/14
**am** [6] 21/9 21/11 21/21 55/22 80/5 86/18
**ambiguous** [2] 18/20 57/13

**amicably** [1] 103/24
**among** [2] 68/3 73/25
**amount** [2] 49/23 96/12
**ample** [1] 101/3
**amplified** [1] 98/16 96/21
**analogy** [1] 40/15
**ANDREA** [1] 2/2
**ANDREW** [4] 1/17 4/13 4/15 33/11
**Andrew Brettler** [2] 4/13 4/15
**Andymc** [1] 86/22
**Angeles** [2] 4/12 33/13
**anonymity** [1] 83/4
**anonymous** [1] 80/16
**anonymously** [1] 26/2
**another** [13] 11/20 25/23 31/10 31/10 38/17 47/16 64/8 71/10 76/3 77/4 109/25 111/25 114/8
**answer** [14] 13/11 18/22 32/15 36/9 44/8 54/7 57/3 63/21 85/23 88/13 90/4 93/1 94/16 96/6
**answered** [5] 38/1 54/2 54/19 54/24 85/3
**answering** [1] 81/25
**anxiety** [1] 21/13
**anxious** [1] 19/24
**any** [87] 5/2 9/24 12/12 13/3 13/7 14/6 17/24 18/18 24/2 25/16 30/22 32/17 32/23 35/4 37/25 52/5 53/8 53/10 53/10 53/14 53/22 53/24 53/25 54/16 54/17 54/18 54/22 54/23 55/7 59/19 60/12 60/13 60/14 60/17 61/14 62/8 63/12 63/24 63/24 64/20 64/23 67/24 68/10 70/2 70/24 72/20 74/21 75/20 77/9 79/17 79/17 79/18 82/25 84/25 85/2 87/23 87/23 92/12 92/17 95/10 95/18 95/22 97/13 98/6 98/16 99/7 101/13 101/14 102/4 102/11 104/6 106/3 106/4 108/17 109/15 110/1 112/20 115/16 115/16 115/19 115/21 116/10 116/11 116/17 116/19 118/5 118/13
**anybody** [7] 11/7 17/15 70/23 72/2 73/18 82/3 82/6
**anymore** [1] 74/13
**anyone** [10] 53/10 60/15 69/11 69/21 69/21 75/7 82/4 95/16 103/23 118/4
**anything** [28] 11/12 11/17 14/16 17/9 17/16 20/21 22/24 22/25 24/24 28/20 34/24 37/20 41/18 55/10 60/4 71/23 77/13 79/21 82/5 83/1 90/13 91/4 92/11 92/11 98/6 106/20 109/10 113/1
**anyway** [1] 92/16
**anyways** [1] 47/15
**anywhere** [1] 38/22
**apart** [4] 11/16 69/21 69/22 70/8
**apparently** [4] 14/10 16/8 28/2 83/1
**appearance** [1] 4/5
**APPEARANCES** [2] 1/11 2/1
**appeared** [1] 84/7
**applicable** [1] 111/9
**applying** [1] 102/12
**appreciate** [2] 4/22 4/24
**appropriate** [1] 112/9
**approximately** [6] 18/11 65/20 66/4 68/11 69/14 86/11
**April** [25] 14/14 54/10 57/8 57/24 57/25 58/1 58/1 68/14 68/14 68/23 69/3 69/3 69/9 69/9 72/4 72/5 73/16 100/23 101/1 101/13 101/25 102/2 104/20 104/22

**April 10** [2] 58/1 58/4
**April 10th** [4] 57/8 57/25 68/14 69/9
**April 4** [1] 57/24
**April 4th** [1] 14/14
**April 9th** [5] 68/14 68/23 69/9 72/4 73/16
**April of** [1] 100/23
**arbitrary** [1] 107/6
**archive** [1] 74/25
**are** [58] 9/5 12/3 16/5 17/16 20/8 21/2 22/1 22/8 22/22 23/22 23/23 23/24 24/9 25/9 26/11 27/21 28/23 32/3 41/18 46/7 46/8 46/16 49/8 52/13 52/17 53/11 54/3 56/17 57/9 60/3 61/21 68/22 68/25 69/3 69/4 69/16 73/13 74/7 77/3 77/22 78/14 83/24 85/20 87/23 88/2 91/6 96/19 99/2 99/15 99/17 105/12 105/19 107/21 110/8 110/15 111/8 113/2 114/11 115/7
**areas** [3] 5/18 85/6 85/8
**aren't** [2] 69/19 104/9
**argue** [3] 18/2 21/12 42/16 72/14 100/21
**arguing** [1] 100/10
**argument** [7] 97/23 101/16 102/1 104/18 111/12 111/13 112/17
**argumentative** [1] 79/2
**arguments** [2] 9/4 90/20
**arose** [1] 103/21
**around** [16] 6/23 7/17 7/23 10/14 11/2 11/5 11/9 11/12 14/11 19/8 19/9 23/12 23/13 23/13 38/16 72/15
**arrange** [1] 66/1
**arrangement** [1] 117/9
**articles** [4] 42/15 42/18 43/11 43/18
**as** [86] 5/17 5/18 6/5 6/16 7/10 9/8 9/9 9/23 9/24 12/1 16/1 16/9 18/4 21/3 31/4 31/6 34/11 35/24 37/5 37/5 38/3 39/11 40/7 41/21 45/19 47/1 47/3 49/22 49/23 53/17 55/8 57/5 57/5 57/6 58/18 58/18 61/10 63/4 67/14 67/16 70/19 74/22 79/8 80/23 83/3 83/5 83/5 83/21 92/1 95/21 95/23 96/9 97/9 99/6 99/6 99/9 99/9 99/14 100/14 101/5 101/5 102/7 102/8 102/8 102/18 110/13 110/13 110/14 110/15 110/15 110/23 110/23 111/8 111/9 111/9 111/12 111/12 111/17 112/5 112/5 112/14 112/14 113/14 116/7 117/25
**aside** [2] 98/4 111/16
**ask** [18] 22/16 23/1 24/12 37/8 47/9 47/16 55/6 55/12 72/22 75/10 81/11 83/8 88/5 90/19 93/16 106/20 107/9 118/21
**asked** [18] 17/8 38/1 54/2 54/19 54/24 55/19 55/20 56/17 62/20 62/23 63/15 71/24 72/22 72/23 85/3 98/14 105/6 105/7
**asking** [8] 35/4 38/21 53/14 63/17 67/6 99/17 99/21 106/23
**asleep** [1] 34/25
**assaulted** [1] 8/12
**assistant** [7] 75/25 78/20 78/24 79/7 79/8 79/11 92/7
**assume** [14] 34/1 34/1 34/7 35/3 35/6 35/11 38/3 38/15 38/20 38/23 41/8 101/25 102/1 114/14
**assumed** [3] 29/4 64/14 116/18

**A**
assumes [2]  92/25 107/15
assuming [3]  39/11 114/12 115/18
at [109]  4/20 5/3 5/24 7/11 10/3 11/8
11/21 12/10 13/3 15/21 16/20 18/18
19/24 20/2 20/11 20/21 23/4 23/15
24/22 25/16 28/20 32/8 32/17 32/24
33/16 33/22 34/4 34/23 36/3 39/5 39/19
39/23 40/3 43/3 43/6 44/18 45/24 53/11
60/12 60/17 62/8 62/11 65/16 66/15
67/18 68/6 69/4 69/10 70/24 70/25
70/25 71/20 72/4 72/24 73/5 73/6 73/11
73/13 73/17 74/11 74/12 75/2 77/12
79/18 81/11 82/1 82/3 82/2 83/4 84/4
84/10 84/25 86/8 96/10 96/14 98/23
98/25 99/1 99/7 99/13 101/12 101/15
101/20 101/20 102/15 102/18 103/3
103/6 103/14 103/20 104/6 105/12
106/4 108/18 112/20 114/18 115/4
115/7 115/8 115/23 116/9 116/10
117/10 117/12 117/14 118/5 118/10
119/6 119/8
attached [2]  50/25 52/23
attempt [1]  111/25
attempting [1]  30/21
attorneys [2]  78/13 78/15
audible [1]  22/18
audience [1]  84/12
audio [2]  1/9 120/5
August [1]  110/19
August 2023 [1]  110/19
authority [4]  106/6 106/9 107/18
112/22
automatically [1]  43/16
available [6]  70/4 76/13 79/13 89/2 90/7
104/5
Avenue [1]  1/22
avenues [1]  78/24
aware [23]  5/22 9/21 11/25 12/6 16/5
25/9 26/7 26/8 57/9 68/21 69/14 69/16
70/16 73/9 76/21 77/22 83/5 83/13
86/16 86/18 90/9 94/17 103/22
awareness [1]  5/23
away [3]  20/15 46/5 46/6
awesome [1]  40/18
awkward [1]  80/20
AXELROD [1]  1/22

**B**
B-O-N-N-E-L-L [1]  61/7
back [22]  9/1 11/8 14/15 24/18 25/7
25/8 25/16 37/23 43/7 47/18 51/8 65/16
71/25 74/9 74/14 74/24 75/1 79/14
79/16 86/24 97/24 108/24
backup [1]  68/25
bad [4]  20/2 63/5 92/10 116/15
BAENA [1]  1/22
BAERGA [1]  2/2
balance [2]  96/1 111/4
bank [3]  50/18 51/4 51/14
bankrupt [3]  54/11 54/12 55/21
barely [1]  117/17
based [7]  25/13 64/14 90/20 103/14
106/1 106/22 115/18
basically [25]  17/7 17/17 19/6 19/23
20/12 20/20 21/17 24/21 26/2 26/16
37/2 42/13 46/25 61/18 61/24 72/15
72/18 72/25 80/6 80/7 80/16 82/3 96/21

114/11 117/19
basis [8]  59/2 55/4 101/3 102/3 102/6
102/20 112/11 118/25
be [81]  5/14 8/20 8/22 8/23 10/19 11/5
11/15 11/25 13/16 17/17 20/1 20/4
20/14 20/15 20/15 22/23 24/4 24/4
30/11 35/10 39/21 47/1 47/9 47/23 50/5
50/25 51/1 51/24 52/17 59/5 60/14
63/25 64/12 66/17 69/3 69/6 71/5 71/8
71/10 72/1 73/12 74/6 74/10 75/15 77/8
77/12 78/22 80/8 80/23 81/4 81/7 83/4
84/21 93/10 97/16 98/22 99/1 99/3
99/10 101/2 103/1 103/25 104/5 105/9
105/9 105/22 107/19 108/18 109/7
111/4 113/14 114/13 114/23 115/7
115/12 115/13 116/16 117/25 119/3
115/9 119/9
bearing [1]  108/3
beat [1]  118/25
became [2]  70/16 103/22
because [76]  5/11 8/1 8/25 9/1 11/5
12/18 14/20 14/25 15/17 17/7 20/4
24/10 24/24 25/3 26/9 27/6 28/6 28/7
28/16 28/19 29/1 29/18 29/24 31/2
32/10 34/14 36/21 40/9 40/19 40/25
43/9 43/10 45/5 45/9 45/12 51/2 51/4
52/20 55/22 58/21 59/1 60/3 70/4 72/24
73/13 75/16 76/11 77/15 79/11 92/9
93/2 93/10 98/8 99/23 100/24 101/4
103/21 105/15 106/7 108/3 108/20
108/21 109/19 110/17 112/18 114/6
114/15 114/23 115/15 116/13 116/15
116/18 117/5 117/18 118/23 119/6
Becerra [4]  4/4 4/19 104/17 119/4
become [1]  5/21
been [47]  6/16 15/12 17/5 22/21 25/22
37/9 46/6 46/6 49/7 53/5 54/16 54/16
61/10 64/1 64/2 64/14 66/14 68/14
68/17 69/24 70/4 73/7 75/12 79/19
82/10 82/11 82/14 83/10 83/18 84/15
89/14 90/10 92/22 97/19 98/25 102/23
103/22 106/3 108/15 108/16 108/17
111/10 112/13 112/18 113/14 115/17
116/22
before [42]  1/10 11/10 11/13 11/20
12/16 18/11 18/13 18/14 20/23 23/3
29/7 29/14 30/6 32/6 35/23 37/1 37/2
38/3 40/1 43/25 46/4 46/13 52/2 53/6
59/14 64/19 64/21 71/15 73/19 79/19
82/7 82/7 82/15 82/18 82/20 91/10
93/12 97/18 97/21 102/24 108/24 112/1
beforehand [5]  7/1 8/8 8/13 46/18 47/3
began [3]  23/19 62/4 62/17
behalf [2]  5/6 105/7
behavior [1]  77/10
being [22]  8/24 9/3 20/17 27/16 27/19
28/10 37/14 37/20 38/7 56/15 75/14
77/13 77/15 89/4 89/5 101/10 103/5
104/5 106/16 109/23 110/2 112/15
believe [48]  7/17 11/9 30/19 31/9 31/12
42/1 53/4 55/25 59/13 62/22 64/13
64/22 64/22 65/1 65/25 66/16 68/14
69/7 72/20 72/22 72/23 74/8 76/2 77/9
77/13 80/4 81/8 82/1 82/23 83/6 84/3
86/3 87/12 89/9 90/1 90/2 91/13 93/3
95/7 96/12 97/7 100/15 101/3 101/11
102/13 103/4 103/9 112/9
believed [1]  114/13

believes [1]  46/4
believing [1]  21/8
BERK [4]  1/18 4/13 4/15 33/12
berkbrettler.com [1]  1/19
besides [1]  78/15
best [15]  20/22 20/25 25/4 36/15 37/14
44/5 44/10 46/1 46/10 67/14 69/11 70/6
73/5 83/5 120/5
betray [1]  12/8
betrayed [1]  44/10
better [1]  17/24
between [8]  5/22 28/14 37/3 37/4 81/10
93/8 105/15 118/22
beyond [2]  73/7 103/1
big [3]  9/18 20/5 23/5
bigger [1]  45/9
biggest [1]  21/14
BILZIN [2]  1/22 4/11
bilzin.com [1]  1/24 1/24
bit [7]  25/3 26/12 35/6 57/11 62/17
65/16 66/24
BJ [1]  27/7
blackmail [1]  88/18
blatant [1]  58/22
bless [1]  107/12
blow [1]  109/20
blue [1]  7/8
Bluesky [2]  51/19 51/23
Bob [1]  4/10
Bonnell [96]  1/6 4/4 4/16 7/5 7/10 7/11
7/22 8/3 8/5 9/18 9/21 9/25 13/4 13/9
13/14 14/5 16/2 17/6 17/21 18/18 21/4
25/8 27/21 30/13 30/21 31/9 32/9
32/18 32/19 33/7 33/12 33/16 33/23
33/25 34/3 34/20 35/4 35/8 35/13 37/24
38/5 38/16 38/21 39/3 39/20 39/23
40/13 41/4 41/17 47/8 48/4 48/18 49/9
49/19 52/5 52/13 53/12 53/25 54/11
54/17 54/18 54/23 55/9 55/21 60/12
60/13 61/2 61/6 61/9 61/24 73/25 95/14
95/22 100/1 103/24 103/25 104/6
105/12 105/16 105/25 106/12 106/19
106/20 107/1 107/9 108/6 109/10
109/15 109/16 109/25 112/7 113/6
114/3 115/11 117/3 119/13
Bonnell's [6]  14/3 21/6 40/4 109/19
110/4 112/10
bootstrapping [1]  111/13
both [5]  43/17 72/11 107/23 107/24
107/25
bottom [3]  32/15 69/4 110/5
Boulevard [3]  1/18 2/4 120/9
boundaries [5]  11/23 12/7 29/24 29/25
35/12
boyfriend [8]  13/13 22/22 30/6 34/10
72/24 116/14 116/18 116/23
boyfriend's [1]  35/22
brain [1]  21/19
break [2]  22/4 22/5
BRETTLER [13]  1/17 1/18 3/4 3/6 3/7
4/13 4/13 4/15 4/15 33/11 33/12 55/19
60/11
Brickell [1]  1/22
briefly [2]  95/11 110/12
bring [2]  26/9 55/21 56/6
broad [1]  74/6
broadly [3]  81/7 85/16 99/24
Brook [1]  91/2

**B**

**brought [3]** 39/14 47/7 55/22
**Broward [2]** 2/4 120/9
**brown [1]** 7/8
**bunch [7]** 8/12 15/1 26/2 28/2 44/22 73/19 88/17
**burden [1]** 119/14
**Busch [1]** 111/15
**business [2]** 36/16 73/22
**but [115]** 5/13 6/25 8/22 11/9 12/16 14/13 15/4 15/19 16/13 19/9 20/11 20/23 21/14 21/16 22/24 22/25 23/17 24/7 25/4 26/15 28/3 28/21 29/2 29/8 29/23 30/8 31/11 32/5 32/10 33/20 34/1 34/7 35/3 35/6 35/11 37/16 38/17 39/12 39/13 39/19 40/2 43/11 44/2 45/13 46/5 49/13 49/23 50/13 50/17 50/18 52/17 57/22 58/5 59/24 61/23 65/1 65/11 66/12 69/19 69/23 70/6 71/11 72/1 72/24 73/9 74/7 74/12 75/5 76/3 78/16 78/17 78/19 79/23 80/4 80/17 81/14 83/18 83/21 83/23 84/15 88/14 89/3 91/7 91/22 92/14 93/14 93/20 96/21 99/1 99/19 101/8 101/19 101/24 102/17 106/8 106/21 106/24 108/16 108/22 109/8 109/14 111/24 113/15 114/20 114/22 115/1 115/8 116/12 116/19 116/22 117/25 118/7 119/2 119/6 119/12
**button [2]** 78/6 112/25

**C**

**C-H-A-I-E-R-Y [1]** 94/14
**California [1]** 1/19
**call [11]** 5/2 5/4 5/5 5/7 5/15 5/15 5/25 11/17 31/1 60/22 61/2
**called [9]** 14/22 31/2 31/11 42/9 48/3 67/19 75/16 88/6 88/7
**Calling [1]** 4/4
**calls [6]** 18/3 25/11 32/12 53/13 57/14 92/24
**came [5]** 10/23 19/22 28/16 31/3 46/23
**camera [1]** 23/7
**can [73]** 6/5 7/6 7/25 8/23 13/14 18/22 20/22 20/25 22/2 22/5 23/8 24/11 24/25 31/16 33/24 35/9 36/23 38/19 43/15 43/17 43/17 43/18 46/1 46/3 46/5 46/10 46/10 50/22 51/15 54/14 55/3 56/20 57/3 58/13 59/2 60/25 63/21 63/22 67/14 73/9 74/6 75/5 78/9 80/7 84/14 86/25 88/11 90/5 90/9 92/13 93/1 94/16 94/22 96/8 97/6 99/7 99/10 99/11 102/7 106/20 107/16 110/25 111/2 112/9 113/13 114/6 115/7 116/2 116/3 116/4 116/4 116/16 117/13
**can't [26]** 27/18 29/1 29/8 29/25 32/2 32/10 33/19 34/13 35/3 39/13 41/21 43/9 43/13 54/14 56/10 64/2 64/6 66/12 74/13 86/1 92/11 106/20 112/18 115/12 115/13 119/7
**canceled [1]** 96/11
**CARDII [7]** 97/11 100/24 101/3 101/3 102/17 102/21 108/18
**care [4]** 23/23 29/23 44/16 45/3
**career [1]** 56/4
**careful [2]** 52/18 75/15
**cares [2]** 12/2 12/5
**CARLOS [2]** 1/13 4/7

**case [50]** 1/2 4/4 4/4 21/1 28/22 30/20 82/5 56/21 98/20 60/25 70/17 75/16 74/8 77/18 77/19 78/23 79/14 79/16 79/19 79/20 80/6 80/14 85/9 85/15 88/3 89/24 97/9 97/13 97/16 97/19 99/9 99/12 100/5 101/8 102/5 104/10 104/11 107/18 107/19 108/2 108/11 108/18 110/16 110/18 111/7 111/9 111/24 113/6 113/15 118/16
**cases [4]** 59/2 77/17 108/13 108/14
**cause [4]** 108/12 109/5 114/2 114/8
**caused [1]** 110/9
**causes [1]** 101/6
**causing [4]** 113/23 114/15 116/17 117/13
**cautious [1]** 20/16
**caveat [1]** 115/10
**caveats [1]** 115/16
**center [1]** 92/6
**certain [5]** 25/18 68/22 74/3 74/5 91/3
**certainly [4]** 64/6 70/1 109/8 110/4
**certify [1]** 120/4
**cetera [1]** 108/13
**cgarciaperez [1]** 1/16
**Chaeiry [1]** 52/17
**Chaiery [1]** 94/7
**chance [2]** 56/14 56/14
**change [5]** 23/6 50/22 51/16 51/17 86/9
**changed [2]** 50/23 51/8
**channel [3]** 31/10 96/13 96/14
**character [1]** 36/13
**characterize [1]** 62/15
**chat [1]** 116/4
**chatted [1]** 70/21
**chatting [2]** 62/4 62/17
**check [3]** 72/1 74/14 95/8
**checked [1]** 74/24
**checking [1]** 20/19
**circle [2]** 1/14 74/10
**circles [3]** 74/3 74/4 74/5
**circulated [2]** 13/4 13/7
**circumstances [5]** 76/2 104/10 104/12 112/10 118/13
**cited [2]** 101/4 104/10
**civil [1]** 4/4
**claim [8]** 8/24 9/2 37/19 44/2 44/14 48/18 85/20 95/20
**claimed [3]** 37/5 40/7 91/17
**claiming [6]** 21/17 35/19 36/17 49/7 69/15 91/9
**claims [8]** 15/21 36/22 42/6 69/14 86/8 87/24 88/2 108/2
**clarified [1]** 5/14
**clarify [2]** 6/9 45/2
**clear [15]** 22/23 41/17 41/21 47/24 71/8 73/21 82/10 103/2 104/12 105/25 110/17 113/15 113/17 113/19 118/8
**clearly [2]** 109/12 116/19
**clerk [2]** 2/2 4/8
**client [8]** 4/16 5/16 102/20 102/22 103/22 105/6 106/4 111/10
**close [4]** 17/23 58/10 58/14 58/16
**collaborated [1]** 19/16
**collaboration [1]** 75/18
**colleague [1]** 4/11
**combination [2]** 44/23 75/22
**come [14]** 12/17 12/18 14/5 16/1 17/11 47/17 49/12 49/12 64/7 64/16 73/3 76/5

