UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Miami Division

**JANE DOE**,                                                                Case No: 1:25-cv-20757-JB/Torres

    Plaintiff,

vs.

**STEVEN K. BONNELL II**,

    Defendant.

_____/

### STIPULATION BETWEEN PLAINTIFF AND NONPARTY LOLCOW, LLC REGARDING LIMITED SUBMISSION TO JURISDICTION FOR PURPOSES OF COMPLYING WITH PROPOSED COURT ORDER

**TO THE HONORABLE COURT:**

    Plaintiff, Jane Doe, is a party to the above-captioned matter pending before this Court. Nonparty Lolcow, LLC ("Nonparty") is the company which owns and manages the Kiwi Farms, an Internet forum available at <https://kiwifarms.st>, and is not a party to the litigation. Plaintiff has submitted a proposed court order titled "[Proposed] Order Granting Plaintiff's Motion to Compel Lolcow, LLC to Remove Videos of Jane Doe "(the "Proposed Order") [ECF No. 80-1] that requires certain compliance by Nonparty.

    **WHEREAS** Plaintiff has requested that Nonparty acknowledge and agree to the Court's jurisdiction for the limited purpose of complying with the Proposed Order, and Nonparty has agreed to voluntarily submit to this limited jurisdiction under the terms stated herein;

1

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff and Nonparty (together, the "Parties"), subject to this Court's approval, as follows:

### I.    LIMITED SUBMISSION TO JURISDICTION

Nonparty Lolcow, LLC expressly acknowledges and agrees to submit to the jurisdiction of this Court solely and exclusively for the purpose of complying with the Proposed Order attached hereto as Exhibit A.

Nonparty's submission to the jurisdiction of this Court is strictly limited in scope to the enforcement, compliance, and resolution of any disputes arising under the Proposed Order.

This Stipulation does not constitute a waiver by Nonparty of any arguments relating to personal jurisdiction, venue objections, or other legal defenses in any unrelated matter or proceeding, nor does it create, establish, or imply any ongoing or general obligation to appear before this Court beyond the limited purposes described above. Nor will this stipulation be construed in any way which would imply that Lolcow, LLC is or should be joined to this action pursuant to Fed. R. Civ. P. 19.

### II.    SCOPE OF SUBMISSION

Nonparty acknowledges receipt of the Proposed Order (Exhibit A) and agrees to comply fully with its enforceable terms, including but not limited to:

(a) Removing the content hosted at the enumerated URLs from the Kiwi Farms website.

The Parties respectfully request that this Court approve and enter this Stipulation. The Parties further request that this Court retain jurisdiction over the enforcement of this Stipulation and the Proposed Order for the duration of its application, subject to further order from this Court. This Stipulation is entered pursuant to and governed by Federal Rule of Civil Procedure 45 and any other applicable procedural rules governing nonparty compliance with court orders.

Nonparty confirms that it has reviewed the terms of the Proposed Order and this Stipulation and acknowledges a reasonable understanding of its obligations; Nonparty acknowledges that it is entering into this Stipulation voluntarily and without coercion.

*/s/ Joshua Moon*

Joshua Moon Member
Lolcow, LLC
Signed June 6th, 2025

Dated: June 6, 2025.

| JSP LAW, LLC | SANCHEZ-MEDINA GONZALEZ QUESADA |
|---|---|
| Joan Schlump Peters | **LAGE GOMEZ & MACHADO, LLP** |
| (admitted *pro hac vice*) | CARLOS A. GARCIA PEREZ |
| 4819 W. Blvd. Ct. | Florida Bar No. 106895 |
| Naples, FL 34103 | GUSTAVO D. LAGE |
| Tel. 305-299-4759 | Florida Bar No. 972551 |
| Email: petersjoan@bellsouth.net | 201 Alhambra Circle, Suite 1205 |
| Counsel for Plaintiff JANE DOE | Coral Gables, Florida, 33134 |
| | Tel.: (305) 377-1000 |
| | Primary E-Mail: cgarciaperez@smgqlaw.com |
| | Primary E-Mail: glage@smgqlaw.com |
| | Counsels for Plaintiff |

By:_____
    CARLOS A. GARCIA PEREZ
    Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on June 6, 2025 a true and correct copy of the foregoing was served on all parties via the CM/ECF filing portal to all counsel of record.

By: _____
        CARLOS A. GARCIA PEREZ
        Attorney for Plaintiff