# Exhibit A

6:52

Post

Pxie ✓
@pxielovee

Follow

Also please help and donate if you can to help keep this case going. Every dollar counts.



Suing Destiny Steven Kenneth Bonnell II

From givesendgo.com

11:28 AM · 5/19/25 · **14K** Views

💬 6     🔁 9     ♥ 151     🔖 2     ⬆

**Most relevant replies** ⌄

z @ztarduzt1 · 5/19/25
The grift is so pathetic. At least it's only mentally ill losers who throwing their money in the trash.

💬     🔁     ♥ 13     📊 247     🔖     ⬆