# Exhibit B

6:52

Post

**Pxie** ✓
@pxielovee

Follow

COURT UPDATE: Good news, despite opposition from Destiny's council, the court has granted us the ability to keep witnesses identity under seal.

If you have any information regarding the case, we can file to keep your name out of public and protected by the court.

11:28 AM · 5/19/25 · **77K** Views

💬 34  🔁 98  ♥ 2.1K  🔖 52  ⬆️

**Most relevant replies** ⌄

**Pxie** ✓ @pxielovee · 5/19/25
Please don't hesitate to contact me if you believe you might be a witness or another victim.

💬 8  🔁 7  ♥ 198  📊 15K  🔖  ⬆️

**Pxie** ✓ @pxielovee · 5/19/25
Also please help and donate if you can to help keep this case going. Every dollar counts.

Post your reply