# Exhibit C

← Post



**Pxie** ✓
@pxielovee



This is literally playing into the humiliation/defamation/public harassment campaign that's being used to scare other victims into silence.

4:00 PM · Jun 9, 2025 · **37.4K** Views

    13    159    4