# Exhibit D

**Pxie** @pxietovee · May 20

I have not lied about anything. The emails you have posted further illustrate my point.

I suggest you re-read the objection your legal counsel filed.

Your legal team asked to file unredacted versions before the seal was granted, *or* strike them from the record.

If this was truly a civil rights problem, why even suggest withdrawing/striking from the record? Wouldn't the demand only be to know of the identities?