UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Miami Division

**JANE DOE**,

    Plaintiff,

vs.

**STEVEN K. BONNELL II**,

    Defendant.
_____/

Case No: 1:25-cv-20757-JB/Torres

**NOTICE OF CHANGE OF ADDRESS**
**FOR JOAN SCHLUMP PETERS**

    **PLEASE TAKE NOTICE** that the mailing address for attorney Joan Schlump Peters, who was granted permission to appear Pro Hac Vice [ECF 13], has changed. Please forward all future pleadings, notices, correspondence, etc. to Joan Schlump Peters at the below address:

Joan Schlump Peters
JSP LAW, LLC
838 Neapolitan Way, #91
Naples, FL 34103
petersjoan@bellsouth.net
(305)299-4759

Dated: June 20, 2025.

| | |
|---|---|
| **JSP LAW, LLC** | **SANCHEZ-MEDINA GONZALEZ QUESADA LAGE GOMEZ & MACHADO, LLP** |
| Joan Schlump Peters | CARLOS A. GARCIA PEREZ / Fla Bar 106895 |
| (admitted *pro hac vice*) | GUSTAVO D. LAGE / Fla Bar 972551 |
| 838 Neapolitan Way, #91 | 201 Alhambra Circle, Suite 1205 |
| Naples, FL 34103 | Coral Gables, Florida, 33134 |
| Tel. 305-299-4759 | Tel. (305) 377-1000 |
| Email: petersjoan@bellsouth.net | Primary E-Mail: cgarciaperez@smgqlaw.com |
| Counsel for Plaintiff JANE DOE | Primary E-Mail: glage@smgqlaw.com |
| | Counsels for Plaintiff JANE DOE |

By:_____

1

2

CARLOS A. GARCIA PEREZ

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 20, 2025 a true and correct copy of the foregoing was served on all parties via the CM/ECF filing portal to all counsel of record.

By: _____
        CARLOS A. GARCIA PEREZ
        Attorney for Plaintiff