UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-cv-20757-JB

JANE DOE,

      Plaintiff,

v.

STEVEN K. BONNELL, II

      Defendant,

_____/

**ORDER REFERRING MOTION TO MAGISTRATE JUDGE**

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. Pursuant to 28 U.S.C. § 636(b), Federal Rules of Civil Procedure 72, and the Magistrate Rules of the Local Rules of the Southern District of Florida, it is hereby **ORDERED AND ADJUDGED** that all matters relating to Plaintiff's Motion for Leave to File Amended Complaint, ECF No. [107], are **REFERRED** to United States Magistrate Judge Edwin G. Torres to take all necessary and proper action as required by law.

It shall be the responsibility of the parties in this case to note the name of Magistrate Judge Torres on all filings and submissions pertaining to the Motion.

**DONE AND ORDERED** in Miami, Florida, this 9th day of July, 2025.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE