**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
(MIAMI DIVISION)

**JANE DOE,**

CASE NO: 1:25-cv-20757-JB/Torres

Plaintiff,

v.

**STEVEN K. BONNELL II,**

Defendant.
_____/

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL UNREDACTED VERSION OF MOTION FOR ORDER TO SHOW CAUSE**

This matter is before the Court on Plaintiff Jane Doe's Motion for Leave to File Under Seal Unredacted Version of Motion for Order to Show Cause Why Defendant Should Not Be Held in Contempt and Request for Sanctions and Injunctive Relief. [Dkt. No. 113] ( "Motion for Leave"). The Court has considered the record, as well as the facts and arguments in support of the Motion for Leave, and finding good cause shown, it is hereby

**ORDERED and ADJUDGED** that the Motion is GRANTED. The Clerk of Courts is hereby directed to maintain the Plaintiff's Motion for Order to Show Cause Why Defendant Should Not Be Held in Contempt and Request for Sanctions and Injunctive Relief under seal for the duration of the litigation, including any appeals.

**DONE AND ORDERED** in Miami, Florida on _____, 2025.

_____
HONORABLE JACQUELINE BECERRA
U.S. DISTRICT COURT JUDGE

cc. Counsel of record