# EXHIBIT A

| | |
|---|---|
| **Subject:** | Bonnell's violation of court order |
| **Date:** | Monday, August 18, 2025 at 10:09:05 AM Pacific Daylight Time |
| **From:** | petersjoan |
| **To:** | Andrew Brettler, Jake Camara, Robert "Bob" L. Raskopf, Patricia M. Patino, Kai Alblinger, Joel Sichel |
| **CC:** | Carlos Garcia Perez, Gustavo D. Lage |

Dear Counsel:

It was recently brought to our attention that Mr. Bonnell read aloud from the sealed preliminary injunction hearing transcript in his August 12th livestream. He also showed the sealed transcript to his fellow streamer so that she could read it. He then posted the livestream video on YouTube whereas of August 15th it had almost 4k views. Accordingly, Mr. Bonnell has knowingly, willfully and in bad faith violated the Court's sealing order.

We also just became aware that sometime after August 15, Mr. Bonnell deleted that portion of the video where he read the transcript aloud. However, this does not in any way cure the violation given that the video has already amassed thousands of views and the harm to Plaintiff had thus already occurred.

Pursuant to the Local Rules, which require counsel to meet and confer to attempt to resolve issues, we are contacting you about Defendant's flagrant violation in an effort to craft an appropriate remedy. If we are unable to resolve this matter, we anticipate filing a motion requesting the Court enter an Order: i) holding Defendant in contempt of Court; ii) ordering Defendant to cease and desist from further violations of the sealing order; iii) ordering Defendant to pay Plaintiff's legal fees incurred due to his violation of the sealing order; and iv) requesting appropriate sanctions, including a monetary fine payable to the Court in an amount no less than $10,000.00.

Please advise if you are willing to stipulate to any of these requests, or if you have any reasonable solution that would obviate our need to seek relief from the Court while ensuring that your client does not continue to repeat this type of conduct.

Thank you,
Joan

| | |
|---|---|
| **Subject:** | Re: Bonnell's violation of court order |
| **Date:** | Tuesday, August 19, 2025 at 5:58:43 AM Pacific Daylight Time |
| **From:** | Andrew Brettler |
| **To:** | Joan Schlump Peters |
| **CC:** | Robert "Bob" L. Raskopf, Patricia M. Patino, Jake Camara, Joel Sichel, Carlos A. Garcia Perez, Gustavo D. Lage, Maria Favela |

Joan,

Your contention that Mr. Bonnell violated the Court's order is a serious one, yet it is entirely unsubstantiated. Since receiving your email yesterday, we looked into the matter and could find no evidence of wrongdoing by Mr. Bonnell. He neither displayed, transmitted, nor publicized the transcript from the June 3 hearing. We are not sure what supposedly was "brought to [y]our attention." Accordingly, please provide us with any evidence you have and/or any other documentation upon which you intend to rely to substantiate your threatened motion for sanctions. In the meantime, all rights, remedies, and defenses are reserved.

Sincerely,

**Andrew B. Brettler** | BERK BRETTLER LLP
9119 Sunset Blvd. | West Hollywood, CA 90069
O: +1.310.278.2111 | M: +1.917.620.2726

> On Aug 18, 2025, at 10:08 AM, petersjoan <petersjoan@bellsouth.net> wrote:
>
> Dear Counsel:
>
> It was recently brought to our attention that Mr. Bonnell read aloud from the sealed preliminary injunction hearing transcript in his August 12th livestream. He also showed the sealed transcript to his fellow streamer so that she could read it. He then posted the livestream video on YouTube whereas of August 15th it had almost 4k views. Accordingly, Mr. Bonnell has knowingly, willfully and in bad faith violated the Court's sealing order.
>
> We also just became aware that sometime after August 15, Mr. Bonnell deleted that portion of the video where he read the transcript aloud. However, this does not in any way cure the violation given that the video has already amassed thousands of views and the harm to Plaintiff had thus already occurred.
>
> Pursuant to the Local Rules, which require counsel to meet and confer to attempt to resolve issues, we are contacting you about Defendant's flagrant violation in an effort to craft an appropriate remedy. If we are unable to resolve this matter, we anticipate filing a motion requesting the Court enter an Order: i) holding Defendant in contempt of Court; ii) ordering Defendant to cease and desist from further violations of the sealing order; iii) ordering

