# EXHIBIT B

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                      CASE NO. 25-CV-20757-JB


 JANE DOE,                              Miami, Florida

           Plaintiff,                   April 4, 2025

    vs.                                 4:37 p.m. - 4:56 p.m.

 STEVEN K. BONNELL, II,                 Volume 1 of 1

           Defendant.                   Pages 1 to 16
 _____


                        STATUS CONFERENCE
             BEFORE THE HONORABLE JACQUELINE BECERRA
                  UNITED STATES DISTRICT JUDGE

 APPEARANCES:


 FOR THE PLAINTIFF:          CARLOS ALBERTO GARCIA PEREZ ESQ
                             SMGQ Law
                             201 Alhambra Circle
                             Suite 1400
                             Coral Gables, Florida 33134

                             JOAN PETERS SCHLUMP ESQ
                             JSP Law, LLC
                             4819 West Boulevard Court
                             Naples, Florida 34103

 FOR THE DEFENDANT:          ANDREW B. BRETTLER ESQ-Zoom
                             Berk Brettler LLP
                             9119 Sunset Boulevard
                             West Hollywood, California
                             90069
```

```
04:52PM   1         MS. SCHLUMP:  We have had discussions with counsel prior
04:52PM   2    to this, and they were not very productive, so I did not think
04:52PM   3    that discussing this matter with them -- I mean Mr. Brettler just
04:52PM   4    said his client is not destroying evidence.  We know the client is
04:52PM   5    destroying evidence.  We've seen it.  So it's just not --
04:52PM   6         THE COURT:  Hold on.  Hold on.  When I speak, you have to
04:52PM   7    stop.
04:52PM   8         MS. SCHLUMP:  Sorry.  Go ahead.  Yes.  Sorry.
04:52PM   9         THE COURT:  One, not just because I'm the judge; but two,
04:52PM  10    because my court reporter only writes down what one person says,
04:52PM  11    and I promise it's always what I'm saying if there are two people
04:52PM  12    talking.
04:52PM  13         My point to you is you can tell them "Your client is
04:52PM  14    destroying evidence."  Of course they're going to tell you that
04:52PM  15    he's not; I would hope they're going to say that.  Now, if you
04:52PM  16    show them evidence of it, they're probably not going to say "Yeah,
04:52PM  17    he is destroying evidence," but they might talk to their client
04:52PM  18    and come to some agreement with you about what he can and can't
04:52PM  19    do.
04:52PM  20         So, you know, productivity isn't them acquiescing to your
04:53PM  21    allegation, but you might be able to get some resolution of what
04:53PM  22    he can and can't do in this space in terms of what he can do with
04:53PM  23    his emails and what he can do with his chats.  I mean there are so
04:53PM  24    many platforms and things now, I don't even try to keep up with
04:53PM  25    them.  Even though I have a teenager and I think I do keep up with
```

```
04:53PM   1   them, I don't because there is something new that comes out every
04:53PM   2   day.  So whatever platforms he is chatting with people or talking
04:53PM   3   to people on, you know, these things I know are moving targets,
04:53PM   4   but it's always productive to talk.
04:53PM   5            And let me just say one more thing because it's day --
04:53PM   6   not day one because you filed in February, but we're really early
04:53PM   7   on in this litigation that will be before me for God knows how
04:53PM   8   long.  You need to confer.
04:53PM   9            MS. SCHLUMP:  Understood.
04:53PM  10            THE COURT:  And you need to confer a lot.  I think good
04:53PM  11   lawyers working in good faith can work a lot of things out; and
04:53PM  12   when you can't, that's my job and I'm happy to hear disputes.  I
04:54PM  13   obviously love it; otherwise I wouldn't want this job.  But the
04:54PM  14   dispute is better and it's easier for the Court and it's fairer
04:54PM  15   for the parties if what's before the Court has really been
04:54PM  16   crystalized by conferral.
04:54PM  17            So I hear you that these lawyers aren't going to agree
04:54PM  18   with you probably on much when it comes to the substance, but it
04:54PM  19   does help to crystalize the issues if you at least talk to each
04:54PM  20   other.  And it's very difficult when they've been sitting with you
04:54PM  21   for an hour talking about the schedule, you never mentioned the
04:54PM  22   TRO and it gets filed, it doesn't help in terms of the lawyers
04:54PM  23   trusting each other to at least bring issues in good faith.
04:54PM  24            It's a complex case.  I understand, you know, it's a
04:54PM  25   sensitive matter for your client, I understand that.  But if we
```

| | | |
|---|---|---|
| 04:54PM | 1 | want to go forward in a way that's productive going forward, I'm |
| 04:54PM | 2 | going to encourage you as best you can to talk to the lawyers. |
| 04:55PM | 3 | Keep talking to the defense lawyers.  And I'm not telling you to |
| 04:55PM | 4 | agree with them, I'm just telling you that to work in good faith |
| 04:55PM | 5 | to try to bring things to the Court when they have been |
| 04:55PM | 6 | crystalized and when they have been vetted by both sides.  I think |
| 04:55PM | 7 | that only helps the Court and I think it only helps the parties. |
| 04:55PM | 8 | So as I said, for purposes of my ruling, I find that the |
| 04:55PM | 9 | request for a TRO is stale.  There is no urgent issue before the |
| 04:55PM | 10 | Court.  It can be handled at the preliminary injunction. |
| 04:55PM | 11 | Because of my court schedule and my trial schedule, it |
| 04:55PM | 12 | will be referred to the magistrate judge.  I would expect that by |
| 04:55PM | 13 | Monday, you know, his chambers will reach out to you by order or |
| 04:55PM | 14 | by phone or something or Tuesday maybe to figure out what those |
| 04:55PM | 15 | dates are and what that schedule is. |
| 04:55PM | 16 | All right.  Anything else on behalf of the plaintiff? |
| 04:55PM | 17 | MS. SCHLUMP:  No, Your Honor. |
| 04:55PM | 18 | THE COURT:  On behalf of the defendant? |
| 04:55PM | 19 | MR. BRETTLER:  The only thing, Your Honor, is I will |
| 04:55PM | 20 | absolutely appear in person at future hearings.  The only reason I |
| 04:55PM | 21 | couldn't is because we only had 18 hours' notice of this one; |
| 04:55PM | 22 | otherwise, I would have been on an airplane, and appreciate the |
| 04:56PM | 23 | Court's accommodation. |
| 04:56PM | 24 | THE COURT:  Look, I missed it because I saw Bilzin and I |
| 04:56PM | 25 | missed that there was an L.A. lawyer on it.  And I just wanted to |