UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Miami Division

**JANE DOE**,                                          Case No:   1:25-cv-20757-JB/Torres

       Plaintiff,

vs.

**STEVEN K. BONNELL II**,

       Defendant.

_____/

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE AND IMPOSING SANCTIONS

THIS CAUSE came before the Court upon Plaintiff's Motion for Order to Show Cause Why Defendant Should Not Be Held in Contempt and for Sanctions [ECF No. 113], Defendant's Opposition [ECF No. 118], and Plaintiff's Reply [ECF No. 126]. The Court, having reviewed the filings, the record, and being otherwise fully advised in the premises, hereby finds and orders as follows:

1. On June 3, 2025, this Court entered an Order directing that the transcript at D.E. 90 be "fully sealed, pending further order of the Court." [ECF No. 91].

2. The Court finds by clear and convincing evidence that Defendant Steven K. Bonnell II willfully violated that Order by publicly reading from and displaying portions of the sealed transcript during a livestream broadcast.

3. Defendant's conduct constitutes civil contempt of this Court's Order.

Accordingly, it is hereby:

DOE v BONNELL
1:25-cv-20757-JB/Torres
Page 2

**ORDERED AND ADJUDGED** that Plaintiff's Motion is GRANTED. Defendant Steven K. Bonnell II is held in civil contempt for violation of this Court's June 3, 2025 Order. It is further ORDERED:

1. Defendant shall immediately remove any publicly available content quoting, displaying, or otherwise disclosing the sealed transcript of the June 3, 2025 hearing.

2. Defendant shall cease and desist from any further disclosure of the sealed transcript or its contents unless and until this Court orders otherwise.

3. Defendant shall pay Plaintiff's reasonable attorneys' fees and costs incurred in connection with bringing this Motion. Plaintiff shall file a fee application within 14 days of this Order.

4. Defendant shall pay a monetary sanction of $____ (to be determined by the Court) to deter further violations.

**DONE AND ORDERED** in Miami, Florida on _____, 2025.

_____
HONORABLE JACQUELINE BECERRA
U.S. DISTRICT COURT JUDGE