# EXHIBIT B

Avatar **Destiny** 4/9/2022 12:15 PM

Avatar **Rose** 4/9/2022 7:23 PM

Avatar **Destiny** 4/9/2022 7:25 PM

Avatar **Rose** 4/9/2022 7:26 PM

Avatar **Destiny** 4/9/2022 7:46 PM

Avatar **Rose** 4/9/2022 7:47 PM

Avatar **Destiny** 4/9/2022 7:47 PM

Avatar **Rose** 4/9/2022 7:48 PM

Avatar **Destiny** 4/9/2022 7:49 PM

Avatar **Rose** 4/9/2022 8:02 PM

Avatar **Destiny** 4/9/2022 8:04 PM

Avatar **Rose** 4/9/2022 8:04 PM

Avatar **Destiny** 4/9/2022 8:06 PM

**Avatar** hmmm I don't think I have much bj stuff recorded lol

**Avatar Rose** 4/9/2022 8:06 PM
Its fine hehe

**Avatar Destiny** 4/9/2022 8:28 PM
ooooo

there was a girl once, she was young so she was kind of new and wasn't that good, but she would just hold onto me and tongue the head a lot which actually ended up feeling good lol, but no cumshot, do you want that vid?

**Avatar Rose** 4/9/2022 8:33 PM
Id love it omg

That was amazing, I can't wait to blow you now

**Avatar Destiny** 4/9/2022 8:39 PM
[redacted]

**Avatar Rose** 4/9/2022 8:43 PM
[redacted]

**Avatar Destiny** 4/9/2022 8:47 PM
[redacted]

**Avatar Rose** 4/9/2022 9:00 PM
[redacted]

**Avatar Destiny** 4/9/2022 11:54 PM
[redacted]

**Avatar Rose** 4/10/2022 12:41 AM
[redacted]