# EXHIBIT C

**Leaked Screenshots (EU Format)** | **Destiny's View (US Format)**




**Leaked Screenshots (EU Format)** | **Destiny's View (US Format)**





**Leaked Screenshots (EU Format)** | **Destiny's View (US Format)**





**Leaked Screenshots (EU Format)** | **Destiny's View (US Format)**





**Leaked Screenshots (EU Format)** | **Destiny's View (US Format)**





**Leaked Screenshots (EU Format)** | **Destiny's View (US Format)**







## Leaked Screenshots (EU Format) | Destiny's View (US Format)





**Leaked Screenshots (EU Format)** | **Destiny's View (US Format)**





**Leaked Screenshots (EU Format)** | **Destiny's View (US Format)**




**Leaked Screenshots (EU Format)** | **Destiny's View (US Format)**





## Leaked Screenshots (EU Format) | Destiny's View (US Format)



## Leaked Screenshots (EU Format) | Destiny's View (US Format)






**Leaked Screenshots (EU Format)** | **Destiny's View (US Format)**



