# EXHIBIT F

| | | |
|---|---|---|
| Bonnell | 2023-11-06 14:07:11 EST | Steven: 1. <https://drive.google.com/file/d/1k3wUe85Vzhr3I-8sfs1S6m_tB-ChCWbt/view?usp=drivesdk> and 2. <https://drive.google.com/file/d/1kGX8Wzju_I8-n1BN-YZPQ3GB3s9wQqR2/view?usp=drivesdk> |
| Bonnell | 2023-11-06 14:07:06 EST | Steven: Just don't send to any crazy BPD girls or Nazis okay |
| Babypeach | | **Peach** 11/6/2023 13:29<br>haha I liked them! But maybe I'm biased because I think you're cute 😛<br><br>**Peach** 11/6/2023 14:12<br>omg aww that's me! ❤️ I didn't even recognize myself in the first video lmao<br>ugh it's just going to make me want you even more >_<<br>I won't I promise haha(: you can send to BPD girls but no nazis. You can also add it to my resume if you have any single friends<br>well maybe not bpd girls I don't want them to post it... but I welcome bpd girl drama lmao |