# EXHIBIT G

   

(401) 580-...

Nah to any big stream plans

R u already otw home?

Nah I'm chilling in destiny's apartment until my flight he left

soon tho

I'm him

major leaks prob



 Text mes...   

(401) 580-...

major leaks prob



Aintnoway

