**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:25-cv-20757-JB/Torres**

JANE DOE,

     Plaintiff,

v.

STEVEN K. BONNELL II,

     Defendant.

                       /

**DECLARATION OF ANDREW B. BRETTLER IN SUPPORT OF DEFENDANT**
**STEVEN K. BONNELL II'S MOTION TO DISMISS THE FIRST AMENDED**
**COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION**

I, Andrew B. Brettler, declare, pursuant to 28 U.S.C. § 1746 as follows:

1.     I am an attorney admitted to practice *pro hac vice* in the above-captioned action. I am a partner at the law firm Berk Brettler LLP in West Hollywood, California. Along with our local counsel at Bilzin Sumberg Baena Price & Axelrod LLP, we represent Defendant Steven K. Bonnell II, professionally known as "Destiny" (hereinafter, "Bonnell"). I have personal knowledge of the matters contained herein and if called upon to testify could offer competent testimony thereto.

2.     I submit this Declaration in support of Bonnell's Motion To Dismiss the First Amended Complaint for Lack of Subject Matter Jurisdiction, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure (the "Motion").

3.     On April 29, 2025, I received a letter from Plaintiff's attorney, Carlos A. Garcia Perez, indicating that he and his law firm represented Abbymc "specifically pertaining

to . . . Steven K. Bonnell II." Attached hereto as **Exhibit A** is a true and correct (redacted) copy

of letter Mr. Garcia Perez sent on behalf of Abbymc, dated April 29, 2025.[1]

4. On May 3, 2025, in connection with her motion seeking a preliminary injunction

against Bonnell, Plaintiff submitted a declaration from "Abbymc," in which Abbymc stated,

under penalty of perjury, "I have personal knowledge of the matters herein and, if called to

testify at the trial of this matter, I could competently testify as to the facts contained in this

affidavit." Attached hereto as **Exhibit B** is a true and correct copy of Abbymc's declaration,

dated April 30, 2025 [Dkt. No. 49-2].

5. On May 14, 2025, I emailed Plaintiff's counsel to inquire whether they would

agree to accept service of a subpoena on behalf of Abbymc. Attached hereto as **Exhibit C** is a

true and correct (redacted) copy of my email correspondence to Plaintiff's counsel, dated May

14, 2025.

6. Having received no response from Plaintiff's counsel, on May 16, 2025, I

provided Plaintiff's counsel with notice of issuance of subpoena and a copy of the subpoena we

issued to Abbymc on May 15, 2025. Attached hereto as **Exhibit D** is a true and correct

(redacted) copy of my correspondence with Plaintiff's counsel enclosing a copy of the subpoena

issued to Abbymc.

7. Thereafter, we arranged for a process server to personally serve Abbymc at any of

her publicly available addresses. Our process server made multiple attempts to serve Abbymc

with the subpoena, but was unsuccessful.

---

[1] All redactions to the exhibits attached to this declaration, and to the exhibits attached to the declaration of Steven K. Bonnell II, filed concurrently herewith, were made to protect privacy interests and were not intended to mask any information material to the Motion.

8.      Notwithstanding the inability to serve Abbymc with the subpoena, it appears that she was well-aware of the efforts to serve her. On July 24, 2025, Abbymc referenced the subpoena and indicated that she had seen it, in a public post she made on X, noting that the subpoena had "some random address" on it. Attached hereto as **Exhibit E** is a true and correct copy of Abbymc's since-deleted post on X.

9.      On July 2, 2025, I participated in a telephonic meet and confer conference with Plaintiff's counsel, Joan Peters. During the conference, I explained to Ms. Peters that we were having difficulty serving her client, Abbymc, with the subpoena. I again inquired whether she and her co-counsel, Mr. Garcia Perez, still represented Abbymc and whether they were authorized to accept service of the subpoena on her behalf. Ms. Peters told me that she would speak with her client and revert to me.

10.     Having received no response from Ms. Peters or her co-counsel, I emailed them on July 7, 2025 to inquire again.  On July 8, 2025, Ms. Peters responded that she and her co-counsel were "not authorized to accept service of the subpoena for Abbymc." Attached hereto as **Exhibit F** is a true and correct (redacted) copy of my email correspondence with Plaintiff's counsel, dated July 8, 2025.

11.     On July 8, 2025, I emailed Ms. Peters and her co-counsel requesting Abbymc's current contact information. To date, I have not received a response to that request. Attached hereto as **Exhibit G** is a true and correct (redacted) copy of my correspondence with Plaintiff's counsel requesting Abbymc's current contact information.

12.     Thereafter, Abbymc continued to comment online and elsewhere about being aware of the subpoena and suggested, in at least one interview, that her attorneys advised her to continue to evade service of process.  On or about September 8, 2025 Abbymc participated in a

live stream interview with the streamer, DariusIRL. Attached hereto as **Exhibit H** is a true and correct audio excerpt of Abbymc's recorded livestream conversation with DariusIRL. The full livestream is available for viewing and download at https://kick.com/dariusirl/videos/24122115-cfe3-4476-b0ab-b5ab97f2bb92. Among other things, Abbymc stated during the interview: (1) "I am currently being subpoenaed . . . [by] Destiny." (Ex. H at 00:00:45); (2) "I have seen the subpoena paperwork from my lawyers, but [Bonnell]  has not been able to officially serve me." (*Id.* at 00:03:36); (3) "Because they send copies of it first . . . [t]heir lawyers send my lawyers the information." (*Id.* at 00:06:53). In response to a question about her attorneys' advice regarding the subpoenas, Abbymc answered, "[a]void it and avoid [Bonnell] . . . [a]void everything and keep submitting evidence." (*Id.* at 00:07:21.)

      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on September 19, 2025.

/s/ *Andrew B. Brettler*
Andrew B. Brettler