# EXHIBIT A



April 29, 2025

Andrew Brettler
Berk Brettler LLP
9119 Sunset Blvd.
West Hollywood, CA 90069
310.278.2111
abrettler@berkbrettler.com

RE: ███████████████████████

Dear Mr. Brettler:

I am writing to you with regards to my client Abby Mc███, specifically pertaining to your client Steven K. Bonnell II, ███████████████████████

[remainder of letter redacted]



Sincerely,

Carlos A. Garcia Perez