# EXHIBIT B

EXHIBIT "2"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JANE DOE,

    Plaintiff,

v.

STEVEN BONNELL II,

    Defendant.

_____/

CASE NO: 1:25-cv-20757-JB/Torres

**UNSWORN STATEMENT UNDER PENALTY OF PERJURY OF ▮▮▮▮▮▮ PURSUANT TO 28 U.S.C. § 1746**

I, ▮▮▮▮▮▮ declare as follows:

1. I am over the age of 18 years and competent to provide testimony under oath.

2. My screen name is Abbymc.

3. I have personal knowledge of the matters herein and, if called to testify at the trial of this matter, I could competently testify as to the facts contained in this affidavit.

4. I first connected with the Defendant, STEVEN BONNELL II ("Destiny") on Instagram in early March 2023. I became a follower of his on Discord, and other social media platforms.

5. On September 3, 2023, Destiny flew me to Miami to meet in person and I stayed at his residence in Miami for two nights.

6. On or about November 3, 2023, Destiny shared through a Google drive link a sexually explicit video that included himself and another streamer, Pixie (the Plaintiff in this action). I recognized Pxie in the video because I had seen her posts on Instagram and had seen her on Destiny's

live streams and on her own live streams. Her face and hair is visible in the video and that is how I recognized her.

7. On or about November 3, 2023, I messaged a friend of mine and told him that Destiny had sent me the above mentioned sexually explicit video of himself and another woman, and that I had recognized the woman as the streamer Pxie. I also told my friend that Destiny had sent me another video of him and another woman that I recognized as the streamer with the screen name Chaeiry. I was able to recognize Chaeiry just by her voice since the video was a black screen with audio of their sexual interactions. I have retained in my possession a copy of the messages to my friend.

8. Throughout my relationship with Destiny, he repeatedly shared with me sexually explicit videos of himself and other women through shared google drive links. I know realize that these women most likely never consented to having their private videos shared.

9. I recently reviewed my Discord account and realized that Destiny deleted all of his direct messages to me on the Discord platform, including the sharing of the video of Pxie. I have retained copies of all of my messages to Destiny, as well as my messages to other people about his non-consensual sharing of sexually explicit videos.

10. I do not want to have my identity publicly revealed since I have recently discovered that Destiny shared sexually explicit videos of himself and me, with other people without my consent, just like he did to Pxie and these other women.

Pursuant to 29 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge and understanding, the foregoing is true and correct.

Executed in ▮ on April 30, 2025.

▮