# EXHIBIT C

**From:** Andrew Brettler  abrettler@berkbrettler.com  
**Subject:** Doe v. Bonnell, 25-cv-20757-JB
**Date:** May 14, 2025 at 5:43 PM
**To:** Carlos A. Garcia Perez  cgarciaperez@smgqlaw.com, Gustavo D. Lage  GLage@smgqlaw.com, Joan S. Peters  petersjoan@bellsouth.net
**Cc:** Robert "Bob" L. Raskopf  Rraskopf@bilzin.com, Patricia M. Patino  ppatino@bilzin.com, Jake Camara  jcamara@berkbrettler.com, Joel Sichel  jsichel@berkbrettler.com, Kai B. Alblinger  kalblinger@berkbrettler.com

Dear counsel:

We intend to serve a subpoena on your client, Abby Mc███, in the above-referenced action.  Please let us know whether you are authorized to accept service on her behalf.  Thank you.

Sincerely,

**Andrew B. Brettler** l BERK BRETTLER LLP
9119 Sunset Blvd. l West Hollywood, CA 90069
O: +1.310.278.2111 l M: +1.917.620.2726