# EXHIBIT E

