# EXHIBIT G

Thursday, September 11, 2025 at 6:49:42 PM Pacific Daylight Time

| | |
|---|---|
| **Subject:** | Re: Doe v. Bonell |
| **Date:** | Tuesday, July 8, 2025 at 7:57:41 AM Pacific Daylight Time |
| **From:** | Andrew Brettler |
| **To:** | petersjoan |
| **CC:** | Jake Camara, Robert "Bob" L. Raskopf , Patricia M. Patino, Joel Sichel, Kai Alblinger, Carlos A. Garcia Perez, Gustavo D. Lage |

If you no longer represent her, please provide us with her current contact details. Thank you.

**Andrew B. Brettler** | BERK BRETTLER LLP
9119 Sunset Blvd. | West Hollywood, CA 90069
O: +1.310.278.2111 | M: +1.917.620.2726

On Jul 8, 2025, at 9:51 AM, petersjoan <petersjoan@bellsouth.net> wrote:

Hi Andrew,
I apologize for the delay in responding. We are not authorized to accept service of the subpoena for Abby Mc████.
Regards,
Joan

On Monday, July 7, 2025 at 10:26:49 AM EDT, Andrew Brettler <abrettler@berkbrettler.com> wrote:

Dear Joan:

We will oppose any motion to amend.

You told me you would get back to me about whether you are authorized to accept service of a subpoena for Abby Mc████ yet we have not heard from you. Do you and Carlos still represent her?

Sincerely,

**Andrew B. Brettler** | BERK BRETTLER LLP
9119 Sunset Blvd. | West Hollywood, CA 90069
O: +1.310.278.2111 | M: +1.917.620.2726

On Jul 6, 2025, at 5:07 PM, petersjoan <petersjoan@bellsouth.net> wrote:

Counsel:
We are seeking to amend the complaint pursuant to FRCP 15(a)(2) and 28 USC § 1653 to include the allegations of defendant's sharing of the video to Abbymc. These allegations go to jurisdiction under CARDII. Per Rule 15, are you willing to provide defendant's written consent to amend the pleading? If not, please consider this our attempt to meet and confer as required by the local rules. If defendant is not willing to consent as per Rule 15, would defendant agree to not oppose a motion to amend?
thanks,
Joan

On Tuesday, July 1, 2025, 06:20:02 PM EDT, Jake Camara <jcamara@berkbrettler.com> wrote:

+1 (424) 208-2601 (no pin needed)

**Jake A. Camara, Esq.** | BERK BRETTLER LLP
9119 Sunset Blvd. | West Hollywood, CA 90069
O: +1.310.278.2111 | M: +1.310.384.1783

> On Jul 1, 2025, at 2:57 PM, Joan Peters <petersjoan@bellsouth.net> wrote:
>
> That works. Can you please recirculate your dial-in number?
>
>> On Jul 1, 2025, at 5:48 PM, Andrew Brettler <abrettler@berkbrettler.com> wrote:
>>
>> How's 2pm EDT / 11am PDT tomorrow?
>>
>> **Andrew B. Brettler** | BERK BRETTLER LLP
>> 9119 Sunset Blvd. | West Hollywood, CA 90069
>> O: +1.310.278.2111 | M: +1.917.620.2726
>>
>> On Jul 1, 2025, at 2:42 PM, Joan Peters <petersjoan@bellsouth.net> wrote:
>>
>> I am available tomorrow between noon and 4:30 PM EST. Let me know if you have availability then.
>>
>>> On Jul 1, 2025, at 4:56 PM, Andrew Brettler <abrettler@berkbrettler.com> wrote:
>>>
>>> Thanks Joan. Why don't we discuss by phone? What is your schedule like for a brief call this week?
>>>
>>> **Andrew B. Brettler** | BERK BRETTLER LLP
>>> 9119 Sunset Blvd. | West Hollywood, CA 90069
>>> O: +1.310.278.2111 | M: +1.917.620.2726
>>>
>>>> On Jul 1, 2025, at 10:49 AM, Joan peters <petersjoan@bellsouth.net> wrote:
>>>>
>>>> Dear Counsel,
>>>> Our deadline to file motions to join additional parties and/or amend the complaint is July 6, 2025. See Dkt. 23 (actually the 7th because the 6th is a Sunday). This deadline was agreed to based on the prior deadline of June 4 for the exchange of written discovery responses. As you know, we agreed to extend the June 4th deadline until 3 days after the

2 of 3

court rules on plaintiff's motion for a protective order governing discovery. The decision of adding parties or amending the complaint is not fully informed without having received written discovery responses. Thus I propose asking the court to reset the July 6th deadline until one month after the court rules on the motion for a protective order governing discovery. Please advise if you agree with this proposal and I will circulate a draft joint motion.
thanks,
Joan