# EXHIBIT H

(to be submitted conventionally upon order on ECF No. 131)