UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:25-cv-20757-JB/Torres

JANE DOE,

    Plaintiff,

v.

STEVEN K. BONNELL II,

    Defendant.

_____/

### DEFENDANT BONNELL'S NOTICE OF CONVENTIONALLY SUBMITTING *EXHIBIT "H"* TO DECLARATION OF ANDREW B. BETTLER IN SUPPORT OF BONNELL'S MOTION TO DISMISS FIRST AMENDED COMPLAINT

    Defendant Steven K. Bonnell ("Bonnell"), pursuant to this Court's September 23, 2025 paperless Order [D.E. 134], provides Notice of Conventionally Submitting Audio Exhibit H to the Declaration of Andrew B. Brettler in Support of Bonnell's Motion to Dismiss First Amended Complaint [D.E. 132-9], via USB Drive delivered to the United States District Court for the Southern District of Florida, located at 400 North Miami Avenue, Miami, Florida 33128.

Dated: September 29, 2025

Respectfully submitted,

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131
Tel.: (305) 374-7580
Fax: (305) 374-7593

By: /s/ *Patricia M. Patino*

*[Filed stamp: SEP 29 2025, Angela E. Noble, Clerk U.S. Dist. Ct., S.D. of Fla. - Miami]*

Robert Raskopf, Esq.
Florida Bar No.: 1040022
rraskopf@bilzin.com
Patricia M. Patino, Esq.
Florida Bar No.: 1007702
ppatino@bilzin.com

*and*

**BERK BRETTLER LLP**
9119 West Sunset Blvd.
West Hollywood, CA 90069-3106
Tel: (310) 278-2111

By: */s/ Andrew B. Brettler*
Andrew B. Brettler, Esq.
California Bar No.: 262928
abrettler@berkbrettler.com
Jake A. Camara, Esq.
California Bar No.: 305780
jcamara@berkbrettler.com
(admitted *pro hac vice*)

*Counsel for Steven K. Bonnell II*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 29, 2025, a true and correct copy of the foregoing document was conventionally filed with the Clerk of Court. I also certify that the foregoing document is being served this day on all counsel of record, including those listed in the below Service List, via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Patricia M. Patino*
Attorney

## SERVICE LIST

*Jane Doe v. Steven K. Bonnell II*
*Case No.: 1:25-cv-20757-JB/Torres*

Carlos A. Garcia Perez, Esq.
Sanchez-Medina, Gonzalez, Quesada, Lage,
Gomez & Machado, LLP
201 Alhambra Circle, Suite 1205
Coral Gables, Florida, 33134
Email: cgarciaperez@smgqlaw.com

Joan Schlump Peters, Esq.
JSP LAW, LLC
4819 W. Blvd. Ct. Naples, Florida 34103
Email: petersjoan@bellsouth.net

*Counsel for Plaintiff Jane Doe*

**Case No.: 25-20757-CV-JB/Torres**
**Jane Doe v. Steven K. Bonnell, II**

**EXHIBIT H**

to Declaration of Andrew B. Brettler in Support of Bonnell's Motion to Dismiss First Amended Complaint [DE 132-9]




Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, 23rd Floor
Miami, Florida 33131 - 3456



2025.09.26

Doe v. Bonnell