UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:25-cv-20757-JB/Torres

JANE DOE,

    Plaintiff,

v.

STEVEN K. BONNELL II,

    Defendant.

_____/

FILED BY MCO D.C.

SEP 29 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**DEFENDANT BONNELL'S NOTICE OF CONVENTIONALLY SUBMITTING**
***EXHIBIT "H"* TO DECLARATION OF ANDREW B. BETTLER IN SUPPORT**
**OF BONNELL'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Defendant Steven K. Bonnell ("Bonnell"), pursuant to this Court's September 23, 2025 paperless Order [D.E. 134], provides Notice of Conventionally Submitting Audio Exhibit H to the Declaration of Andrew B. Brettler in Support of Bonnell's Motion to Dismiss First Amended Complaint [D.E. 132-9], via USB Drive delivered to the United States District Court for the Southern District of Florida, located at 400 North Miami Avenue, Miami, Florida 33128.

Dated: September 29, 2025

Respectfully submitted,

**BILZIN SUMBERG BAENA PRICE &
AXELROD LLP**
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131
Tel.: (305) 374-7580
Fax: (305) 374-7593

By: */s/ Patricia M. Patino*

Robert Raskopf, Esq.
Florida Bar No.: 1040022
rraskopf@bilzin.com
Patricia M. Patino, Esq.
Florida Bar No.: 1007702
ppatino@bilzin.com

*and*

**BERK BRETTLER LLP**
9119 West Sunset Blvd.
West Hollywood, CA 90069-3106
Tel: (310) 278-2111

By: /s/ *Andrew B. Brettler*
Andrew B. Brettler, Esq.
California Bar No.: 262928
abrettler@berkbrettler.com
Jake A. Camara, Esq.
California Bar No.: 305780
jcamara@berkbrettler.com
(admitted *pro hac vice*)

*Counsel for Steven K. Bonnell II*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 29, 2025, a true and correct copy of the foregoing document was conventionally filed with the Clerk of Court. I also certify that the foregoing document is being served this day on all counsel of record, including those listed in the below Service List, via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Patricia M. Patino*
Attorney

## SERVICE LIST

*Jane Doe v. Steven K. Bonnell II*
*Case No.: 1:25-cv-20757-JB/Torres*

Carlos A. Garcia Perez, Esq.
Sanchez-Medina, Gonzalez, Quesada, Lage,
Gomez & Machado, LLP
201 Alhambra Circle, Suite 1205
Coral Gables, Florida, 33134
Email: cgarciaperez@smgqlaw.com

Joan Schlump Peters, Esq.
JSP LAW, LLC
4819 W. Blvd. Ct. Naples, Florida 34103
Email: petersjoan@bellsouth.net

*Counsel for Plaintiff Jane Doe*

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of Florida

**Notice of Electronic Filing**

The following transaction was entered on 9/23/2025 at 12:12 PM EDT and filed on 9/23/2025
**Case Name:** Doe v. Bonnell
**Case Number:** 1:25-cv-20757-JB
**Filer:**
**Document Number:** 134(No document attached)

**Docket Text:**
PAPERLESS ORDER. THIS CAUSE comes before the Court on Defendant's Unopposed Motion for Leave to File Audio Exhibit Conventionally (the "Motion"), ECF No. [131]. Upon due consideration of the Motion and the relevant portions of the record, it is hereby ORDERED AND ADJUDGED that the Motion is GRANTED. Additionally, Defendant shall provide the Court with a courtesy copy of the USB Drive. Signed by Judge Jacqueline Becerra on 9/23/2025. (rs01)


**1:25-cv-20757-JB Notice has been electronically mailed to:**

Andrew B. Brettler     abrettler@berkbrettler.com

Carlos Alberto Garcia Perez     cgarciaperez@smgqlaw.com, angie@smgqlaw.com

Gustavo Daniel Lage     glage@smgqlaw.com, alopez@smgqlaw.com, clerk@smgqlaw.com, jjordan@smgqlaw.com, lrodriguez@smgqlaw.com, rzater@smgqlaw.com, vcorrias@smgqlaw.com

