**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
(Miami Division)

**Case No.: 1:25-cv-20757-JB**

JANE DOE,

     Plaintiff,

v.

STEVEN K. BONNELL II,

     Defendant.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Joel Sichel of the law firm of Berk Brettler LLP, 9119 W. Sunset Blvd., West Hollywood, California 90069-3106, (310) 278-2111, for purposes of appearance as co-counsel on behalf of Defendant Steven K. Bonnell II in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Joel Sichel to receive electronic filings in this case, and in support thereof states as follows:

1.    Joel Sichel is not admitted to practice in the Southern District of Florida and is a member in good standing of the state bar of California.  Mr. Sichel also is admitted to practice before the United States District Court for the Central District of California.

2.    Movant, Patricia M. Patino, Esq., of the law firm of Bilzin Sumberg Baena Price & Axelrod LLP, 1450 Brickell Avenue, 23rd Floor, Miami, Florida 33131, (305) 374-7580, is a member in good standing of the Florida Bar and the U.S. District Court for the Southern District of Florida, and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and

served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3.     In accordance with the local rules of this Court, Joel Sichel has made payment of this Court's $250.00 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4.     Joel Sichel, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to him at email address: jsichel@berkbrettler.com.

WHEREFORE, Patricia M. Patino moves this Court to enter an Order granting Joel Sichel *pro hac vice* admission to appear before this Court on behalf of Defendant Steven K. Bonnell II, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings at jsichel@berkbrettler.com.

Date: September 30, 2025                    Respectfully submitted,

By: */s/ Patricia M. Patino*
**BILZIN SUMBERG BAENA**
**PRICE & AXELROD LLP**
1450 Brickell Avenue, 23rd Floor
Miami, Florida 33131-3456
Telephone: (305) 374-7580
Robert L. Raskopf, Esq.
Florida Bar No.: 1040022
Patricia M. Patino, Esq.
Florida Bar No.: 1007702
rraskopf@bilzin.com
ppatino@bilzin.com
asolis@bilzin.com
jbermudez@bilzin.com
eservice@bilzin.com

*Counsel for Defendant Steven K. Bonnell II*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 30, 2025, a true and correct copy of the foregoing document is being served this day on all counsel of record, including those listed in the below Service List, via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Patricia M. Patino*
Attorney

## SERVICE LIST

*Jane Doe v. Steven K. Bonnell II*
*Case No.: 1:25-cv-20757-JB/Torres*

Carlos A. Garcia Perez, Esq.
Sanchez-Medina, Gonzalez, Quesada, Lage,
Gomez & Machado, LLP
201 Alhambra Circle, Suite 1205
Coral Gables, Florida, 33134
Email: cgarciaperez@smgqlaw.com

Joan Schlump Peters, Esq.
JSP LAW, LLC
4819 W. Blvd. Ct. Naples, Florida 34103
Email: petersjoan@bellsouth.net

*Counsel for Plaintiff Jane Doe*