```
                    PAGE 1 OF 2
                                          ORDER NUMBER:    ████
   REPORT TYPE:   DRIVING RECORD          REPORT DATE:     9/16/2025
   DATA SUBMITTED:
   NAME:                                  STATE ██
   LICENSE NUMBER:    ████████            DOB:  MM/DD/YYYY
   REQUESTED BY:                          CLAIM NUMBER:
   COMMENT:
   this is an official certification of the dmv record on file with this department.
   PERSONAL DATA REPORTED:
   NAME:         ████████
   ADDRESS:      ████████████████████████████████████
   DATE OF BIRTH XXXX████████████████              TION:   SEE BELOW
   LICENSE REPORTED:
   STATE:        ██                       LICENSE NUMBER:   ████████
   ISSUE DATE:   XX/XX/XXXX               EXPIRATION DATE:  ████████
   STATUS:       VALID
   CLASS:        D
   RESTRICTIONS:    NONE
   ENDORSEMENTS:    NONE
   HISTORY REPORTED:


   ********** PERSONAL DESCRIPTION **********
   ████████████████████████████████████████████████

   ********** LICENSE(S) DATA **********
   LICENSE NUMBER:   X████████
   (1) LICENSE TYPE:              NON COMMERCIAL
       STATE CLASS CODE:          D
       LICENSE CLASS:             ANY TYPE NON COMMERCIAL VEH FOR RECREATIONAL PURPOSES
       STATUS:                    VALID
       ORIGINAL ISSUE DATE:       XXXXXX
       ISSUE DATE:
       EXPIRATION DATE:           XX/XX
       RESTRICTIONS:              NONE
       ENDORSEMENTS:              NONE


   STATE MESSAGE(S):
   EXPIRATION DATES IN THIS DOCUMENT MAY HAVE BEEN EXTENDED PURSUANT TO EXECUTIVE, OR
   LEGISLATIVE ACTION OF THE ISSUING JURISDICTION RELATED TO COVID-19., PLEASE CONSULT
   WITH THE JURISDICTION FOR FURTHER DETAILS.
   DRIVER TRAINING: 9


   ********** DRIVING HISTORY **********

   NO ENTRIES FOUND FOR THIS PERSON.

   CLEAR DRIVING HISTORY AND RECORD.




   REPORT CONTINUED
```

| REPORT CONTINUED: | PAGE 2 OF 2 | OrderNumber: ▮ |
|---|---|---|

OTHER INFORMATION:

(1) ▮▮▮▮▮▮

    DESCRIPTION: PERSONAL
    SUB TYPE: HISTORICAL LICENSE
    STATE CODE: EXPIRED
    CLASS: CENT ISS TEMP DL, ID OR COMM LRNR PERMIT-ORIGNAL

**END OF REPORT**