# EXHIBIT C

"CONFIDENTIAL" excerpts of chat thread between Defendant and Rose.