UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JANE DOE,

    Plaintiff,

v.                                         CASE NO: 1:25-cv-20757-JB/Torres

STEVEN K. BONNELL II,

    Defendant.

_____/

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE
TO FILE UNDER SEAL UNREDACTED VERSION OF EXHIBITS**

This matter is before the Court on Plaintiff Jane Doe's Motion for Leave to File Exhibits Under Seal. [Dkt. No. 140] ("Motion for Leave"). The Court has considered the record, as well as the facts and arguments in support of the Motion for Leave, and finding good cause shown, it is hereby

**ORDERED and ADJUDGED** that the Motion is GRANTED. The Clerk of Courts is hereby directed to maintain Exhibits B and C to Plaintiff's Opposition to Defendant's Motion to Dismiss [ECF 139] under seal for the duration of the litigation, including any appeals.

**DONE AND ORDERED** in Miami, Florida on _____, 2025.

                                                                         _____
                                                                         HONORABLE JACQUELINE BECERRA
                                                                         U.S. DISTRICT COURT JUDGE

cc. Counsel of record