UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

(MIAMI DIVISION)

**JANE DOE,**                                               CASE NO: 1:25-cv-20757-JB/Torres

    Plaintiff,

v.

**STEVEN K. BONNELL II,**

    Defendant.

_____/

**PLAINTIFF'S MOTION SUBMITTING AMENDMENT TO DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS AMENDED COMPLAINT**

COMES NOW Plaintiff Jane Doe, by and through the undersigned counsel, and hereby submits an amendment to the declaration submitted in support of Plaintiff's Opposition to Defendant's Motion to Dismiss Amended Complaint ("Opposition")(ECF 139), and respectfully states as follows:

1. On October 3, 2025, Plaintiff submitted her Opposition to Defendant's Motion to Dismiss, along with a declaration in support thereof from Plaintiff's forensic expert, Mr. Jesus Pena ("October 3rd Declaration")(ECF 139-1). On or about October 7, 2025, Mr. Pena became aware of an issue affecting his interpretation of the evidence as set forth in paragraphs 17 and 18 of his October 3rd Declaration. Accordingly, attached hereto as **Exhibit 1** is an Amendment to the Declaration of Jesus Pena. This amendment *only* affects paragraphs 17 and 18 of the October 3rd Declaration.

2. Plaintiff's Opposition relied on paragraphs 17 and 18 of the October 3rd Declaration for two paragraphs of her Opposition: the last paragraph on page 7, and the first paragraph on page

1

8. These two paragraphs are no longer supported, and should be disregarded by the Court. The remainder of the Opposition remains unaffected by the Amendment to Declaration.

WHEREFORE, Plaintiff respectfully requests that this Court accept the Amendment to Declaration and deny Defendant's Motion to Dismiss the Amended Complaint for Lack of Subject Matter Jurisdiction, and allow such other relief as warranted.

Respectfully submitted,

Dated: October 8, 2025.

| | |
|---|---|
| **JSP LAW, LLC**<br>Joan Schlump Peters<br>(admitted *pro hac vice*)<br>838 Neapolitan Way, #91<br>Naples, FL 34103<br>Tel. 305-299-4759<br>Email: petersjoan@bellsouth.net<br>Counsel for Plaintiff JANE DOE | **SANCHEZ-MEDINA GONZALEZ<br>LAGE GOMEZ & MACHADO, LLP**<br>CARLOS A. GARCIA PEREZ / Fla Bar 106895<br>GUSTAVO D. LAGE / Fla Bar 972551<br>201 Alhambra Circle, Suite 1205<br>Coral Gables, Florida, 33134<br>Tel. (305) 377-1000<br>Primary E-Mail: cgarciaperez@smgqlaw.com<br>Primary E-Mail: glage@smgqlaw.com<br>Counsels for Plaintiff JANE DOE |

By:_____
       CARLOS A. GARCIA PEREZ

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 8, 2025 a true and correct copy of the foregoing was served on all parties via the CM/ECF filing portal to all counsel of record.

By: _____
       CARLOS A. GARCIA PEREZ
       Attorney for Plaintiff

2