# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:25-cv-20757-JB/Torres

JANE DOE,

    Plaintiff,

v.

STEVEN K. BONNELL II,

    Defendant.

_____/

## STEVEN K. BONNELL'S OPPOSITION TO PLAINTIFF'S MOTION FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO HAUGE CONVENTION

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
ROBERT L. RASKOPF
Florida Bar No.: 1040022
PATRICIA M. PATINO
Florida Bar No.: 1007702
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131
Tel.: (305) 374-7580
Fax: (305) 374-7593
Email: rraskopf@bilzin.com;
ppatino@bilzin.com

-and-

**BERK BRETTLER LLP**

ANDREW B. BRETTLER
California Bar No.: 262928
JAKE A. CAMARA
California Bar No.: 305780
JOEL A. SICHEL
California Bar No.: 361148
9119 West Sunset Blvd.
West Hollywood, CA 90069-3106
Tel: (310) 278-2111
Email: abrettler@berkbrettler.com;
jcamara@berkbrettler.com;
jsichel@berkbrettler.com
(admitted *pro hac vice*)

As defendant Steven Bonnell indicated in his Reply brief in further support of his pending Motion To Dismiss the Amended Complaint for Lack of Subject Matter Jurisdiction [ECF No. 132], he takes "no position" with respect to the "procedure" Plaintiff seeks to use to obtain materials from a non-party residing in a foreign country, i.e., filing an application through the Hauge. [ECF No. 149 at 7 n.5.] However, Bonnell disputes the relevance of the materials Plaintiff seeks from his ex-wife, who now resides in Sweden and has nothing to do with any of the allegations in Plaintiff's Amended Complaint. (*Id.*)

Further, Bonnell objects to Plaintiff's Motion for International Judicial Assistance [ECF No. 145] to the extent it will cause any delay in the case. Bonnell does not agree to extend the discovery cut-off date or otherwise postpone any of the other deadlines the Court previously set. (*See* Scheduling Order, dated Apr. 3, 2025 [ECF No. 23] at 1-2.)

Dated: October 20, 2025

Respectfully submitted,

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**

By: */s/ Patricia M. Patino*
Robert L. Raskopf
Florida Bar No.: 1040022
Patricia M. Patino
Florida Bar No.: 1007702

and

**BERK BRETTLER LLP**

By: */s/ Andrew B. Brettler*
Andrew B. Brettler
California Bar No.: 262928
Jake A. Camara
California Bar No.: 305780
Joel A. Sichel
California Bar No.: 361148
(admitted *pro hac vice*)

*Counsel for Steven K. Bonnell II*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 20, 2025, a true and correct copy of the foregoing document is being served this day on all counsel of record, including those listed in the below Service List, via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Patricia M. Patino*
Attorney

**SERVICE LIST**

*Jane Doe v. Steven K. Bonnell II*
*Case No.: 1:25-cv-20757-JB/Torres*

Carlos A. Garcia Perez, Esq.
Sanchez-Medina, Gonzalez, Quesada, Lage, Gomez & Machado, LLP
201 Alhambra Circle, Suite 1205
Coral Gables, Florida, 33134
Email: cgarciaperez@smgqlaw.com

Joan Schlump Peters, Esq.
JSP LAW, LLC
838 Neapolitan Way, #91, Naples, FL 34103
Email: petersjoan@bellsouth.net

*Counsel for Plaintiff Jane Doe*