UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:25-cv-20757-JB/Torres

JANE DOE,

    Plaintiff,

v.

STEVEN K. BONNELL II,

    Defendant.

_____/

### DECLARATION OF ANDREW B. BRETTLER

I, Andrew B. Brettler, declare, pursuant to 28 U.S.C. § 1746, as follows:

1.    I am an attorney admitted to practice *pro hac vice* in the above-captioned action. I am a partner at the law firm Berk Brettler LLP in West Hollywood, California. Along with our local counsel at Bilzin Sumberg Baena Price & Axelrod LLP, we represent Defendant Steven K. Bonnell II. I have personal knowledge of the matters contained herein and if called upon to testify could offer competent testimony thereto. I submit this Declaration in response to Plaintiff's untimely notice and unauthorized sur-reply. [ECF No. 160.]

2.    Beginning at 7:56 a.m. PDT on October 29, 2025, Plaintiff's counsel sent me a series of emails wherein she accused Mr. Bonnell of violating the Protective Order. Attached hereto as **Exhibit A** is a true a correct (partially redacted) copy of my letter in response to Plaintiff's counsel, dated October 29, 2025, and transmitted at 1:50 p.m. PDT.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on October 31, 2025.

                                                            s/ *Andrew B. Brettler*
                                                            Andrew B. Brettler