# EXHIBIT C

**From:** petersjoan petersjoan@bellsouth.net
**Subject:** Re: Bonnell / Doe
**Date:** September 26, 2025 at 7:53 AM
**To:** Carlos Garcia Perez cgarciaperez@smgqlaw.com, Andrew Brettler abrettler@berkbrettler.com
**Cc:** Gustavo D. Lage glage@smgqlaw.com, Andrea Garcia agarciaw2@gmail.com, Angie Velando angie@smgqlaw.com, Robert "Bob" L. Raskopf rraskopf@bilzin.com, Patricia M. Patino ppatino@bilzin.com, Jake Camara jcamara@berkbrettler.com, Joel Sichel jsichel@berkbrettler.com, Regina Peter rpeter@berkbrettler.com, Maria Favela mfavela@berkbrettler.com

We would like to depose your client in Miami on November 5 or 6. Please confirm availability. Our client will be in Illinois, not Miami, in November. She is available to be deposed remotely or in person in Illinois on November 14.
thanks,
Joan

On Monday, September 22, 2025, 10:46:01 AM EDT, Andrew Brettler <abrettler@berkbrettler.com> wrote:

Our client is generally available during the week of Nov. 3.  With the exception Nov. 4 (I have a court hearing in another matter), we will endeavor to make Mr. Bonnell available for deposition any day that week.  While we are in Miami, let's also set Plaintiff's deposition for the same week.  Please let us know what works for you and her.  Thank you.

Sincerely,

**Andrew B. Brettler** | BERK BRETTLER LLP
9119 W. Sunset Blvd. | West Hollywood, CA 90069
O: +1.310.278.2111 | M: +1.917.620.2726

> On Sep 19, 2025, at 4:53 AM, Carlos Garcia Perez <cgarciaperez@smgqlaw.com> wrote:
>
> Good morning I hope you are all doing well.  Andrew I am following up on the deposition dates for your client as mentioned below.  Please let us know and thank you.  Carlos
>
> **Carlos A. Garcia Perez**
> **Partner**
>
> <image001.png>
>
> 201 Alhambra Circle  I  Suite 1205 I  Miami, Florida 33134
> Office: 305.377.1000  I  Fax: 855.327.0391
> **cgarciaperez@smgqlaw.com**  I  **SMGQLAW.com**
>
> **From:** petersjoan <petersjoan@bellsouth.net>
> **Date:** Wednesday, September 17, 2025 at 5:34 PM
> **To:** Andrew Brettler <abrettler@berkbrettler.com>
> **Cc:** Carlos Garcia Perez <cgarciaperez@smgqlaw.com>, Gustavo D. Lage <GLage@smgqlaw.com>, Andrea Garcia <agarciaw2@gmail.com>, Angie Velando <angie@smgqlaw.com>, Robert "Bob" L. Raskopf <rraskopf@bilzin.com>, Patricia M. Patino <ppatino@bilzin.com>, Jake Camara <jcamara@berkbrettler.com>, Joel Sichel <jsichel@berkbrettler.com>, Regina Peter <rpeter@berkbrettler.com>, Maria