# EXHIBIT D

**From:** **Andrew Brettler** abrettler@berkbrettler.com
**Subject:** Re: Bonnell / Doe
**Date:** September 26, 2025 at 9:20 AM
**To:** petersjoan petersjoan@bellsouth.net
**Cc:** Carlos Garcia Perez cgarciaperez@smgqlaw.com, Gustavo D. Lage glage@smgqlaw.com, Andrea Garcia agarciaw2@gmail.com, Angie Velando angie@smgqlaw.com, Robert "Bob" L. Raskopf rraskopf@bilzin.com, Patricia M. Patino ppatino@bilzin.com, Jake Camara jcamara@berkbrettler.com, Joel Sichel jsichel@berkbrettler.com, Regina Peter rpeter@berkbrettler.com, Maria Favela mfavela@berkbrettler.com

Thank you Joan.  Let's hold November 6 for Mr. Bonnell's deposition in Miami.

If your client is not available for deposition in Miami during the entire month of November, please provide us with her availability to sit for deposition in Miami in October.

Sincerely,

**Andrew B. Brettler** | BERK BRETTLER LLP
9119 W. Sunset Blvd. | West Hollywood, CA 90069
O: +1.310.278.2111 | M: +1.917.620.2726

> On Sep 26, 2025, at 7:53 AM, petersjoan <petersjoan@bellsouth.net> wrote:
>
> We would like to depose your client in Miami on November 5 or 6. Please confirm availability. Our client will be in Illinois, not Miami, in November. She is available to be deposed remotely or in person in Illinois on November 14.
> thanks,
> Joan
>
> On Monday, September 22, 2025, 10:46:01 AM EDT, Andrew Brettler <abrettler@berkbrettler.com> wrote:
>
>
> Our client is generally available during the week of Nov. 3.  With the exception Nov. 4 (I have a court hearing in another matter), we will endeavor to make Mr. Bonnell available for deposition any day that week.  While we are in Miami, let's also set Plaintiff's deposition for the same week.  Please let us know what works for you and her.  Thank you.
>
> Sincerely,
>
> **Andrew B. Brettler** | BERK BRETTLER LLP
> 9119 W. Sunset Blvd. | West Hollywood, CA 90069
> O: +1.310.278.2111 | M: +1.917.620.2726
>
>
>> On Sep 19, 2025, at 4:53 AM, Carlos Garcia Perez <cgarciaperez@smgqlaw.com> wrote:
>>
>> Good morning I hope you are all doing well.  Andrew I am following up on the deposition dates for your client as mentioned below.  Please let us know and thank you.  Carlos
>>
>> **Carlos A. Garcia Perez**
>> **Partner**
>>
>> <image001.png>
>>
>> 201 Alhambra Circle  I  Suite 1205 I  Miami, Florida 33134
>> Office: 305.377.1000  I  Fax: 855.327.0391
>> cgarciaperez@smgqlaw.com  I  SMGQLAW.com