# EXHIBIT K

**From:** Carlos Garcia Perez cgarciaperez@smgqlaw.com
**Subject:** Re: Bonnell / Doe
**Date:** October 7, 2025 at 4:43 AM
**To:** Andrew Brettler abrettler@berkbrettler.com, petersjoan petersjoan@bellsouth.net
**Cc:** Gustavo D. Lage GLage@smgqlaw.com, Andrea Garcia agarciaw2@gmail.com, Angie Velando angie@smgqlaw.com, Robert "Bob" L. Raskopf rraskopf@bilzin.com, Patricia M. Patino Ppatino@bilzin.com, Jake Camara jcamara@berkbrettler.com, Joel Sichel jsichel@berkbrettler.com, Regina Peter rpeter@berkbrettler.com, Maria Favela mfavela@berkbrettler.com

Good morning I hope you are all doing well.  The only issue on the deposition schedule is when and how you will take Plaintiff's deposition.  Your client deposition date was agreed by the parties and properly noticed.  Respectfully only a court order or an agreement by the parties may cancel or move the deposition date.  We do not agree to change or cancel your client's deposition date.  Thank you and we are looking forward to the conversation at 12. Carlos

**Carlos A. Garcia Perez**
**Partner**



201 Alhambra Circle | Suite 1205 | Miami, Florida 33134
Office: 305.377.1000 | Fax: 855.327.0391
cgarciaperez@smgqlaw.com  |  SMGQLAW.com

---

**From:** Andrew Brettler <abrettler@berkbrettler.com>
**Date:** Monday, October 6, 2025 at 6:50 PM
**To:** petersjoan <petersjoan@bellsouth.net>
**Cc:** Carlos Garcia Perez <cgarciaperez@smgqlaw.com>, Gustavo D. Lage <GLage@smgqlaw.com>, Andrea Garcia <agarciaw2@gmail.com>, Angie Velando <angie@smgqlaw.com>, Robert "Bob" L. Raskopf <rraskopf@bilzin.com>, Patricia M. Patino <ppatino@bilzin.com>, Jake Camara <jcamara@berkbrettler.com>, Joel Sichel <jsichel@berkbrettler.com>, Regina Peter <rpeter@berkbrettler.com>, Maria Favela <mfavela@berkbrettler.com>
**Subject:** Re: Bonnell / Doe

> SECURITY NOTE: *This email has originated from OUTSIDE of SMGQ Law. Please exercise caution with attachments and links *

Great. Happy to move the call to 9:00 a.m. PDT / 12:00 p.m. EDT tomorrow. In addition to discussing the deposition scheduling matter, we'll also use the call tomorrow as an opportunity to meet and confer with you regarding:

1) Plaintiff's incomplete document production;
2) Plaintiff's failure to provide amended responses to the requests for production;
3) Lauren Hayden's failure to respond to the subpoena or produce any documents responsive to the subpoena;
4) Plaintiff's failure to provide a current telephone number and/ email address for Abby Mo███████.

Sincerely,
**Andrew R. Brettler** | BERK BRETTLER LLP

**Andrew B. Brettler** | BERK BRETTLER LLP
9119 W. Sunset Blvd. l West Hollywood, CA 90069
O: +1.310.278.2111 l M: +1.917.620.2726

> On Oct 6, 2025, at 3:42 PM, petersjoan <petersjoan@bellsouth.net> wrote:
>
> Sorry, I meant to say that noon works for Carlos.
>
> On Monday, October 6, 2025 at 05:38:36 PM EDT, Andrew Brettler <abrettler@berkbrettler.com> wrote:
>
> I know 1pm works for him. That's the time he requested. You asked to move the call to 12pm. I'd like to make sure that Carlos is available to participate on the call if we reschedule it. Thanks.
>
> **Andrew B. Brettler** | BERK BRETTLER LLP
> 9119 W. Sunset Blvd. | West Hollywood, CA 90069
> O: +1.310.278.2111 | M: +1.917.620.2726
>
>> On Oct 6, 2025, at 2:36 PM, petersjoan <petersjoan@bellsouth.net> wrote:
>>
>> yes, 1 pm does work for Carlos.
>>
>> On Monday, October 6, 2025 at 05:15:32 PM EDT, Andrew Brettler <abrettler@berkbrettler.com> wrote:
>>
>> Carlos requested a call at 1:00 p.m. EDT tomorrow. Does 12:00 p.m. also work for him?
>>
>> **Andrew B. Brettler** | BERK BRETTLER LLP
>> 9119 W. Sunset Blvd. | West Hollywood, CA 90069
>> O: +1.310.278.2111 | M: +1.917.620.2726
>>
>>> On Oct 6, 2025, at 1:29 PM, Joan Peters <petersjoan@bellsouth.net> wrote:
>>>
>>> Can we speak at noon EDT tomorrow instead of one?
>>>
>>>> On Oct 6, 2025, at 3:09 PM, Andrew Brettler <abrettler@berkbrettler.com> wrote:
>>>>
>>>> All:
>>>>
>>>> Carlos suggested a call tomorrow at 10:00 a.m. PDT / 1:00 p.m. EDT. All those who are available to participate can use my dial-in: +1 (424) 208-2601 (no pin needed).
>>>>
>>>> **Andrew B. Brettler** | BERK BRETTLER LLP
>>>> 9119 W. Sunset Blvd. | West Hollywood, CA 90069
>>>> O: +1.310.278.2111 | M: +1.917.620.2726
>>>>
>>>>> On Oct 3, 2025, at 3:23 PM, Andrew Brettler <abrettler@berkbrettler.com> wrote:
>>>>>
>>>>> Carlos:

Carlos:

We aren't confusing the issues. We're trying to schedule Mr. Bonnell's deposition and Plaintiff's deposition around the same time, in Miami, for practical reasons.

In that regard, Plaintiff can either appear for an in-person deposition during the week of Nov. 3, if Mr. Bonnell's deposition is going to take place on Nov. 6, or she can appear for deposition in Miami on Nov. 24, if Plaintiff wishes to take Mr. Bonnell's deposition there on Nov. 25. If your client is unwilling to sit for an in-person deposition in Miami—where she filed her lawsuit—anytime this month, we are not going to agree to produce Mr. Bonnell for an in-person deposition in Miami on Nov. 6 only to have to fly back there two weeks later to take Plaintiff's deposition. Plaintiff's position is simply unreasonable.

Happy to discuss by phone in advance of Mr. Bonnell seeking relief from the Court. Please advise of your availability for a meet and confer call on Monday. Thank you.

Sincerely,

**Andrew B. Brettler** | BERK BRETTLER LLP
9119 W. Sunset Blvd. | West Hollywood, CA 90069
O: +1.310.278.2111 | M: +1.917.620.2726

> On Oct 3, 2025, at 1:46 AM, Carlos Garcia Perez <cgarciaperez@smgqlaw.com> wrote:
>
> Good morning I hope everyone is doing well.
>
> Let's please not confuse the issues . Your client's deposition is set for November 6 as agreed by the parties.  The issue is the method  and dates of our client's deposition. You now have 5 dates to pick when to depose our client.  Please let us know when you are going to take her deposition.
>
> As to the hardship , it's the negative impact that it will cause on her studies, among other issues. I hope we can all appreciate and understand that being the case . Again your client's depo is set for November 6,  please let us