# EXHIBIT M

**From:** Andrew Brettler abrettler@berkbrettler.com
**Subject:** Doe v. Bonnell, S.D. Fla. Case No. 25-cv-20757-JB/Torres
**Date:** October 7, 2025 at 10:35 AM
**To:** Carlos A. Garcia Perez cgarciaperez@smgqlaw.com, Joan Schlump Peters petersjoan@bellsouth.net
**Cc:** Robert "Bob" L. Raskopf Rraskopf@bilzin.com, Patricia M. Patino ppatino@bilzin.com, Jake Camara jcamara@berkbrettler.com, Regina Peter rpeter@berkbrettler.com, Joel Sichel jsichel@berkbrettler.com

Dear counsel:

Please see the attached notice of deposition.  Thank you.

Sincerely,

**Andrew B. Brettler** | BERK BRETTLER LLP
9119 W. Sunset Blvd. | West Hollywood, CA 90069
O: +1.310.278.2111 | M: +1.917.620.2726



NOTICE OF DEPOSITION (JANE DOE) 100725.pdf
84 KB

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:25-cv-20757-JB/Torres

JANE DOE,

    Plaintiff,

v.

STEVEN K. BONNELL II,

    Defendant.

_____/

## NOTICE OF DEPOSITION OF PLAINTIFF JANE DOE

**PLEASE TAKE NOTICE** that on November 3, 2025, commencing at 10:00 a.m. EDT, at the law offices of Bilzin Sumberg Baena Price & Axelrod LLP, located at 1450 Brickell Avenue, Suite 2300, Miami, Florida 33131, Defendant Steven K. Bonnell II will take the deposition of Plaintiff Jane Doe.

The oral examination will take place before a certified court reporter, or any other Notary Public officer authorized to administer the oath in the State of Florida.

The deposition will be recorded by stenographic means and by video.

Dated: October 7, 2025

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131
Tel.: (305) 374-7580
Fax: (305) 374-7593

By: /s/ *Robert L. Raskopf*
Robert L. Raskopf, Esq.
Florida Bar No.: 1040022
rraskopf@bilzin.com
Patricia M. Patino, Esq.
Florida Bar No.: 1007702
ppatino@bilzin.com

*and*

**BERK BRETTLER LLP**
9119 West Sunset Blvd.
West Hollywood, CA 90069-3106
Tel: (310) 278-2111

By: /s/ *Andrew B. Brettler*
Andrew Brad Brettler, Esq.
California Bar No.: 262928
abrettler@berkbrettler.com
Jake A. Camara, Esq.
California Bar No.: 305780
jcamara@berkbrettler.com
(admitted *pro hac vice*)

*Counsel for Steven K. Bonnell II*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 7, 2025, a true and correct copy of the foregoing was served on all parties via via electronic transmission to counsel of record for these parties.

By:   /s/ *Andrew B. Brettler*
         Attorney

2