# EXHIBIT S

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-20757-JB/Torres

JANE DOE,
Plaintiff,
vs.
STEVEN K. BONNELL, II,
Defendant.
____________________________/

CERTIFICATE OF NON-APPEARANCE
OF PLAINTIFF, JANE DOE

I, ANDREA FRIAS, Court Reporter and a Notary Public, do hereby certify that pursuant to a Notice of Taking Deposition of Plaintiff, Jane Doe, I was present at 1450 Brickell Avenue, Suite 2300, Miami, Florida, 33131, for the purpose of reporting the deposition of JANE DOE, scheduled to begin on MONDAY, NOVEMBER 3, 2025, at 10:00 a.m.; that Andrew B. Brettler, Esquire and Patricia M. Patino, Esquire were present; and that we remained at this location until 10:30 a.m.

I further certify there was no appearance by the witness, JANE DOE, nor anyone on her behalf.

WITNESS MY HAND AND SEAL, this 3rd day of November, 2025.

_____Andrea Frias_________________
ANDREA FRIAS, Court Reporter
State of Florida at Large
Notary ID: HH409067



# Magna
## Key Contacts

**Schedule a Deposition:**
Scheduling@MagnaLS.com | 866-624-6221

**Order a Transcript:**
CustomerService@MagnaLS.com | 866-624-6221

**General Billing Inquiries:**
ARTeam@MagnaLS.com | 866-624-6221

**Scheduling Operations Manager:**
Patricia Gondor (E: PGondor@MagnaLS.com | C: 215-221-9566)

**Customer Care:**
Cari Hartley (E: CHartley@MagnaLS.com | C: 843-814-0841)

**Director of Production Services:**
Ron Hickman (E:RHickman@MagnaLS.com | C: 215-982-0810)

**National Director of Discovery Support Services:**
Carmella Mazza (E: CMazza@MagnaLS.com | C: 856-495-1920)

**Billing Manager:**
Maria Capetola (E: MCapetola@MagnaLS.com | C: 215-292-9603)

**Director of Sales Operations:**
Kristina Moukina (E: KMoukina@MagnaLS.com | C: 215-796-5028)



**A**

**a**
1:12,12
**and**
1:12,15,15,18
**ANDREA**
1:12,22
**Andrew**
1:15
**anyone**
1:17
**appearance**
1:17
**at**
1:13,15,16,22
**Avenue**
1:13
**a.m**
1:15,16

**B**

**B**
1:15
**begin**
1:14
**behalf**
1:17
**BONNELL**
1:7
**Brettler**
1:15
**Brickell**
1:13
**by**
1:17

**C**

**CASE**
1:2
**CERTIFICATE**
1:9
**certify**
1:12,17
**Court**
1:1,12,22

**D**

**day**
1:18
**Defendant**
1:8
**deposition**
1:13,14
**DISTRICT**
1:1,1
**do**
1:12
**Doe**
1:4,10,13,14,17

**E**

**Esquire**
1:15,15

**F**

**Florida**
1:1,13,22
**for**
1:1,14
**FRIAS**
1:12,22
**further**
1:17

**H**

**HAND**
1:18
**her**
1:17
**hereby**
1:12
**HH409067**
1:23

**I**

**I**
1:12,13,17
**ID**
1:23
**II**
1:7

**J**

**Jane**
1:4,10,13,14,17

**K**

**K**
1:7

**L**

**Large**
1:22
**location**
1:16

**M**

**M**
1:15
**Miami**
1:13
**MONDAY**
1:14
**MY**
1:18

**N**

**no**
1:2,17
**NON-APPEARAN...**
1:9
**nor**
1:17
**Notary**
1:12,23
**Notice**
1:12
**November**
1:14,19

**O**

**of**
1:1,9,10,12,13,14,14
1:18,22
**on**
1:14,17

**P**

**Patino**
1:15
**Patricia**
1:15
**Plaintiff**
1:5,10,13
**present**
1:13,15
**Public**
1:12
**purpose**
1:14
**pursuant**
1:12

**R**

**remained**
1:16
**Reporter**
1:12,22
**reporting**
1:14

**S**

**scheduled**
1:14
**SEAL**
1:18
**SOUTHERN**
1:1
**State**
1:22
**STATES**
1:1
**STEVEN**
1:7
**Suite**
1:13

**T**

**Taking**
1:13
**that**
1:12,15,15
**the**
1:1,14,14,17



**there**
1:17
**this**
1:16,18
**to**
1:12,14

**U**

**UNITED**
1:1
**until**
1:16

**V**

**vs**
1:6

**W**

**was**
1:13,17
**we**
1:16
**were**
1:15
**witness**
1:17,18

**1**

**1:25-cv-20757-JB/...**
1:2
**10:00**
1:15
**10:30**
1:16
**1450**
1:13

**2**

**2025**
1:15,19
**2300**
1:13

**3**

**3**
1:14
**3rd**
1:18
**33131**
1:14

