UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

**JANE DOE,**

Plaintiff,

CASE NO: 1:25-cv-20757-JB/Torres

v.

**STEVEN K. BONNELL II,**

Defendant.
_____/

### UNSWORN STATEMENT UNDER PENALTY OF PERJURY OF JOAN S. PETERS PURSUANT TO 28 U.S.C. § 1746

I, Joan S. Peters, declare as follows:

1. I am an attorney admitted to practice *pro hac vice* in the above captioned action. I have personal knowledge of the matters contained herein and if called upon to testify could offer competent testimony thereto.

2. I am submitting this statement in support of Plaintiff's Reply to Response to Notice of Local Rule 7.1(b)(4) Expiration and Supplemental Evidence in Further Support of Motion for Protective Order Governing Public Commentary ("Notice").

3. On November 4, 2025, at 2:27 p.m., Defendant posted on Discord a link to a court filing in an unrelated matter that contains the legal name of Plaintiff's spouse, and Defendant once again identified her as Plaintiff's spouse. There is nothing in this court filing that in and of itself would connect it to Plaintiff. Thus, but for Defendant's posting of it and announcing that it pertains to Plaintiff's spouse, this was not public knowledge. Indeed, his post admits that Plaintiff and her

DOE v BONNELL
CASE NO: 1:25-cv-20757-JB/Torres
Page 2

spouse "don't talk about it in any of their social medias." I have personally viewed Defendant's post on Discord and this is an accurate reflection of the post and its content.

  4. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge and understanding, the foregoing is true and correct.

  Executed in Naples, Florida, this 5th day of November, 2025.

        *s/ Joan S. Peters*
        Joan S. Peters