UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

Case No.: 1:25-cv-20757-JB

JANE DOE,

    Plaintiff,

v.

STEVEN K. BONNELL II,

    Defendant.

_____/

**UNOPPOSED MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF ROBERT L. RASKOPF, ESQ.**

Defendant Steven K. Bonnell II, ("Bonnell"), pursuant to Local Rule 11.1(d)(3), respectfully request to withdraw the appearance of Robert L. Raskopf in this case. In support of this Motion, Bonnell states as follows:

1. Attorney Robert L. Raskopf entered a Notice of Appearance on behalf of Bonnell on March 3, 2025 (Dkt. 9).

2. Mr. Raskopf recently left employment at Bilzin Sumberg Baena Price & Axelrod, LLP, and therefore no longer represents Bonnell in this matter.

3. Due to this transition, Bonnell seeks to withdraw Mr. Raskopf's appearance in this matter.

4. Andrew B. Brettler, Jake C. Camara, and Joel Sichel of Berk Brettler LPP and Patricia Patino of Bilzin Sumberg Baena Price & Axelrod, LLP will continue to represent Bonnell in this matter.

5. Accordingly, withdrawal will not prejudice any party or delay this matter.

6. Following Mr. Raskopf's withdrawal, the address and contact information for

Bonnell's counsel is as follows:

Andrew B. Brettler, Esq.
California Bar No.: 262928
Jake A. Camara, Esq.
California Bar No.: 305780
Joel Sichel, Esq.
California Bar No.: 361148
**BERK BRETTLER LLP**
9119 West Sunset Blvd.
West Hollywood, CA 90069-3106
Tel: (310) 278-2111
abrettler@berkbrettler.com;
jcamara@berkbrettler.com;
jsichel@berkbrettler.com
(admitted *pro hac vice*)

- and -

Patricia Patino, Esq.
**BILZIN SUMBERG BAENA PRICE
& AXELROD LLP**
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131
Tel.: (305) 374-7580
Fax: (305) 374-7593
ppatino@bilzin.com

WHEREFORE, Defendant K. Bonnell II respectfully requests that the Court enter an order granting Mr. Roskopf leave to withdraw as counsel of record for Bonell in this case.

### Local Rule 7.1 Certification

The parties met and conferred by email on November 5, 2025, and Plaintiff does not oppose the relief requested in this motion.

Dated: November 6, 2025

Respectfully submitted,

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131
Tel.: (305) 374-7580
Fax: (305) 374-7593

By: /s/ *Patricia M. Patino*
Patricia M. Patino
Florida Bar No.: 1007702
ppatino@bilzin.com

*and*

**BERK BRETTLER LLP**
9119 West Sunset Blvd.
West Hollywood, CA 90069-3106
Tel: (310) 278-2111

By: /s/ *Andrew B. Brettler*
Andrew Brad Brettler
California Bar No.: 262928
abrettler@berkbrettler.com
Jake A. Camara
California Bar No.: 305780
jcamara@berkbrettler.com
Joel Sichel
California Bar No: 361148
jsichel@berkbrettler.com
(admitted *pro hac vice*)

*Counsel for Steven K. Bonnell I*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 6, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's EM/ECF system.

By: /s/ *Patricia M. Patino*
Attorney