UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

**Case No.: 1:25-cv-20757-JB**

JANE DOE,

    Plaintiff,

v.

STEVEN K. BONNELL II,

    Defendant.

_____/

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF ROBERT L. RASKOPF, ESQ.**

THIS MATTER is before the Court on Defendant Steven K. Bonnell II, ("Bonnell") Unopposed Motion for Leave to Withdraw Appearance of Robert L. Raskopf, Esq., as counsel of record for Bonnell (the "Motion"). The Court having reviewed the Motion, and otherwise being fully advised in the premises, it is hereby

    **ORDERED AND ADJUDGED** that:

    The Motion is **GRANTED**. Robert L. Raskopf is permitted to withdraw as counsel of record for Bonnell in this matter.

    DONE AND ORDERED in Chambers at _____, Florida, this ____ day of _____.

_____
United States District Judge

Copies furnished to: All Counsel of Record