UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Miami Division

**JANE DOE**,                  Case No:   1:25-cv-20757-JB/Torres

    Plaintiff,

vs.

**STEVEN K. BONNELL II**,

    Defendant.

_____/

## NOTICE OF STRIKING D.E. 171

Plaintiff Jane Doe, by and through her undersigned counsel, in accordance with the Court's Order at docket entry 172, hereby gives Notice of the Striking of docket Entry 171, which was inadvertently filed prior to the conventional filing of the referenced audio files.

Dated: November 7, 2025.

| | |
|---|---|
| **JSP LAW, LLC** | **SANCHEZ-MEDINA GONZALEZ LAGE GOMEZ & MACHADO, LLP** |
| Joan Schlump Peters | CARLOS A. GARCIA PEREZ |
| (admitted *pro hac vice*) | Florida Bar No. 106895 |
| 4819 W. Blvd. Ct. | GUSTAVO D. LAGE |
| Naples, FL 34103 | Florida Bar No.  972551 |
| Tel. 305-299-4759 | 201 Alhambra Circle, Suite 1205 |
| Email: petersjoan@bellsouth.net | Coral Gables, Florida, 33134 |
| Counsel for Plaintiff JANE DOE | Tel.: (305) 377-1000 |
| | Primary E-Mail: cgarciaperez@smgqlaw.com |
| | Primary E-Mail: glage@smgqlaw.com |
| | Counsels for Plaintiff |

                       */s/ Carlos A. Garcia Perez*
By:_____
           CARLOS A. GARCIA PEREZ
           Attorney for Plaintiff

DOE v BONNELL
Case No:  1:25-cv-20757-JB/Torres
Page 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 7, 2025 a true and correct copy of the foregoing was served on all parties via the CM/ECF filing portal to all counsel of record.

By: */s/ Carlos A. Garcia Perez*

CARLOS A. GARCIA PEREZ
Attorney for Plaintiff