UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

**JANE DOE**,

        Plaintiff,

v.

**STEVEN K. BONNELL II**,

        Defendant.

_____/

CASE NO: 1:25-cv-20757-JB/Torres

**PLAINTIFF JANE DOE'S NOTICE OF CONVENTIONALLY SUBMITTING TWO AUDIO FILES IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT**

Pursuant to this Court's November 5, 2025 Paperless Order [D.E. 168], Plaintiff Jane Doe ("Plaintiff"), by and through the undersigned counsel, hereby provides Notice of Conventionally Submitting two audio files in support of Plaintiff's Opposition to Defendant's Motion to Dismiss Amended Complaint [D.E. 139], via a USB Drive delivered to the United States District Court for the Southern District of Florida, located at 400 North Miami Avenue, Miami, Florida 33128.

Date: November 11, 2025

**JSP LAW, LLC**
Joan Schlump Peters
(admitted *pro hac vice*)
838 Neapolitan Way, #91
Naples, Florida 34103
Tel.: 305-299-4759
Email: petersjoan@bellsouth.net

Respectfully Submitted,

**SANCHEZ-MEDINA, GONZALEZ, LAGE, GOMEZ & MACHADO, LLP**
CARLOS A. GARCIA PEREZ
Florida Bar No. 106895
GUSTAVO D. LAGE, ESQ.
Florida Bar No. 972551
201 Alhambra Circle, Suite 1205
Coral Gables, Florida, 33134
Tel.: (305) 377-1000
Primary E-Mail Addresses:
cgarciaperez@smgqlaw.com;
glage@smgqlaw.com

By:  *s/ Carlos A. Garcia Perez*
      CARLOS A. GARCIA PEREZ

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 11, 2025 a true and correct copy of the foregoing was served on all parties via the CM/ECF filing portal to all counsel of record.

By: *s/ Carlos A. Garcia Perez*
CARLOS A. GARCIA PEREZ
Attorney for Plaintiff JANE DOE