# EXHIBIT A

1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JANE DOE,                        )
                                 )
            Plaintiff,           )
                                 )
    vs.                          ) No. 1:25-cv-20757-
                                 ) JB/Torres
STEVEN K. BONNELL II,            )
                                 )
                                 )
            Defendant.           )

      The video-recorded deposition of ██████████,
called as a witness herein, taken under oath, before
Amy K. Bateman, CSR No. 84-003803, RPR, CRR, CRC,
taken pursuant to the applicable provisions of the
Federal Rules of Procedure governing the taking of
depositions, at 2902 McFarland Road, Suite 400,
Rockford, Illinois, commencing at 9:24 a.m., on
Thursday, October 23, 2025, pursuant to notice.



18





24



34



35



36



51



52



56



59



60



64



67



68



69





72



78



84



88

1   STATE OF ILLINOIS   )
                       ) SS:
2   COUNTY OF K A N E   )

3        I, Amy K. Bateman, CSR, RPR, CRR, CRC, do
hereby certify that the witness, ██████████, was
4   duly sworn by me to testify the whole truth, and
that the foregoing deposition was recorded
5   stenographically by me and was reduced to
computerized transcript under my direction, and that
6   the said deposition constitutes a true record of the
testimony given by said witness.

7

        I further certify that the reading and
8   signing of the deposition was not waived, and that
deponent was notified, via U.S. Mail or Electronic
9   Mail, of the availability of the transcript for
review and signature.  Pursuant to Rule 30(e) of the
10  Federal Rules of Procedure, if deponent does not
appear or read and sign the deposition within 30
11  days, the deposition may be used as fully as though
signed, and this certificate will then evidence such
12  failure to appear as the reason for signature not
being obtained.

13

        I further certify that I am not a relative or
14  employee or attorney or counsel of any of the
parties, or a relative or employee of such attorney
15  or counsel, or financially interested directly or
indirectly in this action.

16

        IN WITNESS WHEREOF, I have hereunto set my
17  hand this 1st day of November, 2025.

18

19

20

21               _____
22               Illinois CSR License 84-003803

23

24

25