# EXHIBIT C

**From:** Andrew Brettler abrettler@berkbrettler.com
**Subject:** Re: Doe v. Bonnell: Rule 11 Sanctions
**Date:** November 7, 2025 at 12:27 PM
**To:** petersjoan petersjoan@bellsouth.net, Carlos A. Garcia Perez cgarciaperez@smgqlaw.com, Gustavo D. Lage glage@smgqlaw.com
**Cc:** Patricia M. Patino ppatino@bilzin.com, Jake Camara jcamara@berkbrettler.com, Regina Peter rpeter@berkbrettler.com, Joel Sichel jsichel@berkbrettler.com, Amanda Morris amorris@berkbrettler.com, Maria Favela mfavela@berkbrettler.com

Dear counsel:

Please see the attached motion for sanctions that we are hereby serving upon you by this email. Please note that we will promptly file this motion (with appropriate redactions) upon the expiration of the safe harbor period, unless Plaintiff first files an appropriate notice of errata and corrected pleading. In the interim, all of our client's rights and remedies are reserved.

Sincerely,

**Andrew B. Brettler** | BERK BRETTLER LLP
9119 W. Sunset Blvd. | West Hollywood, CA 90069
O: +1.310.278.2111 | M: +1.917.620.2726

> On Oct 31, 2025, at 10:09 AM, petersjoan <petersjoan@bellsouth.net> wrote:
>
> Andrew:
>
> We will respond to your letter sometime next week after we have received and reviewed the deposition transcript of [REDACTED].
>
> Regards,
> Joan
>
>
> On Thursday, October 30, 2025, 10:03:27 AM EDT, Andrew Brettler <abrettler@berkbrettler.com> wrote:
>
>
> Dear counsel:
>
> Please see the attached correspondence.
>
> Sincerely,
>
> **Andrew B. Brettler** | BERK BRETTLER LLP
> 9119 W. Sunset Blvd. | West Hollywood, CA 90069
> O: +1.310.278.2111 | M: +1.917.620.2726

---

Mtn for Rule 11 Sanctions 110725 [f].pdf
217 KB

ABB DECL ISO Rule 11 Mtn 110725 [f].pdf
148 KB

Ex. A (Transcript).pdf
285 KB

Ex. B (Letter).pdf
248 KB