UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

**JANE DOE**,

      Plaintiff,

v.

CASE NO: 1:25-cv-20757-JB/Torres

**STEVEN K. BONNELL II**,

      Defendant.

_____/

## [PROPOSED] ORDER GRANTING PLAINTIFF JANE DOE'S MOTION FOR A MODIFICATION OF THE SCHEDULING ORDER

This matter is before the Court on Plaintiffs' Motion for Modification of the Scheduling Order pursuant to Fed. R. Civ. P. 16 [D.E. __]. Defendant responded in opposition and Plaintiff replied. Therefore, Plaintiff's motion is now ripe for disposition. After careful consideration of the motion, response, and relevant authority, and for the reasons discussed below, Plaintiff's motion is **GRANTED.**

The Court finds that Plaintiff presents good cause for the 60-day extension of the discovery cutoff that she seeks. The proposed extension of the discovery cutoff would permit Plaintiff to conduct additional discovery, including into her claims of spoliation, and for the parties' disputes about scheduling their respective depositions to be resolved. Plaintiff brought the Motion prior to the current discovery cutoff, and this constitutes the first modification of the Scheduling Order. Accordingly, the current Scheduling Order is hereby amended as follows:

| | |
|---|---|
| 02/17/2026 | All discovery shall be completed. |
| 03/16/2026 | All dispositive pretrial motions and memoranda of law, as well as any motions to exclude or limit proposed expert testimony must be filed. Any *Daubert* motion shall be accompanied by appropriate affidavits. If any party |

1

moves to strike an expert affidavit filed in support of a motion for summary judgment for reasons stated in *Daubert v. Merrill Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), the motion to strike shall be filed with that party's responsive memorandum.

04/18/2026    All pretrial motions and memoranda of law must be filed.

All remaining deadlines in the current Scheduling Order remain in place.

DONE AND ORDERED in Chambers at Miami-Dade County in the Southern District of Florida, this ____ day of ____, 2025.

_____
EDWIN G. TORRES
United States Magistrate Judge