# EXHIBIT B

**In support of Plaintiff's Response to Defendant's Motion for Rule 11 Sanctions and Plaintiff's Motion for Rule 11 Sanctions Respectively**

**\*\*\* TO BE FILED UNDER SEAL \*\*\***