UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

**JANE DOE**,

    Plaintiff,

v.

CASE NO: 1:25-cv-20757-JB/Torres

**STEVEN K. BONNELL II**,

    Defendant.

_____/

**PLAINTIFF'S NOTICE OF SELECTION OF MEDIATOR**

Pursuant to Local Rule 16.2(d)(1)(B), the parties have mutually agreed on the designation of the following mediator to conduct the mediation conference for this case: Helen Preddy, Esq. The parties have also agreed to the following place, date, and time for mediation:

**Time:** 9:00 A.M.

**Date:** December 22, 2025

**Place:** Via Zoom Video Conference

| | |
|---|---|
| Date: December 4, 2025 | Respectfully Submitted, |
| **JSP LAW, LLC**<br>Joan Schlump Peters<br>(admitted *pro hac vice*)<br>838 Neapolitan Way, #91<br>Naples, Florida 34103<br>Tel.: 305-299-4759<br>Email: petersjoan@bellsouth.net | **SANCHEZ-MEDINA, GONZALEZ, QUESADA, LAGE, GOMEZ & MACHADO, LLP**<br>CARLOS A. GARCIA PEREZ<br>Florida Bar No. 106895<br>GUSTAVO D. LAGE, ESQ.<br>Florida Bar No. 972551<br>201 Alhambra Circle, Suite 1205<br>Coral Gables, Florida, 33134<br>Tel.: (305) 377-1000 |

Primary E-Mail Addresses:
cgarciaperez@smgqlaw.com;
glage@smgqlaw.com

By: *s/ Carlos A. Garcia Perez*
    CARLOS A. GARCIA PEREZ

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 4, 2025 a true and correct copy of the foregoing was served on all parties via the CM/ECF filing portal to all counsel of record.

                                         By:  *s/Carlos A. Garcia Perez*
                                                 CARLOS A. GARCIA PEREZ
                                                 Attorney for Plaintiff JANE DOE