**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

MIAMI DIVISION

**JANE DOE**,

        Plaintiff,      CASE NO: 1:25-cv-20757-JB/Torres

v.

**STEVEN K. BONNELL II**,

        Defendant.

_____/

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SEAL**

This matter is before the Court on Plaintiff's Motion for Leave to File under Seal the unredacted version of Plaintiff's Response to Defendant's Motion for Sanctions [D.E. 185], Plaintiff's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11 [D.E. 186], the Declaration of Carlos A. Garcia Perez in support of the aforementioned filings [D.E. 185-1; D.E. 186-1], as well as Exhibits A and B thereto [D.E. 185-2; D.E. 185-3; D.E. 186-2; D.E. 186-3]. [D.E. _]

The Court finds cause to allow Plaintiff to file under seal the unredacted version of [Docket Entries 185, 185-1, 185-2, 185-3, 186, 186-1, 185-2, and 186-3]. The Court directs the Clerk to maintain the forthcoming unredacted version of [Docket Entries 185, 185-1, 185-2, 185-3, 186, 186-1, 185-2, and 186-3] as sealed, pending other Order of the Court.

DONE AND ORDERED in Chambers at Miami-Dade County in the Southern District of Florida, this ____ day of ____, 2025.

                                                               _____
                                                               EDWIN G. TORRES
                                                               United States Magistrate Judge