To CLERK OF COURT
U.S. District Court for the Southern District of Florida

FILED BY _____ D.C.
DEC 10 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Hello,

Please do not treat this as ex-parte communication. I am a member of the public who wishes to express a general concern regarding the level of publicity surrounding the case Doe v. Bonnell, 1:25-cv-20757.

In following publicly available information online, I have observed extensive public discussion, commentary, and media coverage by individuals connected to the case. My concerns are not about the merits of the case, which I fully understand are solely for the Court to decide, but rather about the potential impact that widespread online discourse may have on the privacy, safety, and well-being of the people involved.

I have no relationship to any party and no personal interest in the outcome. I simply wish to convey that the case is receiving substantial public attention, and from the perspective of an outside observer, the level of online visibility may create additional risks of complications.

Thank you for your attention to this matter.

— CORY ROBERTS    [signature] 12/5/2025

**Name:** Cory Roberts
**Address:** 1301 State HWY 3 APT 148
**City:** Guymon **State:** OK **Zip:** 73942

☐ Please check box if address has changed



REC'D BY _____ D.C.
DEC 10 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

33126-771699