# EXHIBIT A

**Thursday, December 18, 2025 at 5:57:09 PM Pacific Standard Time**

| | |
|---|---|
| **Subject:** | Doe v. Bonnell |
| **Date:** | Friday, November 21, 2025 at 12:44:47 PM Pacific Standard Time |
| **From:** | Andrew Brettler |
| **To:** | Joan Schlump Peters, Carlos A. Garcia Perez, Gustavo D. Lage |
| **CC:** | Patricia M. Patino, Jake Camara, Joel Sichel, Regina Peter, Amanda Morris |

Dear counsel:

We are writing pursuant to paragraph 17 of the Protective Order Governing Discovery, dated Sept. 2, 2025 [ECF No. 116] (the "Order"). Mr. Bonnell disputes and contests Plaintiff's blanket "Confidential" designation of ▌▌▌▌▌▌'s deposition transcript. Apart from protecting Ms. ▌▌'s personal identifying information, nothing in her testimony qualifies as "Confidential Information," under the terms of the Court's Order. *See* Order, ¶ 2.

To the extent Plaintiff does not consent to the proposed de-designation of the transcript, she must file a motion within 30 days justifying her "Confidential" designation. *Id.* ¶ 17.

Please advise whether motion practice will be necessary. Thank you.

Sincerely,

**Andrew B. Brettler** | BERK BRETTLER LLP
9119 W. Sunset Blvd. | West Hollywood, CA 90069
O: +1.310.278.2111 | M: +1.917.620.2726