UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Miami Division

**JANE DOE**,

    Plaintiff,

vs.

**STEVEN K. BONNELL II**,

    Defendant.

_____/

Case No:   1:25-cv-20757-JB/Torres

## NOTICE OF MEDIATION REPORT

Plaintiff Jane Doe, by and through her undersigned counsel, in accordance with the Court's Order at docket entry 23, hereby gives notice that the parties engaged in mediation on December 22, 2025 but reached an impasse.

Dated: December 23, 2025.

**JSP LAW, LLC**
Joan Schlump Peters
(admitted *pro hac vice*)
4819 W. Blvd. Ct.
Naples, FL 34103
Tel. 305-299-4759
Email: petersjoan@bellsouth.net
Counsel for Plaintiff JANE DOE

**SANCHEZ-MEDINA GONZALEZ LAGE GOMEZ & MACHADO, LLP**
CARLOS A. GARCIA PEREZ
Florida Bar No. 106895
GUSTAVO D. LAGE
Florida Bar No.  972551
201 Alhambra Circle, Suite 1205
Coral Gables, Florida, 33134
Tel.: (305) 377-1000
Primary E-Mail: cgarciaperez@smgqlaw.com
Primary E-Mail: glage@smgqlaw.com
Counsels for Plaintiff

          */s/ Carlos A. Garcia Perez*
By:_____
      CARLOS A. GARCIA PEREZ
      Attorney for Plaintiff

DOE v BONNELL
Case No:   1:25-cv-20757-JB/Torres
Page 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 23, 2025 a true and correct copy of the foregoing was served on all parties via the CM/ECF filing portal to all counsel of record.

By: */s/ Carlos A. Garcia Perez*

CARLOS A. GARCIA PEREZ
Attorney for Plaintiff