**EXHIBIT B**

**petersjoan**
**From:** petersjoan@bellsouth.net
**To:** Carlos A. Garcia Perez, Gustavo D. Lage, Andrew Brettler
**Cc:** Jake Camara, Joel Sichel, Robert "Bob" L. Raskopf, Patricia M. Patino, Kai Alblinger
Thu, May 29 at 9:22 AM

Mr. Brettler:

We can agree to an extension of time of the parties' discovery response deadline up to and including three working days after the Court rules on Plaintiff's Motion for a Protective Order.

Thank you,
Joan

On Wednesday, May 28, 2025 at 01:51:43 PM EDT, Andrew Brettler <abrettler@berkbrettler.com> wrote:

Counsel:

The parties' respective discovery responses are due next week. Given that Plaintiff's Motion for a Protective Order is pending and that Bonnell opposes the Motion, we propose mutually extending the parties' discovery response deadlines until two weeks after the Court rules on Plaintiff's Motion. Please let me know your thoughts. Thank you.

Sincerely,

**Andrew B. Brettler** | BERK BRETTLER LLP
9119 Sunset Blvd. | West Hollywood, CA 90069
O: +1.310.278.2111 | M: +1.917.620.2726