**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
(Miami Division)

**CASE NO.: 1:25-cv-20757-JB**

JANE DOE,

        Plaintiff,

    v.

STEVEN K. BONNELL II,

        Defendant.

_____/

## NOTICE OF APPEARANCE

    Michael S. Morgan, of the law firm Bilzin Sumberg Baena Price & Axelrod LLP, files this

Notice of Appearance as counsel for Defendant, STEVEN K. BONNELL II, and asks that copies

of all further pleadings, notices, motions and orders be served on:

| **PRIMARY:** | Michael S. Morgan | mmorgan@bilzin.com |
|---|---|---|
| **SECONDARY:** | Esta Kravets (legal assistant) | ekravets@bilzin.com |
| | Firm Docketing E-Mail | eservice@bilzin.com |

Dated:  January 8, 2026

Respectfully submitted,

**BILZIN SUMBERG BAENA PRICE**
**& AXELROD LLP**

1450 Brickell Avenue, Suite 2300
Miami, Florida  33131-3456
Telephone: (305) 350-2393
Facsimile:  (305) 374-7593

By: */s/ Michael S. Morgan*
Patricia M. Patino, Esq.
Florida Bar No.: 1007702
ppatino@bilzin.com

Michael S. Morgan
Florida Bar No. 1061173
mmorgan@bilzin.com
ekravets@bilzin.com
eservice@bilzin.com

*Counsel for Steven K. Bonnell II*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 8, 2026, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, including those listed in the below Service List, via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Michael S. Morgan*
Attorney

## SERVICE LIST

*Jane Doe v. Steven K. Bonnell II*

*Case No.: 1:25-cv-20757-JB*

Carlos A. Garcia Perez, Esq.
Sanchez-Medina, Gonzalez, Quesada,
Lage, Gomez & Machado, LLP
201 Alhambra Circle, Suite 1205
Coral Gables, Florida, 33134
Email: cgarciaperez@smgqlaw.com

Joan Schlump Peters, Esq.
JSP LAW, LLC
838 Neapolitan Way, #91, Naples, FL 34103
Email: petersjoan@bellsouth.net

*Counsel for Plaintiff Jane Doe*