UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

**Case No.: 1:25-cv-20757-JB**

JANE DOE,

    Plaintiff,

v.

STEVEN K. BONNELL II,

    Defendant.

_____/

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO WITHDRAW
APPEARANCE OF PATRICIA M. PATINO, ESQ.**

THIS MATTER is before the Court on Defendant Steven K. Bonnell II, ("Bonnell") Unopposed Motion for Leave to Withdraw Appearance of Patricia M. Patino, Esq., as counsel of record for Bonnell (the "Motion"). The Court having reviewed the Motion, and otherwise being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that:

The Motion is **GRANTED**. Patricia Patino, Esq. is permitted to withdraw as counsel of record for Bonnell in this matter.

DONE AND ORDERED in Chambers at _____, Florida, this ____ day of _____, 2026.

                                                                                                        _____
                                                                                                        United States District Judge

Copies furnished to: All Counsel of Record