UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-20757-JB

JANE DOE,

    Plaintiff,

v.

STEVEN K. BONNELL II,

    Defendant.

_____/

**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY**

**THIS CAUSE** comes before the Court upon the Unopposed Motion for Leave to Withdraw Appearance of Patricia M. Patino, Esq., as Counsel for Defendant Steven K. Bonnell II. ECF No. [207]. Upon due consideration of the Motion, the pertinent portions of the record, and the relevant authorities, it is hereby **ORDERED AND ADJUDGED** that the Motion, ECF No. [207] is **GRANTED**. Patricia M. Patino, Esq. is terminated as counsel of record for Defendant and is relieved of all further responsibility in this action. Defendant will continue to be represented by other counsel of record.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 12th day of January, 2026.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE