UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:25-cv-20757-JB/Torres

JANE DOE,

    Plaintiff,

v.

STEVEN K. BONNELL II,

    Defendant.

_____/

**DEFENDANT STEVEN K. BONNELL II'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Defendant Steven K. Bonnell II ("Bonnell"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, and Local Rule 56.1, hereby submits his Statement of Undisputed Material Facts in support of his Motion for Summary Judgment and incorporated Memorandum of Law.

## Statement of Undisputed Facts

**I.    The Video**

1.    On March 19, 2020, Plaintiff suggested that she and Bonnell meet and "make some [sex] videos together." Plaintiff repeated her request on September 6, 2020. (Bonnell Decl., dated Apr. 25, 2025 [ECF No. 42-1] ¶ 6 & Ex. B [ECF No. 42-3].)

2.    On or about September 12, 2020, Plaintiff and Bonnell met in person and recorded their sexual encounter (the "Video"). (Bonnell Decl., dated Apr. 25, 2025 [ECF No. 42-1] ¶ 7; Doe Decl., dated Apr. 3, 2025 [ECF No. 20-1] ¶ 5.)

3.    Plaintiff sent the Video to her then-boyfriend. (Brettler Decl., dated Jan. 30 2026, Ex. M at 13:3-8; Ex. N at 170:13-171:14.)

## II. The "Rose" Transmission

4. Beginning in April 2022, Bonnell was contacted online by an individual using the screenname "Rose." Rose identified herself as a female college student, and they formed a relationship online. (Bonnell Decl., dated Jan. 30, 2026, ¶ 2.)

5. Unbeknownst to Bonnell, AH's then-boyfriend, an adult male living in the United Kingdom, who uses the screenname "Solo," was pretending to be Rose on Discord and other online platforms to catfish Bonnell. Using the alias "Rose," Solo solicited sexual material from Bonnell. (*Id.* ¶ 5; Brettler Decl., dated Jan. 30, 2026 Ex. L at 23:13-15, 24:13-18, 68:19-21, 16:20-24, 17:8-17, 18:2-7, 79:22-80:7.)

6. On April 9, 2022 at 8:36 p.m. EST (which would have been April 10, 2022 at 1:36 a.m. BST in the United Kingdom), Bonnell sent the Video depicting Plaintiff to "Rose" via the Discord platform. (Bonnell Decl., dated Jan. 30, 2026, ¶¶ 3, 6-8 & Exs. A-C; Brettler Decl., dated Jan. 30, 2026 Ex. L at 18:2-7, 79:22-80:7; Peña Am. Decl., dated, Oct. 8, 2025 [ECF No. 147-1] ¶ 2.)

7. In November 2024, Solo published portions of Bonnell's Discord communications with "Rose," including the Video depicting Plaintiff, on a website called KiwiFarms. (Bonnell Decl., dated Jan. 30, 2026, ¶ 4.)

## III. The Purported Abbymc Transmission

8. Plaintiff's counsel represented Abbymc, yet they refused to accept service of a subpoena on her behalf. (Brettler Decl., dated Apr. 19, 2025 [ECF No. 132-9] ¶¶ 3, 10 & Ex. A [ECF No. 132-10], Ex. F [ECF No. 132-15]; Brettler Decl., dated Jan. 30, 2026, ¶ 4.)

9. Bonnell thereafter engaged a process server to make numerous attempts to personally serve Abbymc with a subpoena at any of her publicly available addresses. The process

server made multiple attempts to serve Abbymc with the subpoena, but was unsuccessful. (Brettler Decl., dated Apr. 19, 2025 [ECF No. 132-9] ¶ 7.)

10. As Abbymc continued to evade service, she commented publicly about the subpoena and, during a livestream on or about September 8, 2025, stated that her attorneys advised her to continue evading service of process while continuing to "submit[] evidence." (Brettler Decl., dated Sept. 19, 2025 [ECF No. 132-9] ¶ 12 & Ex. H [ECF No. 132-17].)

11. Beginning in May 2025, and for the following six months, Plaintiff's counsel refused to provide contact information for Abbymc, including by refusing to provide Abbymc's valid street address, her email address, or her telephone number. (Brettler Decl., dated Jan. 30, 2026, ¶¶ 4-10 & Exs. A-F.)

12. On November 17, 2025, Plaintiff's counsel finally provided Bonnell with an accurate street address for Abbymc. (*Id.* ¶¶ 11-12 & Exs. G-H.)

13. The subpoena was served on Abbymc on November 21, 2025. (*Id.* ¶¶ 13-14 & Exs. I-J.)

14. To date, Abbymc has failed and/or refused to produce documents or otherwise respond to the subpoena Bonnell issued to her. (*Id.* ¶ 16.)

15. Bonnell never transmitted the Video to Abbymc at any time. (Bonnell Decl., dated Jan. 30, 2026, ¶¶ 9-12 & Exs. D-F; Brettler Decl., dated Jan. 30, 2026, Ex. M at 55:7-13.)

16. Bonnell has filed with the Court each and every media file he transmitted to Abbymc. (Bonnell Decl., dated Jan. 30, 2026, ¶¶ 10-12 & Exs. E-F.)

17. The original file name of the Video, "VID_240100707_144752_318-1.mp4" appears nowhere in Bonnell's communication log. (*Id.* ¶ 11 & Ex. E.)

18. Bonnell sent Abbymc just two Google Drive links, neither of which contained the Video depicting Plaintiff. (*Id.* ¶ 12 & Exs. E-F.)

Dated: January 30, 2026

Respectfully submitted,

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131
Tel.: (305) 374-7580
Fax: (305) 374-7593

By: /s/ *Michael S. Morgan*
Michael S. Morgan
Florida Bar No.: 1061173
mmorgan@bilzin.com

and

**BERK BRETTLER LLP**
9119 West Sunset Blvd.
West Hollywood, CA 90069-3106
Tel: (310) 278-2111

By: /s/ *Andrew B. Brettler*
Andrew Brad Brettler
California Bar No.: 262928
abrettler@berkbrettler.com
Jake A. Camara
California Bar No.: 305780
jcamara@berkbrettler.com
Joel Sichel
California Bar No: 361148
jsichel@berkbrettler.com
(admitted *pro hac vice*)

*Counsel for Steven K. Bonnell I*

4

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 30, 2026, a true and correct copy of the foregoing was served on all parties via electronic transmission to counsel of record for these parties.

By: /s/ *Michael S. Morgan*
Michael S. Morgan

## SERVICE LIST
*Jane Doe v. Steven K. Bonnell II*
*Case No.: 1:25-cv-20757-JB*

| | |
|---|---|
| Carlos A. Garcia Perez, Esq. Sanchez-Medina, Gonzalez, Quesada, Lage, Gomez & Machado, LLP 201 Alhambra Circle, Suite 1205 Coral Gables, Florida, 33134<br>Email: cgarciaperez@smgqlaw.com | *Counsel for Jane Doe* |
| Joan Schlump Peters, Esq.<br>JSP LAW, LLC<br>838 Neapolitan Way, #91, Naples, FL 34103<br>Email: petersjoan@bellsouth.net | |