# EXHIBIT A

**From:** Carlos Garcia Perez cgarciaperez@smgqlaw.com
**Subject:** Re: Bonnell / Doe
**Date:** October 2, 2025 at 7:25 AM
**To:** Andrew Brettler abrettler@berkbrettler.com
**Cc:** petersjoan petersjoan@bellsouth.net, Gustavo D. Lage GLage@smgqlaw.com, Andrea Garcia agarciaw2@gmail.com, Angie Velando angie@smgqlaw.com, Robert "Bob" L. Raskopf rraskopf@bilzin.com, Patricia M. Patino Ppatino@bilzin.com, Jake Camara jcamara@berkbrettler.com, Joel Sichel jsichel@berkbrettler.com, Regina Peter rpeter@berkbrettler.com, Maria Favela mfavela@berkbrettler.com



Finally, and on a separate matter, and **for attorneys' eyes-only**, we recently obtained Abby's last known address: 169 ███████████████ Foster RI. Thank you and if you need to further discuss these issues we are available next week for a phone call with the exception of Tuesday.   Carlos

Carlos A. Garcia Perez

Partner



201 Alhambra Circle  I  Suite 1205 I  Miami, Florida 33134

Office: 305.377.1000  I  Fax: 855.327.0391

cgarciaperez@smgqlaw.com   I   SMGQLAW.com

**From:** Andrew Brettler <abrettler@berkbrettler.com>
**Date:** Wednesday, October 1, 2025 at 8:37 AM
**To:** Carlos Garcia Perez <cgarciaperez@smgqlaw.com>
**Cc:** petersjoan <petersjoan@bellsouth.net>, Gustavo D. Lage <GLage@smgqlaw.com>, Andrea Garcia <agarciaw2@gmail.com>, Angie Velando <angie@smgqlaw.com>, Robert "Bob" L. Raskopf <rraskopf@bilzin.com>, Patricia M. Patino <Ppatino@bilzin.com>, Jake Camara <jcamara@berkbrettler.com>, Joel Sichel <jsichel@berkbrettler.com>, Regina Peter <rpeter@berkbrettler.com>, Maria Favela <mfavela@berkbrettler.com>
**Subject:** Re: Bonnell / Doe

SECURITY NOTE: *This email has originated from OUTSIDE of SMGQ Law. Please exercise caution with attachments and links *



4) Plaintiff's counsel has failed to provide current contact information for Abby M⬛⬛⬛.

Please advise when we can expect compliance with these discovery obligations. Thank you.

Sincerely,

**Andrew B. Brettler** | BERK BRETTLER LLP
9119 W. Sunset Blvd. | West Hollywood, CA 90069
O: +1.310.278.2111 | M: +1.917.620.2726

