# EXHIBIT B

**From:** Andrew Brettler abrettler@berkbrettler.com
**Subject:** Re: Bonnell / Doe
**Date:** October 7, 2025 at 9:53 AM
**To:** petersjoan petersjoan@bellsouth.net, Carlos Garcia Perez cgarciaperez@smgqlaw.com, Gustavo D. Lage glage@smgqlaw.com, Andrea Garcia agarciaw2@gmail.com, Angie Velando angie@smgqlaw.com
**Cc:** Robert "Bob" L. Raskopf rraskopf@bilzin.com, Patricia M. Patino ppatino@bilzin.com, Jake Camara jcamara@berkbrettler.com, Joel Sichel jsichel@berkbrettler.com, Regina Peter rpeter@berkbrettler.com, Maria Favela mfavela@berkbrettler.com
**Bcc:** Andrew B. Brettler abrettler@berkbrettler.com

Counsel:

To memorialize our discussion by phone earlier this morning:

[redacted]

[redacted]

[redacted]

4) Plaintiff's counsel will take under advisement whether it is obligated to provide Abby M[redacted]'s email address and/or cell phone number and let Defendant's counsel know "next week" what they conclude;

[redacted]

[redacted]

[redacted]

Sincerely,

**Andrew B. Brettler** | BERK BRETTLER LLP
9119 W. Sunset Blvd. | West Hollywood, CA 90069
O: +1.310.278.2111 | M: +1.917.620.2726