# EXHIBIT E

**From:** Carlos Garcia Perez cgarciaperez@smgqlaw.com
**Subject:** Re: DOE v BONNELL
**Date:** October 22, 2025 at 9:49 AM
**To:** Andrew Brettler abrettler@berkbrettler.com, petersjoan petersjoan@bellsouth.net
**Cc:** Robert "Bob" L. Raskopf rraskopf@bilzin.com, Patricia M. Patino ppatino@bilzin.com, Jake Camara jcamara@berkbrettler.com, Joel Sichel jsichel@berkbrettler.com, Maria Favela mfavela@berkbrettler.com

Good afternoon I hope you are all doing well. Here is Abby's most recent telephone number 401 ███████. The information is provided pursuant to the court's protective order governing discovery and is highly confidential. Thank you. Carlos

**Carlos A. Garcia Perez**
**Partner**



201 Alhambra Circle ❙ Suite 1205 ❙ Miami, Florida 33134
Office: 305.377.1000 ❙ Fax: 855.327.0391
cgarciaperez@smgqlaw.com   ❙   SMGQLAW.com

---

**From:** Andrew Brettler <abrettler@berkbrettler.com>
**Date:** Wednesday, October 22, 2025 at 12:24 PM
**To:** Carlos Garcia Perez <cgarciaperez@smgqlaw.com>, petersjoan <petersjoan@bellsouth.net>
**Cc:** Robert "Bob" L. Raskopf <rraskopf@bilzin.com>, Patricia M. Patino <ppatino@bilzin.com>, Jake Camara <jcamara@berkbrettler.com>, Joel Sichel <jsichel@berkbrettler.com>, Maria Favela <mfavela@berkbrettler.com>
**Subject:** Re: DOE v BONNELL

SECURITY NOTE: *This email has originated from OUTSIDE of SMGQ Law. Please exercise caution with attachments and links *

Counsel:

Please see the attached correspondence.

Sincerely,

**Andrew B. Brettler** ❙ BERK BRETTLER LLP
9119 W. Sunset Blvd. ❙ West Hollywood, CA 90069
O: +1.310.278.2111 ❙ M: +1.917.620.2726

On Oct 17, 2025, at 4:31 PM, Angie Velando <angie@smgqlaw.com> wrote: