# EXHIBIT F

(401) 



Ms. Mc▇▇
Please see the attached subpoena.

Oct 24, 2025

  Type a message