# EXHIBIT G

**From:** petersjoan petersjoan@bellsouth.net
**Subject:** Re: Doe v. Bonnell, Case No. 25-cv-20757-JB/Torres
**Date:** November 17, 2025 at 11:09 AM
**To:** Andrew Brettler abrettler@berkbrettler.com
**Cc:** Carlos Garcia Perez cgarciaperez@smgqlaw.com, Patricia M. Patino ppatino@bilzin.com, Jake Camara jcamara@berkbrettler.com, Regina Peter rpeter@berkbrettler.com, Joel Sichel jsichel@berkbrettler.com, Maria Favela mfavela@berkbrettler.com

Counsel:



Regarding Abby M[redacted] we provided you with her address and phone number a few weeks ago, which is the extent of our obligation under Rule 26. She recently confirmed that she is currently residing at 162 [redacted] Foster, RI. This information is provided for attorneys eyes only and is strictly confidential pursuant to the Court's protective order. We note that you have not provided to the Court or to us any evidence of even attempting to serve her with a subpoena.



Regards,
Joan

On Thursday, November 13, 2025, 12:59:25 PM EST, Andrew Brettler <abrettler@berkbrettler.com> wrote:

Counsel:

We also are still waiting for Abby M[redacted]'s email address, which you have unreasonably withheld for a months.



Thank you.

Sincerely,

**Andrew B. Brettler** | BERK BRETTLER LLP
9119 W. Sunset Blvd. | West Hollywood, CA 90069
O: +1.310.278.2111 | M: +1.917.620.2726