# EXHIBIT H

**From:** Jake Camara jcamara@berkbrettler.com
**Subject:** Re: Doe v. Bonnell, Case No. 25-cv-20757-JB/Torres
**Date:** November 18, 2025 at 9:34 AM
**To:** petersjoan petersjoan@bellsouth.net
**Cc:** Andrew Brettler abrettler@berkbrettler.com, Carlos Garcia Perez cgarciaperez@smgqlaw.com, Patricia M. Patino ppatino@bilzin.com, Regina Peter rpeter@berkbrettler.com, Joel Sichel jsichel@berkbrettler.com, Maria Favela mfavela@berkbrettler.com

Joan and Carlos:

Your contention that you satisfied your Rule 26 obligations is false. Whether intentional or otherwise, you previously provided us with the incorrect street address for Abby Mc▇▇▇, and despite your claim to the contrary this morning, you never previously offered to accept service of a subpoena for Abby Mc▇▇▇. We have been requesting this information for months. This is the first time you have provided us with the below address. We will attempt service of the attached subpoena immediately.

**Jake A. Camara, Esq. | BERK BRETTLER LLP**
9119 Sunset Blvd. | West Hollywood, CA 90069
O: +1.310.278.2111 | M: +1.310.384.1783

> On Nov 17, 2025, at 11:09 AM, petersjoan <petersjoan@bellsouth.net> wrote:
>
> Counsel:
>
> 
>
> Regarding Abby Mc▇▇▇ we provided you with her address and phone number a few weeks ago, which is the extent of our obligation under Rule 26. She recently confirmed that she is currently residing at 162 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Foster, RI. This information is provided for attorneys eyes only and is strictly confidential pursuant to the Court's protective order. We note that you have not provided to the Court or to us any evidence of even attempting to serve her with a subpoena.
>
> Regards,
> Joan

> On Thursday, November 13, 2025, 12:59:25 PM EST, Andrew Brettler <abrettler@berkbrettler.com> wrote:
>
> Counsel:
>
> [REDACTED]
>
> We also are still waiting for Abby Mc[REDACTED]'s email address, which you have unreasonably withheld for a months.
>
> [REDACTED]
>
> [REDACTED]
>
> Thank you.
>
> Sincerely,
>
> **Andrew B. Brettler | BERK BRETTLER LLP**
> 9119 W. Sunset Blvd. | West Hollywood, CA 90069
> O: +1.310.278.2111 | M: +1.917.620.2726
>
> [REDACTED]

