# EXHIBIT J

Case 1:25-cv-20757-JB   Document 212-10   Entered on FLSD Docket 01/30/2026   Page 2 of 2

AO88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 25-cv-20757-JB-Torres

HEARING DATE: 12/1/2025 - 10:00 AM
DEPT:

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Ab█████ Mc█████
on *(date)* **November 18, 2025**

☑ I served the subpoena by delivering a copy to the named person as follows: Ab█████ Mc█████ at 162 █████████████████ Foster, RI 02825-1380 on *(date)* **November 21, 2025 12:29 PM** ;or

☐ I returned the subpoena unexecuted because; _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for ones day's attendance, and the mileage allowed by law, in the amount of

$. **237.20**

My fees are   for services

I declare under penalty of perjury that this information is true.

Date: **11/21/2025**

*Michael Caires* (signature)
Server's signature

**Michael A Caires**
*Printed name and title*

**Contracted by ASAP Legal**
**1607 James M. Wood**
**Los Angeles, CA 90015**
*Server's Address*

Additional information regarding attempted service, etc.: