# EXHIBIT K



Please ____ subpoena

(401) ████████

Oct 24, 2025

Ms. Mc████: The subpoena was served at the Foster, RI address you provided. Your response to the subpoena is due today. Please advise. Thank you.

Dec 1, 2025

Type a message