# EXHIBIT L

# Transcript of the Testimony of █████

**Date:** October 23, 2025

**Case:** Jane Doe v. Steven K. Bonnell II

Printed On: November 2, 2025

LATIMER COURT REPORTERS, LTD.
Phone: (815) 978-8889
Email: MICHELLE@LATIMERCOURTREPORTING.COM
Internet: LATIMERCOURTREPORTERS.COM

1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JANE DOE,                        )
                                 )
          Plaintiff,             )
                                 )
    vs.                          ) No. 1:25-cv-20757-
                                 ) JB/Torres
STEVEN K. BONNELL II,            )
                                 )
                                 )
          Defendant.             )

The video-recorded deposition of ███████████, called as a witness herein, taken under oath, before Amy K. Bateman, CSR No. 84-003803, RPR, CRR, CRC, taken pursuant to the applicable provisions of the Federal Rules of Procedure governing the taking of depositions, at ████████████████████████ ████████████████, commencing at 9:24 a.m., on Thursday, October 23, 2025, pursuant to notice.

LATIMER COURT REPORTERS, LTD.
(815) 978-8889

```
                                                                  2
 1   APPEARANCES:

 2        SANCHEZ-MEDINA, GONZALEZ, LAGE, GOMEZ &
          MACHADO, LLP
 3        MS. JOAN SCHLUMP PETERS
          201 Alhambra Circle, Suite 1205
 4        Coral Gables, Florida 33134
          (305) 299-4759
 5        petersjoan@bellsouth.net

 6             appeared on behalf of the Plaintiff;

 7
          BERK BRETTLER, LLP
 8        MR. JAKE A. CAMARA, and
          MR. JOEL SICHEL
 9        9119 Sunset Boulevard
          West Hollywood, California 90069
10        (310) 278-2111
          jcamara@berkbrettler.com
11        jsichel@berkbrettler.com

12             appeared on behalf of the Defendant.

13

14   ALSO PRESENT:

15        MR. STEPHAN HOOG, Videographer;

16        ███████████████, by Zoom;

17        ███████████████, by Zoom.

18

19                        - - -

20

21

22

23

24

25
```

```
 1   legal name of Solo?
 2        A.    That's what he said it was, so I don't
 3   know if that's real or not, but that's what I knew
 4   him by.
 5        Q.    When did you meet him?
 6        A.    November of 2021.
 7        Q.    And how did you meet him?
 8        A.    An app called Yubo.
 9        Q.    Yubo, U-B-O?
10        A.    Y-U-B-O.
11        Q.    Y-U-B-O.
12              Is that like a dating app or --
13        A.    It's supposed to be an app for kids to
14   make friends, so you have to be under the age of 18
15   technically.
16        Q.    And how old was he when you met him?
17        A.    21.
18        Q.    How old were you at that time?
19        A.    17.
20        Q.    And where was he living when you met
21   him?
22        A.    He told me he lived on Michigan Avenue
23   in Chicago, but I think he actually lives in Oxford
24   in England is what he told me later.
25        Q.    And so you met him on Yubo.  When did
```

```
 1   you meet him in person?
 2        A.    I never met him in person.
 3        Q.    Did he ever provide you with any form of
 4   legal identification or show you any legal
 5   identification?
 6        A.    No.
 7        Q.    No.
 8              And what leads you to believe that he
 9   was living in Oxford, England, during this time
10   period?
11        A.    He had an accent and he -- whenever I
12   asked to meet, he would make up an excuse; so that
13   made me assume he's not actually there.  And he also
14   told me he -- that's where he's from.  He told me
15   later on in our relationship when I was breaking up
16   with him, in August I think, that he actually had
17   been living in Oxford for longer than he told me.
18        Q.    Okay.  So would you say you started a
19   relationship with him beginning in November
20   2021st -- 2021?
21        A.    Yes.
22        Q.    Yes?  Okay.
23              Do you have any idea whether he's an
24   American citizen or a British citizen?
25        A.    I think he's British.  He had an accent
```

