# EXHIBIT M

```
                     UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA

                   CASE NO. 1:25-CV-20757-JB/TORRES

JANE DOE,
                                           Miami, Florida
               Plaintiff,
                                           June 3, 2025
        vs.

Steven Bonnell II,

               Defendant.            Pages 1 - 140
   ------------------------------------------------------------

                              HEARING
              TRANSCRIBED FROM DIGITAL AUDIO RECORDING
                BEFORE THE HONORABLE EDWIN G. TORRES
                   UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

FOR THE PLAINTIFF:      GUSTAVO DANIEL LAGE, ESQUIRE
                        CARLOS ALBERTO GARCIA PEREZ, ESQUIRE
                        SANCHEZ-MEDINA, GONZALEZ, QUESADA, LAGE,
                        GOMEZ & MACHADO, LLP
                        201 South Alhambra Circle
                        Suite 1205
                        Coral Gables, Florida 33134
                        glage@smgqlaw.com
                        cgarciaperez@smgqlaw.com

FOR THE DEFENDANT(S):   ANDREW B. BRETTLER, ESQUIRE
                        BERK BRETTLER LLP
                        9119 Sunset Boulevard
                        West Hollywood, California 90069
                        abrettler@berkbrettler.com


                        ROBERT L. RASKOPF, ESQUIRE
                        PATRICIA MARIE PATINO, ESQUIRE
                        BILZIN SUMBERG BAENA PRICE AND AXELROD
                        1450 Brickell Avenue
                        Suite 2300
                        Miami, Florida 33131
                        rraskopf@bilzin.com
                        ppatino@bilzin.com
```

```
 1   APPEARANCES CONTINUED:

 2   ALSO PRESENT:          ANDREA GARCIA-BAERGA, LAW CLERK

 3   TRANSCRIBED BY:        GINA RODRIGUEZ, RPR, CRR, CRC
                            Transcriber
 4                          299 East Broward Boulevard
                            Fort Lauderdale, Florida 33301
 5                          gina_rodriguez@flsd.uscourts.gov
```

```
 1   overruled.
 2   BY MR. LAGE:
 3   Q.   So, Ms. Doe, at some point was any of the content from your
 4   encounter, sexual encounter with Mr. Bonnell circulated, to
 5   your knowledge?
 6   A.   Like publicly or?
 7   Q.   Well, how -- was it ever circulated in any fashion?
 8   A.   I sent it to my previous partner, and that was it.
 9   Q.   Was there consent from Mr. Bonnell?
10            THE COURT:  What do you mean?  I'm sorry, I
11   misunderstood what your answer was.
12            THE WITNESS:  My previous partner.  My previous
13   boyfriend, the one that earlier I mentioned when I was -- did
14   the encounter with Bonnell, I was, like, oh, can I send it to
15   the person that I'm, like, currently, you know, in love with?
16   That was -- that would be the only person who would, like . . .
17            THE COURT:  So, did you send it or did he send it?
18            THE WITNESS:  I sent it or showed it to my previous
19   partner.
20            THE COURT:  And how did you get a copy of this?
21            THE WITNESS:  He sent it to my phone.
22            THE COURT:  He sent a video to your phone?
23            THE WITNESS:  Yes.
24            THE COURT:  And then you forwarded it?
25            THE WITNESS:  Yes.
```

```
 1            MR. BRETTLER:  It's not the same question.
 2            THE COURT:  Sustained on a different basis.
 3            MR. BRETTLER:  Can I get some guidance?  What's the
 4   basis for the objection?
 5            THE COURT:  I think she's already talked about that,
 6   so if you want to ask about a more specific thing, that's fine
 7   with me.  For example, have you seen any transmission yourself
 8   or record of a transmission as opposed to what somebody's told
 9   you that evidenced Mr. Bonnell sending a video after October of
10   2022?  Have you seen anything?
11            THE WITNESS:  I'm sorry.  I wasn't sure if he was
12   going to ask that again, okay.
13            I have not seen the video -- him sending the video.
14            MR. BRETTLER:  No further questions, Your Honor.
15            THE COURT:  Redirect?
16            MR. LAGE:  Yes, sir.
17                        REDIRECT EXAMINATION
18   BY MR. LAGE:
19   Q.  Mr. Brettler asked you about the goals of your lawsuit.  He
20   asked you about whether the stated goal of your lawsuit is to
21   bankrupt Mr. Bonnell.  Why did you bring this lawsuit?
22   A.  I brought this lawsuit because I am under the impression
23   that Destiny is going to continue sending people's intimate
24   images and pornographic content without consent.  I think I
25   have good reason to believe this.  I think he -- unless he
```

C E R T I F I C A T E

    I hereby certify that the foregoing is an accurate transcription to the best of my ability of the digital audio recording in the above-entitled matter.

```
June 6, 2025              /s/ Gina Rodriguez
                          Gina Rodriguez, RPR, CRR, CRC
                          Transcriber
                          299 East Broward Boulevard
                          Fort Lauderdale, Florida 33301
                          gina_rodriguez@flsd.uscourts.gov
```