# EXHIBIT N
(Filed Under Seal)
Deposition Transcript of MH