UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:25-cv-20757-JB/Torres

JANE DOE,

    Plaintiff,

v.

STEVEN K. BONNELL II,

    Defendant.

_____/

### DECLARATION OF DEFENDANT STEVEN K. BONNELL IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

I, Steven K. Bonnell II, declare, pursuant to 28 U.S.C. § 1746 as follows:

1. I am the defendant in the above-captioned action. I am over 18 years of age and competent to provide testimony under oath. I submit this declaration in support of my Motion for Summary Judgment.

2. Beginning in April 2022, I was contacted on online by an individual using the screenname "Rose." Rose identified herself a female college student, and we quickly formed a friendship online. During our friendship, we shared sexually explicit messages and content with each other on Discord.

3. On April 9, 2022, via the Discord platform, I sent Rose the video that Plaintiff and I made together on or about September 12, 2020 (the "Video"). Rose was the only person to whom I ever sent the Video. I have not sent the Video to anyone else since I sent the Video to Rose on April 9, 2022.

4.       Over two years later, in November 2024, an individual using the screenname "Solo" (aka "SoloTinyLeaks") published portions of my Discord communications with Rose, including the Video, on a website called KiwiFarms.

5.       Following AH's deposition on October 23, 2025, I learned for the first time that I had been catfished when I thought I was communicating with Rose. I learned that Rose was actually an adult male living in the United Kingdom, who used the screenname "Solo" on Discord and other online platforms. While communicating with me as "Rose," Solo had gone to great lengths to impersonate is then-girlfriend, AH. Solo (aka "SoloTinyLeaks") is the same person who leaked all of my private information on KiwiFarms, including by posting the Video.

6.       Because Solo was located in the United Kingdom, Solo's side of the leaked screenshots of my private communications, which Solo published online, display dates in the European format (day/month/year). Thus, the entry displaying my transmission of the Video to Rose appears as "10/04/22" at 1:36 a.m., which corresponds to April 10, 2022, not to October 4, 2022. Attached hereto as **Exhibit A** is a true and correct copy of the leaked screenshot of Solo's (using the alias Rose) side of our Discord communication, reflecting my transmission of the Video to Solo (or Rose) on April 10, 2022.

7.       By comparison, because I am located in Florida, my Discord logs with Rose display the date of transmission of the Video in American date format as "04/09/2022" (April 9, 2022 at 8:36 p.m. EST), which would have been April 10, 2022 at 1:36 a.m. BST in the United Kingdom. Attached hereto as **Exhibit B** are true and correct copies of my Discord communications with Rose, which were not leaked to the public.

8.       For the avoidance of doubt, in the days after I transmitted the Video to Solo, who was using the alias Rose, on April 9, 2022, I continued to communicate with Rose on Discord.

Those subsequent communications were also publicly leaked on KiwiFarms and reflect the European date format, as published by Solo. For example, on April 14, 2022, I messaged Rose on Discord, "Just streaming," and the date stamp on the leaked communication is depicted as "14/04/2022." Attached hereto as **Exhibit C** are true and correct copies of side-by-side comparisons of my original Discord logs with Rose, as compared to the leaked screenshots of Rose's (i.e. Solo's) side of the same conversations.

9. Attached hereto as **Exhibit D** is a true and correct screenshot of a post by Solo on KiwiFarms, depicting the original filename of the Video as "VID_240100707_144752_318-1.mp4." This filename provides a unique identifier for the Video, against which other files can be compared. It also confirms that the Video file was transferred directly through Discord as an attached .mp4 file, and not transmitted via a Google drive link.

10. I have preserved the entirety of my communication logs with Abbymc, including all media files. I did not transmit or otherwise disclose the Video depicting Plaintiff to Abbymc at any time.

11. Attached hereto as **Exhibit E** is a true and correct log of every media file and Google Drive link that I ever sent to Abbymc. The log shows the file names, creation dates, and transmission dates of every file I ever sent to Abbymc. The file name of the Video depicting Plaintiff ("VID_240100707_144752_318-1.mp4") appears nowhere on the log because I never sent the Video to Abbymc. Furthermore, every media file I sent to Abbymc bears a 2023 creation date stamp, unlike the Video depicting Plaintiff, which was created in 2020.

12. As further reflected in Exhibit E, I sent Abbymc two Google Drive links on November 3, 2023. Those links were to videos of me with another woman with the screenname "Peach." Attached hereto as **Exhibit F** are true and correct copies of my chat logs with Peach,

3

showing that she received the exact same Google Drive links that I sent to Abbymc, bearing the same unique Google Drive URLs. In these chat logs, Peach expressly acknowledged that the Google Drive links depicted videos of herself, and that she consented to my sharing of those files.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on January 30, 2026.

/s/ *Steven Bonnell II*
Steven K. Bonnell