# EXHIBIT A

**Destiny** 10/04/2022 1:06 am
hmmm I don't think I have much bj stuff recorded lol

**Rose** 10/04/2022 1:06 am
Its fine hehe

**Destiny** 10/04/2022 1:28 am
ooooo

there was a girl once, she was young so she was kind of new and wasn't that good, but she would just hold onto me and tongue the head a lot which actually ended up feeling good lol, but no cumshot, do you want that vid?

**Rose** 10/04/2022 1:33 am
Id love it omg

**Destiny** 10/04/2022 1:36 am

