# EXHIBIT D

**SoloTinyLeaks**
kiwifarms.net
Joined: Nov 29, 2024

> Latrell Sprewell said: ⤴
>
> When SoloTinyLeaks originally uploaded these videos to the site they preserved their original filename, at least in the little attachments display in his post, and a lot of them had default names with timestamps in them. This wasn't preserved when you downloaded them, instead the filename was changed to a GUID due to the site's attachment storage process. I didn't think much to try to write down the original filenames since things were so hectic in the moment.
>
> @SoloTinyLeaks can you help with this? We want to know the original filename for this video:
>
> **Spoiler: NSFW, still frame from Pxie blowjob video**
>
> > View attachment 6709944
>
> Or maybe a mod with global post editing powers can look at the post so see if the attachment still has its original filename. On the site it's 6688488-fbd18a5e24d6e9410e3878d60eaaefcc.mp4

`VID_240100707_144752_318-1.mp4`

Other interesting geolocation data from some videos?

**Spoiler: NSFW: Destiny sucking cock**

Also the 50 dollar PayPal thing was a joke, I did try to give destiny an ultimatum before posting the videos though he declined! (nothing monetary)

*Last edited by a moderator: Dec 6, 2024*

👍🤔 6thRanger, liam dees, meth.usehlah and 41 others

VID_2401100707_1
4475_310-1.mp4