# EXHIBIT E

| | | ALL MEDIA FILES SENT TO ABBYMC | | | | | |
|---|---|---|---|---|---|---|---|
| 2023-03-1010:41:40 EST | | SPOILER_PXL_20230310_151548695.TS.mp4 | | | | | |
| 2023-03-10 10:48:48 EST | | PXL_20230309_204755888.TS.mp4 | | | | | |
| 2023-03-10 10:49:23 EST | | SPOILER_PXL_20230304_224140749.TS.mp4 SPOILER_PXL_20230304_161758601.TS.mp4 | | | | | |
| 2023-04-16 20:06:58 EDT | | PXL_20230416_235837040.TS.mp4 | | | | | |
| 2023-04-19 15:50:03 EDT | | SPOILER_PXL_20230419_184110696.TS.mp4 | | | | | |
| 2023-04-21 21:34:14 EDT | | Screenshot_20230421-214051.png | | | | | |
| 2023-04-22 04:05:12 EDT | | IMG_20230421_222504_731 jpg | | | | | |
| 2023-05-14 11:45:09 EDT | | SPOILER_PXL_20230515_000307047.TS.mp4 | | | | | |
| 2023-05-15 04:00:26 EDT | | image.png | | | | | |
| 2023-08-08 18:12:21 EDT | | PXL_20230808_085012370.TS.mp4 PXL_20230808_053948016.TS.mp4 PXL_20230807_185946752.TS.mp4 PXL_20230805_170452832.TS.mp4 | | | | | |
| 2023-08-24 02:44:23 EDT | | image.png | | | | | |
| 2023-09-07 01:25:51 EDT | | SPOILER_PXL_20230905_004501437.TS.mp4 | | | | | |
| 2023-10-01 09:35:11 EDT | | SPOILER_PXL_20231001_181911242.TS.mp4 | | | | | |
| 2023-10-06 02:56:09 EDT | | SPOILER_PXL_20231006_000630775.TS.mp4 | | | | | |
| 2023-10-06 03:26:39 EDT | | PXL_20231006_160227257.TS.mp4 | | | | | |
| 2023-10-07 07:44:39 EDT | | PXL_20231007_140927946.TS.mp4 | | | | | |
| 2023-10-09 09:59:51 EDT | | SPOILER_PXL_20231009_201835840.TS.mp4 | | | | | |
| 2023-10-14 05:11:10 EDT | | SPOILER_PXL_20231014_171018392.TS.mp4 | | | | | |
| 2023-10-2212:18:29 EDT | | SPOILER_PXL_20231022_233420858.TS.mp4 | | | | | |
| 2023-11-03 04:39:36 EDT | | https://drive.google.com/file/d/1k3wUe85Vzhr31-8sfs1S6m_tB-ChCWbVview?usp=drivesdk | | | | | |
| 2023-11-03 04:39:44 EDT | | https://drive.google.com/file/d/1 kGX8Wzju_18n 1BN-YZPQ3GB3s9wQgR2/view?usp=drivesdk | | | | | |
| 2023-11-06 13:34:14 EST | | SPOILER_PXL_20231106_221741489.TS.mp4 | | | | | |

| 2023-11-03 14:0( | | omnidestiny | Gooooood mornings |
| 2023-11-03 14:1: | | inbloom1991 | goood morning |
| 2023-11-03 14:1: | | inbloom1991 | be good be careful |
| 2023-11-03 14:14 | | omnidestiny | I'm always careful okay I don't mess around with BPD girls anymore okay (: |
| 2023-11-03 14:2( | | inbloom1991 | okayokay just checking on you sorry for being so concerned |
| 2023-11-03 14:2( | | inbloom1991 | lucky I'm not bpb! got a hell of a lot else but we work out just fine I think |
| 2023-11-03 14:2' | | inbloom1991 | and I wish I could jump ontop of you right now |
| 2023-11-03 14:2! | | omnidestiny | Awww mmm |
| 2023-11-03 14:2! | | omnidestiny | I've got a couple new videos of me trading head with someone, do you want? :c |
| 2023-11-03 14:3( | | inbloom1991 | yes pleaseeeee |
| 2023-11-03 14:3! | | inbloom1991 | |
| 2023-11-03 14:3! | | omnidestiny | https://drive.google.com/file/d/1k3wUe85Vzhr3I-8sfs1S6m_tB-ChCWbt/view?usp=drivesdk |
| 2023-11-03 14:3! | | omnidestiny | https://drive.google.com/file/d/1kGX8Wzju_I8-n1BN-YZPQ3GB3s9wQqR2/view?usp=drivesdk |
| 2023-11-03 14:3! | | omnidestiny | These two >:) |
| 2023-11-03 14:3! | | inbloom1991 | & it's not going to be me in them instead |
| 2023-11-03 14:3! | | inbloom1991 | still excited to watch |
| 2023-11-03 14:4( | inbloom1991 | for youuuu | |
| 2023-11-03 14:4( | | inbloom1991 | |
| 2023-11-03 14:4( | inbloom1991 | thanks | |
| 2023-11-03 14:44 | | omnidestiny | Always duh >:) |
| 2023-11-03 15:04 | | inbloom1991 | I can finally relax watch them and play with myself now I got caught up for a while |
| 2023-11-03 15:04 | inbloom1991 | here we go | |
| 2023-11-03 15:04 | omnidestiny | Oooooo | |
| 2023-11-03 15:04 | omnidestiny | | |
| 2023-11-03 15:1( | | inbloom1991 | i like the second video more i think |
| 2023-11-03 15:1( | omnidestiny | | |
| 2023-11-03 15:1( | | inbloom1991 | but I just closed my eyes after a while and came to the thought of you |
| 2023-11-03 15:1{ | | inbloom1991 | i think i can do much better |
| 2023-11-03 15:1! | | omnidestiny | I'm always willing to accept demonstrations |
| 2023-11-03 15:2( | | inbloom1991 | oh honey if I didn't blow ur mind the first time just wait because her head game looked a tad weak compared to what I have in store |