**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:25-cv-20757-JB/Torres**

JANE DOE,

      Plaintiff,

v.

STEVEN K. BONNELL II,

      Defendant.

_____/

**DEFENDANT STEVEN K. BONNELL II'S MOTION FOR LEAVE TO FILE**
**DOCUMENT UNDER SEAL**

       Defendant Steven K. Bonnell II ("Bonnell"), pursuant to Southern District of Florida Local Rule 5.4 and Paragraph 12 of the Protective Order Governing Discovery [ECF No. 116], respectfully requests leave of Court to file a document under seal, and states as follows:

      1.      On January 30, 2026, Bonnell filed a Motion for Summary Judgment [ECF No. 210], Statement of Undisputed Facts [ECF No. 211], the Declaration of Andrew B. Brettler in Support of Bonnell's Motion for Summary Judgment [ECF No. 212], the Declaration of Steven K. Bonnell in Support of Bonnell's Motion for Summary Judgment [ECF No. 213], and accompanying exhibits thereto.

      2.      Bonnell's Motion for Summary Judgment and associated materials rely on deposition testimony of a non-party, Plaintiff's ex-boyfriend "MH" (hereafter, "Non-Party").

      3.      Specifically, Exhibit N to the Declaration of Andrew B. Brettler [ECF No. 212-14] is comprised of excerpts from Non-Party's deposition transcript dated December 8, 2025.

      4.      Plaintiff has designated Non-Party's entire deposition transcript as "Confidential" pursuant to the Protective Order Governing Discovery.

5.     Bonnell agrees that Non-Party's identifying information (i.e., legal name) is properly designated as "Confidential" pursuant to the Protective Order Governing Discovery, but disputes Plaintiff's blanket designation of Non-Party's entire deposition transcript as "Confidential."

6.     The parties have been unable to resolve this dispute; accordingly, Plaintiff, as the proponent of confidentiality of Non-Party's entire deposition transcript, must comply with Paragraph 17 of the Protective Order Governing Discovery and move the Court for a ruling as to whether Non-Party's entire deposition transcript may be properly treated as "Confidential."

7.     As of the filing of Bonnell's Motion for Summary Judgment and associated materials, Plaintiff had not yet moved the Court for such a ruling.

8.     To comply with the current-but-disputed "Confidential" designation of Non-Party's entire deposition transcript, Exhibit N to the Declaration of Andrew B. Brettler [ECF No. 212-14] is proposed to be filed under seal.

9.     Non-Party's deposition testimony is central to Bonnell's Motion for Summary Judgment. Bonnell therefore respectfully requests leave of Court to file under seal the cited excerpts from Non-Party's deposition transcript so that the Court can fully consider the Motion for Summary Judgment and associated materials.

10.    Bonnell proposes that the unredacted version of Exhibit N to the Declaration of Andrew B. Brettler [ECF No. 212-14] remain under seal until the Court has ruled on Plaintiff's presumably forthcoming motion as to whether Non-Party's entire deposition transcript is properly treated as "Confidential."

11.    If the Court finds that Non-Party's entire deposition transcript is not properly treated as "Confidential," then the Court should authorize Bonnell to file a version of Exhibit N to

the Declaration of Andrew B. Brettler that redacts only Non-Party's legal name and not Non-Party's deposition testimony.

**WHEREFORE**, Defendant Steven K. Bonnell II respectfully requests that the Court grant him leave to file under seal Exhibit N to the Declaration of Andrew B. Brettler [ECF No. 212-14] and award any further relief the Court deems just and proper.

## LOCAL RULE 7.1(a)(2) CERTIFICATE OF CONFERRAL

**WE HEREBY CERTIFY** that on January 30, 2026, undersigned counsel for movant conferred with counsel for Plaintiff regarding the relief sought in this Motion, and Plaintiff's counsel indicated that they did not oppose the relief requested herein

Dated: February 2, 2026

Respectfully submitted,

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131
Tel.: (305) 374-7580
Fax: (305) 374-7593

By: */s/ Michael S. Morgan*
Michael S. Morgan
Florida Bar No.: 1061173
mmorgan@bilzin.com

and

BERK BRETTLER LLP
9119 West Sunset Blvd.
West Hollywood, CA 90069-3106
Tel: (310) 278-2111

By: /s/ *Andrew B. Brettler*
Andrew Brad Brettler
California Bar No.: 262928
abrettler@berkbrettler.com
Jake A. Camara
California Bar No.: 305780
jcamara@berkbrettler.com
Joel Sichel
California Bar No: 361148
jsichel@berkbrettler.com
(admitted *pro hac vice*)

*Counsel for Steven K. Bonnell I*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 2, 2026, a true and correct copy of the foregoing

was served on all parties via electronic transmission to counsel of record for these parties.

By: /s/ *Michael S. Morgan*
Michael S. Morgan

## SERVICE LIST
*Jane Doe v. Steven K. Bonnell II*
*Case No.: 1:25-cv-20757-JB*

| | |
|---|---|
| Carlos A. Garcia Perez, Esq. Sanchez-Medina, Gonzalez, Quesada, Lage, Gomez & Machado, LLP 201 Alhambra Circle, Suite 1205 Coral Gables, Florida, 33134 Email: cgarciaperez@smgqlaw.com | *Counsel for Jane Doe* |
| Joan Schlump Peters, Esq. JSP LAW, LLC 838 Neapolitan Way, #91, Naples, FL 34103 Email: petersjoan@bellsouth.net | |