UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

**JANE DOE**,

    Plaintiff,

v.

CASE NO: 1:25-cv-20757-JB/Torres

**STEVEN K. BONNELL II**,

    Defendant.

_____/

**[PROPOSED] ORDER GRANTING PLAINTIFF JANE DOE'S Rule 56(d) MOTION TO DENY OR DEFER MOTION FOR SUMMARY JUDGMENT**

THIS MATTER is before the Court on Plaintiff's Rule 56(d) Motion to Deny or Defer Motion for Summary Judgment ("Motion")[D.E. \_\_]. Upon due consideration, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1) Plaintiff's Motion is **GRANTED.**

(2) Defendant's Motion for Summary Judgment (DE 210) is **DENIED** without prejudice as premature.

**DONE AND ORDERED** in Chambers in Miami-Dade County in the Southern District of Florida, this \_\_\_\_ day of \_\_\_\_, 2026.

                                                      _____
                                                      EDWIN G. TORRES
                                                      United States Magistrate Judge