UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:25-cv-20757-JB/Torres

JANE DOE,

    Plaintiff,

v.

STEVEN K. BONNELL II,

    Defendant.

_____/

## NOTICE OF NINETY DAYS EXPIRING

Pursuant to Local Rule 7.1(b)(4)(A), Defendant Steven K. Bonnell, II hereby submits the following Notice that ninety (90) days have elapsed since the parties fully briefed Bonnell's Motion for Protective Order (the "Motion").

Bonnell filed the Motion and supporting documents on November 4, 2025. [ECF No. 163.] On November 5, 2025, the Court stayed Bonnell's deposition and ordered Plaintiff Jane Doe to file an expedited response to the Motion. [ECF No. 167.] Plaintiff opposed the Motion on November 12, 2025. [ECF No. 177.] Bonnell filed his reply papers on November 17, 2025. [ECF No. 179.] No hearing has been held or scheduled on the Motion.

Dated: March 3, 2026

Respectfully submitted,

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131
Tel.: (305) 350-2402

By: /s/ *Michael S. Morgan*
Michael S. Morgan
Florida Bar No.: 1061173
mmorgan@bilzin.com

- and -

 **BERK BRETTLER LLP**
9119 West Sunset Blvd.
West Hollywood, CA 90069-3106
Tel: (310) 278-2111

By: /s/ *Andrew B. Brettler*
Andrew B. Brettler
California Bar No.: 262928
abrettler@berkbrettler.com
Jake A. Camara
California Bar No.: 305780
jcamara@berkbrettler.com
Joel Sichel
California Bar No.: 361148
jsichel@berkbrettler.com
(admitted pro hac vice)

*Counsel for Steven K. Bonnell II*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 3, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

By: /s/ *Michael S. Morgan*
Michael S. Morgan

2