**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

MIAMI DIVISION

**JANE DOE**,                                                                CASE NO: 1:25-cv-20757-JB/Torres

         Plaintiff,

  v.

**STEVEN K. BONNELL II**,

         Defendant.

_____/

<u>**NOTICE OF NINETY DAYS EXPIRING**</u>

Pursuant to Local Rule 7.1(b)(4)(A), Plaintiff Jane Doe hereby submits the following Notice that ninety (90) days have elapsed since the parties fully briefed Plaintiff's Motion to Modify the Scheduling Order ("Motion").

Plaintiff filed the Motion and supporting documents on December 4, 2025 [ECF 184], and a supplement to the Motion with supporting documents on December 8, 2025 [ECF190]. Defendant opposed the Motion on December 17, 2025. [ECF 196]. Plaintiff filed her reply on December 29, 2025 [ECF 200]. No hearing has been held or scheduled on the Motion.

      Date: April 2, 2026

                              Respectfully submitted,

| | |
|---|---|
| **JSP LAW, LLC** | **SANCHEZ-MEDINA GONZALEZ** |
| Joan Schlump Peters | **LAGE GOMEZ & MACHADO, LLP** |
| (admitted *pro hac vice*) | CARLOS A. GARCIA PEREZ |
| 838 Neapolitan Way, #91 | Florida Bar No. 106895 |
| Naples, FL 34103 | GUSTAVO D. LAGE |
| Tel. 305-299-4759 | Florida Bar No. 972551 |
| Email: petersjoan@bellsouth.net | 201 Alhambra Circle, Suite 1205 |

DOE v BONNELL
CASE NO: 1:25-cv-20757-JB/Torres
Page 2

Coral Gables, Florida, 33134
Tel.: (305) 377-1000
Primary E-Mail: cgarciaperez@smgqlaw.com
Primary E-Mail: glage@smgqlaw.com
Counsels for Plaintiff

*/s/ Carlos A. Garcia Perez*
By:_____
CARLOS A. GARCIA PEREZ

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 2, 2026 a true and correct copy of the foregoing was

served on all parties via the CM/ECF filing portal to all counsel of record.

By: */s/ Carlos A. Garcia Perez*
CARLOS A. GARCIA PEREZ
Attorney for Plaintiff

2