**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

MIAMI DIVISION

**JANE DOE**,

        Plaintiff,

v.

CASE NO: 1:25-cv-20757-JB/Torres

**STEVEN K. BONNELL II**,

        Defendant.

_____/

**[PROPOSED] ORDER GRANTING PLAINTIFF JANE DOE'S VERIFIED MOTION**
**FOR CONTINUANCE OF TRIAL**

THIS MATTER is before the Court on Plaintiff's Verified Motion for Continuance of Trial ("Motion") [D.E. __]. Upon due consideration, the Court notes that there is good cause for granting said relief. Accordingly, it is hereby **ORDERED** and **ADJUDGED** that Plaintiff's Motion is **GRANTED.**

**DONE AND ORDERED** in Chambers in Miami-Dade County in the Southern District of Florida, this _____ day of _____, 2026.

_____
EDWIN G. TORRES
United States Magistrate Judge

1