**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

MIAMI DIVISION

**JANE DOE**,                                              CASE NO: 1:25-cv-20757-JB/Torres

      Plaintiff,

  v.

**STEVEN K. BONNELL II**,

      Defendant.

_____/

## <u>NOTICE OF NINETY DAYS EXPIRING</u>

Pursuant to Local Rule 7.1(b)(4)(A), Plaintiff Jane Doe hereby submits the following Notice that ninety (90) days have elapsed since the parties fully briefed Plaintiff's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11 ("Motion").

Plaintiff filed the Motion and supporting documents on December 4, 2025 [ECF 186]. Defendant opposed the Motion on December 18, 2025. [ECF 197]. Plaintiff filed her reply on December 29, 2025 [ECF 201]. No hearing has been held or scheduled on the Motion.

Date: April 10, 2026                Respectfully submitted,

**JSP LAW, LLC**                **SANCHEZ-MEDINA GONZALEZ**
Joan Schlump Peters           **LAGE GOMEZ & MACHADO, LLP**
(admitted *pro hac vice*)         CARLOS A. GARCIA PEREZ
838 Neapolitan Way, #91        Florida Bar No. 106895
Naples, FL 34103              GUSTAVO D. LAGE
Tel. 305-299-4759             Florida Bar No.  972551
Email: petersjoan@bellsouth.net    201 Alhambra Circle, Suite 1205
                            Coral Gables, Florida, 33134
                            Tel.: (305) 377-1000
                            Primary E-Mail: cgarciaperez@smgqlaw.com
                            Primary E-Mail: glage@smgqlaw.com
                              Counsels for Plaintiff

                             */s/ Carlos A. Garcia Perez*
                        By:_____
                             CARLOS A. GARCIA PEREZ

DOE v BONNELL
CASE NO: 1:25-cv-20757-JB/Torres

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 10, 2026 a true and correct copy of the foregoing was

served on all parties via the CM/ECF filing portal to all counsel of record.

By: */s/ Carlos A. Garcia Perez*

CARLOS A. GARCIA PEREZ
Attorney for Plaintiff

2