**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Miami Division

**JANE DOE**,                                                          Case No:   1:25-cv-20757-JB/Torres

      Plaintiff,

vs.

**STEVEN K. BONNELL II**,

      Defendant.

_____/

## <u>NOTICE OF ERRATA</u>

Plaintiff Jane Doe, by and through her undersigned counsel, respectfully submits this Notice of Errata regarding Plaintiff's Opposition to Defendant's Motion *in Limine* [ECF No. 231].

In footnote no. 3 of the Opposition, Plaintiff stated that *S.Y. v. Seasonal Invs., Inc.*, No. 20-cv-603-JES-MRM, 2021 WL 4822627 (M.D. Fla. June 11, 2021), a case cited by Defendant,  does not exist. Plaintiff was unable to locate this decision through the legal research databases available to undersigned counsel prior to filing. The decision is unpublished and not available in the Lexis database; Plaintiff has since confirmed its existence.

Accordingly, Plaintiff hereby corrects that statement. Plaintiff's position remains unchanged, as the cited decision is an unpublished, non-binding district court opinion and does not alter the analysis set forth in Plaintiff's Opposition.

DOE v BONNELL
Case No:   1:25-cv-20757-JB/Torres
Page 2

Dated: April 14, 2026.

**JSP LAW, LLC**                                   **SANCHEZ-MEDINA GONZALEZ**
Joan Schlump Peters                                **LAGE GOMEZ & MACHADO, LLP**
(admitted *pro hac vice*)                          CARLOS A. GARCIA PEREZ
4819 W. Blvd. Ct.                                  Florida Bar No. 106895
Naples, FL 34103                                   GUSTAVO D. LAGE
Tel. 305-299-4759                                  Florida Bar No.  972551
Email: petersjoan@bellsouth.net                    201 Alhambra Circle, Suite 1205
Counsel for Plaintiff JANE DOE                     Coral Gables, Florida, 33134
                                                   Tel.: (305) 377-1000
                                                   Primary E-Mail: cgarciaperez@smgqlaw.com
                                                   Primary E-Mail: glage@smgqlaw.com
                                                   Counsels for Plaintiff

                                                        */s/ Carlos A. Garcia Perez*
                                                   By:_____
                                                        CARLOS A. GARCIA PEREZ
                                                        Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 14, 2026 a true and correct copy of the foregoing was served on all parties via the CM/ECF filing portal to all counsel of record.

By: */s/ Carlos A. Garcia Perez*

CARLOS A. GARCIA PEREZ
Attorney for Plaintiff