**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

MIAMI DIVISION

**JANE DOE**,                                                                CASE NO: 1:25-cv-20757-JB/Torres

        Plaintiff,

  v.

**STEVEN K. BONNELL II**,

        Defendant.

_____/

## PLAINTIFF JANE DOE'S UNOPPOSED MOTION TO APPEAR REMOTELY AT APRIL 21ST HEARING

Plaintiff Jane Doe, by and through her undersigned counsel, respectfully moves for leave to appear remotely at the hearing scheduled for April 21, 2026, and states as follows:

1. The Court has scheduled a hearing on Plaintiff's Verified Motion for Continuance of Trial (DE 227) for April 21, 2026. (DE 228).

2. Plaintiff's counsel, Gustavo D. Lage, will appear in person at the hearing.

3. Plaintiff's co-counsel, Joan S. Peters, has a longstanding, previously scheduled commitment requiring her presence in New York on that date and is therefore unable to appear in person.

4. Ms. Peters respectfully requests leave to appear remotely via Zoom or other means permitted by the Court.

5. Undersigned counsel has conferred with counsel for Defendant, who does not oppose the relief requested in this Motion.

DOE v BONNELL
CASE NO: 1:25-cv-20757-JB/Torres
Page 2

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order permitting

co-counsel Joan S. Peters to appear remotely at the April 21, 2026 hearing, and for such other

and further relief as the Court deems just and proper.

### CERTIFICATE OF CONFERRAL

The undersigned counsel, Joan S. Peters, conferred with counsel for the Defendant, and

certifies that Defendant has no objection to the relief requested in this Motion.

Date: April 15, 2026.

**JSP LAW, LLC**
Joan Schlump Peters
(admitted *pro hac vice)*
838 Neapolitan Way, #91
Naples, FL 34103
Tel. 305-299-4759
Email: petersjoan@bellsouth.net

**SANCHEZ-MEDINA GONZALEZ**
**LAGE GOMEZ & MACHADO, LLP**
CARLOS A. GARCIA PEREZ
Florida Bar No. 106895
GUSTAVO D. LAGE
Florida Bar No.  972551
201 Alhambra Circle, Suite 1205
Coral Gables, Florida, 33134
Tel.: (305) 377-1000
Primary E-Mail: cgarciaperez@smgqlaw.com
Primary E-Mail: glage@smgqlaw.com
Counsels for Plaintiff

                    */s/ Carlos A. Garcia Perez*
By:_____
         CARLOS A. GARCIA PEREZ
         Attorney for Plaintiff

DOE v BONNELL
CASE NO: 1:25-cv-20757-JB/Torres
Page 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 15, 2026 a true and correct copy of the foregoing was

served on all parties via the CM/ECF filing portal to all counsel of record.

By: */s/ Carlos A. Garcia Perez*

CARLOS A. GARCIA PEREZ
Attorney for Plaintiff