**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:25-cv-20757-JB/Torres**

JANE DOE,

      Plaintiff,

v.

STEVEN K. BONNELL II,

      Defendant.

_____/

**SUPPLEMENTAL DECLARATION OF ANDREW B. BRETTLER IN SUPPORT OF DEFENDANT STEVEN K. BONNELL II'S MOTION FOR SUMMARY JUDGMENT**

I, Andrew B. Brettler, declare, pursuant to 28 U.S.C. § 1746 as follows:

1.      I am an attorney admitted to practice *pro hac vice* in the above-captioned action. I am a partner at the law firm Berk Brettler LLP in West Hollywood, California. Along with our local counsel at Bilzin Sumberg Baena Price & Axelrod LLP, we represent Defendant Steven K. Bonnell II p/k/a "Destiny" (hereinafter, "Bonnell").  I have personal knowledge of the matters contained herein and if called upon to testify could offer competent testimony thereto.

2.      I submit this Supplemental Declaration, pursuant to the Court's Paperless Order, dated April 21, 2026 [ECF No. 240] in further support of Bonnell's pending Motion for Summary Judgment [ECF No. 210].

3.      Attached hereto as **Exhibit P** is a true and correct (redacted) excerpt from the transcript of Plaintiff's deposition taken on April 27, 2026.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

    Executed on May 1, 2026          /s/ *Andrew B. Brettler*
                                        Andrew B. Brettler