# EXHIBIT P

(Filed Under Seal)
Deposition Transcript of Plaintiff