**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:25-cv-20757-JB/Torres**

JANE DOE,

      Plaintiff,

v.

STEVEN K. BONNELL II,

      Defendant.

_____/

**DEFENDANT STEVEN K. BONNELL II'S MOTION FOR LEAVE TO FILE**
**DOCUMENT UNDER SEAL**

Defendant Steven K. Bonnell II ("Bonnell"), pursuant to Southern District of Florida Local Rule 5.4 and Paragraph 12 of the Protective Order Governing Discovery [ECF No. 116], respectfully requests leave of Court to file a document under seal, and states as follows:

1.  Pursuant to the Court's Paperless Order dated April 21, 2026 [ECF No. 240], on May 1, 2026, Bonnell filed a Supplemental Memorandum in support of his Motion for Summary Judgment [ECF No. 244] and a Supplemental Declaration of Andrew B. Brettler in support of his Motion for Summary Judgment [ECF No. 245].

2.  Bonnell's supplemental submissions rely on Plaintiff's deposition testimony. Specifically, Exhibit P to the Supplemental Declaration of Andrew B. Brettler [ECF No. 245-1] is comprised of excerpts from Plaintiff's deposition transcript dated April 27, 2026.

3.  Plaintiff has designated her entire deposition transcript as "Confidential" pursuant to the Protective Order Governing Discovery [ECF No. 116].

4.  Bonnell disputes Plaintiff's blanket designation of her entire deposition transcript as "Confidential."

5. The parties have been unable to resolve this dispute. Accordingly, Plaintiff—as the proponent of confidentiality of her entire deposition transcript—must comply with Paragraph 17 of the Protective Order Governing Discovery and move the Court for a ruling as to whether her entire deposition transcript may be properly treated as "Confidential."

6. As of the filing of Bonnell's supplemental submissions and associated materials, Plaintiff has not yet moved the Court for such a ruling.

7. To comply with the current-but-disputed "Confidential" designation of Plaintiff's entire deposition transcript, Exhibit P to the Supplemental Declaration of Andrew B. Brettler [ECF No. 245-1] is proposed to be filed under seal.

8. Plaintiff's deposition testimony is central to Bonnell's Motion for Summary Judgment. Bonnell therefore respectfully requests leave of Court to file under seal an unredacted version of Exhibit P to the Supplemental Declaration of Andrew B. Brettler so that the Court can fully consider Bonnell's Supplemental Memorandum in support of his Motion for Summary Judgment.

9. Bonnell proposes that the unredacted version of Exhibit P to the Supplemental Declaration of Andrew B. Brettler remain under seal until the Court has ruled on Plaintiff's presumably forthcoming motion as to whether Plaintiff's entire deposition transcript is properly treated as "Confidential."

10. If the Court finds that Plaintiff's entire deposition transcript is not properly treated as "Confidential," then Bonnell respectfully requests that the Court authorize Bonnell to file an unredacted version of Exhibit P to the Supplemental Declaration of Andrew B. Brettler.

**WHEREFORE**, Defendant Steven K. Bonnell II respectfully requests that the Court grant him leave to file under seal Exhibit P to the Supplemental Declaration of Andrew B. Brettler [ECF

No. 245-1], and award any further relief the Court deems just and proper.

## <u>LOCAL RULE 7.1(a)(2) CERTIFICATE OF CONFERRAL</u>

**WE HEREBY CERTIFY** that on May 4, 2026, undersigned counsel for movant conferred with counsel for Plaintiff regarding the relief sought in this Motion, and Plaintiff's counsel indicated that they did not oppose the relief requested herein.

Dated: May 4, 2026

Respectfully submitted,

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131
Tel.: (305) 374-7580
Fax: (305) 374-7593

By: /s/ *Michael S. Morgan*
Michael S. Morgan
Florida Bar No.: 1061173
mmorgan@bilzin.com

and

**BERK BRETTLER LLP**
9119 West Sunset Blvd.
West Hollywood, CA 90069-3106
Tel: (310) 278-2111

By: /s/ *Andrew B. Brettler*
Andrew Brad Brettler
California Bar No.: 262928
abrettler@berkbrettler.com
Jake A. Camara
California Bar No.: 305780
jcamara@berkbrettler.com
Joel Sichel
California Bar No: 361148
jsichel@berkbrettler.com
(admitted *pro hac vice*)

*Counsel for Steven K. Bonnell II*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 4, 2026, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, including those listed in the below Service List, via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ *Michael S. Morgan*
Michael S. Morgan

### SERVICE LIST
*Jane Doe v. Steven K. Bonnell II*
*Case No.: 1:25-cv-20757-JB*

Carlos A. Garcia Perez, Esq. Sanchez-Medina, Gonzalez, Quesada, Lage, Gomez & Machado, LLP 201 Alhambra Circle, Suite 1205 Coral Gables, Florida, 33134
Email: cgarciaperez@smgqlaw.com

*Counsel for Jane Doe*

Joan Schlump Peters, Esq.
JSP LAW, LLC
838 Neapolitan Way, #91, Naples, FL 34103
Email: petersjoan@bellsouth.net

4