# EXHIBIT "A"

(Filed Under Seal)
Declaration of Abbymc dated April 30, 2026