**86/9 114/3**
**comfort [1]** 71/21
**coming [2]** 41/6 60/4
**commentaries [1]** 12/12
**commentary [1]** 59/19
**commenting [1]** 100/4
**commit [1]** 20/12
**common [3]** 73/25 74/3 74/5
**commonly [1]** 99/15
**communicate [2]** 46/15 72/9
**communicated [1]** 64/21
**communicating [2]** 33/7 33/15
**communication [4]** 36/24 46/17 102/1 102/2
**community [18]** 8/22 8/22 9/6 9/10 9/17 9/18 19/17 21/6 74/1 74/5 82/6 105/19 109/6 109/9 114/11 114/16 114/18 115/6
**company [1]** 92/4
**compelled [1]** 45/1
**competent [2]** 103/1 103/4
**competitive [1]** 56/4
**complained [1]** 89/3
**complaining [1]** 94/5
**complaint [10]** 69/18 69/19 91/8 94/8 95/22 102/25 103/15 111/16 111/21 111/23
**complete [1]** 41/20
**completely [5]** 39/4 49/3 56/25 109/20 109/21
**complicated [1]** 50/12
**computer [1]** 23/8
**concerned [4]** 45/8 73/16 110/16 110/24
**concerning [1]** 68/21
**conclude [1]** 119/7
**conclusion [1]** 53/13
**conduct [9]** 95/21 95/23 96/9 105/23 106/1 106/11 106/12 110/7 110/18
**confidentiality [1]** 6/5
**confirm [1]** 36/23
**conflicting [1]** 69/17
**confused [2]** 35/6 37/6
**connect [1]** 23/9
**connected [1]** 8/2
**connection [1]** 27/12
**consensual [3]** 30/11 52/6 67/8
**consent [52]** 8/9 8/9 8/13 8/15 8/15 11/6 11/14 11/23 12/6 12/19 13/9 14/3 14/7 16/3 16/6 26/14 28/18 28/21 30/10 31/23 32/17 35/22 55/24 71/18 71/18 72/17 76/2 81/7 82/11 82/16 82/17 82/21 83/9 85/22 87/7 87/18 87/25 94/6 94/9 103/23 113/4 114/5 114/14 115/3 116/1 116/19 116/22 117/2 117/6 117/8 118/6 118/12
**consented [1]** 117/1
**consenting [2]** 82/19 82/20
**consents [1]** 90/14
**consequences [2]** 56/1 116/24
**consider [1]** 73/2
**considered [1]** 103/13
**consistent [1]** 77/3
**constant [2]** 99/12 104/11 110/16 112/11
**constantly [2]** 20/1 20/19
**consult [1]** 119/4
**contact [8]** 17/6 78/15 80/5 83/8 83/14

# C

contact... [3]  83/15 103/24 112/6
contacted [11]  50/20 51/6 51/12 69/15
77/20 78/19 79/13 80/1 80/2 82/23
89/17
contained [2]  58/22 100/4
containing [1]  68/12
contains [1]  16/16
contemplated [1]  99/14
contemplates [1]  97/11
contemporaneous [1]  26/20
content [21]  13/3 25/8 26/13 28/3 28/17
28/18 31/3 31/15 31/20 55/24 67/16
87/11 89/4 94/19 96/19 106/24 107/1
107/5 107/8 107/10 107/14
content-creator [1]  31/3
contention [2]  14/11 69/4
contest [1]  78/14
context [2]  35/19 35/21
continue [6]  6/5 22/1 40/2 55/23 56/11
111/3
continued [5]  2/1 16/2 18/1 18/15 65/10
continues [3]  49/10 56/5 104/4
continuing [4]  49/17 99/13 99/14
112/13
continuously [1]  21/11
contractual [1]  117/9
contradicts [1]  101/16
control [5]  15/20 28/14 106/19 107/4
109/12
conversating [1]  88/16
conversation [15]  17/12 22/13 24/22
25/2 33/16 46/24 62/16 71/20 72/1 72/3
74/25 75/1 81/25 83/10 83/12
conversations [23]  7/1 7/10 8/6 8/9
8/12 8/14 8/15 10/9 10/12 11/6 30/9
32/6 62/9 62/18 64/1 64/3 64/15 64/24
65/10 71/25 72/20 74/23 81/6
converse [1]  111/2
conveys [1]  113/11
convincing [2]  20/21 103/2
convoluted [1]  66/24
cool [2]  9/14 40/17
cooperate [2]  98/14 107/4
cooperation [2]  4/23 98/16
copies [2]  74/13 89/22
copy [5]  13/20 68/4 70/18 74/22 80/4
copyright [1]  75/24
Coral [1]  1/15
corporation [1]  106/22
correct [61]  18/7 18/16 19/2 32/21
33/17 39/3 43/4 44/1 48/6 48/15 48/19
48/23 50/9 51/11 51/19 51/25 52/2
52/25 58/6 58/8 58/15 61/23 65/13 68/9
75/8 75/9 76/23 77/1 77/4 77/20 78/10
79/1 80/25 81/1 81/4 83/16 83/25 84/23
85/9 85/10 85/12 85/13 86/12 86/14
86/15 86/17 88/23 89/2 90/8 90/15
90/16 90/18 92/23 93/11 93/22 94/20
95/3 97/2 97/3 98/3 103/12
corresponding [1]  15/22
cost [1]  49/7
could [38]  10/9 10/19 11/4 11/11 12/14
12/21 14/13 15/15 19/14 19/23 22/24
25/4 38/22 38/24 56/13 57/11 61/20
63/24 71/24 71/25 72/23 77/8 77/9
78/15 79/4 80/3 81/20 91/25 93/12 96/6
97/22 103/25 104/5 104/6 108/21

113/17 116/8 116/25
couldn't [2]  4/20 70/24
counsel [5]  4/5 4/12 5/1 95/8 105/5
counsel's [2]  24/18 104/18
count [1]  53/17
counts [1]  53/19
couple [4]  7/1 10/5 16/9 28/7 33/18
80/12 117/20
course [5]  30/20 64/10 96/7 96/15
103/10
court [35]  1/1 4/2 6/11 49/19 49/20
51/24 61/20 76/21 77/7 77/9 77/16 96/8
97/7 99/12 103/5 104/11 104/19 105/1
105/2 105/8 105/10 105/22 106/6
106/23 106/23 106/25 107/3 107/13
107/17 108/20 108/21 110/6 110/24
110/25 111/2
Court's [1]  57/12
cover [1]  47/9
covering [1]  85/17
crashed [5]  26/25 27/8 27/16 109/22
109/24
crashing [1]  109/19
CRC [2]  2/3 120/8
create [5]  42/23 43/7 43/18 48/2 94/22
created [12]  42/9 43/10 43/12 50/2 50/3
50/4 50/6 50/15 50/24 59/8 59/9 71/13
creating [1]  48/17
creator [2]  31/3 67/16
criteria [1]  113/20
critical [1]  105/9
Cross [4]  33/1 33/3 76/18 76/19
Cross-examination [4]  33/1 33/3 76/18
76/19
CRR [2]  2/3 120/8
crux [1]  117/3
crying [1]  20/1
cup [1]  40/16
curious [1]  34/25
current [2]  56/7 62/18
currently [2]  11/1 13/15
cut [1]  78/5
CV [1]  1/2
cyber [1]  116/13
cyberspace [1]  114/7

# D

dad [1]  24/22
damage [1]  24/11
damages [2]  49/13 104/9
Dan [5]  35/18 35/19 36/5 36/13 36/15
Dan Saltman [1]  35/18
DANIEL [1]  1/12
date [24]  7/16 14/12 18/1 19/9 27/18
29/1 29/9 36/24 48/25 52/12 52/25 53/1
57/20 65/4 66/7 68/11 68/18 69/2 75/3
80/23 93/3 93/4 93/5 108/17
dates [3]  57/23 59/23 83/22
day [12]  5/11 14/17 17/13 20/20 26/17
41/21 42/5 44/4 75/4 85/5 85/5 90/1
days [3]  17/10 27/18 27/19
deal [2]  75/15 111/2
dealing [3]  46/19 46/22 118/22
debate [2]  9/1 62/3
debates [1]  7/1
December [1]  42/3
decently [1]  96/11
decide [2]  12/25 65/17

decided [7]  4/20 14/21 20/24 44/13
58/20 59/6 68/18
decision [2]  11/8 12/4
declarant [1]  91/14
declaration [7]  52/24 74/18 74/20 91/2
93/3 102/18 111/15
declarations [4]  5/13 5/13 90/25 90/25
dedicated [1]  26/10
defamatory [2]  44/14 58/23
defend [2]  46/4 58/24
defendant [21]  1/7 1/17 5/5 5/6 5/7 6/20
6/22 6/24 7/3 7/4 15/16 22/17 24/20
33/12 60/22 60/25 60/25 61/2 98/10
108/12 110/25
defended [1]  45/7
defense [2]  80/19 114/10
definitely [1]  12/15
delayed [1]  104/2
deleted [5]  16/14 29/2 33/19 89/20
98/13
deliberately [1]  113/1
demonstrate [1]  52/11
demonstrated [1]  119/14
demonstrating [1]  53/24
denial [2]  37/3 41/20
denied [2]  104/17 104/19
deny [1]  37/15
denying [1]  41/18
depict [1]  67/5
depicted [3]  113/12 113/24 117/13
depiction [1]  31/15
deposed [1]  99/1
depressed [1]  20/2
depression [1]  21/13
derogatory [1]  21/3
describe [1]  67/14
described [2]  29/19 48/22
despite [2]  89/5 98/15
Destiny [16]  7/5 15/4 26/4 28/8 28/9
28/15 28/19 31/11 36/16 36/16 51/24
52/16 55/23 61/15 61/16 61/17
Destiny's [1]  27/7
detail [1]  100/19
detailing [1]  20/13
details [2]  67/6 113/3
determine [1]  25/16
determined [3]  98/22 105/1 105/2
develop [1]  62/6
developed [1]  97/20
DGG [3]  9/8 9/10 9/11
did [142]
didn't [43]  8/18 8/19 8/24 9/2 11/6 20/7
22/24 23/6 24/17 29/16 29/23 34/11
35/14 45/2 45/18 47/15 50/3 50/16
51/13 53/4 56/15 68/6 70/11 72/8 72/8
73/5 78/22 82/24 83/1 84/4 88/4 99/20
106/17 106/17 108/21 112/22 112/23
112/24 114/14 114/20 115/12 117/5
117/7
died [1]  20/13
difference [4]  116/21 117/1 117/3 117/6
different [15]  36/5 54/20 55/2 67/17
85/6 86/8 88/16 108/4 109/20 109/21
110/15 114/23 116/20 117/7 118/7
differently [1]  101/14
digital [3]  1/9 75/23 120/5
digitally [1]  64/17
dinner [1]  66/13

**D**

**direct [7]** 5/16 6/18 49/3 60/25 61/12 96/10 100/2
**directed [3]** 25/8 88/22 88/24
**directing [2]** 98/11 100/3
**direction [2]** 62/19 101/9 118/7
**directly [4]** 19/3 101/15 102/19 108/5
**disagree [2]** 78/11 101/21
**disappointed [2]** 24/22 24/23
**disclaimers [1]** 115/16
**Disclose [1]** 32/19
**disclosure [3]** 32/17 99/14 110/19
**Discord [9]** 67/11 67/22 67/23 69/2 81/13 83/18 89/22 118/9 118/9
**discovery [1]** 75/4
**discuss [2]** 81/8 81/18
**discussion [3]** 18/6 22/10 63/12
**discussions [1]** 85/8
**dismissed [2]** 107/19 108/18
**display [1]** 111/1
**disposition [1]** 4/19
**dispute [8]** 57/6 57/12 98/4 100/16 101/22 105/11 106/8 108/3
**disputes [1]** 101/15
**disputing [1]** 98/1
**disseminate [7]** 81/18 104/7 111/25 112/22 113/8 116/15 116/23
**disseminated [14]** 14/6 15/12 45/17 102/14 104/5 104/6 108/22 108/24 111/4 111/11 112/15 113/15 115/25 116/19
**disseminates [1]** 115/2
**disseminating [7]** 18/1 18/15 18/16 26/13 90/22 112/11 117/16
**dissemination [16]** 8/16 19/20 57/5 75/13 97/12 97/18 100/2 101/9 101/11 103/16 106/4 112/14 112/19 115/11 117/2 117/12
**distress [7]** 101/6 113/23 114/2 114/9 114/15 116/18 117/11
**distributing [1]** 35/20
**distribution [3]** 16/21 92/6 111/1
**district [4]** 1/1 1/4 4/2 107/13
**diversity [3]** 105/15 107/21 108/1
**DM [2]** 35/19 117/20
**DMCA [1]** 75/22
**DMing [1]** 113/19
**DMs [2]** 15/1 37/14
**do [171]**
**Do you [2]** 33/25 38/22
**document [1]** 52/11
**documentation [2]** 53/22 53/23
**documents [1]** 68/19
**dodged [1]** 30/21
**DOE [40]** 1/3 4/4 4/9 5/25 6/5 6/12 6/15 6/20 13/3 20/7 21/25 22/8 33/5 33/15 35/15 36/2 36/11 39/2 42/8 47/7 50/2 76/22 81/2 81/16 83/8 83/8 83/16 84/7 86/5 88/1 89/17 90/13 93/9 95/20 99/8 99/12 101/17 104/11 110/16 113/16
**Doe's [3]** 84/5 89/25 90/8
**Doe/Bonnell [1]** 4/4
**does [15]** 35/12 40/3 40/11 53/17 80/19 82/3 82/6 82/16 100/11 100/11 106/6 107/12 107/17 113/12 114/2
**doesn't [17]** 15/17 20/22 32/15 72/2 73/21 97/15 101/2 103/1 106/19 107/1 107/18 107/18 110/8 110/6 110/10

117/18 118/4
**doing [15]** 9/22 12/19 20/6 45/8 46/21 56/2 56/11 61/18 61/21 72/25 86/19 91/19 104/8 117/25
**dollars [2]** 56/20 96/15
**dominant [1]** 38/7
**don't [81]** 5/10 5/10 5/11 10/14 10/20 11/3 12/15 15/16 15/24 20/21 21/14 24/24 30/8 32/23 33/9 33/18 33/20 34/1 34/7 34/8 34/13 34/14 35/11 39/9 39/12 43/6 50/21 52/16 54/7 54/12 56/12 57/20 58/2 59/23 60/17 62/12 63/19 64/13 66/6 66/16 70/3 70/3 72/20 72/21 72/22 72/23 74/12 74/13 74/14 76/2 77/9 77/16 78/14 79/10 82/9 82/23 83/19 83/21 85/1 85/5 86/3 86/9 87/5 87/14 88/11 88/13 89/3 90/13 91/22 92/2 92/15 93/2 93/19 99/1 101/21 102/13 103/20 106/1 109/14 115/19 115/21
**done [6]** 20/13 36/18 36/18 89/5 95/7 118/2
**door [1]** 47/14
**doubt [2]** 38/10 103/2
**down [28]** 30/14 37/5 46/14 46/16 47/2 60/20 75/24 76/22 77/12 77/13 78/13 78/16 79/18 80/24 92/12 96/25 98/16 98/19 98/19 100/3 100/7 100/9 100/12 100/14 103/25 106/23 107/14 107/15
**down-play [1]** 37/5
**dox [1]** 26/4
**doxed [1]** 60/6
**doxing [1]** 14/23
**drafts [1]** 43/18
**dragged [1]** 96/17
**drink [1]** 40/16
**Drive [16]** 27/21 28/1 28/2 28/8 28/10 28/22 28/25 29/4 70/22 94/19 94/22 94/22 94/24 95/1 95/5 112/15
**Drives [2]** 98/12 112/14
**duly [2]** 6/16 61/10
**dumb [2]** 11/8 11/15
**dumped [2]** 86/25 88/19
**during [6]** 30/20 62/8 66/10 78/17 89/24 103/10

**E**

**e-mailing [1]** 75/21
**each [10]** 29/21 63/2 63/4 64/17 74/2 74/25 87/18 93/13 105/20 109/7
**earlier [5]** 13/13 25/7 39/10 74/22 109/18
**early [5]** 28/22 33/17 42/3 67/10 108/19
**East [2]** 2/4 120/9
**edification [1]** 57/12
**editing [1]** 73/6
**EDWIN [2]** 1/10 4/3
**effect [2]** 75/16 85/2
**effective [4]** 52/12 52/25 53/1 108/17
**efficient [2]** 5/18 119/5
**effort [6]** 31/2 46/12 46/14 78/12 83/23 103/18
**efforts [7]** 17/5 30/14 47/3 84/1 98/17 103/24 104/1
**eight [1]** 85/5
**eight hours [1]** 85/5
**either [6]** 46/3 46/9 70/22 76/2 90/21 98/4 98/23 115/2

**election [2]** 19/15 19/16
**electronic [2]** 108/22 13/8
**element [2]** 108/5 108/15
**elements [2]** 99/4 118/25
**else [11]** 11/7 17/10 17/15 17/16 24/24 34/9 38/22 51/16 53/10 69/11 70/23
**email [3]** 75/25 92/3 92/4
**emails [1]** 92/2
**embarrassing [2]** 10/21 25/5
**emergency [1]** 105/2
**emotional [4]** 101/5 113/23 116/17 117/11
**empowered [2]** 97/8 118/14
**enacted [3]** 100/24 105/24 108/25
**enactment [2]** 106/5 106/10
**encounter [32]** 8/19 10/3 11/16 12/12 12/16 12/16 13/4 13/4 13/14 16/3 17/8 21/3 24/19 27/22 29/8 29/14 34/16 60/12 65/11 65/12 67/7 67/8 81/3 81/7 81/17 81/19 82/4 82/7 83/4 113/3 117/24 118/3
**end [4]** 21/19 56/9 75/17 119/6
**endeavors [1]** 9/15
**ending [1]** 20/24
**engage [1]** 67/20
**engaged [3]** 66/16 67/7 118/5
**engagement [1]** 96/11
**engaging [3]** 23/19 37/9 52/6
**enjoin [5]** 106/12 106/12 106/23 108/21 110/8
**enjoyed [1]** 38/6
**enjoys [1]** 109/6
**enough [4]** 24/7 91/19 104/9 117/14
**enter [2]** 97/6 110/6
**entice [1]** 117/23
**entire [1]** 10/4
**entirely [2]** 67/8 83/17
**entitled [1]** 120/6
**entry [1]** 100/12
**equities [1]** 96/1
**equity [1]** 111/4
**ESQUIRE [5]** 1/12 1/13 1/17 1/21 1/21
**essentially [3]** 17/10 20/17 26/17
**established [1]** 25/20
**et [1]** 108/13
**et cetera [1]** 108/13
**eternity [1]** 114/8
**Europe [5]** 66/17 66/19 66/20 69/10 70/19
**European [5]** 57/23 68/19 69/5 69/6 101/16
**evaluating [1]** 9/4
**even [32]** 11/1 15/16 18/15 21/11 30/25 31/1 31/5 42/15 45/9 47/10 56/12 56/12 75/18 77/14 77/16 78/25 79/19 91/10 96/3 96/19 98/24 100/15 102/17 105/12 105/23 106/8 106/9 107/16 111/16 113/16 114/12 115/14
**event [2]** 89/11 102/4
**eventually [1]** 80/14
**ever [22]** 11/16 12/12 13/7 15/17 24/1 30/13 31/6 35/17 36/4 59/6 60/13 63/12 63/24 64/13 72/22 72/22 84/12 84/16 84/19 103/22 109/23 110/1
**every [7]** 20/19 24/15 26/12 71/9 85/5 87/18 107/19
**everybody [18]** 4/17 4/24 19/4 19/5 20/14 21/20 26/17 27/20 35/19 36/18