| | |
|---|---|
| **Subject:** | Re: Bonnell's violation of court order |
| **Date:** | Tuesday, August 19, 2025 at 8:28:32 AM Pacific Daylight Time |
| **From:** | petersjoan |
| **To:** | Andrew Brettler |
| **CC:** | Robert "Bob" L. Raskopf, Patricia M. Patino, Jake Camara, Joel Sichel, Carlos A. Garcia Perez, Gustavo D. Lage, Maria Favela |

Although I am sure your client could have provided you with the evidence of his violation of the Court's order, here it is:

https://packaged-media.redd.it/yzlxo67t1rif1/pb/m2-res_480p.mp4?m=DASHPlaylist.mpd&v=1&e=1755176400&s=c84bd22f21c28d2aba664501075be92f814c4365

https://packaged-media.redd.it/yzlxo67t1rif1/pb/m2-res_480p.mp4?m=DASHPlaylist.mpd&v=1&e=1755176400&s=c84bd22f21c28d2aba664501075be92f814c4365

https://kiwifarms.st/threads/steven-bonnell-ii-destiny-destiny-gg.29205/page-1784

On Tuesday, August 19, 2025, 08:58:45 AM EDT, Andrew Brettler <abrettler@berkbrettler.com> wrote:

Joan,

Your contention that Mr. Bonnell violated the Court's order is a serious one, yet it is entirely unsubstantiated. Since receiving your email yesterday, we looked into the matter and could find no evidence of wrongdoing by Mr. Bonnell.  He neither displayed, transmitted, nor publicized the transcript from the June 3 hearing. We are not sure what supposedly was "brought to [y]our attention."  Accordingly, please provide us with any evidence you have and/or any other documentation upon which you intend to rely to substantiate your threatened motion for sanctions. In the meantime, all rights, remedies, and defenses are reserved.

Sincerely,

**Andrew B. Brettler** | BERK BRETTLER LLP
9119 Sunset Blvd. | West Hollywood, CA 90069
O: +1.310.278.2111 | M: +1.917.620.2726

> On Aug 18, 2025, at 10:08 AM, petersjoan <petersjoan@bellsouth.net> wrote:
>
> Dear Counsel:
>
> It was recently brought to our attention that Mr. Bonnell read aloud from the sealed preliminary injunction hearing transcript in his August 12th livestream. He also showed the sealed transcript to his fellow streamer so that she could read it. He then posted the livestream video on YouTube whereas of August 15th it had almost 4k views.  Accordingly, Mr. Bonnell has knowingly, willfully and in bad faith violated the Court's sealing order.

| | |
|---|---|
| **Subject:** | Re: Bonnell's violation of court order |
| **Date:** | Tuesday, August 19, 2025 at 11:57:28 AM Pacific Daylight Time |
| **From:** | petersjoan |
| **To:** | Andrew Brettler |
| **CC:** | Robert "Bob" L. Raskopf, Patricia M. Patino, Jake Camara, Joel Sichel, Carlos A. Garcia Perez, Gustavo D. Lage, Maria Favela |

Due to the gravity of this situation, we will proceed with the filing of our motion unless we hear back from you by 5 pm EST today.

On Tuesday, August 19, 2025, 11:28:21 AM EDT, petersjoan <petersjoan@bellsouth.net> wrote:

Although I am sure your client could have provided you with the evidence of his violation of the Court's order, here it is:

https://packaged-media.redd.it/yzlxo67t1rif1/pb/m2-res_480p.mp4?m=DASHPlaylist.mpd&v=1&e=1755176400&s=c84bd22f21c28d2aba664501075be92f814c4365

https://packaged-media.redd.it/yzlxo67t1rif1/pb/m2-res_480p.mp4?m=DASHPlaylist.mpd&v=1&e=1755176400&s=c84bd22f21c28d2aba664501075be92f814c4365

https://kiwifarms.st/threads/steven-bonnell-ii-destiny-destiny-gg.29205/page-1784