Jake A. Camara     jcamara@berkbrettler.com

Joan Schlump Peters     petersjoan@bellsouth.net

Patricia Marie Patino     ppatino@bilzin.com, eservice@bilzin.com, jbermudez@bilzin.com, patricia-patino-5090@ecf.pacerpro.com

Robert L. Raskopf     rraskopf@bilzin.com, asolis@bilzin.com, eservice@bilzin.com, robert-raskopf-0117@ecf.pacerpro.com

**1:25-cv-20757-JB Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

**Sandra de Varona**

| | |
|---|---|
| **From:** | Sandra de Varona |
| **Sent:** | Friday, September 26, 2025 3:26 PM |
| **To:** | Office Services 23 |
| **Subject:** | Courier Request - Conventional Filing of USB Exhibit for Matter No.: 307949 | Jane Do v. Steven K. Bonnell II, Case No.: 25-CV-20757-JB [IMAN-MIAMI.FID1587430] |

Good afternoon Team,

I need to file an exhibit in Federal Court **conventionally**. The exhibit is on a **USB thumb drive**. Everything is ready on my end.

Could you please contact Manny to arrange courier service to the Clerk's Office on the **8th floor** of the **Wilkie D. Ferguson Jr. U.S. Courthouse, 400 N. Miami Ave., Miami, FL 33128.**

**Instructions for Manny / Clerk:**

1. **File the original Exhibit** (USB) with the Clerk.
2. **Have the copies file-stamped** by the Clerk and returned to me.

**Package will include:**

- Original USB Exhibit labeled: "**Exhibit H – Audio excerpt of Abbym'c recorded livestream conversation with DariusIRL**"
- Original **Notice of Filing**
- Copy of the Court's **paperless Order [DE 134]** permitting conventional filing
- Extra copy(ies) for **file-stamping** and return

If Manny or the Clerk needs anything further, have them call me at 305-350-7273 or email me. Please confirm once the pickup is scheduled and provide the estimated time of delivery and return.

Thank you,
Sandra

---

**◯ Bilzin Sumberg**

Sandra de Varona
Paralegal
**Bilzin Sumberg Baena Price & Axelrod LLP**
1450 Brickell Avenue, 23rd Floor            Tel 305.350.7276
Miami, Florida 33131                         Direct Fax 305.351.2230
www.bilzin.com                               Sdevarona@bilzin.com

---

1

**United States District Court**
**Southern District of Florida**

Case Number: __25cv20757__

FILED BY __MCO__ D.C.

SEP 29 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental "file" in the division where the Documents/Exhibits were submitted and filed.

Division Document/Exhibits Submitted and Filed: _____

These Documents/Exhibits must **not** be placed in the "temp chron file".

---

**Documents/Exhibits Retained in Supplemental Files  (Scanned)**

___ • Poor quality scanned images (i.e. Handwritten, Photographs)

___ • Surety bonds

___ • Bound extradition papers

---

**Documents/Exhibits Retained in Supplemental Files  (Not Scanned)**

√ • CD, DVD, USB drive. (i.e. Audio/Visual)

---

** All other documents and documentary exhibits are part of the CM/ECF Case Record in pdf format.

Date: __9/29/25__

Revised: 2/20/2019



⊘ Bilzin Sumberg

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, 23rd Floor
Miami, Florida 33131 - 3456

Case No.: 25-20757-CV-JB/Torres
Jane Doe v. Steven K. Bonnell, II

**EXHIBIT H**
to Declaration of Andrew B. Brettler in Support of Bonnell's Motion to Dismiss
First Amended Complaint [DE 132-9]



Bilzin Sumberg

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, 23rd Floor
Miami, Florida 33131 - 3456

Wilkie D. Ferguson, Jr. U.S. Courthouse
**ATT: Clerk's Office**
400 North Miami Avenue - 8th Floor
Miami, FL 33128