18

1  and it never, like, changed.
2       Q.    Okay.
3       A.    Also, there is stuff online that pointed
4  to him living in England because of in America how
5  dates are, it's month, date, year, but in England
6  it's different; and so screenshots between him and
7  Destiny talking showed a different date form.
8       Q.    Okay.  So there's also, I believe, a
9  six -- five- or six-hour time difference between
10 England and the United States.  So when you were
11 communicating with him, were you aware of that time
12 difference?
13      A.    Yeah.  He often would sleep in the
14 morning and then he'd be awake, like, later
15 afternoon until late at night.  And then he would do
16 his work usually -- when I went to bed, he'd have me
17 stay up until, like, 1:00, I think, and he would say
18 that he had to go and do work.
19      Q.    Do you have any knowledge as to where he
20 currently resides?
21      A.    No.
22      Q.    So this was a long-distance relationship
23 the entire time --
24      A.    Yes.
25      Q.    -- that you were together?

```
 1         A.    August or September 'cause I broke up
 2   with him later in August, I think.
 3         Q.    Okay.
 4         A.    But I'm not exactly sure.
 5         Q.    And it would have been created either
 6   with your cell phone number at the time or your
 7   e-mail address ████████?
 8         A.    Yeah.
 9         Q.    And Ben had a Discord account when you
10   met him?
11         A.    Yeah.
12         Q.    Yes.
13               Do you know what was Ben's Discord
14   user name?
15         A.    Yeah.  It was Rose, capital R, Of,
16   capital O, The, capital T, Garden, capital G.  And
17   with Discord, you have to -- you have, like, a
18   hashtag --
19         Q.    Okay.
20         A.    -- with a number, and his number was
21   2043.
22         Q.    Did you have a Twitter account prior to
23   meeting Ben?
24         A.    I don't think so.
25         Q.    No.
```

```
 1              How about you did have an Instagram
 2    account prior to meeting him?
 3         A.   Yeah.
 4         Q.   Yes.
 5              Facebook?
 6         A.   Maybe.  I don't remember.
 7         Q.   And have you ever had an account with
 8    Kiwi Farms?
 9         A.   No.
10         Q.   No.
11              Did Ben have a Twitter account?
12         A.   Yeah.
13         Q.   Do you know what his Twitter user name
14    was or any --
15         A.   I don't know what his one that he had
16    before me that he used; but he made one
17    impersonating me called Rose, capital R, Is, capital
18    I, and then capital C-U-M-M-I-N-G.
19         Q.   So to make that account, did he use
20    your, like, e-mail address or a phone -- phone
21    number in order to create it?
22         A.   No.  He just used my face as a profile
23    picture.
24         Q.   Would his -- did he use his own
25    identifying information to create it, such as e-mail
```

```
 1          A.   That's what I'm saying, is just because
 2     it presents as Rose doesn't -- the full name on
 3     Discord isn't always shown.  So this could be
 4     RoseOfTheGarden instead of just Rose, is what I'm
 5     saying.
 6          Q.   Got it.
 7               So were you aware, did Ben tell you
 8     that he created a Discord account under the name
 9     RoseOfTheGarden or Rose in which he communicated
10     with Destiny?
11          A.   Yeah.
12          Q.   Yes.
13               Did he share with you any of the
14     messages or videos or attachments that were
15     received?
16          A.   Sometimes, yeah.
17          Q.   Yes.
18               Did you ever have any access to that
19     account?
20          A.   No.
21          Q.   He never -- Ben never gave you login
22     credentials to that account?
23          A.   No.
24          Q.   So are you aware that excerpts from this
25     chat thread between Rose and Destiny were leaked on
```

```
                                                               67
 1   questions at this time.
 2                     CROSS-EXAMINATION
 3   BY MR. CAMARA:
 4         Q.    Okay.  Hi, Ms. ██████  My name is Jake
 5   Camara.  I represent Destiny in this action.  Thank
 6   you for coming today.  I'm very sorry that you've
 7   been dragged into this, it seems like unnecessarily.
 8   I want you to know that we're not here to get you in
 9   trouble.  You're not in trouble.  We're just trying
10   to find out the truth.  So all I need to know is
11   your true and correct answers to the best of your
12   ability.
13               So just to be clear, based on your
14   prior testimony, you've never spoken to Destiny
15   ever; correct?
16         A.    No.
17         Q.    You've never --
18         MS. SCHLUMP PETERS:  Objection.  Her testimony
19   was she did not remember.
20   BY MR. CAMARA:
21         Q.    Did you -- have you ever corresponded
22   electronically with Destiny ever?
23         A.    I don't remem- -- I never messaged him,
24   and I don't remember ever calling him.
25         Q.    Okay.  And you never spoke with Destiny
```