**E**

**everybody... [8]** 42/2 46/4 74/6 74/8 76/14 96/17 113/17 116/3
**everybody's [1]** 4/23
**everyone's [2]** 37/6 37/6
**everything [6]** 21/1 30/11 36/10 86/25 91/24 96/21
**evidence [36]** 4/21 52/4 52/5 52/21 53/8 53/11 53/14 53/18 53/24 54/3 54/22 69/15 70/17 91/5 91/6 91/8 92/25 97/5 98/1 98/6 98/7 98/9 101/15 103/2 103/3 103/4 105/10 106/3 106/9 109/9 112/3 112/4 112/18 115/20 115/21 117/14
**evidenced [1]** 55/9
**evidentiary [1]** 111/23
**ew [1]** 44/21
**ex [7]** 22/22 22/23 29/12 29/13 69/23 70/5 70/8
**ex-boyfriend [1]** 22/22
**ex-wife [6]** 22/23 29/12 29/13 69/23 70/5 70/8
**exacerbate [1]** 77/14
**exact [11]** 14/12 19/9 27/18 29/1 29/9 54/15 57/20 59/23 66/7 80/4 83/21
**exactly [8]** 15/16 32/5 39/9 49/25 62/12 66/12 91/22 99/23
**examination [9]** 3/2 6/18 33/1 33/3 55/17 61/12 76/18 76/19 95/12
**examined [2]** 6/16 61/10
**example [2]** 55/7 118/23
**excess [1]** 87/5
**exchange [5]** 39/25 41/25 63/1 63/6 63/9
**exchanging [1]** 63/12
**excuse [3]** 17/23 17/24 89/18
**exist [5]** 26/15 30/18 69/2 86/8 105/12
**existed [1]** 26/8
**existence [3]** 43/4 49/24 88/25
**existing [1]** 71/21
**exists [9]** 34/2 34/7 35/6 35/11 38/3 38/15 38/20 38/23 49/18
**expecting [1]** 81/17
**expeditiously [1]** 100/14
**expensive [1]** 59/2
**experience [2]** 71/23 78/21
**experienced [2]** 8/10 30/8
**experimenting [1]** 34/12
**explain [5]** 57/11 61/20 70/12 96/8 100/18
**explicit [38]** 12/13 16/2 27/22 28/1 39/2 62/21 62/24 63/1 65/17 65/23 66/5 67/2 67/23 68/1 68/1 68/13 72/22 73/18 73/19 74/1 74/9 74/24 77/10 83/7 84/13 85/21 89/13 90/14 92/1 93/8 93/15 94/3 94/8 94/20 94/23 94/24 95/2 113/10
**explicitly [4]** 64/6 64/13 82/5 97/11
**explore [1]** 76/11
**exposed [1]** 15/3
**express [1]** 71/20
**expressed [3]** 11/1 38/6 109/11
**extorting [2]** 44/15 45/3
**extortion [3]** 47/8 47/13 108/5

**F**

**face [9]** 11/5 34/5 41/17 41/21 73/3 76/25 84/5 84/10 118/12
**faces [1]** 56/1
**facing [1]** 116/24

**fact [17]** 49/17 49/19 51/23 63/1 67/2 74/1 74/19 75/10 80/9 86/22 89/17 97/10 97/14 98/22 109/11 117/5 118/10
**facts [2]** 92/25 111/8
**failed [1]** 107/20
**fair [2]** 8/23 80/23
**fairly [1]** 17/23
**fairness [1]** 47/22
**fake [1]** 51/2
**falls [1]** 102/2
**familiar [1]** 27/21
**family [5]** 8/1 20/1 20/9 22/10 24/19
**fans [1]** 74/1
**far [10]** 57/5 58/18 83/5 85/16 91/5 110/13 110/15 110/23 111/9 111/12
**Farm [1]** 46/23
**Farm's [1]** 89/8
**Farms [55]** 14/22 17/5 18/19 19/5 25/7 25/9 25/16 25/23 26/18 26/18 26/19 27/11 30/14 30/18 41/16 42/9 69/8 75/25 76/11 76/22 77/22 78/12 78/20 78/21 79/17 79/22 87/3 87/11 88/7 88/8 88/19 88/23 89/1 89/2 92/6 92/12 98/11 98/14 99/6 100/9 100/12 106/17 106/20 106/21 106/21 106/23 106/24 107/1 107/4 107/8 107/10 107/11 109/22 119/3 119/11
**Farms' [1]** 111/12
**fashion [2]** 13/7 112/21
**favor [1]** 111/5
**fear [1]** 21/13
**featuring [1]** 87/12
**February [5]** 19/8 19/9 30/25 31/9 59/13
**February 19th [1]** 31/9
**February 20th [2]** 19/8 59/13
**federal [8]** 49/19 51/24 52/13 91/24 97/11 105/11 108/1 108/25
**feel [9]** 17/24 21/18 21/20 44/2 47/8 47/10 69/17 82/11 110/9
**feelings [1]** 21/13
**felt [5]** 38/7 45/1 46/3 58/23 118/25
**few [9]** 16/13 17/2 17/10 18/13 27/18 27/19 62/12 95/14 112/1
**fiancee [2]** 64/5 64/7
**fighting [1]** 82/2
**figure [4]** 20/23 75/14 75/18 96/12
**file [9]** 29/3 59/12 70/15 79/17 79/17 79/19 79/20 80/16 92/13
**filed [17]** 5/12 5/23 43/25 54/17 54/22 79/21 80/17 80/24 84/19 84/22 90/10 103/11 104/3 106/22 109/23 110/20 112/1
**files [1]** 94/23
**filing [5]** 52/2 90/1 95/15 95/23 102/24
**filings [1]** 85/17
**fill [1]** 92/14
**financial [1]** 56/24
**financially [1]** 108/13
**find [7]** 19/4 19/6 26/11 45/10 58/25 70/24 117/12
**finding [3]** 26/20 104/19 117/14
**fine [3]** 6/7 41/1 55/6
**finished [2]** 80/16 84/21
**firm [14]** 4/11 30/15 46/18 76/4 76/7 78/17 78/20 78/20 78/25 79/9 80/15 80/18 104/1 105/6
**firms [2]** 80/5 80/12

**first [40]** 6/16 6/24 6/25 7/21 14/15 15/8 18/7 16/24 19/22 20/22 20/23 20/25 23/4 25/21 26/16 26/21 28/24 29/8 31/6 33/7 33/15 37/4 40/5 41/11 43/6 43/7 61/10 70/17 80/1 80/2 88/18 89/7 89/12 90/9 91/21 93/11 103/21 117/17 118/1 119/6
**firstly [1]** 66/10
**five [11]** 6/23 22/5 33/22 62/4 64/2 86/2 86/5 87/13 87/13 87/15 96/12
**five years [2]** 62/4 64/2
**five-figure [1]** 96/12
**five-minute [1]** 22/5
**flies [1]** 118/12
**FLORIDA [26]** 1/1 1/4 1/15 1/23 2/4 6/25 7/15 23/18 31/24 31/25 32/3 32/7 52/10 66/14 101/4 102/6 102/8 105/13 107/13 107/23 107/24 107/25 108/8 108/10 108/14 120/10
**Florida Statutes [1]** 102/6
**flsd.uscourts.gov [2]** 2/5 120/10
**fly [1]** 76/25
**focused [2]** 107/10 108/14
**folder [1]** 94/24
**follow [2]** 9/13 47/21
**followers [6]** 9/8 18/23 25/8 43/3 44/20 88/22
**following [2]** 4/1 42/8
**follows [3]** 6/17 9/18 61/11
**force [2]** 100/7 106/20
**forcing [3]** 107/2 107/3 107/3
**Fordham [1]** 23/17
**foregoing [2]** 110/25 120/4
**foresee [1]** 111/2
**foreseeable [3]** 116/8 116/24 117/16
**forever [1]** 20/14
**form [18]** 4/18 47/13 82/25 92/14 98/16 102/20 114/8
**format [3]** 68/18 68/20 68/20
**former [5]** 30/6 34/10 35/22 116/13 116/18
**forms [2]** 46/25 46/25
**Fort [2]** 2/4 120/10
**forth [4]** 9/2 74/9 75/1 103/4
**forthcoming [1]** 105/25
**forum [1]** 25/25
**forward [1]** 60/4
**forwarded [1]** 13/24
**found [18]** 15/8 15/11 16/8 17/4 17/13 26/16 27/11 28/23 28/24 37/4 44/5 44/10 89/7 89/12 104/20 104/20 105/9 110/20
**foundation [6]** 16/16 25/13 27/3 27/23 57/16 94/10
**four [7]** 87/9 87/16 87/17 87/23 96/15 99/4 102/14
**four months [1]** 96/15
**four-year [1]** 102/14
**fours [1]** 111/7
**fourth [1]** 69/5
**framing [1]** 89/3
**Friday [1]** 4/23
**friend [5]** 6/23 35/9 44/5 44/10 52/15
**friend's [4]** 50/4 50/6 50/16 51/1
**friends [13]** 8/1 19/14 19/18 20/3 20/18 20/19 23/6 23/8 31/3 31/3 36/15 66/13 83/17
**friendship [2]** 62/6 62/8

**E**

fucking [1] 38/18
full [3] 6/2 61/4 94/24
fun [3] 44/21 44/24 92/9
fundraising [1] 49/10
funds [2] 50/18 59/1
further [11] 5/4 32/23 55/14 60/17
92/17 96/24 97/12 100/2 100/2 106/11
110/25
future [2] 77/10 106/3

**G**

G-I-V-E [1] 48/12
G-O [1] 48/13
Gables [1] 1/15
gain [1] 58/25
gaining [5] 44/16 44/25 46/1 46/9 58/22
games [2] 61/19 61/21
GARCIA [4] 1/13 2/2 4/8 4/8
GARCIA-BAERGA [1] 2/2
gathered [1] 97/6
Gators [1] 23/18
GDPR [1] 70/19
general [4] 8/18 21/13 37/25 109/8
generalize [1] 74/6
generally [5] 24/15 67/6 71/19 71/24
75/21
get [23] 4/25 5/4 5/14 13/20 21/25 34/5
35/9 37/24 55/3 56/24 59/2 59/24 62/17
64/19 71/17 71/18 76/4 80/6 80/7 80/7
98/24 108/7 116/9
gets [4] 56/4 96/17 105/21 115/3
getting [8] 8/11 14/25 21/16 27/7 34/18
42/2 60/5 60/5
gina [5] 2/3 2/5 120/8 120/8 120/10
girl [3] 15/19 28/9 38/8
girls [2] 52/17
give [7] 10/22 29/16 48/12 76/15 97/22
103/5 112/9
given [2] 103/3 112/10
gives [1] 101/3
GiveSendGo [10] 48/7 48/8 48/15
48/17 48/21 49/1 50/2 50/21 51/25
56/17
giving [2] 22/3 82/21
glage [1] 1/16
gleaned [1] 58/6
go [20] 5/15 9/1 19/5 20/25 25/16 40/19
44/8 46/5 48/3 48/3 48/5 48/5 48/12
50/7 61/14 71/25 74/14 78/7 86/9 90/24
goal [3] 54/11 55/20 76/9
goals [1] 55/19
God [4] 15/5 27/20 40/17 107/12
goes [4] 16/17 49/16 77/23 94/7
GoFundMe [1] 48/15
going [43] 7/25 11/12 11/12 12/8 17/15
20/8 20/24 21/14 23/14 23/17 24/8
24/12 25/7 30/1 30/13 34/1 36/17
37/23 39/21 46/6 47/10 50/25 55/12
55/23 56/2 56/8 56/9 56/9 57/15 70/15
75/17 76/11 77/16 81/4 81/10 99/2
114/7 114/8 115/4 115/7 116/9 118/21
118/24
GOMEZ [1] 1/14
GONZALEZ [1] 1/13
good [13] 4/7 4/10 4/14 4/17 20/8 21/6
35/5 33/6 38/7 38/8 55/25 78/22 80/15

**Google [18]** 27/21 28/1 28/2 28/8 28/22
28/23 29/3 46/23 70/22 94/19 94/22
94/22 94/24 95/1 95/5 98/12 112/14
112/15
Google Drive [3] 28/2 95/5 112/15
Google Drives [1] 112/14
gosh [1] 22/14
gossipping [1] 82/14
got [14] 15/3 15/4 16/9 22/14 26/23
28/12 30/2 44/22 47/21 66/22 89/10
92/5 92/14 109/25
grant [4] 97/8 118/14 118/24 119/7
granted [1] 99/15
granting [1] 111/6
graphic [1] 113/3
great [1] 111/2
group [3] 26/10 26/14 116/3
groups [1] 74/7
guarantee [1] 20/7
guess [8] 5/20 10/20 45/25 66/14 73/8
83/3 98/25 114/10
guidance [1] 55/3
guilty [2] 116/12 116/16
Gus [1] 4/7
GUSTAVO [1] 1/12
guy [9] 12/5 33/24 34/11 34/11 34/1
35/8 35/22 92/9 107/11
guys [1] 33/19

**H**

ha [4] 38/6 38/6 38/17 38/17
habit [1] 117/25
hacked [4] 109/13 115/3 115/15 115/19
hacker [1] 15/20
had [118] 7/1 7/24 8/6 8/6 8/8 8/12 8/14
11/6 11/10 11/16 11/22 12/4 12/12
12/17 15/12 16/2 17/5 18/15 19/12
19/15 19/23 20/13 23/3 24/23 25/17
27/25 28/2 30/9 32/5 35/22 36/18 36/18
37/9 41/12 44/10 46/18 46/24 51/19
52/14 56/13 56/14 58/5 58/24 60/11
62/20 65/2 65/11 65/12 69/10 70/16
70/22 71/1 71/2 71/3 71/3 72/16 72/21
73/17 73/18 73/18 74/25 75/1 75/12
75/24 76/3 77/20 78/12 78/17 78/21
79/13 80/16 81/6 82/2 82/3 82/4 82/7
82/14 82/23 82/24 83/10 84/3 84/7
85/20 86/13 87/7 87/7 87/10 87/10
88/14 89/13 90/10 92/7 94/5 94/6 98/2
102/23 103/22 107/19 109/15 109/21
109/23 110/3 111/10 112/16 112/6 112/7
112/13 114/5 115/11 116/10 116/10
116/17 116/18 116/22 117/16 118/11
118/25
hadn't [1] 79/19
Haha [1] 72/3
hair [1] 7/8
hand [1] 98/18
handle [8] 21/1 60/9 60/10 61/15 61/16
77/23 103/24 119/5
Hannah [1] 91/2
happen [6] 56/15 73/22 106/2 116/6
116/16 116/25
happened [7] 10/3 20/1 37/5 44/4 50/10
50/15 101/1
happening [2] 16/7 118/23
happens [2] 97/17 97/17
happy [2] 5/19 34/5

**harass [2]** 20/8 26/4
harassed [1] 60/5
harassing [3] 14/23 46/8 116/13
hard [2] 39/9 92/11
harm [23] 26/11 49/16 95/21 95/23 96/8
97/15 99/6 99/8 99/10 99/11 99/13
104/4 108/12 109/5 109/10 109/10
109/15 110/8 110/25 111/2 111/5
116/17 117/13
harmed [2] 106/16 109/16
has [46] 9/7 9/19 16/1 19/20 21/7 26/4
26/18 26/18 26/19 27/21 28/19 30/21
49/7 49/7 49/11 49/12 49/18 52/11
54/16 54/16 54/18 54/23 68/17 69/25
74/11 90/20 91/4 92/10 94/7 94/17
97/19 98/18 98/20 99/3 99/6 100/9
101/19 104/19 105/1 105/2 105/5
105/10 106/3 106/14 114/25 117/25
hasn't [1] 106/13
have [183]
haven't [6] 25/1 25/20 70/4 101/13
101/14 119/14
having [7] 6/16 44/23 44/24 61/10
82/15 87/24 93/14
he [167]
he'd [2] 98/14 117/19
he's [28] 9/3 9/7 9/14 9/22 9/22 11/12
12/6 12/18 29/4 40/10 56/1 56/2 56/3
56/8 63/16 63/17 98/12 98/13 98/15
106/14 107/5 107/5 109/16 113/1
116/10 117/19 117/23 118/1
head [3] 32/2 46/19 86/1
health [1] 24/5
heard [5] 81/5 81/6 95/20 105/24
109/18
hearing [11] 1/9 4/18 4/21 4/22 6/6
16/18 49/14 63/16 63/18 99/22 105/8
hearsay [5] 12/23 12/25 16/16 16/18
112/8
heart [1] 34/5
heavily [1] 111/5
held [1] 4/1
help [1] 21/16
helpful [1] 76/3
her [91] 6/5 15/19 15/23 15/24 15/25
16/20 22/3 22/24 22/24 28/15 29/20
29/20 32/8 44/8 44/11 49/8 52/12 52/15
53/5 56/24 62/24 63/4 64/8 64/10 64/11
64/12 65/6 65/19 65/25 67/12 68/8
69/15 70/14 72/23 73/3 74/20 75/12
80/11 80/18 81/11 82/22 83/6 83/8
83/14 83/23 84/1 84/4 84/10 84/20
86/18 89/18 89/19 90/9 90/11 90/14
90/22 91/19 92/23 93/14 93/18 93/24
94/2 94/8 94/8 95/22 95/24 102/23
103/22 103/23 103/25 104/1 105/6
105/7 105/8 109/5 109/5 109/14 111/3
112/7 113/18 113/19 113/19 114/13
114/15 116/13 116/18 116/22 116/23
117/19 117/20 117/23
here [11] 35/12 38/18 40/20 44/4 49/4
50/8 54/11 78/18 82/9 95/23 107/17
107/23 107/25 108/15 109/17 110/8
here's [5] 28/10 28/11 28/11 109/5
117/20
hereby [1] 120/4
herself [1] 63/9

# H

**hey [7]** 20/21 40/19 50/21 51/6 51/13
59/25 72/1
**hide [1]** 84/1
**high [2]** 47/9 56/4
**highly [1]** 116/9
**him [62]** 6/25 6/25 7/6 7/23 8/17 9/13
9/15 10/6 10/13 10/17 10/23 11/10
11/11 14/16 17/8 17/14 19/13 20/15
22/23 23/2 24/24 24/24 26/5 26/8 27/22
28/3 29/14 29/17 30/15 31/20 34/8
34/15 34/20 35/9 36/19 36/20 36/21
38/8 39/10 39/15 40/9 41/12 41/24 53/4
55/13 56/6 56/14 60/14 78/15 96/20
98/14 98/15 100/7 104/7 107/2 107/3
107/12 107/14 110/2 110/3 118/6
118/10
**himself [6]** 12/1 28/19 104/6 105/17
106/16 114/3
**hired [7]** 30/15 46/18 76/7 78/17 78/25
104/1 104/2
**hiring [1]** 79/9
**his [40]** 8/22 8/22 9/6 9/14 9/15 9/20
10/1 11/17 11/21 18/23 19/17 25/8 26/4
29/12 29/13 30/22 31/12 34/20 36/14
40/24 56/4 56/5 56/7 63/16 77/24 92/8
98/12 101/9 104/13 107/5 109/12
109/14 109/18 112/15 112/17 114/10
114/16 114/18 115/3 115/18
**hit [1]** 112/25
**Hmm [1]** 112/17
**holds [1]** 21/12
**hole [1]** 117/18
**Hollywood [1]** 1/19
**home [1]** 34/5
**honest [2]** 82/12 106/1
**honestly [4]** 29/8 43/9 56/6 56/12
**Honor [75]** 4/7 4/10 4/14 5/3 5/3 5/8
5/17 5/24 6/4 12/23 16/15 22/3 25/19
27/2 32/24 33/2 34/18 36/25 38/9 41/10
42/5 44/6 47/5 47/12 47/14 47/23 49/2
49/6 49/17 54/2 54/19 54/24 55/14
56/23 63/15 76/15 76/16 78/1 85/18
88/3 95/7 95/9 95/11 95/25 96/23 97/3
97/7 97/21 98/7 100/8 102/7 102/13
103/9 103/20 104/12 104/16 110/12
111/7 111/19 111/22 112/2 112/6
112/12 112/20 113/13 113/25 115/10
117/15 117/19 118/1 118/3 118/14
118/19 118/20 119/15
**HONORABLE [2]** 1/10 4/3
**hooked [6]** 82/2 82/3 82/7 82/15 82/18
83/3
**hooking [1]** 82/20
**hope [3]** 15/4 46/5 107/12
**hoping [2]** 20/14 76/4
**host [2]** 92/1 92/15
**hosted [2]** 45/23 89/4
**hosting [3]** 49/9 76/12 92/4
**hosts [1]** 92/5
**hot [2]** 10/20 35/10
**hour [1]** 56/20
**hours [2]** 11/13 85/5
**how [56]** 6/22 9/18 9/21 11/6 11/24 13/7
13/20 14/19 14/24 17/15 18/11 19/20
21/7 21/17 24/6 25/2 25/9 25/9 25/17
27/5 28/5 30/24 31/4 37/12 40/14 40/21
48/11 48/25 49/5 49/6 49/11 52/19 50/5

56/5 56/24 57/15 62/2 62/15 64/19 65/5
63/22 70/9 76/10 77/5 78/22 78/16 85/25
86/5 87/3 94/13 99/24 99/25 103/19
107/6 115/9 116/19 119/5
**however [3]** 18/1 70/1 88/22
**hundred [1]** 32/6
**hundred percent [1]** 32/6
**hundreds [3]** 44/20 52/4 56/20
**hurdle [1]** 73/7
**hurt [1]** 56/16
**hush [2]** 44/15 45/2
**hyperlink [2]** 18/19 18/23