On Tuesday, August 19, 2025, 08:58:45 AM EDT, Andrew Brettler <abrettler@berkbrettler.com> wrote:

Joan,

Your contention that Mr. Bonnell violated the Court's order is a serious one, yet it is entirely unsubstantiated. Since receiving your email yesterday, we looked into the matter and could find no evidence of wrongdoing by Mr. Bonnell.  He neither displayed, transmitted, nor publicized the transcript from the June 3 hearing. We are not sure what supposedly was "brought to [y]our attention."  Accordingly, please provide us with any evidence you have and/or any other documentation upon which you intend to rely to substantiate your threatened motion for sanctions. In the meantime, all rights, remedies, and defenses are reserved.

Sincerely,

**Andrew B. Brettler** | BERK BRETTLER LLP
9119 Sunset Blvd. | West Hollywood, CA 90069
O: +1.310.278.2111 | M: +1.917.620.2726

> On Aug 18, 2025, at 10:08 AM, petersjoan <petersjoan@bellsouth.net> wrote:
>
> Dear Counsel:

1 of 2

| | |
|---|---|
| **Subject:** | Re: Bonnell's violation of court order |
| **Date:** | Tuesday, August 19, 2025 at 1:51:31 PM Pacific Daylight Time |
| **From:** | Andrew Brettler |
| **To:** | Joan Schlump Peters |
| **CC:** | Robert "Bob" L. Raskopf, Patricia M. Patino, Jake Camara, Joel Sichel, Carlos A. Garcia Perez, Gustavo D. Lage, Maria Favela |

Joan:

There is no emergency.  You need to give us sufficient time to consult with our client and revert to you before rushing to the courthouse to file your motions.  I think this will be your seventh one.  If you file this latest motion before adequately meeting and conferring, as required under the Local Rules, it will be Mr. Bonnell who will be seeking sanctions against you and your client.  All rights reserved.

Sincerely,

**Andrew B. Brettler** | BERK BRETTLER LLP
9119 Sunset Blvd. | West Hollywood, CA 90069
O: +1.310.278.2111 | M: +1.917.620.2726


> On Aug 19, 2025, at 11:57 AM, petersjoan <petersjoan@bellsouth.net> wrote:
>
> Due to the gravity of this situation, we will proceed with the filing of our motion unless we hear back from you by 5 pm EST today.
>
> On Tuesday, August 19, 2025, 11:28:21 AM EDT, petersjoan <petersjoan@bellsouth.net> wrote:
>
> Although I am sure your client could have provided you with the evidence of his violation of the Court's order, here it is:
>
> https://packaged-media.redd.it/yzlxo67t1rif1/pb/m2-res_480p.mp4?m=DASHPlaylist.mpd&v=1&e=1755176400&s=c84bd22f21c28d2aba664501075be92f814c4365
>
> https://packaged-media.redd.it/yzlxo67t1rif1/pb/m2-res_480p.mp4?m=DASHPlaylist.mpd&v=1&e=1755176400&s=c84bd22f21c28d2aba664501075be92f814c4365
>
>  https://kiwifarms.st/threads/steven-bonnell-ii-destiny-destiny-gg.29205/page-1784

**Subject:** Re: Bonnell's violation of court order
**Date:** Tuesday, August 19, 2025 at 7:05:38 PM Pacific Daylight Time
**From:** petersjoan
**To:** Andrew Brettler
**CC:** Robert "Bob" L. Raskopf, Patricia M. Patino, Jake Camara, Joel Sichel, Carlos A. Garcia Perez, Gustavo D. Lage, Maria Favela

Andrew, we have given you and your team more than sufficient time to consult with your client and revert back. Your threat of sanctions is baseless, particularly in light of your client's behavior. Our efforts to meet and confer will end tomorrow at noon EST.