68

```
 1   on Discord ever; correct?
 2        A.   Not that I can remember, no, on call.
 3        Q.   Destiny never sent you any explicit
 4   material, did he?
 5        A.   No.
 6        Q.   Never?
 7        A.   Not me personally.
 8        Q.   And he never sent you explicit material
 9   depicting the plaintiff in this case, certainly;
10   correct?
11        A.   No.
12        Q.   Do you even know who the plaintiff in
13   this case is?
14        A.   No.
15        Q.   Do you know who Pxie is?
16        A.   No.
17        Q.   Have you ever seen the video of Pxie?
18        A.   No.
19        Q.   So essentially Defendant Bonnell was
20   catfished by your boyfriend; correct?
21        A.   Yes.
22        Q.   What is your boyfriend at the time, Ben,
23   what is his real name?
24        A.   I don't know.  Ben is what he told me
25   his name was.
```

```
 1        MR. SICHEL:  Counsel, do you have a copy of
 2   AH 007 --
 3        MS. SCHLUMP PETERS:  Oh.
 4        MR. SICHEL:  -- we could provide the witness?
 5   This one is missing a copy.
 6        MS. SCHLUMP PETERS:  Sure.  Let me find it.
 7             It's in her copy.
 8   BY MR. CAMARA:
 9        Q.   Okay.  Do you see that?
10        MS. SCHLUMP PETERS:  ███████ you should have
11   it.
12   BY THE WITNESS:
13        A.   Yeah.
14   BY MR. CAMARA:
15        Q.   You got it.  Okay.
16             So this one you are aware of, you've
17   seen before.  Is that what you were saying?
18        A.   Yeah.  It was posted on Twitter.
19        Q.   Okay.  ████████████████████████████████
20   ███
21        A.   Yeah.
22        Q.   Okay.  And you mentioned before that
23   it's in European date format; right?
24        A.   Yeah.
25        Q.   It says 30/07/2022?
```

1   A.  Yeah.

2   Q.  And that makes sense to you -- right? --

3   because Solo was located in the United Kingdom?

4   A.  Yeah.

5   Q.  And so everything that was leaked would

6   have had time stamps in a European format; right?

7   A.  Yeah.

8   Q.  Okay.

9   MR. CAMARA:  Anything else, Joel?

10  MR. SICHEL:  No.

11  MR. CAMARA:  I have no further questions.

12  Thank you.

13  MS. SCHLUMP PETERS:  All right.  I have a few

14  follow-up questions, ▇▇▇▇▇▇  Sorry.  It will just

15  take a couple minutes.

16              REDIRECT EXAMINATION

17  BY MS. SCHLUMP PETERS:

18  Q.  Now, you said you had not, in response

19  to questions just now regarding whether you had ever

20  seen these Discord messages.

21      Didn't Ben send you screenshots of

22  these messages from time to time?

23  A.  Some of them, but not those.

24  Q.  None of the Discord messages?  What

25  screenshots?

```
 1   STATE OF ILLINOIS    )
                          )  SS:
 2   COUNTY OF K A N E    )
```

3          I, Amy K. Bateman, CSR, RPR, CRR, CRC, do hereby certify that the witness, ▓▓▓▓▓▓▓▓, was
4   duly sworn by me to testify the whole truth, and that the foregoing deposition was recorded
5   stenographically by me and was reduced to computerized transcript under my direction, and that
6   the said deposition constitutes a true record of the testimony given by said witness.

7          I further certify that the reading and
8   signing of the deposition was not waived, and that deponent was notified, via U.S. Mail or Electronic
9   Mail, of the availability of the transcript for review and signature. Pursuant to Rule 30(e) of the
10  Federal Rules of Procedure, if deponent does not appear or read and sign the deposition within 30
11  days, the deposition may be used as fully as though signed, and this certificate will then evidence such
12  failure to appear as the reason for signature not being obtained.

13
          I further certify that I am not a relative or
14  employee or attorney or counsel of any of the parties, or a relative or employee of such attorney
15  or counsel, or financially interested directly or indirectly in this action.

16
          IN WITNESS WHEREOF, I have hereunto set my
17  hand this 1st day of November, 2025.

                          _____
22                        Illinois CSR License 84-003803

LATIMER COURT REPORTERS, LTD.
(815) 978-8889