# I

**I'd [2]** 41/6 41/12
**I'll [16]** 25/13 34/4 35/3 40/15 43/11
44/4 44/8 47/16 47/17 47/17 49/20
49/22 50/8 81/13 86/21 95/8
**I'm [66]** 5/19 7/25 10/1 10/22 10/24
13/10 13/15 14/14 16/19 17/22 17/25
19/8 20/10 20/18 20/24 21/16 21/17
22/14 24/8 32/4 32/5 33/11 33/11 34/1
34/18 34/24 34/24 35/6 35/8 35/11
37/24 39/4 39/8 40/14 40/15 40/16
40/21 41/24 43/11 47/10 53/14 55/11
58/1 63/22 63/23 64/23 68/21 70/3 71/8
73/5 73/6 79/4 80/5 81/10 81/20 81/24
83/13 83/17 83/23 87/25 89/18 91/2
94/17 95/7 104/23 118/21
**I've [11]** 5/11 69/17 69/19 72/12 72/19
72/21 85/16 89/22 91/10 105/6 105/7
**idea [13]** 39/2 40/4 40/5 40/12 40/24
40/24 45/4 47/7 56/11 65/23 78/22
82/24 88/14
**ideas [1]** 9/14
**identification [1]** 113/11
**identified [6]** 42/6 70/1 70/1 109/3
109/3 113/14
**identify [5]** 68/8 73/13 82/24 84/4
113/17
**identifying [1]** 73/14
**identity [1]** 84/1
**if [96]** 5/2 5/3 5/18 7/25 11/2 12/25
15/16 17/8 17/24 20/7 20/22 24/15
25/12 28/10 31/24 32/9 33/24 34/21
35/10 35/11 39/24 40/15 40/15 43/12
44/20 49/20 53/14 55/6 55/11 56/6 56/7
56/12 56/12 56/23 59/1 62/20 62/20
62/23 64/1 64/8 64/17 70/22 70/22
71/21 71/24 72/2 72/18 72/23 73/11
74/14 75/4 77/12 77/16 80/3 80/20
81/11 83/10 83/19 86/5 88/11 90/9
90/24 92/10 92/13 92/23 93/1 93/8 93/9
97/17 98/24 99/1 99/11 99/16 100/13
101/1 102/5 102/13 103/25 106/8 106/9
107/11 108/20 110/9 111/16 114/2
114/23 115/1 115/5 115/15 116/12
116/14 117/5 117/7 119/7 119/7 119/11
**if any [1]** 5/2
**II [4]** 1/6 3/6 61/6 61/9
**image [2]** 73/3 113/10
**images [5]** 45/19 55/24 98/13 100/4
111/3
**imagine [1]** 84/18
**immediately [4]** 17/14 42/1 84/24
109/11
**impact [1]** 40/3
**impacted [2]** 19/20 21/7

**implicit [2]** 113/5 118/11
**implicitly [2]** 82/20 114/6
**implied [3]** 72/17 82/21 118/12
**implies [1]** 43/5
**importance [2]** 8/9 11/14 11/23 24/6
**important [7]** 12/3 23/23 23/24 49/11
51/7 60/6 112/12
**importantly [1]** 108/16
**impression [5]** 10/1 12/9 30/10 50/25
55/22
**improper [1]** 46/16
**in [265]**
**in fact [5]** 67/2 86/22 89/17 109/11
117/5
**inception [1]** 59/20
**incident [1]** 111/20
**include [3]** 31/14 100/6 119/1
**included [1]** 28/15
**includes [1]** 85/8
**including [1]** 28/3
**indicate [2]** 12/20 60/14
**indicated [3]** 31/22 78/17 89/1
**indicates [1]** 118/4
**indicating [2]** 12/13 86/16
**individual [14]** 7/8 18/10 77/23 84/14
94/7 94/23 102/23 112/1 112/6 113/5
114/9 115/2 115/2 117/21
**individuals [14]** 14/6 16/6 26/3 85/20
87/7 87/9 87/10 87/15 87/16 87/17
87/23 87/24 101/9 105/19
**infliction [2]** 101/5 117/10
**information [19]** 5/4 5/14 8/16 8/19
12/4 24/11 26/5 30/2 44/3 50/18 51/5
51/14 58/3 58/5 58/5 60/6 81/18 113/11
117/21
**infringing [1]** 103/18
**inherently [1]** 8/1
**initial [3]** 57/6 111/17 115/8
**initially [11]** 17/4 40/24 51/12 66/13
67/18 74/23 76/9 79/11 79/13 80/13
88/15
**initiated [1]** 89/25
**injunction [41]** 4/18 49/14 63/16 76/5
80/7 80/24 97/9 97/19 99/5 99/5 99/16
99/24 99/25 100/1 100/7 101/2 101/7
101/8 102/4 102/7 102/7 103/6 103/14
104/7 104/10 104/13 104/21 105/4
105/23 106/1 106/7 107/2 110/7 110/15
107/12 110/22 111/5 118/15 118/24
119/8 119/13
**injunctions [1]** 99/15
**injunctive [3]** 102/3 103/18 119/2
**inquired [1]** 38/24
**inquiry [1]** 5/18
**insane [1]** 26/9
**insofar [1]** 83/3
**Instagram [4]** 9/22 25/23 38/25 42/24
**instance [3]** 54/16 70/5 72/21
**instead [2]** 9/4 45/16 78/24 78/25
**intend [2]** 112/24 119/7
**intended [1]** 64/4
**intending [1]** 72/9
**intent [11]** 76/25 105/16 108/4 108/11
108/12 109/2 109/15 113/23 114/14
117/13 117/16
**intention [3]** 95/18 106/14 116/17
**intentional [1]** 101/5
**interactions [2]** 60/13 81/3

**I**

**interested [3]** 33/24 62/21 62/24
**interim [1]** 5/22
**internet [12]** 8/23 77/1 77/11 80/8 90/23
91/20 92/4 96/17 114/4 114/17 114/18
114/20
**Internet's [1]** 108/22
**interpreting [1]** 108/14
**interrogatory [1]** 98/24
**intersection [1]** 118/22
**intimate [11]** 7/11 7/13 8/5 31/15 31/20
55/23 60/11 82/21 111/1 111/3 113/3
**into [6]** 23/22 24/2 40/10 56/24 62/14
117/24
**introduce [2]** 24/1 33/9
**introduced [2]** 101/13 101/14
**investigator [1]** 104/2
**invincible [1]** 56/2
**involve [1]** 31/20
**involved [4]** 31/15 77/18 77/19 105/22
**involving [5]** 71/10 75/6 75/7 80/25
87/14
**irrelevant [3]** 49/3 56/25 115/17
**irreparable [6]** 49/16 97/15 99/8 99/10
99/11 104/4
**is [234]**
**isn't [4]** 11/12 82/5 113/15 114/17
**issuance [4]** 97/8 99/4 101/7 102/6
**issue [25]** 5/20 16/1 16/7 45/4 77/16
79/12 101/8 101/13 101/22 102/7
102/15 103/5 103/13 103/21 104/13
104/18 106/1 106/7 107/3 110/13
110/13 111/16 117/7 118/18 119/9
**issued [3]** 101/2 110/17 110/22
**issues [2]** 5/21 110/23
**issuing [2]** 76/21 105/23
**it [330]**
**it's [88]** 7/19 11/4 12/24 12/25 12/25
16/20 24/6 25/24 25/24 26/9 32/3 36/5
39/9 39/14 39/16 39/21 41/8 41/17
41/17 41/18 42/14 42/17 42/17 46/6
46/6 46/6 47/21 49/2 49/3 49/11 49/13
50/12 50/14 51/6 52/17 54/20 54/25
55/1 56/8 56/9 57/23 57/23 61/18 61/23
65/1 69/18 71/11 72/3 72/4 73/4 74/3
74/5 78/5 80/19 81/13 81/13 86/5 87/14
88/7 91/1 91/2 92/10 94/14 96/1 96/3
99/10 99/12 100/3 101/10 102/18 103/2
103/20 104/5 104/21 109/15 111/13
111/23 112/12 112/14 112/15 112/23
112/23 113/13 113/19 114/6 117/15
118/1 118/8
**its [2]** 100/3 119/9
**itself [7]** 92/3 97/12 98/8 100/4 113/2
116/2 116/6

**J**

**JANE [11]** 1/3 4/9 5/25 6/5 6/12 6/15
20/7 84/5 84/7 89/25 90/13
**Jane Doe [6]** 4/9 5/25 6/5 6/12 84/7
90/13
**Jane Doe's [2]** 84/5 89/25
**January [9]** 16/25 18/12 35/15 35/16
36/3 36/23 36/23 59/10 110/20
**January 2024 [1]** 110/20
**January 20th [1]** 16/25 18/12 59/10
**January 3rd [4]** 35/15 35/16 36/3 36/23
**JB [1]** 1/2

**job [1]** 109/20
**joined [1]** 1/15
**judge [9]** 1/10 4/19 16/17 54/19 100/20
104/17 107/13 116/21 119/4
**Judge Becerra [3]** 4/19 104/17 119/4
**judgment [1]** 98/23
**July [2]** 66/6 110/21
**July 23 [1]** 110/21
**jump [1]** 65/16
**June [5]** 1/5 104/21 104/25 110/9 120/8
**jurisdiction [16]** 98/21 100/11 100/15
100/18 100/21 100/24 101/2 105/10
105/15 106/8 106/21 107/17 107/20
108/1 110/6 111/14
**jury [1]** 98/23
**just [78]** 5/11 7/24 8/22 9/2 9/3 9/20
11/4 11/10 11/14 15/3 15/23 16/13
16/20 19/25 20/23 21/20 22/14 23/4
23/9 23/16 23/17 23/21 23/21 26/11
26/12 27/19 30/7 30/7 30/10 32/4 34/13
37/6 37/6 42/23 45/6 45/23 46/2 47/1
50/12 51/1 53/4 54/14 54/15 56/8 56/9
56/11 56/16 58/16 61/18 65/2 67/19
69/18 71/11 71/12 72/12 72/12 72/15
73/6 73/10 73/21 77/8 77/13 82/6 83/21
85/18 95/8 95/14 98/20 99/3 101/3
101/25 105/21 107/14 107/18 110/8
111/13 114/1 114/18
**justice [2]** 20/4 56/7

**K**

**keep [5]** 8/17 24/10 40/20 56/2 56/11
**Kenneth [1]** 7/5
**Kick [1]** 9/22
**kind [27]** 12/8 15/23 19/16 23/21 23/22
24/23 25/2 25/23 42/14 43/5 62/19
66/23 67/17 67/20 72/3 72/14 72/15
72/16 73/20 76/25 78/5 80/13 80/19
85/2 94/21 98/17 99/16
**Kiwi [60]** 14/22 17/5 18/19 19/5 25/7
25/9 25/16 25/23 26/18 26/18 26/19
27/11 30/14 30/18 41/16 42/9 46/14
46/15 46/23 69/8 75/25 76/11 76/22
77/22 78/12 78/20 78/21 79/17 79/22
87/3 87/11 88/7 88/8 88/19 88/23 89/1
89/2 89/8 92/6 92/12 98/11 98/14 99/6
100/9 100/12 106/17 106/20 106/21
106/21 106/23 106/24 107/1 107/4
107/8 107/10 107/11 109/22 111/12
119/3 119/11
**Kiwi Farm [1]** 46/23
**Kiwi Farm's [1]** 89/8
**Kiwi Farms [52]** 14/22 17/5 18/19 19/5
25/7 25/9 25/16 25/23 26/18 26/18
26/19 30/18 41/16 69/8 75/25 76/11
76/22 77/22 78/12 78/20 78/21 79/17
79/22 87/3 87/11 88/7 88/8 88/19 88/23
89/1 89/2 92/6 92/12 98/11 98/14 99/6
100/9 100/12 106/17 106/20 106/21
106/21 106/23 106/24 107/1 107/4
107/8 107/10 107/11 109/22 119/3
119/11
**Kiwi Farms' [1]** 111/12
**knew [10]** 6/25 15/15 72/5 76/12 84/3
111/10 112/21 116/8 116/23 117/17
**know [123]**
**knowing [5]** 26/14 50/24 115/6 116/6
116/7

**knowingly [1]** 76/12
**knowledge [11]** 9/24 3/5 27/1 30/8
30/18 69/12 70/6 70/7 83/6 101/19
103/17
**known [5]** 14/23 22/22 83/2 111/10
117/19
**knows [5]** 15/16 25/12 27/20 116/1
117/17
**Kwic [1]** 88/6

**L**

**lack [1]** 25/13
**lacking [1]** 98/17
**lacks [7]** 16/15 27/2 27/23 32/13 94/10
94/10 106/7
**LAGE [6]** 1/12 1/13 3/4 3/5 3/7 4/7
**large [4]** 9/7 91/23 96/11 114/19
**last [7]** 6/3 31/11 59/5 61/5 61/6 103/7
118/1
**lastly [1]** 95/20
**later [4]** 20/23 33/24 39/23 103/19
**Lauderdale [2]** 2/4 120/10
**Laur [1]** 50/15
**law [18]** 2/2 4/8 78/20 78/20 78/25 79/9
80/5 80/12 80/15 80/18 97/13 97/16
97/19 99/9 104/1 108/2 108/11 113/15
**laws [1]** 91/24
**lawsuit [32]** 5/23 43/25 48/3 49/7 49/9
49/18 52/2 54/16 54/22 55/19 55/20
55/21 55/22 59/12 59/14 59/17 59/20
70/15 80/18 84/19 84/22 85/14 95/15
98/9 102/24 103/10 103/11 104/3
109/23 110/21 112/1 119/12
**lawsuits [1]** 95/24
**lawyers [1]** 56/20
**Lay [1]** 57/15
**lead [1]** 4/12
**leading [8]** 7/20 8/5 8/11 60/12 63/17
63/17 63/19 118/3
**leak [2]** 72/2 73/18
**leaked [6]** 15/5 28/14 44/22 57/20 89/14
105/21
**leaker [2]** 28/6 28/8
**leaks [2]** 17/14 46/7
**leaned [1]** 23/22
**learn [5]** 14/16 14/19 14/24 16/1 16/21
**learned [3]** 14/17 103/7 103/9
**learning [1]** 49/8
**least [9]** 20/21 43/3 74/12 74/12 96/10
96/14 115/7 115/8 117/10
**leave [1]** 50/8
**led [1]** 103/25
**left [1]** 46/10
**leftist [1]** 12/2
**legal [16]** 20/4 30/15 46/18 46/23 48/18
50/3 50/8 50/24 51/5 53/13 59/1 78/24
79/11 79/14 79/16 102/3
**legally [4]** 20/22 56/3 59/1 119/8
**less [3]** 45/13 86/4 86/5
**let [19]** 5/1 5/15 5/15 22/16 23/1 25/21
37/8 43/7 44/8 56/24 64/23 65/16 69/21
71/8 88/5 90/19 93/16 95/7 97/4
**let's [6]** 53/3 69/9 101/25 114/14
**letting [1]** 76/1
**level [3]** 56/1 58/25 73/11
**levels [1]** 71/21
**liar [1]** 21/10
**liberal [1]** 12/2

**L**

liberated [1] 29/20
lies [3] 46/4 58/22 107/20
life [11] 15/17 20/24 24/1 26/12 31/1
56/5 64/24 64/25 65/6 65/7 93/13
life-ending [1] 20/24
light [1] 97/5
like [208]
likelihood [1] 99/3
likely [2] 45/13 116/9
limitations [2] 102/11 102/14
limitations-type [1] 102/11
limited [1] 11/4
line [3] 32/15 35/7 110/5
lines [4] 14/14 17/22 18/14 80/5
lingerie [1] 38/18
link [8] 28/11 28/11 28/11 28/22 28/25
70/22 94/24 107/7
linked [2] 48/21 51/24
links [3] 28/9 28/19 94/23
listen [1] 11/24
literally [3] 11/13 17/23 17/24
litigation [1] 76/4
little [7] 21/19 25/3 35/6 46/10 57/11
100/18 107/11
live [5] 10/1 19/15 56/13 61/24 114/7
lives [3] 31/25 32/1 52/10
livestream [1] 80/20
livestreamer [2] 9/7 12/18
livestreaming [1] 23/9
livestreams [4] 11/17 12/17 12/20
89/24
living [1] 32/9
LLP [3] 1/14 1/18 33/12
local [1] 108/13
logs [3] 69/3 93/4 93/20
LOL [1] 37/25
lonely [1] 7/25
long [9] 18/11 43/10 64/19 65/5 97/18
97/21 99/6 99/9 112/14
longer [1] 42/15
look [3] 4/19 83/23 89/18
looking [1] 11/8 101/20 101/20
Los [2] 4/12 33/13
Los Angeles [2] 4/12 33/13
lose [1] 56/12
loss [1] 96/10
lost [3] 85/16 96/13 116/22
lot [22] 8/8 9/8 19/23 23/6 24/11 30/8
60/3 67/16 72/12 74/7 78/21 81/2 81/6
85/6 85/6 85/8 86/8 86/8 91/23 96/17
108/10 109/25
love [3] 11/1 13/15 40/17
low [1] 96/12
luck [1] 20/8
lucky [1] 20/18
lying [4] 21/11 21/17 21/21 45/1

**M**

ma'am [1] 60/19
Mac [5] 31/23 31/23 31/24 74/19 98/25
MACHADO [1] 1/14
machine [1] 45/25
made [35] 12/4 12/12 24/9 27/6 37/2
37/4 43/22 43/25 44/3 48/7 52/25 59/19
68/5 70/4 70/14 70/20 70/25 74/22
78/12 79/20 83/23 84/1 84/19 85/2 90/7
90/9 91/24 94/7 94/17 102/22 103/18

103/23 111/25 114/13 117/2
mailing [1] 75/21
main [3] 9/25 10/2 92/6
maintained [1] 19/13
maintaining [1] 83/3
majority [1] 87/11
make [30] 5/17 8/1 11/4 17/5 30/13
37/19 39/2 39/11 39/22 40/4 40/8 43/15
43/21 44/13 46/3 46/12 46/14 56/14
65/17 65/23 72/2 75/20 77/9 85/6 85/11
86/8 99/2 110/10 112/13 117/14
makes [7] 17/24 40/14 80/20 93/9
104/11 110/16 117/6
making [14] 20/20 23/8 36/22 38/7 40/5
40/12 44/20 44/24 45/9 47/3 76/13
87/24 92/9 104/1
malice [8] 108/15 108/15 108/16 112/19
112/21 113/5 115/7 118/2
malicious [6] 105/16 108/4 108/11
108/12 109/2 109/15 112/23 113/2
mandatory [2] 100/6 119/1
maneuvering [1] 80/20
many [11] 9/21 11/6 17/16 25/9 25/10
25/17 27/7 30/9 85/25 86/6 87/3
March [9] 33/22 34/23 37/24 38/21 39/5
39/19 41/9 65/20 95/4
March 17th [2] 33/22 34/23
March 19th [3] 39/5 39/19 95/4
March 2020 [1] 41/9
MARIE [1] 1/21
mark [2] 39/21 73/14
marriage [1] 66/23
married [3] 66/15 66/16 66/17
material [23] 19/4 19/6 28/1 71/21
73/18 73/19 74/1 74/9 74/24 75/17
76/10 76/12 77/10 77/12 80/8 82/5
88/19 89/13 90/14 92/2 94/25 95/2
109/14
materials [5] 12/13 35/20 84/13 91/25
110/19
math [1] 65/3
matter [19] 4/25 42/10 80/14 91/7 97/10
98/21 100/11 100/15 100/18 100/20
100/24 101/2 103/24 106/7 107/17
107/20 111/14 111/18 120/6
mattered [1] 115/14
may [9] 60/19 78/1 96/25 116/16 116/22
117/25 119/3 119/4 119/4
maybe [18] 20/3 21/19 23/8 33/18
41/21 43/11 62/4 62/12 62/17 65/2 65/3
66/14 69/23 70/6 71/24 87/13 87/14
117/23
MC [1] 16/8
me [120] 4/19 5/1 5/2 8/25 8/25 10/22
11/9 15/3 16/8 16/10 16/12 16/12 20/12
20/19 20/21 22/16 23/1 24/22 24/23
25/21 26/10 28/1 28/16 28/22 29/2 29/5
29/19 31/1 31/2 31/4 31/6 33/10 34/11
34/24 35/5 35/9 37/8 37/13 37/20 37/25
38/18 39/9 39/10 39/11 40/7 41/7 42/2
43/7 44/10 44/19 44/21 44/24 45/1 46/8
46/18 50/5 50/16 51/7 51/18 52/16
54/14 54/15 55/7 56/24 58/23 59/4 59/7
61/18 62/3 63/4 64/7 64/8 64/22 64/23
65/16 67/17 67/18 67/21 67/21 69/21
70/4 70/12 70/16 71/8 71/10 72/14
72/19 72/22 72/23 73/18 74/11 74/23

75/19 75/5 76/7 76/13 76/15 79/13
79/20 82/12 82/17 85/3 87/12 88/5
88/18 90/19 92/9 92/10 92/11 93/16
95/7 96/11 97/4 97/5 97/22 100/17
100/18 105/6 117/7 117/11
mean [20] 9/6 12/9 13/10 18/23 24/3
45/15 58/16 61/20 62/15 64/17 64/24
71/24 72/11 72/18 88/24 97/21 99/23
102/13 104/22 113/12
means [6] 51/14 67/24 79/13 108/23
113/8 118/7
meant [1] 104/24
measures [1] 106/14
media [9] 15/2 21/3 23/20 24/16 36/6
42/14 54/10 59/19 59/23
medial [1] 83/19
MEDINA [1] 1/13
meet [8] 7/21 53/4 64/16 64/17 66/1
66/10 107/16 113/20
meeting [2] 66/10 93/13
Melina [7] 11/21 22/23 29/3 29/3 29/11
29/18 40/2
Melina's [3] 39/10 40/7 40/9
memory [1] 29/15
mental [2] 24/5 25/4
mentally [1] 21/16 93/20
mentioned [7] 10/19 10/20 13/13 25/7
28/22 45/22 64/13
mentioning [1] 91/6
merits [3] 9/4 99/3 119/10
message [25] 33/23 33/25 34/2 34/6
34/14 35/2 35/6 35/11 39/20 41/5 52/23
67/10 68/12 81/10 81/13 81/14 81/23
81/25 82/2 89/10 89/19 92/7 96/20
114/21 115/1
messaged [6] 36/19 37/23 52/15 67/21
70/24 83/6
messages [31] 14/25 15/18 16/9 28/8
28/9 28/14 29/2 33/19 34/14 39/9 39/12
42/2 44/11 44/13 45/1 52/21 53/6 57/20
57/21 67/18 69/1 69/2 70/18 70/21 75/4
75/5 80/4 86/25 88/17 89/20 118/3
messaging [3] 8/6 36/5 47/8
met [15] 6/24 6/25 15/17 15/24 23/2
65/7 66/4 66/13 66/13 71/1 86/11 92/20
93/11 118/25 119/14
Miami [3] 1/4 1/23 66/14
Miami, [1] 7/15
Miami, Florida [1] 7/15
microphone [1] 33/10
might [6] 25/22 34/25 69/23 71/10
77/14 83/18 87/12 106/2 109/7
millions [1] 115/6
mind [5] 16/17 20/2 20/5 22/3 73/4
mindset [1] 20/11
mine [2] 33/19 66/13
minor [1] 96/20
minute [3] 22/2 22/5 39/23
mistake [2] 112/24 114/13
misunderstand [1] 39/7
misunderstood [1] 13/11
Mmm [1] 39/21
moment [2] 76/15 85/18
monetary [1] 100/4
monetizing [1] 85/14
money [12] 44/15 45/3 48/18 48/25
49/8 49/10 49/11 49/11 49/12 49/20
56/24 85/11