On Tuesday, August 19, 2025, 04:51:33 PM EDT, Andrew Brettler <abrettler@berkbrettler.com> wrote:

 Joan:

There is no emergency.  You need to give us sufficient time to consult with our client and revert to you before rushing to the courthouse to file your motions.  I think this will be your seventh one.  If you file this latest motion before adequately meeting and conferring, as required under the Local Rules, it will be Mr. Bonnell who will be seeking sanctions against you and your client.  All rights reserved.

Sincerely,

**Andrew B. Brettler** | BERK BRETTLER LLP
9119 Sunset Blvd. | West Hollywood, CA 90069
O: +1.310.278.2111 | M: +1.917.620.2726

> On Aug 19, 2025, at 11:57 AM, petersjoan <petersjoan@bellsouth.net> wrote:
>
> Due to the gravity of this situation, we will proceed with the filing of our motion unless we hear back from you by 5 pm EST today.
>
> On Tuesday, August 19, 2025, 11:28:21 AM EDT, petersjoan <petersjoan@bellsouth.net> wrote:
>
> Although I am sure your client could have provided you with the evidence of his violation of the Court's order, here it is:
>
> https://packaged-media.redd.it/yzlxo67t1rif1/pb/m2-res_480p.mp4?m=DASHPlaylist.mpd&v=1&e=1755176400&s=c84bd22f21c28d2aba664501075be92f814c4365
>
> https://packaged-media.redd.it/yzlxo67t1rif1/pb/m2-res_480p.mp4?m=DASHPlaylist.mpd&v=1&e=1755176400&s=c84bd22f21c28d2aba664501075be92f814c4365
>
>  https://kiwifarms.st/threads/steven-bonnell-ii-destiny-destiny-gg.29205/page-1784

**Subject:** Doe v. Bonnell
**Date:** Wednesday, August 20, 2025 at 8:15:03 AM Pacific Daylight Time
**From:** Andrew Brettler
**To:** Joan Schlump Peters
**CC:** Robert "Bob" L. Raskopf, Patricia M. Patino, Jake Camara, Joel Sichel, Carlos A. Garcia Perez, Gustavo D. Lage, Maria Favela

Joan:

Your arbitrary deadlines are tiresome. Nevertheless, we have had a chance now to review the "evidence" you provided and discuss it with our client. The materials to which you directed us certainly do not prove that Mr. Bonnell "read aloud from the sealed preliminary injunction hearing transcript in his August 12th livestream," or that he "showed the sealed transcript to his fellow streamer so that she could read it." But even if they did, such conduct is not in violation of any court order. The magistrate judge's Paperless Order [Dkt. No. 91] merely directs the Clerk to seal the transcript of the June 3, 2025 hearing pending a further order of the Court. Mr. Bonnell never filed the transcript or any portions thereof on the public docket, nor did he publish a copy of the transcript online or elsewhere. Mr. Bonnell has a First Amendment right to discuss the lawsuit that your client filed against him. There also are no restrictions on Mr. Bonnell's right to discuss what happened at the June 3 hearing, which occurred in open court, with members of the public sitting in the gallery. Your motion for a gag order against Mr. Bonnell [Dkt. No. 84] has not been granted.

In light of the foregoing, your request that Mr. Bonnell be held in contempt of court is outrageous. Surely you and your colleagues are aware of the high showing required for the Court to enter such a finding. Also, where did you come up with the notion that Mr. Bonnell should pay at least a $10,000 fine to the Court? Upon what are you basing that figure?

Should you proceed with your frivolous motion based on the limited and inconclusive "evidence" you provided to us yesterday, we will oppose it and seek sanctions against your client and your respective law firms.

Sincerely,

**Andrew B. Brettler** | BERK BRETTLER LLP
9119 Sunset Blvd. | West Hollywood, CA 90069
O: +1.310.278.2111 | M: +1.917.620.2726

> On Aug 19, 2025, at 7:04 PM, petersjoan <petersjoan@bellsouth.net> wrote:
>
> Andrew, we have given you and your team more than sufficient time to consult with your client and revert back. Your threat of sanctions is baseless, particularly in light of your client's behavior. Our efforts to meet and confer will end tomorrow at noon EST.