**M**

moniker [1]  24/14
month [1]  59/14
months [16]  16/13 17/2 18/13 18/14
33/18 46/6 46/7 62/12 96/15 102/24
103/19 104/3 106/2 110/18 112/1
117/20
moot [1]  104/18
more [29]  17/7 17/9 20/9 20/15 37/17
37/18 38/19 42/14 42/16 42/18 45/10
47/24 50/12 52/18 55/6 75/18 84/15
85/16 86/2 96/19 96/19 98/6 98/7
100/18 108/16 109/25 110/8 111/14
119/5
morning [10]  4/7 4/10 4/14 4/17 33/5
33/6 33/22 39/5 39/20 69/10
most [1]  21/5
motion [8]  45/14 90/20 98/19 100/8
106/22 106/24 119/3 119/13
motions [1]  79/17
move [6]  27/2 35/24 36/10 49/20 58/17
100/14
moved [1]  32/4
moving [1]  99/19
Mr [8]  3/4 3/4 3/5 3/6 3/7 3/7 18/18
41/23
Mr. [94]  4/16 7/10 7/11 7/22 8/5 9/18
9/21 9/25 13/4 13/9 14/3 14/5 16/2 17/6
17/21 18/18 21/4 21/6 25/8 27/21 30/13
30/21 31/19 32/9 32/18 32/19 33/7
33/16 33/23 33/25 34/3 34/20 35/4 35/8
35/13 37/24 38/5 38/16 38/21 39/3
39/20 39/23 40/4 40/13 41/4 41/17 47/8
48/4 48/18 49/9 49/19 52/5 52/13 53/12
53/25 54/11 54/17 54/18 54/23 55/9
55/19 55/21 60/11 60/12 60/13 61/14
73/25 95/14 95/22 100/1 103/24 103/25
104/6 105/12 105/16 105/25 106/12
106/19 106/20 107/1 107/9 108/6
109/10 109/15 109/16 109/25 110/4
112/7 112/10 113/6 114/3 115/11 117/3
119/13
Mr. Bonnell [87]  4/16 7/10 7/11 7/22
8/5 9/18 9/21 9/25 13/4 13/9 14/5 16/2
17/6 17/21 18/18 21/4 25/8 27/21 30/13
30/21 31/19 32/9 32/18 32/19 33/7
33/16 33/23 33/25 34/3 34/20 35/4 35/8
35/13 37/24 38/5 38/16 38/21 39/3
39/20 39/23 40/13 41/4 41/17 47/8 48/4
48/18 49/9 49/19 52/5 52/13 53/12
53/25 54/11 54/17 54/18 54/23 55/9
55/21 60/12 60/13 61/14 73/25 95/14
95/22 100/1 103/24 103/25 104/6
105/12 105/16 105/25 106/12 106/19
106/20 107/1 107/9 108/6 109/10
109/15 109/16 109/25 112/7 113/6
114/3 115/11 117/3 119/13
Mr. Bonnell's [5]  14/3 21/6 40/4 110/4
112/10
Mr. Brettler [2]  55/19 60/11
Ms [3]  21/25 33/5 74/19
Ms. [29]  4/8 6/20 13/3 22/8 31/23 33/15
35/15 36/2 36/11 39/2 42/8 47/7 50/2
76/22 81/2 81/16 83/8 83/8 83/16 86/5
88/1 89/17 90/8 93/9 95/20 98/25 99/8
101/17 113/16
Ms. Doe [25]  6/20 13/3 22/8 33/15
35/15 36/11 39/2 42/8 47/7 50/2
76/22 81/2 81/16 83/8 83/8 83/16 86/5
88/1 89/17 90/8 93/9 95/20 98/25 99/8
113/16
Ms. Doe's [1]  90/8
Ms. Garcia [1]  4/8
Ms. Mac [2]  31/23 98/25
much [9]  26/25 32/24 37/5 46/1 48/25
49/8 49/11 56/24 92/2
multiple [8]  14/10 14/21 28/16 56/3
67/4 67/5 68/25 74/9
must [1]  66/14
my [125]
myself [6]  25/1 45/7 46/4 56/13 58/24
72/19

**N**

name [51]  6/2 6/3 6/9 9/10 24/9 24/13
24/17 30/21 31/1 31/5 31/7 36/14 50/3
50/4 50/6 50/8 50/15 50/16 50/17 50/18
50/21 50/24 51/1 51/3 51/3 51/5 51/7
51/8 51/15 60/8 61/4 61/5 61/6 61/7
67/12 67/12 67/14 68/9 68/10 70/2
77/23 77/24 89/25 90/8 90/9 90/11 92/8
94/7 94/14 109/3 109/4
named [4]  64/16 67/11 74/17 107/11
names [2]  61/14 70/4
narrative [1]  57/14
Narrowly [1]  85/16
nature [15]  11/18 23/20 42/16 44/14
58/23 62/9 62/11 62/14 62/16 63/7 63/9
63/18 86/7 86/7 94/3
NCA [1]  92/13
necessarily [1]  93/12
necessary [1]  99/4
need [6]  21/23 85/23 97/15 99/1 106/25
107/13
needs [3]  5/4 105/22 119/9
negative [1]  26/5
negligent [1]  117/10
never [18]  15/19 15/24 31/1 35/16 36/3
45/22 56/9 70/2 73/18 75/2 75/7 85/2
91/10 98/12 109/3 109/3 109/4 109/5
new [7]  23/6 76/4 76/7 78/25 80/15
80/18 91/24
New York [5]  76/4 76/7 78/25 80/15
80/18
next [6]  17/10 41/2 41/4 54/8 113/22
117/24
nice [3]  8/25 9/3 39/21
night [2]  19/24 31/11
no [116]  1/2 6/11 9/3 11/3 12/7 15/9
17/23 17/24 20/7 22/18 23/24 24/3
29/18 32/22 35/22 36/12 36/23 37/6
37/16 37/18 38/10 38/19 39/8 44/6 45/2
47/1 47/12 50/4 50/11 50/12 50/13
50/14 50/14 51/4 51/12 54/20 55/14
56/19 56/22 57/3 57/22 59/18 60/16
61/15 64/7 68/10 69/13 69/13 70/3 70/6
71/2 73/17 75/9 77/2 77/3 78/12 79/23
79/23 82/24 83/12 83/13 83/23 84/1
84/3 84/16 85/16 86/20 86/24 87/19
88/2 89/18 91/15 92/5 92/12 93/12
93/24 93/25 97/2 98/16 99/20 100/9
100/23 101/1 101/19 102/15 103/18
105/1 105/8 105/10 105/11 105/15
105/17 106/3 106/11 106/12 106/14
107/21 108/1 108/3 108/15 108/15
108/16 109/9 110/7 110/8 110/25 111/5
76/22 81/2 81/16 83/8 83/8 83/16 86/5
88/1 89/17 90/8 93/9 95/20 99/8 101/17
113/16
-11/22 112/12 112/18 113/3 114/4 115/10
116/10 116/10 117/22 119/8
nobody [3]  56/6 56/7 83/2
non [1]  77/17
non-parties [1]  77/17
nonconsensual [1]  47/2
nonconsensually [1]  35/20
none [3]  69/25 77/11 108/6
nonresponsive [1]  35/24
norm [1]  72/14
normal [2]  109/8 109/9
normally [1]  71/17
not [116]  8/10 8/22 11/12 12/24 14/14
16/2 16/19 19/8 19/23 20/10 21/6 21/9
21/21 24/3 24/6 24/9 24/15 25/4 25/17
28/21 31/1 32/5 32/6 32/22 37/19 37/19
38/24 39/4 39/19 40/21 40/23 41/17
42/17 43/12 44/13 44/16 44/20 45/3
46/6 49/23 50/14 51/7 51/12 52/23 53/5
53/17 55/1 55/13 56/8 57/6 64/9 67/6
68/8 68/18 68/23 70/1 71/2 71/11 71/18
73/5 75/5 78/18 78/20 79/23 79/25 80/8
80/19 80/24 81/13 82/14 82/17 82/19
83/13 83/17 85/15 86/11 88/9 89/21
89/25 90/22 91/1 91/3 91/19 92/25 93/5
93/7 93/12 94/23 95/17 95/19 96/3
100/1 100/11 102/19 102/20 103/14
105/12 105/20 105/22 105/23 106/6
106/6 106/13 107/17 109/2 109/7
109/15 110/4 111/17 112/23 112/25
114/1 116/16 117/1 118/1 118/21
note [4]  20/13 26/15 26/24 112/12
nothing [10]  24/25 46/5 56/16 89/4
96/23 106/11 109/21 109/23 116/7
117/21
notice [1]  4/24
notified [2]  43/2 43/5
November [19]  14/18 15/8 15/11 17/18
18/7 18/8 19/12 26/16 27/12 42/3 42/5
43/21 46/13 89/11 103/21 104/24
104/25 110/10 110/20
November 2023 [1]  110/20
November 2024 [3]  15/11 17/18 18/7
November 28th [6]  14/18 18/8 26/16
27/12 43/21 89/11
November 29th [1]  42/5
now [31]  4/3 6/10 9/6 10/3 19/12 21/6
23/1 28/17 28/21 32/2 35/9 40/4 46/4
46/8 47/17 67/19 78/9 89/7 90/19 92/1
93/23 94/5 96/19 96/21 97/5 99/16
104/21 104/25 110/18 118/21 119/12
nowhere [1]  105/9
nudes [4]  45/12 45/15 45/17 45/20
Null [4]  77/23 77/23 92/8 107/11
number [4]  4/4 117/8 117/10 118/14
Number 25-20757 [1]  4/4
numerous [1]  113/16

**O**

o'clock [2]  33/22 69/10
object [3]  47/13 56/23 107/1
objected [1]  72/24
objecting [2]  107/5 107/6
objection [26]  12/23 16/15 18/3 18/20
25/11 25/19 27/23 32/12 38/1 38/9
47/12 49/2 49/22 53/13 54/2 54/24 55/4
57/13 63/15 79/2 85/3 88/2 92/24 94/10
95/25 100/9

# Q

**objects** [1]  107/2
**obligation** [1]  70/16
**obtained** [1]  25/17
**obvious** [1]  91/1
**obviously** [3]  21/12 96/16 119/7
**occasions** [2]  14/10 16/5
**occur** [2]  91/12 105/24
**occurred** [9]  5/22 57/7 64/1 91/14
97/18 97/24 98/2 98/5 103/16
**occurring** [1]  82/1
**October** [18]  14/13 52/7 53/3 53/9
53/12 54/1 55/9 57/5 57/7 57/22 10/10
68/23 74/21 75/8 100/23 100/25 101/18
111/18
**October 1st** [1]  100/25
**October 4** [1]  58/10
**October 4th** [6]  14/13 57/7 57/22 68/23
100/23 101/18
**October of** [1]  55/9
**off** [9]  32/2 35/10 46/14 46/14 50/8 77/1
78/5 85/11 86/1
**offered** [2]  34/20 74/12
**often** [1]  37/12
**oh** [40]  8/24 9/3 10/23 10/23 10/24 11/2
11/3 12/5 12/19 13/14 14/17 15/3 15/4
15/5 20/3 21/5 22/14 24/5 26/17 27/19
28/10 28/16 30/7 37/18 39/11 40/8
40/10 40/16 40/19 41/20 41/20 43/10
45/5 45/17 47/1 51/17 56/13 57/22
66/20 112/23
**okay** [94]  5/6 5/9 6/1 6/24 7/6 11/11
11/15 14/1 14/19 15/6 18/6 20/11 20/20
20/24 21/22 22/1 22/14 22/19 23/7
23/14 24/18 26/1 26/6 29/4 30/4 30/20
31/14 32/23 34/4 36/23 37/21 38/5
38/16 39/17 41/11 41/14 41/14 42/20
43/14 43/23 44/9 45/19 45/21 46/3
46/20 47/25 48/10 50/14 50/17 51/9
51/17 54/13 55/12 57/11 57/18 58/5
60/14 61/16 61/20 65/9 65/14 65/20
66/15 68/16 71/3 73/23 77/6 77/22
77/25 78/11 79/16 79/24 80/9 80/21
81/15 82/19 83/12 83/24 84/10 85/8
86/2 86/11 88/10 88/25 89/15 91/18
93/7 93/14 95/1 97/4 100/6 101/12
114/4 118/17
**old** [1]  15/19
**on** [142]
**once** [3]  70/20 75/14 116/15
**one** [62]  5/20 9/20 11/10 12/14 12/20
12/21 13/13 14/20 16/10 16/24 17/8
20/3 20/24 21/14 21/24 22/2 24/2 28/23
29/3 35/18 35/22 36/15 39/23 40/5 41/6
43/10 43/15 43/20 47/16 58/23 65/7
65/11 65/12 67/7 67/7 68/4 68/25 69/10
70/5 71/5 74/12 75/10 75/23 76/15 77/3
77/15 84/13 87/18 88/3 89/24 90/19
91/10 92/3 94/24 96/10 98/18 103/13
107/10 109/16 110/23 114/5 117/8
**one o'clock** [1]  69/10
**one-on-one** [1]  67/7
**ones** [1]  58/22
**ongoing** [4]  97/14 99/6 110/8 112/14
**online** [42]  6/25 9/1 15/18 21/8 21/10
23/2 23/3 23/9 23/19 25/24 33/8 33/16
35/16 36/3 36/17 37/9 37/16 44/12
45/24 51/3 59/25 61/15 61/16 61/22

**62/6 62/8 64/16 64/17 67/10 67/16**
67/24 70/17 70/20 74/25 75/12 77/24
92/8 92/15 105/19 109/7 115/6 116/4
**only** [27]  8/24 11/10 13/16 20/17 22/21
22/21 22/25 24/3 26/9 30/5 35/22 39/19
45/9 51/12 65/7 65/11 65/12 70/3 77/7
77/15 87/12 87/12 91/5 91/8 92/1 106/6
119/12
**onto** [5]  50/20 88/19 91/25 105/17
108/6
**open** [6]  11/21 29/21 29/22 29/24 34/24
37/25
**opened** [1]  47/14
**operator** [2]  77/22 78/12
**opportunity** [1]  107/19
**oppose** [3]  98/20 100/11 100/12
**opposed** [7]  55/8 79/8 79/10 100/10
100/13 110/14 111/18
**opposing** [1]  76/21
**opposite** [1]  21/12
**option** [2]  20/23 51/18
**or** [149]
**order** [12]  5/17 76/22 77/7 77/9 90/2
90/10 97/9 100/12 106/25 107/3 107/13
110/14
**orders** [1]  77/16
**original** [4]  20/12 46/7 100/22 111/23
**originally** [6]  23/2 50/4 50/6 51/18
52/14 56/10
**originate** [1]  110/4
**other** [81]  14/6 14/22 16/5 16/6 17/9
17/16 18/10 22/19 28/3 28/17 28/21
29/21 32/19 35/13 35/17 35/20 36/4
37/16 42/16 44/12 44/16 45/3 45/18
46/23 49/8 53/11 56/15 59/4 61/14 63/2
63/4 64/9 64/17 66/3 67/24 69/18 71/4
71/9 71/12 71/15 71/23 72/19 72/20
73/13 73/19 74/2 74/25 77/10 77/17
77/19 78/14 84/3 85/20 86/5 87/7 87/14
87/16 87/19 88/1 88/2 90/16 91/6 91/6
92/12 93/13 97/23 98/11 100/13 101/6
102/23 105/20 106/15 106/18 107/7
109/7 111/25 113/5 114/2 115/4 115/15
119/9
**others** [7]  26/13 37/9 70/11 71/4 71/11
74/12 94/15
**our** [15]  4/12 4/16 8/19 29/2 29/8 64/14
81/7 82/6 83/3 83/4 99/18 102/25
111/10 111/16 119/5
**out** [47]  7/6 8/20 15/5 15/8 15/12 16/8
17/4 17/14 19/23 20/22 20/23 22/14
26/11 26/13 26/15 26/16 26/21 27/11
28/16 28/23 28/24 32/4 37/4 44/2 44/5
44/10 62/3 67/16 67/20 67/21 75/15
75/19 87/17 89/8 89/12 92/14 96/17
99/18 104/20 104/20 105/20 106/21
110/20 114/3 116/9 116/14 118/18
**outside** [8]  21/14 31/24 31/25 32/3 49/2
52/10 102/2 109/12
**over** [9]  9/19 44/24 47/10 67/23 82/2
92/12 96/15 105/11 106/8
**overall** [1]  87/15
**overlap** [2]  119/3 119/8
**overruled** [15]  13/1 18/21 27/24 32/14
38/2 38/11 38/11 53/16 57/1 63/19 79/3
85/4 93/1 94/12 96/4
**overstepping** [1]  35/12
**own** [6]  24/13 26/4 66/13 77/14 106/24

**109/14**
**owner** [6]  27/6 27/18 78/11 92/7 100/9
100/11

# P

**p.m** [2]  36/3 81/11
**page** [14]  3/2 42/10 42/12 43/2 43/4
48/15 48/17 48/21 49/1 49/10 50/2 50/7
50/20 51/25
**pages** [2]  1/7 52/4
**pain** [1]  21/20
**pair** [1]  75/2
**panel** [1]  62/3
**papers** [1]  99/19
**Paragraph** [3]  102/25 111/15 111/24
**Paragraph 23** [2]  111/15 111/24
**Paragraph 3** [1]  102/25
**parameters** [3]  81/4 81/16 117/22
**paranoid** [1]  17/9
**parents** [2]  19/25 25/3
**part** [10]  21/19 54/4 89/19 91/22 99/22
105/19 109/6 111/22 111/23 114/15
**participated** [1]  114/11
**particular** [11]  5/20 35/4 85/9 100/10
110/18 111/9 113/6 114/9 116/3 116/25
118/16
**particulars** [1]  47/21
**parties** [7]  4/21 77/17 77/18 78/14
81/19 82/22 105/16
**partner** [7]  11/10 11/21 13/8 13/12
13/19 36/16 109/25
**partners** [4]  11/24 14/22 62/18 64/12
**parts** [3]  10/4 73/12 91/21
**party** [5]  53/25 64/21 77/19 83/24 113/4
**past** [1]  72/13
**PATINO** [2]  1/21 4/12
**PATRICIA** [2]  1/21 4/12
**Patricia Patino** [1]  4/12
**pause** [1]  29/16
**pay** [3]  56/20 107/2 107/3
**pendency** [1]  30/20
**pending** [6]  44/7 49/18 98/19 100/5
100/8 119/2
**people** [90]  8/18 8/24 9/2 9/13 10/14
14/20 14/23 15/1 15/1 16/9 16/11 16/13
17/2 17/9 17/16 20/8 21/8 21/10 21/17
22/19 22/22 22/25 23/23 24/8 24/11
24/17 25/9 25/10 26/2 26/5 26/11 26/15
28/17 28/21 32/20 35/13 35/17 35/21
36/4 37/13 41/21 42/14 44/4 44/12
44/12 45/5 45/10 45/13 46/2 46/7 46/8
49/8 56/4 58/21 58/24 59/3 59/4 59/25
67/16 70/2 71/4 71/9 71/15 71/20 71/23
72/13 72/19 72/20 73/14 74/7 77/15
82/1 82/19 86/8 87/14 87/19 89/5 90/16
91/6 96/19 96/20 98/11 100/3 106/15
107/22 107/24 113/16 114/12 115/6
115/7
**people's** [2]  28/3 55/23
**per** [3]  56/20 73/6 116/8
**percent** [3]  32/6 33/20 41/18
**perception** [1]  16/20
**PEREZ** [2]  1/13 4/8
**perfectly** [1]  39/13
**performing** [1]  91/3
**period** [3]  24/17 25/18 107/18
**permanent** [4]  110/14 110/17 110/21
118/15

**P**

**perpetuity** [1] 56/8
**person** [52] 10/25 11/2 13/15 13/16 16/22 17/24 28/13 30/6 34/25 35/23 54/18 54/23 59/5 64/2 64/8 64/9 66/1 67/18 67/19 69/1 69/2 69/7 69/23 71/1 71/10 73/17 73/20 73/20 74/12 74/14 74/23 76/10 78/19 82/23 83/1 83/10 84/3 84/4 86/23 87/1 88/16 91/9 91/10 113/10 113/12 113/13 113/24 114/2 115/16 116/2 117/13 117/18
**personal** [8] 11/19 24/1 24/4 26/12 73/11 79/8 101/19 113/11
**personally** [9] 19/21 47/1 56/18 67/21 92/10 93/19 96/18 104/17 106/4
**pertaining** [1] 75/1
**philosophy** [2] 61/18 61/21
**phone** [2] 13/21 13/22
**photo** [2] 35/5 35/9
**photographs** [1] 111/1
**phrase** [2] 40/14 40/21
**phrasing** [2] 79/10 94/21
**pictures** [1] 15/2
**place** [11] 7/14 8/23 18/6 38/10 66/12 68/23 98/9 100/22 106/2 110/18 110/19
**placed** [1] 115/11
**plain** [1] 90/25
**plaintiff** [74] 1/4 1/12 4/6 4/8 5/1 5/5 61/25 62/2 62/6 62/8 62/20 62/23 63/2 63/6 64/4 64/11 64/20 64/22 65/2 65/18 66/1 66/4 67/3 67/17 68/5 68/6 68/8 69/14 69/20 69/25 70/14 71/5 72/6 72/9 72/12 72/21 74/10 74/11 75/3 75/6 75/7 75/11 75/18 79/20 79/25 80/2 80/17 80/19 82/24 82/25 86/22 88/3 89/10 91/4 95/3 97/4 97/15 103/17 104/20 106/2 106/17 106/18 107/9 108/13 109/3 109/4 109/10 109/16 109/22 109/24 110/2 110/3 110/9 111/3
**Plaintiff's** [5] 77/14 95/23 96/9 106/24 111/1
**Plaintiffs** [2] 75/4 107/16
**Plaintiffs'** [2] 104/18 105/5
**plan** [1] 20/12
**platform** [8] 9/8 37/16 37/17 37/18 42/13 42/14 67/22 105/17
**platforms** [7] 9/20 9/21 42/16 67/17 70/18 70/20 92/13
**play** [1] 37/5
**pleadings** [1] 79/17
**please** [15] 4/5 6/2 6/3 7/6 21/24 22/2 24/24 47/2 51/15 61/3 61/4 61/5 75/24 96/6 96/8
**plus** [1] 87/6
**podcast** [3] 36/17 36/21 84/7
**point** [22] 7/6 7/11 13/3 33/17 37/9 44/2 44/18 45/24 62/8 62/11 65/17 73/11 98/24 98/25 99/11 101/15 102/18 103/3 103/14 116/9 117/14 119/9
**points** [1] 86/9
**political** [2] 8/2 12/18
**politically** [1] 9/1
**politics** [4] 8/2 23/22 61/18 61/21
**porn** [5] 47/2 76/1 76/13 92/14 92/15
**Pornhub** [1] 91/23
**pornographic** [5] 26/13 28/3 28/17 55/24 91/23
**pornography** [1] 109/17

**pose** [1] 108/12
**positing** [1] 111/13
**position** [1] 35/5
**positions** [1] 77/3
**possibility** [2] 114/1 114/1
**possible** [7] 5/18 37/5 39/14 39/16 39/19 53/5 60/2
**possibly** [1] 12/21
**post** [22] 19/3 24/13 26/3 36/6 42/14 48/22 58/18 58/20 59/10 60/7 87/18 88/5 88/8 95/4 99/7 106/10 108/17 108/21 114/20 115/5 116/4 118/9
**posted** [27] 17/1 27/9 27/10 28/8 35/16 58/11 58/14 58/21 59/10 59/17 59/25 60/8 69/3 69/7 76/1 77/11 87/3 87/4 87/11 88/10 90/7 99/10 101/10 111/11 112/16 114/23 115/4 116/4 118/9
**posting** [16] 12/13 15/2 25/22 26/5 27/7 27/15 36/2 43/12 61/23 84/13 96/19 97/13 107/8 108/5 113/18 114/5
**postings** [2] 77/14 89/8
**posts** [5] 21/3 24/2 58/6 58/8 59/24
**potential** [1] 69/25
**potentially** [4] 20/9 76/10 77/21 119/1
**power** [1] 92/12
**ppatino** [1] 1/24
**predicate** [1] 25/20
**preliminary** [7] 4/18 97/9 99/5 101/7 104/21 105/3 106/7
**prepared** [1] 17/17
**preponderance** [1] 103/3
**prerogative** [1] 119/12
**present** [2] 2/2 4/9
**presenter** [1] 73/7
**presents** [1] 12/1
**preserve** [1] 70/16
**preserved** [1] 89/22
**presiding** [1] 4/3
**pressing** [1] 79/12
**presumed** [2] 99/10 115/7
**pretty** [5] 33/16 33/20 39/8 62/12 73/21
**prevent** [1] 75/13
**previous** [5] 13/8 13/12 13/12 13/18 44/18
**previously** [2] 84/7 94/5
**price** [2] 1/22 47/9
**prior** [11] 12/12 19/12 19/14 37/8 63/12 71/3 81/3 83/7 83/9 87/1 109/23
**private** [12] 8/18 10/15 24/10 35/18 43/15 43/18 43/21 44/11 45/1 73/19 104/2 117/21
**privately** [1] 7/2 26/14 36/5
**probably** [6] 4/20 28/18 35/9 64/14 66/6 84/15
**problem** [4] 5/22 37/10 102/12 114/17
**proceed** [1] 22/8
**proceeding** [2] 104/3 112/8
**proceedings** [1] 4/1
**proceeds** [1] 50/7
**process** [4] 46/15 66/23 79/12 80/17
**proclivities** [1] 112/10
**produce** [1] 80/3
**produced** [1] 52/11
**professionally** [1] 21/16
**profile** [3] 23/3 42/23 43/8
**progressed** [1] 16/1
**prohibit** [1] 101/4
**prohibited** [1] 100/1

**prohibiting** [1] 104/7
**projects** [1] 19/17
**promise** [1] 24/25
**promote** [1] 48/3
**promoting** [1] 49/7
**prong** [1] 49/14
**proof** [3] 54/17 103/1 103/1
**proper** [1] 29/25
**prosecute** [1] 56/21
**protect** [1] 46/10
**protective** [2] 90/2 90/10
**proven** [2] 97/16 99/4
**provide** [2] 75/5 102/6
**provided** [1] 91/5
**provider** [1] 92/4
**provision** [1] 113/22
**pseudonym** [2] 51/8 51/11
**public** [25] 8/20 27/6 37/17 37/18 42/21 43/15 43/16 43/21 43/22 44/1 44/3 44/3 45/5 70/14 75/14 75/20 77/14 79/20 79/21 84/20 85/17 94/17 109/8 111/6 114/18
**publication** [1] 42/8
**publicize** [2] 43/19 49/17
**publicized** [2] 45/5 51/23
**publicizing** [3] 49/19 75/17 76/13
**publicly** [8] 13/6 15/12 44/20 51/8 76/10 82/1 87/19 112/16
**publish** [6] 14/21 30/21 45/2 78/1 106/14 109/7
**published** [14] 41/16 50/19 75/12 76/10 80/8 89/25 105/17 106/13 106/15 106/19 109/12 109/13 110/2 110/3
**publishing** [3] 44/19 54/10 106/13
**purportedly** [1] 57/18
**purpose** [3] 48/17 118/8 118/9
**purposes** [5] 6/4 6/6 49/14 98/20 117/7
**pursue** [4] 48/18 59/1 78/22 80/6
**pursuing** [3] 76/3 79/14 83/20
**put** [10] 45/12 45/12 45/15 45/18 50/17 51/5 51/14 51/15 103/4 111/16
**puts** [1] 102/15
**putting** [3] 98/4 98/17 116/14
**Pxie** [14] 24/16 24/16 24/16 31/2 31/4 31/4 31/4 44/21 52/17 80/25 86/17 89/2 95/16 109/10

**Q**

**qualifiers** [1] 84/15
**QUESADA** [1] 1/13
**question** [42] 22/16 23/1 24/12 24/18 31/16 36/2 37/8 39/21 40/11 41/2 41/4 44/6 47/15 50/13 53/8 54/8 54/20 54/25 55/1 63/5 63/22 63/23 73/9 77/9 81/20 86/21 88/4 88/5 90/5 90/19 93/7 93/7 93/16 98/5 98/22 99/11 103/7 105/11 105/21 108/1 115/3 117/6
**questioning** [2] 35/7 81/2
**questions** [7] 32/23 55/14 60/17 63/17 75/10 92/17 95/14
**quick** [1] 33/21
**quickly** [1] 33/8
**quiet** [2] 46/5 46/11
**quite** [3] 44/22 74/6 84/9
**quote** [1] 109/20 114/11
**quote-unquote** [2] 109/20 114/11

**R**

**racier** [1] 62/17

**R**

raise [4] 48/18 49/10 49/10 49/20
raised [3] 40/5 48/25 56/24
random [2] 15/1 44/12
randomly [1] 37/13
rarely [1] 31/4
rash [1] 20/21
RASKOPF [2] 1/21 4/10
rather [1] 60/24
reach [1] 67/16
reached [3] 62/3 67/20 67/21
read [4] 54/14 54/15 57/21 86/25
reading [1] 90/25
ready [2] 22/8 80/16
real [13] 6/9 15/17 24/17 31/1 31/1 31/6
60/8 64/24 64/25 65/6 65/7 90/8 93/13
realize [3] 28/18 28/21 40/4
realized [2] 43/5 50/20
really [29] 8/18 8/23 9/13 11/10 12/5
12/5 12/6 17/9 20/2 20/5 24/3 25/5
29/23 38/7 40/17 41/6 43/13 49/9 51/6
52/17 58/2 59/2 60/3 77/17 80/15 83/20
92/11 97/15 99/20
reargue [1] 98/21
reason [6] 26/9 55/25 56/10 60/2 81/24
84/3
reasonable [2] 103/2 116/24
reasonably [2] 116/8 117/16
reasons [2] 28/7 58/20
recall [48] 27/18 29/8 33/25 34/1 34/6
34/7 34/8 34/10 34/21 34/23 35/2 35/4
35/8 35/15 36/2 38/5 38/14 38/16 38/21
38/25 39/9 39/13 39/20 41/4 41/16
41/23 42/8 47/8 54/10 62/12 64/2 64/4
64/6 64/11 65/23 66/4 66/6 66/12 67/10
68/11 74/15 74/17 74/18 83/21 85/1
85/5 86/1 86/19
receive [3] 20/8 21/2 50/18
received [12] 16/8 16/10 16/11 18/11
18/11 27/25 28/17 52/14 74/20 102/19
112/7 118/12
receiving [3] 17/1 67/10 74/16
recent [2] 98/6 98/8
recognize [1] 81/11
recognized [1] 16/12
recollection [7] 29/15 40/11 93/17
93/20 93/23 93/24 94/2
record [20] 5/15 6/3 10/6 10/17 47/13
50/8 54/4 55/8 61/5 61/5 65/1 66/2 66/5
66/11 67/2 71/23 91/2 91/5 91/8 93/14
recorded [10] 10/3 10/4 10/5 64/9
64/22 69/24 70/6 72/12 72/14 83/11
recording [6] 1/9 39/15 40/10 71/20
71/23 120/6
recordings [1] 10/10
records [1] 89/23
redact [1] 73/12
redacting [1] 73/3
redirect [5] 55/15 55/17 76/17 95/10
95/12
refer [4] 6/5 9/8 31/4 34/11
reference [7] 47/13 59/22 82/13 82/14
90/11 98/12 111/24
referenced [4] 69/6 74/8 74/23 93/3
references [2] 70/23 70/24
referencing [1] 75/3
referred [4] 4/19 31/6 45/19 80/15
referring [2] 91/1 95/5

reflected [1] 68/19
reflecting [1] 53/9
reflects [1] 52/24
refresh [1] 40/11
refused [1] 107/9
regard [2] 116/10 116/10
regarding [1] 44/11
regards [2] 97/9 118/15
regularly [1] 83/21
related [3] 71/4 75/2 96/22
relates [1] 43/20 111/8
relating [8] 8/15 8/16 24/5 60/4 85/15
97/20 102/19 110/13
relation [1] 8/6
relations [2] 64/20 64/24
relationship [10] 7/11 11/21 19/13
22/17 29/21 33/17 65/6 86/13 92/10
118/5
relationships [4] 11/20 29/25 83/20
87/10
relegated [1] 114/18
relevance [6] 32/13 38/1 38/9 49/23
94/11 95/25
relevant [7] 49/5 49/6 49/13 49/15
85/23 96/2 119/2
relief [5] 97/6 102/3 103/19 111/6 119/2
rely [1] 112/18
remainder [1] 76/16
remember [18] 10/22 27/19 29/1 29/2
32/2 34/15 35/18 36/5 37/23 39/10
39/25 40/1 43/9 43/10 43/13 54/14
59/23 59/24
remind [1] 59/7
remove [6] 77/7 91/19 106/15 107/5
107/10 107/12
removed [3] 77/15 80/8 90/11
removing [2] 90/22 107/1
rendezvous [5] 7/13 7/16 8/5 8/7 8/16
repeat [2] 31/16 58/13
repeatedly [1] 26/25
repeating [1] 46/2
rephrase [1] 86/21
reply [1] 110/11
report [1] 75/19
reporter [2] 6/11 33/9
reposted [2] 77/8 92/8
represent [1] 33/12
represented [1] 105/5
reproduce [1] 71/25
reputable [1] 92/15
reputation [1] 84/20
Reputationally [1] 96/16
request [7] 46/25 70/18 70/20 75/4
75/22 105/2 105/3
requested [4] 77/12 80/3 98/13 111/6
requesting [1] 110/7
requests [1] 92/13
require [5] 108/4 108/5 108/5 108/11
117/11
requires [2] 105/16 105/16
research [1] 102/1
reserve [1] 76/16
resolve [1] 4/20
resolved [1] 4/25
respect [1] 101/13
respectful [1] 29/24
respecting [1] 12/3
respects [1] 12/5

respond [3] 17/21 92/2 103/19
responded [1] 39/23
responding [3] 34/23 36/20 38/14
response [11] 4/21 22/18 34/3 39/12
40/8 74/21 90/23 91/20 92/5 105/8
112/17
restate [3] 63/22 79/4 81/20 90/5
restraining [1] 97/8 110/14
result [8] 7/10 21/3 70/19 92/1 95/21
95/23 96/9 113/14
retained [1] 78/21
retrieve [1] 50/5
revenge [5] 47/2 76/1 76/12 92/14
109/17
revenue [3] 9/25 10/2 96/14
reversed [1] 57/23
reviewed [2] 5/12 58/8
right [48] 7/13 10/8 14/5 14/9 18/9
18/18 20/10 25/14 31/22 32/2 35/9
36/23 40/15 58/16 60/19 65/22 66/8
71/7 71/12 81/2 81/9 85/11 86/13 86/16
89/15 89/20 92/20 92/21 92/22 93/23
94/19 98/2 101/14 101/21 101/23
102/16 104/13 109/1 113/4 114/24
115/8 115/15 115/21 115/22 115/24
116/15 118/17 119/12
rights [2] 12/2 75/23
rise [2] 103/5 119/17
risk [1] 90/21
ROBERT [1] 1/21
rodriguez [5] 2/3 2/5 120/8 120/8
120/10
Rose [32] 14/12 15/14 18/15 28/9 28/12
57/19 64/16 67/11 67/14 67/15 67/23
68/1 68/4 68/6 68/12 69/11 69/21 69/22
71/1 77/20 83/8 83/15 87/8 100/22
108/24 109/13 109/13 109/14 112/25
115/12 115/16 117/18
Rose's [1] 28/14
route [1] 20/25
routinely [1] 114/12
RPR [2] 2/3 120/8
rraskopf [1] 1/24
ruin [3] 56/4 56/5 73/22
rules [1] 63/24
ruling [1] 118/18
run [1] 36/17
running [1] 45/25

**S**

S-E-N-D [1] 48/12
safe [2] 11/15 40/23
said [35] 12/15 15/10 16/10 16/11 16/22
17/22 18/13 18/13 23/2 27/25 30/15
34/3 38/3 39/6 45/6 45/17 45/20 45/23
50/17 54/3 54/12 57/3 58/13 58/13 83/5
86/24 92/7 98/12 99/23 102/18 102/18
102/23 104/22 109/4 114/5
sake [1] 102/1
Saltman [2] 35/18 36/15
same [10] 19/17 25/19 26/17 43/12
54/25 55/1 69/6 74/14 90/1 111/8
SANCHEZ [1] 1/13
SANCHEZ-MEDINA [1] 1/13
sat [1] 40/20
save [1] 43/18
saw [4] 36/21 57/20 77/10 88/17
say [42] 6/9 8/14 21/5 22/24 24/9 24/24

**S**

**say...** [36]  24/25 32/10 33/20 35/3 40/23
  46/1 53/3 64/23 65/2 67/5 67/12 69/9
  70/4 71/19 71/24 73/10 73/25 74/3 74/5
  80/23 81/13 83/1 87/13 87/19 87/21
  88/24 100/1 100/22 100/23 112/23
  114/24 115/12 118/11 118/21 118/23
  118/24
**saying** [14]  14/13 20/10 21/10 27/7 35/8
  41/5 45/16 57/22 72/5 72/17 75/23
  86/18 98/15 117/19
**says** [9]  18/10 82/9 98/18 99/13 110/24
  113/7 113/22 114/4 116/7
**scared** [1]  60/3
**scenario** [1]  97/22
**scenarios** [1]  117/4
**schedule** [1]  20/13
**scheduled** [2]  4/22 4/23
**school** [1]  83/20
**scintilla** [1]  106/9
**scope** [1]  49/3
**screen** [6]  67/12 67/14 68/9 78/4 94/14
  109/4
**scrolled** [1]  88/17
**se** [2]  73/6 116/8
**seal** [1]  60/1
**seals** [1]  59/24
**search** [2]  45/13 70/21
**seat** [1]  4/17
**second** [5]  10/22 16/21 21/23 21/24
  69/1
**secondly** [1]  106/5
**secret** [1]  116/7
**secrets** [2]  84/16 114/4
**see** [21]  7/25 20/25 21/16 23/9 25/4
  28/10 35/5 41/21 45/18 49/11 70/21
  73/2 77/15 78/4 78/9 81/12 82/9 88/20
  103/25 110/25 115/7
**seeing** [2]  27/19 64/12
**seek** [4]  20/4 56/5 103/18 104/13
**seeking** [1]  104/21
**seem** [2]  15/17 92/2
**seemed** [3]  67/20 83/4 108/11
**seems** [6]  15/18 20/4 30/8 57/21 76/25
  117/11
**seen** [6]  11/17 55/7 55/10 55/13 69/17
  69/19
**send** [35]  10/14 11/5 13/14 13/17 13/17
  17/15 32/19 33/24 34/4 34/12 34/20
  34/24 37/13 37/25 38/18 38/22 38/24
  48/3 48/5 48/12 53/5 63/13 63/14 64/8
  67/23 68/1 70/11 71/10 72/2 72/23
  91/15 92/7 96/20 112/24 116/3
**sending** [24]  18/23 28/8 29/4 33/25
  34/6 34/8 34/15 35/2 35/13 35/18 39/10
  39/20 40/9 41/4 44/11 55/9 55/13 55/23
  73/12 74/24 75/25 93/24 94/2 111/17
**sends** [2]  52/16 115/1
**sense** [4]  40/15 80/20 93/9 110/10
**sent** [40]  13/8 13/18 13/21 13/22 14/12
  14/20 17/8 28/22 29/2 29/13 33/23
  35/17 36/3 40/1 40/7 45/24 64/12 67/18
  69/20 70/2 70/19 70/22 71/1 71/4 71/15
  72/4 72/12 72/19 73/15 74/11 75/7
  78/24 83/15 86/25 91/9 93/14 113/1
  114/21 116/13 118/10
**September** [3]  7/17 66/8 67/3
**September 6th** [1]  66/8

**serious** [2]  21/9 21/18
**seriously** [1]  82/11
**service** [1]  105/7
**session** [1]  4/3
**set** [3]  29/25 99/22 111/8
**several** [1]  91/22
**sex** [9]  29/22 44/21 52/7 67/20 73/20
  105/20 105/21 109/6 109/25
**sexting** [1]  15/22
**sexual** [40]  8/19 11/7 11/18 13/4 29/8
  31/15 31/20 33/16 34/16 60/12 62/9
  62/11 62/14 62/16 62/18 63/7 63/9
  64/11 64/20 64/23 65/5 65/10 65/11
  67/7 71/4 71/9 71/9 71/12 81/3 81/7
  81/17 81/18 82/4 82/7 83/4 86/13 91/3
  113/3 117/24 118/5
**sexual-related** [1]  71/4
**sexually** [20]  8/10 8/11 12/6 29/20 39/2
  62/21 62/24 63/1 65/7 65/17 65/23 67/2
  67/23 68/1 68/12 74/1 83/7 85/21 94/20
  113/10
**shape** [2]  82/25 98/16
**share** [11]  16/2 60/14 64/5 64/9 82/21
  86/22 87/8 87/19 95/1 105/20 113/4
**shared** [21]  16/5 31/14 31/19 31/22
  32/8 57/18 63/25 68/4 69/16 73/18
  85/21 86/17 87/25 92/22 92/23 93/9
  94/6 94/8 102/24 103/23 115/12
**shares** [1]  11/2
**sharing** [9]  10/24 57/7 83/7 83/9 83/24
  90/14 109/6 113/2 116/11
**she** [75]  5/21 15/15 15/16 15/18 15/21
  25/12 27/25 29/19 31/25 32/1 32/4 32/9
  32/10 32/15 42/6 47/14 49/6 49/18 50/4
  52/10 52/11 52/14 52/14 54/3 57/2 57/3
  57/3 57/15 62/3 62/21 63/9 63/13 66/19
  67/21 70/15 72/22 72/23 72/23 74/20
  79/25 80/2 83/18 83/19 83/19 91/17
  94/17 95/20 95/21 101/19 102/18
  102/19 103/23 104/19 105/6 105/9
  112/5 112/6 113/17 114/11 114/15
  115/15 116/13 116/16 116/16 116/18
  116/18 116/19 116/22 117/1 117/2
  117/5 117/7 118/4 118/4 118/6
**she's** [13]  32/6 49/9 49/17 49/19 55/5
  56/24 75/3 81/17 82/19 82/20 101/20
  104/21 116/12
**short** [2]  4/24 50/19
**shortly** [2]  52/15 84/25
**should** [14]  17/17 20/3 21/19 22/21
  22/22 22/25 52/17 107/14 107/19
  108/18 109/5 111/3 111/10 119/5
**show** [7]  10/21 10/25 21/20 81/10
  102/25 106/9 107/20
**showed** [2]  13/18 118/2
**shower** [1]  89/9
**showing** [5]  22/24 99/2 107/16 108/16
  108/17
**sic** [1]  94/14
**side** [2]  26/15 57/22
**similar** [2]  48/15 51/21
**simply** [1]  116/14
**since** [15]  33/9 46/7 47/7 54/16 54/22
  59/17 59/20 69/9 89/20 95/15 99/13
  100/21 105/24 106/5 118/23
**single** [4]  24/16 26/12 52/11 52/23
**sir** [11]  55/16 57/15 77/1 78/4 78/9
  78/18 81/12 82/9 82/13 93/7 94/16

**sister** [5]  16/11 16/12 16/23 18/10
**site** [7]  25/10 27/15 49/24 98/11 101/10
  109/22 109/24
**sites** [5]  91/25 92/15 98/11 100/13
  106/19
**situation** [8]  44/11 48/22 56/25 80/20
  97/18 97/19 97/20 115/8
**six** [3]  6/23 87/13 87/15
**six years** [1]  6/23
**sixish** [1]  87/13
**size** [2]  9/17 82/25
**sleep** [8]  8/25 19/23
**sleeping** [1]  19/24
**slew** [1]  95/21
**slow** [1]  79/12
**small** [1]  10/5
**smart** [1]  11/25
**smgqlaw.com** [2]  1/16 1/16
**so** [199]
**So how** [1]  116/19
**social** [11]  15/2 21/3 23/19 24/16 36/6
  42/14 51/19 51/23 54/10 59/19 59/23
  100/3
**socially** [1]  56/3
**society** [1]  24/7
**softened** [1]  25/3
**solo** [1]  87/11
**some** [30]  5/14 7/11 13/3 16/13 21/23
  21/25 33/23 34/16 39/22 40/19 55/3
  56/1 58/25 60/1 60/11 65/17 67/20
  68/17 71/25 72/16 77/17 86/9 86/9
  89/20 93/18 114/7 116/9 118/11 118/22
  119/3
**somebody** [7]  8/11 19/25 34/9 71/18
  77/20 80/6 82/18
**somebody's** [4]  55/8 71/22 112/21
  114/5
**someone** [4]  12/14 12/22 64/16 109/13
**something** [23]  10/19 14/14 17/10
  17/22 18/14 20/5 24/7 30/7 39/10 42/24
  51/16 56/7 56/14 57/24 60/2 64/9 73/14
  75/14 76/5 80/4 93/17 96/16 105/22
**sometime** [7]  41/12 42/3 66/6 91/17
  92/20 92/22 93/10
**sometimes** [2]  21/15 96/20
**somewhat** [1]  24/4
**son** [1]  96/20
**soon** [2]  62/12 118/18
**sorry** [22]  6/9 10/22 10/24 13/10 15/9
  17/22 17/25 22/14 31/16 33/11 41/24
  55/11 58/1 58/13 63/22 63/23 64/23
  71/9 79/4 81/20 89/18 104/23
**sort** [1]  118/5
**sound** [1]  66/8
**sounds** [3]  65/22 86/12 92/21
**source** [2]  92/5 10/2
**South** [1]  1/14
**SOUTHERN** [1]  1/1
**speak** [2]  60/4 72/11
**speaking** [3]  7/3 24/15 91/3
**special** [1]  98/24
**specific** [4]  55/6 93/3 93/17 93/19
**specifically** [3]  45/12 45/23 102/9
**specificity** [1]  34/13
**specifics** [2]  35/3 64/3
**speculate** [3]  86/10 88/11 93/2
**speculating** [1]  53/11
**speculation** [4]  18/3 25/11 32/12 92/24

# S

**spell** [4] 6/3 48/11 61/5 94/13
**spelled** [1] 99/18
**sphere** [1] 35/20
**spin** [1] 118/7
**spoke** [1] 16/7
**sponsor** [1] 96/11
**spread** [1] 11/12
**stage** [1] 108/19
**stages** [2] 19/22 115/8
**stale** [3] 103/14 103/20 104/19 105/3
**staleness** [2] 110/13 110/24
**stand** [1] 5/25
**standards** [2] 108/4 110/15
**start** [2] 43/11 44/4
**started** [10] 7/23 8/2 14/25 15/2 15/22
17/1 23/4 23/21 33/7 33/15
**starting** [1] 4/5
**state** [16] 4/5 6/2 16/17 20/2 25/4 30/13
31/24 31/25 32/1 32/3 32/5 37/3 61/4
108/2 108/14 108/20
**State Court** [1] 108/20
**stated** [7] 28/19 50/7 55/20 74/22 76/25
84/12 84/16
**statement** [10] 36/11 46/3 53/22 78/11
78/14 79/20 79/21 84/20 85/2 102/22
**statements** [7] 37/19 42/15 54/3 69/17
77/9 85/6 94/17
**STATES** [4] 1/1 1/10 4/2 68/20
**stating** [1] 33/23
**status** [1] 20/7
**statute** [27] 52/13 52/25 53/2 97/10
97/11 97/12 97/20 99/14 101/11 102/2
102/9 102/11 102/12 102/14 105/11
105/13 105/24 106/5 106/11 108/8
108/14 108/25 112/18 113/7 113/21
115/4 117/11
**Statutes** [3] 101/4 102/6 102/8
**stay** [3] 20/15 46/5 46/11
**step** [5] 14/15 60/20 96/25 101/12
119/6
**steps** [3] 75/11 75/13 75/21
**Steven** [21] 1/6 7/5 20/13 29/20 30/3
30/6 33/12 35/17 36/4 36/18 44/15 45/3
46/17 46/22 46/24 59/4 61/2 61/6 61/9
63/21 109/19
**Steven Bonnell's** [1] 109/19
**Steven's** [1] 22/22
**still** [19] 19/4 21/2 21/2 21/15 30/18
37/1 37/2 37/3 46/7 46/8 69/2 83/14
83/16 83/17 89/4 90/21 104/4 104/5
119/9
**stop** [6] 21/20 24/23 56/9 56/14 56/15
69/21
**story** [1] 45/9
**Strab** [1] 111/15
**Strab-Busch** [1] 111/15
**strange** [1] 94/21
**strangers** [1] 15/1
**stream** [6] 11/22 12/15 19/15 36/22
85/5 98/10
**streamed** [1] 88/25
**streamer** [1] 61/22
**streaming** [10] 9/24 10/1 31/3 84/8
84/12 84/17 84/20 85/15 90/7 116/7
**streamlined** [1] 61/1
**streams** [3] 11/18 30/22 85/11
**Streisand** [1] 75/16

**strict** [1] 91/25
**strike** [3] 7/12 33/24 36/10
**strong** [1] 80/7
**stronger** [1] 76/6
**struggle** [1] 21/15
**stuff** [21] 8/20 11/1 11/25 12/7 26/18
26/18 26/19 29/23 34/12 40/1 40/7 40/8
40/9 40/10 41/6 44/22 46/19 71/23
72/15 73/21 92/15
**stupid** [1] 11/8
**subject** [15] 21/2 69/19 80/14 91/7
98/21 100/10 100/15 100/17 100/20
100/24 101/1 106/7 107/16 107/20
111/13
**subjects** [1] 9/2
**submissions** [1] 111/23
**submit** [2] 24/13 53/8
**submitted** [3] 52/4 52/20 107/7
**submitting** [1] 46/24
**subpoena** [1] 105/7
**subscribers** [2] 9/19 96/13
**subsequent** [2] 41/5 83/12
**Substack** [25] 17/1 37/2 37/4 42/10
42/12 42/13 43/2 43/3 43/8 44/19 45/2
46/13 47/20 48/2 48/21 51/25 58/18
58/19 58/21 58/21 59/7 59/9 59/17 60/8
114/24
**substantial** [3] 103/4 113/23 116/17
**substitute** [1] 104/9
**success** [1] 99/3
**such** [3] 12/9 102/2 105/18
**sucking** [1] 35/9
**sue** [2] 106/17 106/18
**suffered** [3] 95/20 95/22 96/9
**suffering** [1] 99/8
**sufficient** [2] 113/20 116/15
**suggest** [1] 40/12
**suggested** [1] 39/6
**suggestion** [1] 65/25
**suicidal** [3] 21/15 56/10 110/9
**suicide** [3] 20/12 20/18 21/9
**suing** [4] 51/24 52/13 105/12 105/14
**suit** [2] 7/8 80/16
**Suite** [2] 1/15 1/23
**SUMBERG** [2] 1/22 4/1
**summary** [1] 98/23
**Sunset** [1] 1/18
**super** [9] 8/10 9/14 19/24 20/2 24/10
29/20 29/21 29/22 34/24
**supplemental** [2] 5/13 105/15
**support** [2] 5/12 9/15
**supposedly** [4] 54/15 69/4 91/12 91/15
**sure** [26] 11/4 14/14 19/8 20/20 24/9
32/3 32/4 32/5 32/11 33/20 38/7 39/4
39/24 40/21 40/23 43/12 55/11 56/15
72/2 78/2 79/6 81/21 83/17 99/2 99/23
117/5
**sustain** [1] 25/13 47/16 49/22
**Sustained** [1] 18/4 54/5 55/2
**Swedish** [1] 66/19
**switched** [1] 67/22
**sworn** [2] 6/16 61/10

# T

**tacked** [1] 108/2
**take** [31] 5/10 5/11 7/14 22/5 30/14 41/5
41/12 45/2 45/4 46/14 46/16 47/2 75/11
75/13 75/24 76/22 78/13 78/15 79/17

**80/24 82/11 92/11 98/15 98/18 100/7
100/17 106/23 107/14 107/14 118/17
119/6
**taken** [9] 77/12 77/13 91/10 98/19
100/3 100/14 103/25 106/14 119/9
**taking** [2] 100/9 100/12
**talk** [8] 7/21 10/22 11/19 11/22 24/4
38/19 64/17 100/17
**talked** [9] 7/23 8/8 11/13 24/7 42/10
55/5 56/3 94/5 117/20
**talking** [14] 8/2 9/17 10/18 23/9 40/20
45/6 46/7 49/4 62/13 83/21 87/25 89/5
98/10 103/15
**talks** [2] 97/14 97/14 99/9
**tanked** [1] 96/14
**tape** [4] 29/17 44/22 44/24 105/21
**tapes** [2] 105/20 109/6
**targeting** [1] 26/3
**team** [1] 46/23
**technical** [1] 73/7
**tell** [18] 5/1 10/16 15/15 19/5 19/25
22/24 24/7 24/24 41/24 50/16 58/24
76/7 79/25 80/2 83/23 89/17 97/5
107/14
**telling** [12] 15/3 24/19 38/5 38/16 41/23
42/2 59/25 64/4 64/11 81/16 82/17
82/19
**temporally** [2] 58/10 58/14
**temporarily** [2] 50/19 77/8
**temporary** [5] 97/8 99/5 101/7 110/14
118/15
**tender** [2] 95/8 95/9
**tends** [1] 62/19
**tens** [3] 44/16 44/19 96/13
**terms** [5] 91/7 91/18 91/19 93/23
105/23
**testified** [8] 6/16 61/10 74/20 78/19
101/17 106/12 112/5 113/1
**testify** [2] 91/14 99/1
**testify that** [1] 91/14
**testimony** [18] 16/16 40/3 63/18 68/18
68/21 74/16 74/17 74/19 78/18 81/5
81/6 101/14 105/9 109/18 113/16 114/3
115/19 116/22
**Texas** [3] 32/4 32/9 106/22
**text** [8] 81/10 81/13 89/10 90/25 114/21
115/1 118/3 118/9
**texted** [3] 17/14 112/24 113/9
**texting** [2] 36/2 113/18
**texts** [1] 60/11
**than** [12] 17/8 36/6 42/16 50/12 53/11
85/16 86/2 86/5 86/5 88/1 110/1 111/14
**thank** [23] 6/8 6/13 22/6 32/24 32/25
33/2 47/4 47/5 60/19 60/21 61/14 76/18
95/9 96/23 96/25 97/1 104/14 104/15
104/16 118/19 118/20 119/14 119/16
**Thanksgiving** [2] 14/18 17/4
**that** [732]
**that's** [65] 4/22 6/6 9/10 9/20 12/8 12/9
12/21 15/23 17/1 20/5 20/11 20/24 25/2
26/15 26/17 28/15 28/21 31/2 31/4 32/5
36/18 38/17 39/13 41/1 43/6 43/12
44/22 45/4 45/11 49/18 51/5 51/7 51/21
53/15 53/23 55/6 56/1 59/10 60/2 68/18
77/15 89/19 91/3 91/7 91/9 92/23 93/7
93/10 99/22 101/10 101/21 101/22
102/24 103/21 107/5 110/5 112/25
113/14 113/20 114/7 114/8 115/18

that's... [3] 117/7 119/2 119/12
their [27] 9/10 16/11 16/14 18/10 28/4 57/22 73/22 85/21 85/21 85/22 87/8 87/25 87/25 94/6 94/6 96/11 97/23 105/6 107/2 107/16 109/9 111/13 114/10 116/3 117/8 119/12 119/14
them [31] 11/17 26/4 34/4 34/21 43/18 43/19 45/19 51/6 51/13 57/21 61/23 69/16 70/1 71/5 71/15 72/19 74/24 76/1 78/13 87/18 87/19 88/5 89/23 91/9 91/9 98/15 98/18 99/7 101/19 105/7 109/7
themselves [2] 9/8 58/6
then [55] 5/15 8/2 13/24 15/3 20/6 20/22 23/23 24/23 29/16 41/11 44/12 44/24 45/9 45/10 45/13 45/17 45/22 47/9 50/16 50/22 62/18 62/19 64/5 67/21 67/22 70/5 71/22 73/2 75/24 76/13 79/14 80/14 80/15 80/17 88/17 88/18 91/18 92/3 92/13 97/4 97/5 98/5 98/9 101/8 102/8 104/3 110/24 113/22 115/2 116/12 116/16 117/6 117/8 119/8 119/9
thens [1] 44/25
theoretically [2] 117/9 119/1
theory [1] 105/14
there [94] 10/5 13/9 14/5 17/7 17/16 18/24 19/3 19/16 20/6 21/18 22/21 23/13 24/24 24/25 25/22 26/3 26/5 26/8 26/15 28/15 28/20 34/18 35/4 46/15 50/22 51/7 51/15 54/3 54/16 57/6 62/5 62/20 62/23 63/12 63/23 63/24 64/19 68/17 68/25 69/21 70/23 71/10 72/21 73/13 74/7 74/16 75/15 78/7 78/14 80/12 80/17 81/2 82/1 83/18 88/2 89/4 90/1 91/6 91/24 93/8 94/6 96/10 97/13 97/19 97/19 98/6 98/7 98/16 99/3 99/10 100/13 100/15 101/1 102/11 103/13 105/1 105/11 105/15 106/3 106/9 106/11 106/11 107/21 108/15 109/9 109/12 111/5 112/21 115/10 116/14 118/2 118/22 119/3 119/4
there's [44] 5/18 12/7 14/11 15/14 17/23 19/22 24/25 28/9 38/9 44/6 47/12 52/23 54/3 58/20 60/3 64/7 68/21 75/16 80/18 84/16 88/3 89/18 90/21 91/6 91/21 96/1 96/10 97/17 98/9 98/12 100/23 101/6 102/15 106/12 108/1 108/15 108/16 108/17 110/7 110/8 112/18 114/4 117/22 119/8
thereafter [3] 18/16 41/12 52/15
therefore [2] 112/23 114/12
Thereupon [2] 6/14 61/8
these [29] 12/17 16/13 23/22 24/9 26/14 28/18 30/3 44/23 46/4 46/8 52/16 52/16 59/2 60/1 63/24 67/5 69/25 71/25 75/19 92/12 96/18 96/20 98/13 99/7 104/10 104/20 105/19 106/18 116/11
they [67] 9/5 9/8 15/17 15/21 16/10 16/10 16/11 18/13 18/13 19/4 22/17 25/3 26/3 29/21 29/22 29/23 29/23 36/17 43/5 44/14 44/16 44/21 45/23 50/17 50/22 51/5 51/7 51/17 56/23 58/16 58/16 62/11 62/14 64/13 72/18 82/23 88/18 88/18 96/20 100/16 100/22 103/25 105/12 105/20 106/22 106/25 107/9 107/19 107/20 108/3 108/4 108/4 112/10 112/10 112/10 113/18

113/18 113/19 115/19 116/2 116/3 116/4 116/4 116/4 116/11 119/14
They run [1] 36/17
they're [19] 9/13 14/13 54/4 60/5 60/5 63/19 73/21 91/1 98/1 100/21 105/14 107/10 107/23 107/24 107/25 109/6 110/7 111/12 118/4
they've [5] 70/1 91/5 92/14 100/10 108/2
thing [12] 10/4 11/20 12/9 12/9 24/3 25/23 46/15 55/6 70/17 75/16 105/18 119/3
things [15] 8/17 12/3 12/14 12/21 23/20 24/5 24/13 42/15 45/12 46/16 60/1 66/3 84/13 114/6 116/16
think [84] 4/23 5/13 9/14 9/22 12/15 12/19 16/10 16/11 19/8 19/9 21/14 23/23 24/6 25/3 29/7 30/25 31/16 32/4 32/10 32/10 33/18 33/18 33/20 34/25 35/10 38/22 40/14 41/6 43/5 43/6 49/11 49/16 54/12 54/13 55/5 55/24 55/25 56/1 56/2 56/6 56/13 62/4 62/17 63/19 65/2 65/3 66/16 70/3 70/19 72/21 77/3 78/22 82/20 83/19 87/5 87/14 87/15 87/15 88/16 89/10 90/1 90/3 90/24 90/25 91/17 92/9 96/14 99/4 99/18 99/20 102/17 102/20 103/20 104/12 111/7 112/12 113/5 113/13 113/20 116/21 117/15 118/2 118/8 118/13
thinking [4] 35/21 52/16 56/13 83/23
thinks [2] 12/2 56/2
third [8] 53/25 54/18 54/23 69/3 81/19 82/22 83/24 113/4
this [228]
those [52] 10/10 10/12 12/3 12/8 12/20 16/11 16/24 18/14 22/25 23/24 28/23 34/14 36/22 44/12 44/13 44/14 46/2 46/25 47/3 53/6 58/8 63/12 64/1 64/3 64/9 69/1 69/3 69/7 70/2 70/5 74/13 75/5 76/2 77/3 77/13 80/4 87/7 87/10 87/17 87/18 87/23 88/8 88/22 88/25 89/20 91/1 91/25 100/14 106/19 110/2 115/16 115/16
though [11] 21/11 30/25 45/8 66/17 70/9 78/25 83/14 90/12 98/5 100/15 117/6
thought [16] 11/11 11/11 11/14 14/12 25/1 28/20 29/18 30/7 39/6 40/9 45/11 45/12 60/6 72/16 114/15 118/11
thoughts [1] 21/15
thousands [10] 21/8 21/10 21/17 44/17 44/19 44/20 44/25 46/9 96/13 115/6
thread [2] 26/4 26/8
threads [1] 26/3
three [7] 18/14 59/3 83/1 87/16 87/17 87/23 96/15
three months [1] 18/14
three years [1] 83/1
threshold [1] 107/16
through [15] 20/25 23/2 28/1 29/3 38/18 60/11 67/17 70/21 73/14 80/13 90/7 90/24 108/22 111/15 113/8
throughout [1] 63/17
TikTok [1] 9/23
time [80] 5/3 5/24 8/17 10/19 11/9 11/21 12/4 12/10 14/5 15/21 16/20 18/18 19/24 20/3 20/11 23/4 23/15 25/16 25/18 26/21 28/20 28/24 31/6

32/8 32/17 32/24 37/23 38/17 43/6 43/10 45/23 50/19 57/23 58/19 60/13 60/18 62/20 62/23 63/23 65/8 66/15 67/19 68/7 69/5 69/6 70/25 71/1 71/20 72/4 72/24 73/5 73/17 76/16 79/18 82/1 83/2 83/2 83/14 84/10 84/25 86/9 89/7 89/12 98/6 98/8 99/7 101/12 101/16 103/6 103/22 104/6 105/13 112/20 115/23 116/11 117/12 118/1 118/5 118/10 119/6
timeframe [2] 110/15 111/9
timeline [2] 53/4 58/10
timeline-wise [1] 53/4
times [3] 56/8 58/14 83/18
timestamp [1] 69/4
today [10] 49/4 68/18 74/19 75/10 78/18 84/20 105/8 105/25 109/18 112/5
today's [1] 80/23
together [8] 36/17 39/11 39/22 40/6 40/9 41/6 65/24 66/2
told [17] 8/17 10/13 10/23 19/3 20/6 22/23 22/23 24/22 25/1 28/16 41/17 46/18 51/13 55/8 59/2 80/11 104/1
tomorrow [2] 35/1 38/19
ton [2] 77/10 96/18
too [3] 47/9 51/15 51/19
took [4] 4/19 15/20 18/6 28/13 33/23 38/10 44/15 68/23 75/21 83/19 84/1 98/9 100/22 106/2 110/18 110/19
tool [1] 76/6
top [5] 32/4 44/18 45/13 78/6 86/1
topic [2] 12/18 25/7 39/15
topics [3] 12/17 23/22 62/17
TORRES [3] 1/2 1/10 4/3
totally [1] 82/10
traction [3] 26/25 46/2 58/22
trade [3] 72/15 74/1 74/7
traded [1] 74/8
trans [1] 23/16
TRANSCRIBED [2] 1/9 2/3
Transcriber [2] 2/3 120/9
transcription [1] 120/5
transferred [3] 7/24 23/5 23/17
transmission [11] 52/24 53/9 53/24 55/7 55/8 68/19 68/22 93/8 100/22 108/17 110/4
transmit [1] 93/5
transmitted [12] 52/5 52/12 53/12 54/18 54/23 68/12 69/11 93/4 93/12 95/15 105/13 106/10
transmitting [3] 14/16 82/5 93/17
transpired [1] 90/21
traveling [1] 97/10
trial [2] 98/23 99/1
tried [4] 20/6 88/18 92/3 92/4
tries [3] 56/6 56/7 118/7
TRO [4] 104/17 104/18 104/19 105/3
trouble [1] 19/23
true [9] 21/12 36/11 41/8 43/6 83/4 83/6 115/15 116/12 116/14
trust [5] 11/11 82/10 82/12 112/21 117/8
trusted [1] 11/5
trusts [1] 118/6
truth [4] 16/19 45/6 58/24 59/3
try [8] 9/14 20/4 20/23 20/24 23/8 37/14 45/10 106/15
trying [13] 26/11 37/3 37/5 40/14 47/1

**T**

79/13 117/23

**trying... [8]** 49/10 49/20 56/4 56/5 73/11
80/6 98/21 100/21
**turn [5]** 5/1 62/9 62/11 97/4 101/8
**turned [4]** 33/16 62/14 62/16 65/2
**Twenty [1]** 87/9
**Twenty-four [1]** 87/9
**Twitch [1]** 62/3
**Twitter [5]** 19/3 27/10 44/21 51/21
67/18
**two [20]** 18/13 22/21 22/25 44/4 45/12
46/6 46/7 52/6 58/25 66/13 67/7 76/2
91/9 91/21 96/15 102/24 105/19 110/15
117/3 117/10
**two months [3]** 46/6 46/7 102/24
**type [4]** 16/18 102/11 112/8 118/11
**typically [2]** 71/22 80/18

**U**

**ultimately [3]** 49/13 58/11 98/22
**Um [1]** 18/2
**unacceptable [1]** 59/5
**uncomfortable [5]** 70/3 71/22 73/12
80/13 81/25
**uncover [1]** 76/9
**under [25]** 10/1 15/2 24/13 24/14 30/10
50/15 50/25 52/13 55/22 90/10 97/10
97/16 97/20 101/11 102/8 102/17
102/20 104/10 104/12 105/12 105/14
112/9 113/20 118/13 118/18
**understand [8]** 47/15 47/23 64/23
68/17 81/14 88/4 93/21 114/22
**understanding [10]** 15/20 27/1 29/19
30/1 30/9 63/15 63/18 72/25 77/7 81/22
**understands [1]** 118/6
**unfortunately [8]** 14/11 16/13 75/14
79/12 87/5 88/12 92/2 92/16
**unintelligible [1]** 21/21
**unique [1]** 87/15
**UNITED [4]** 1/1 1/10 4/2 68/20
**United States [2]** 4/2 68/20
**universities [2]** 7/24 23/5
**university [5]** 23/7 23/14 23/17 23/18
24/8
**unless [1]** 55/25
**unmask [1]** 76/9
**unquote [2]** 109/20 114/11
**until [7]** 35/1 53/5 98/8 100/3 100/24
103/19 110/21
**up [27]** 7/20 8/5 12/17 12/19 14/15
17/11 26/9 39/14 43/7 45/13 47/7 60/12
64/7 65/16 73/3 75/17 82/2 82/4 82/7
82/15 82/18 82/20 83/3 88/17 110/1
118/3 119/9
**upcoming [1]** 8/7
**upload [2]** 28/2 91/25
**uploaded [4]** 17/5 28/20 31/10 98/8
**uploading [2]** 22/11 25/22
**upon [2]** 90/20 103/15
**upset [1]** 109/11
**URLs [1]** 107/7
**us [11]** 5/4 5/19 7/6 34/12 52/21 60/2
67/7 82/15 90/16 102/15 109/8
**use [9]** 31/4 40/15 50/5 51/2 51/11 60/8
60/9 79/11 95/1
**used [2]** 54/13 79/7
**useful [1]** 5/14
**using [7]** 28/18 50/3 50/4 75/22 78/24

79/13 117/23
**usually [4]** 26/5 72/4 72/5 73/20

**V**

**vague [2]** 18/20 57/13
**values [1]** 12/8
**variety [1]** 58/20
**various [1]** 19/22
**varying [1]** 71/21
**verdict [1]** 98/24
**verified [1]** 15/19
**verify [2]** 34/13 58/2
**version [1]** 48/22
**versus [3]** 99/12 104/11 110/16
**very [25]** 5/24 6/8 8/2 8/10 11/4 11/8
12/6 20/18 21/6 23/5 29/24 30/8 32/24
36/5 60/6 71/8 71/22 75/15 82/10 82/12
91/24 95/11 98/17 99/23 112/11
**via [2]** 38/25 99/13
**vicious [1]** 8/23
**victim [1]** 109/17
**victims [2]** 44/16 45/4
**video [173]**
**videos [98]** 10/5 24/2 30/14 30/18 33/23
34/12 34/20 35/1 35/17 36/3 37/25
38/22 38/24 39/11 39/22 40/6 41/5
42/17 44/13 44/14 44/18 44/25 46/1
46/3 46/9 52/14 52/16 58/11 58/14
58/22 61/23 62/21 62/24 63/1 63/6 63/9
63/13 63/13 63/14 63/24 64/5 64/8
64/10 64/12 65/17 65/17 65/24 67/5
67/23 68/1 68/4 69/18 69/24 71/4 71/9
71/11 71/13 72/12 72/14 72/19 72/19
74/11 74/13 75/2 77/8 77/8 77/13 80/24
82/21 85/21 85/21 87/3 87/4 87/8 87/12
87/13 87/13 87/18 87/25 88/8 88/10
88/22 89/1 90/22 91/1 91/9 91/10 91/16
94/2 94/6 94/20 96/18 96/21 99/7
104/20 110/2 112/11 116/11
**viewed [1]** 25/9
**views [6]** 25/17 27/7 44/17 44/25 46/9
110/1
**violate [1]** 112/20
**violated [1]** 117/8
**virtue [1]** 85/14
**vis [4]** 98/23 98/23 112/13 112/13
**visible [1]** 84/5 84/10
**visual [1]** 111/3
**voluntarily [1]** 106/25

**W**

**wait [3]** 31/16 35/1 64/22
**waiting [1]** 19/25
**wall [1]** 117/18
**want [35]** 8/18 8/19 8/24 9/2 11/7 24/17
26/11 26/24 28/10 34/11 34/24 35/5
37/25 39/11 39/22 39/24 40/8 40/19
41/5 43/11 44/2 50/21 55/6 60/22 65/2
70/12 75/19 77/1 86/9 87/13 110/11
116/2 116/4 118/4 119/11
**wanted [9]** 8/17 8/25 34/21 59/1 59/3
59/4 59/5 75/10 118/24
**wanting [2]** 10/21 98/15
**wants [3]** 98/18 107/11 118/11
**warrant [1]** 101/6
**wary [1]** 20/15
**was [341]**
**wasn't [14]** 10/4 21/18 21/21 36/11

36/12 50/24 51/18 55/1 71/7 98/8
98/23 100/22 110/2 111/22
**watch [1]** 20/18
**watched [1]** 69/23
**watching [3]** 38/6 62/21 62/24
**water [7]** 21/23 21/25 40/16 40/17
40/17 40/19 40/20
**water's [1]** 40/18
**way [23]** 8/1 12/7 23/8 24/21 29/19
38/14 40/14 40/22 46/1 57/21 58/25
60/14 61/1 69/1 69/3 69/5 74/7 75/15
82/25 97/13 98/16 98/17 108/7
**ways [4]** 28/23 68/25 73/13 118/14
**we [99]** 5/4 5/5 5/7 5/10 5/10 5/10 5/24
6/5 7/1 8/8 8/8 8/12 8/12 9/1 9/1 10/13
10/18 11/6 11/7 11/13 15/24 19/14
19/16 19/17 19/17 33/9 38/19 41/5 58/2
59/24 60/25 62/3 62/4 65/3 65/7 65/10
65/11 66/12 66/13 66/16 67/22 69/23
70/6 71/19 71/22 72/11 72/15 74/25
75/1 79/19 80/15 81/6 81/8 82/4 82/7
82/18 83/3 83/10 83/11 83/17 83/20
90/24 93/12 94/5 98/19 98/24 99/1 99/2
99/18 100/8 100/13 100/14 100/23
101/3 101/4 101/8 101/11 102/22
102/25 103/4 103/9 104/13 105/8 105/9
107/7 107/12 108/10 109/14 109/18
110/8 111/16 111/24 113/15 114/3
114/7 115/19 115/21 115/25 119/5
**we'll [7]** 11/3 14/15 21/25 51/17 58/17
61/2 95/9
**we're [11]** 4/15 7/3 9/17 49/4 59/25 67/6
72/25 97/10 99/21 115/18 118/22
**we've [10]** 30/9 32/5 82/3 97/5 98/13
98/14 99/4 103/4 103/13 119/13
**wealthy [1]** 56/18
**website [21]** 14/22 14/23 19/6 25/24
26/7 26/24 27/6 27/8 50/16 51/13 69/8
76/12 77/11 92/3 92/3 92/5 92/8 106/4
107/4 108/22 109/19
**websites [8]** 45/23 46/23 47/1 75/22
91/23 92/1 106/18 108/6
**week [1]** 92/9
**weighs [1]** 111/4
**weight [1]** 112/9
**well [51]** 5/24 6/8 8/14 8/17 9/17 9/19
9/23 10/13 13/7 16/9 16/19 22/16 28/6
39/8 40/23 41/20 47/1 47/3 64/6 71/8
72/1 76/9 79/21 82/9 82/16 82/17 84/5
85/13 86/19 93/16 95/20 99/18 99/21
99/25 100/14 100/20 101/5 101/5 102/7
102/8 104/13 109/22 112/5 112/24
113/7 114/1 114/10 114/25 115/10
117/20 118/11
**went [8]** 23/16 24/22 25/2 31/2 60/11
74/24 80/13 86/24
**were [90]** 4/1 10/4 10/5 10/5 10/12
10/18 11/7 19/14 19/17 19/17 20/19
22/25 23/14 23/24 25/21 29/20 29/21
29/22 29/24 29/24 31/15 40/5 44/14 44/16
44/20 44/21 44/25 45/6 45/8 45/9 45/13
45/23 46/1 46/2 51/11 51/17 56/17
57/21 57/23 58/11 58/14 58/16 58/16
58/21 58/22 58/23 59/24 62/23 63/13
66/15 66/16 69/24 70/23 72/9 75/2
75/21 76/3 77/18 80/12 80/13 80/16
81/4 82/1 83/14 83/15 83/17 83/18 87/3
87/4 87/11 87/24 89/17 90/24 91/24

## W

**were... [17]** 94/2 98/17 99/16 100/13 100/13 102/5 108/20 110/3 111/16 112/16 113/18 113/18 113/19 115/19 116/12 116/25 118/25
**weren't [3]** 51/2 73/16 83/20
**West [1]** 1/19
**Westlaw [1]** 99/12
**what [121]**
**what's [6]** 17/15 42/9 48/2 55/3 90/23 91/20
**whatever [9]** 15/21 26/14 29/5 31/11 35/12 47/5 85/3 116/2 116/4
**whatsoever [4]** 54/17 105/10 115/11 117/23
**when [102]** 4/22 5/21 5/21 5/23 7/3 7/21 8/14 9/17 10/13 10/23 13/13 14/9 14/12 14/15 15/8 15/11 16/21 17/1 17/12 18/6 19/7 19/22 20/24 23/11 25/21 26/17 27/15 28/24 29/6 29/7 31/2 31/8 33/7 33/15 34/5 36/18 37/3 37/4 37/23 38/7 39/21 40/1 41/5 41/24 41/25 43/7 43/13 46/23 49/9 49/12 50/2 50/19 50/20 51/5 51/5 51/7 51/13 52/14 57/18 59/7 59/10 59/10 59/12 59/22 59/24 60/8 62/14 62/20 62/23 63/23 64/23 65/3 66/4 67/5 67/12 69/3 71/17 73/15 74/23 75/1 79/25 80/2 82/1 83/6 83/10 88/24 89/7 89/17 91/12 91/13 91/13 91/15 91/22 93/4 93/11 97/21 103/8 103/15 103/16 106/3 111/10 113/2
**whenever [2]** 31/5 113/25
**where [35]** 6/24 7/13 12/4 12/17 19/3 26/16 27/9 28/8 32/6 35/16 35/21 42/10 42/14 46/15 52/9 54/17 54/17 64/7 66/10 66/12 73/11 82/9 83/18 91/2 94/24 97/18 99/6 101/10 105/5 105/8 105/20 107/21 108/2 108/7 118/3
**whereby [1]** 75/16
**wherein [1]** 90/13
**whether [15]** 9/24 16/1 25/17 38/24 40/24 55/20 57/6 68/18 69/17 73/14 82/14 82/17 102/19 103/14 111/17
**which [15]** 48/22 49/14 50/8 52/13 75/23 91/10 92/6 98/21 101/6 102/6 102/9 103/5 111/14 111/24 112/16
**while [3]** 84/9 84/20 100/5
**who [53]** 7/3 9/13 9/13 13/16 15/14 15/15 15/16 15/20 16/10 16/22 18/10 22/19 22/22 22/25 23/9 26/11 28/12 28/13 29/11 30/2 34/10 36/13 36/16 37/13 44/12 46/18 52/16 60/3 61/16 63/13 63/13 63/24 67/14 67/18 67/19 67/20 68/6 69/7 74/7 76/10 82/2 82/2 82/23 82/24 84/3 88/10 91/25 93/2 109/14 109/16 113/17 114/3 114/12
**who've [2]** 72/13 72/13
**whoever [1]** 88/14
**whole [4]** 15/1 38/17 44/22 45/4
**whose [1]** 65/23
**why [25]** 4/22 5/10 5/10 8/21 10/17 32/5 45/4 45/11 55/21 56/10 58/18 58/20 60/2 72/8 72/8 76/3 77/6 81/24 99/22 106/17 106/17 106/25 107/21 110/8 115/5
**wife [9]** 22/23 29/12 29/13 34/20 66/17 66/18 69/23 70/5 70/8
**will [18]** 6/11 11/11 12/25 18/2 21/5

46/5 47/9 47/23 71/20 76/16 84/21 99/1 108/25 114/2 117/21 118/17 119/2 119/6
**win [1]** 99/2
**wise [1]** 53/4
**wish [6]** 5/2 5/19 15/15 15/15 77/17 77/19
**withdraw [1]** 47/17
**within [4]** 94/22 97/11 104/3 104/13
**without [23]** 4/20 14/6 16/3 16/6 26/13 28/4 28/18 29/25 31/23 31/23 55/24 76/1 78/22 85/21 87/25 94/6 94/8 103/23 104/7 113/4 114/5 115/3 116/1
**witness [4]** 53/10 63/16 95/8 95/9
**witnesses [4]** 5/2 69/15 69/25 97/2
**woman [3]** 67/11 67/12 74/16
**women [6]** 12/3 12/5 28/16 56/15 59/5 60/3
**women's [1]** 12/2
**won't [3]** 38/18 71/22 72/11
**word [2]** 54/13 54/14
**words [6]** 37/17 45/18 71/12 82/12 97/23 115/4
**work [6]** 20/22 29/25 67/20 80/19 80/19 86/7
**worker [1]** 73/20
**working [1]** 75/25
**world [6]** 43/2 53/25 64/7 84/17 86/7 116/8
**worries [1]** 38/19
**worry [2]** 11/3 82/9
**worse [1]** 47/10
**worst [4]** 12/14 12/21 84/13 114/6
**would [103]** 5/4 5/5 5/7 5/14 5/25 9/1 9/1 10/17 11/15 11/22 12/17 12/18 13/16 13/16 17/10 20/1 20/14 21/12 21/23 22/3 24/4 24/4 24/4 24/9 28/2 34/11 35/10 37/13 37/14 39/22 42/15 42/24 45/10 50/7 50/17 51/1 51/14 51/24 53/5 56/11 58/2 60/14 60/24 62/15 64/1 64/2 64/6 64/7 64/12 64/14 66/8 66/9 68/14 69/3 69/6 69/24 71/5 71/19 71/24 72/1 72/14 73/7 73/10 73/12 73/22 73/25 74/3 74/5 74/10 76/5 77/7 77/15 78/22 80/1 80/1 80/23 81/7 82/17 83/10 84/15 87/19 87/21 92/22 93/10 95/1 98/22 98/25 99/24 99/25 100/1 100/6 100/13 101/6 102/5 102/20 103/5 105/9 114/23 115/5 115/17 116/16 119/1 119/7
**wouldn't [7]** 11/5 17/11 24/7 56/23 72/24 74/6 115/14
**wound [1]** 110/1
**write [2]** 99/24 99/25
**writing [2]** 43/11 90/13
**writings [1]** 42/18
**written [2]** 69/5 88/25
**wrong [3]** 23/24 37/7 112/25
**wrote [2]** 34/4 54/15

## Y

**yeah [74]** 7/7 8/8 9/14 10/1 10/7 10/11 10/15 15/5 15/23 17/7 18/8 19/14 19/15 19/17 21/18 21/24 22/9 22/12 23/21 24/9 24/17 24/21 25/1 25/4 27/13 28/13 28/13 28/23 30/10 30/15 30/16 31/25 32/4 37/1 38/6 38/12 39/24 40/1 40/2 40/10 40/25 41/20 42/4 47/11 48/9 50/5

52/1 52/14 57/10 64/18 65/16 65/19 66/9 66/24 69/19 70/2 71/8 71/8 71/4 72/18 73/1 73/10 73/10 75/5 75/9 80/12 81/8 81/24 92/21 93/22 96/7 96/21 100/17 108/9
**year [5]** 7/18 15/19 35/15 54/11 102/14
**years [5]** 6/23 62/4 64/2 83/1 91/22
**Yep [1]** 66/21
**yes [119]** 6/6 6/21 7/9 7/12 9/12 13/23 13/25 14/4 14/8 15/9 15/11 16/4 17/19 18/2 18/17 19/11 26/22 27/17 30/23 31/16 31/18 31/21 34/3 34/17 34/22 35/3 36/7 36/8 36/9 36/10 37/11 39/1 41/13 42/11 42/19 42/19 42/22 42/25 44/2 45/20 46/22 48/16 48/20 48/24 50/11 50/12 50/13 50/14 51/20 51/22 52/1 52/3 53/20 55/16 58/7 58/9 58/12 58/13 58/17 59/15 59/21 62/1 62/7 62/10 62/22 62/25 63/8 63/11 63/23 64/18 65/19 66/3 67/4 67/9 67/12 67/13 67/25 68/3 68/6 68/21 70/13 71/12 71/16 72/7 74/18 76/24 77/24 78/19 79/11 81/13 81/14 84/6 84/11 84/18 85/13 85/16 85/24 86/18 87/20 87/21 87/22 89/4 89/6 89/14 89/19 89/22 90/4 90/6 90/9 90/17 92/18 94/4 94/18 94/23 95/6 96/7 98/7 107/25 117/15
**yes-or-no [1]** 50/13
**yet [1]** 79/19 79/23 98/17
**York [5]** 76/4 76/7 78/25 80/15 80/18
**you [618]**
**you'd [2]** 35/5 88/11
**you're [18]** 9/21 23/24 26/12 33/24 36/20 40/23 61/23 69/14 72/5 72/17 73/9 76/21 76/21 77/16 85/14 86/16 90/21 95/5
**you've [7]** 70/19 82/10 82/11 85/2 89/20 96/8 105/24
**your [198]**
**Your Honor [65]** 4/7 4/10 5/3 5/3 5/8 5/17 5/24 6/4 12/23 16/15 22/3 25/19 27/2 32/24 34/18 36/25 38/9 44/6 47/5 47/14 49/17 54/2 54/19 54/24 55/14 56/23 76/15 76/16 78/21 85/18 88/3 95/7 95/9 95/11 95/25 96/23 97/3 97/7 97/21 98/7 100/8 102/7 102/13 103/9 104/12 104/16 110/12 111/7 111/19 111/22 112/2 112/6 112/12 112/20 113/13 113/25 115/10 117/15 117/19 118/1 118/3 118/14 118/19 118/20 119/15
**yours [1]** 79/8
**yourself [7]** 23/3 33/10 45/19 55/7 63/6 68/2 69/20
**YouTube [9]** 9/19 9/22 44/13 44/14 44/18 44/25 61/23 90/11 96/13

## Z

**zone [2]** 69/5 69/6
**zoom [1]** 78/6