# EXHIBIT "B"

Expert Report of Jesus Pena

**EXPERT REPORT OF JESUS F. PENA PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(2)(B)**

JANE DOE V. STEVEN BONNELL II.  CASE NUMBER :25-cv-20757-JB/Torres UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA

1

# Contents

Introduction ................................................................................................................................... 3

Case Background ............................................................................................................................ 4

Summary of Conclusions ............................................................................................................... 4

Conclusion 1:  Defendant sent the Video to "Rose" on April 9, 2022 ......................................... 7

Conclusion 2:  The Video was leaked on KiwiFarms ................................................................... 9

Conclusion 3:  Video remained on Discord until November 29, 2024 ........................................ 12

Conclusion 4:  Between April 22, 2021 and December 2023, Discord was known to have a vulnerability where message attachments remained active and accessible. ............................................................. 12

Conclusion 5:  By December 2023, Discord implemented "authentication enforcement" to replace permanent URLs to attachments ................................................................................................................ 15

Conclusion 6:  Once "authentication enforcement" went into effect, all old URLs to attachments became unreachable ................................................................................................................................................. 16

Conclusion 7:  The Video remained stored on the Discord server from April 2022 to November 29, 2024 and accessible to Rose until the Defendant deleted it in November 2024, and it was accessible by the public and search engines until December 2023 .......................................................................................... 18

Conclusion 8:  On-going distribution occurred because the Video was not deleted until after November 29, 2024 and there was an active and permanent URL that pointed to it through December 2023 ........... 20

Conclusion 9:  No mitigating or protective measures in place to safeguard Plaintiff's privacy ................. 20

Conclusion 10:  The Defendant's ESI appears to not have been preserved using forensically sound methods, a failure which materially prejudices the Plaintiff by compromising the integrity and completeness of the evidence available for analysis. .......................................................................................... 21

Conclusion 11:  Defendant's misrepresentation of material evidence generated from untrusted ESI that was not forensically preserved. .......................................................................................................................... 23

Conclusion 12:  Defendant misleads court by stating that the filenames of files sent to Abbymc differ from the Video file name ........................................................................................................................................... 27

Appendix A – CV .......................................................................................................................... 29

Appendix B - Publications ............................................................................................................. 31

Appendix C - Testimony ................................................................................................................ 32

Appendix D – Statement of Compensation ................................................................................... 34

**Introduction**

1.      My name is Jesus F. Pena, and I am over eighteen years of age.  I am the founder of e-Forensics Inc. ("e-Forensics") and I have over twenty-four years of experience, and my CV is included herein as Appendix "A", and my FRCP compliant publications history is contained herein as Appendix "B" and my FRCP compliant publications are listed in Appendix "C".

2.      My fields of specialty relate to digital forensics and e-discovery consulting and advisory services, and information security auditing and assessments to law firms, corporations, municipalities and federal agencies since 2000. My digital forensics experience includes evidence acquisition, evidence analysis and reporting, and expert witness testimony as it applies to electronically stored information ("ESI") found on mobile devices, workstations, virtual and physical servers, routing and filtering devices, and Cloud storage and computing environments

3.      As part of my job duties and responsibilities, I perform digital forensics and e-discovery services, and I oversee the technicians who perform forensic inspections of information technology assets. I personally review and analyze the electronic data and information that is "mirror imaged" and/or otherwise retrieved from those computers.

4.      I was engaged through e-Forensics Inc by Plaintiff to perform digital forensics services and to consult on e-discovery related matters. With respect to the digital forensics analysis, I was tasked with reviewing all materials related to this matter, which I in part relied on, including analyzing pleadings, declarations and responsive documents by the Defendant with the goal of testing the veracity of Plaintiff's allegations and Defendant's responses.

5.      The final opinions/conclusions expressed are based on my professional expertise, training, and experience. In addition, certain publicly available online discussions were examined, but their sole purpose was to direct my independent investigation; they were **not** considered or relied upon as substantive evidence. The entirety of my analysis, testing, and the resulting opinions are grounded in the verified facts and accepted forensic methods described within this report. Lastly, in the preparation of this report, generative Artificial Intelligence (AI) tools were utilized solely as an organizational and synthesis aid for the initial drafting,

3

streamlining of source material summarization, and data categorization. Crucially, the AI tools did not generate, form, or influence any substantive opinions or technical conclusions. In full compliance with professional standards and the Federal Rules of Civil Procedure, all AI-synthesized output was independently validated, verified, and cross-referenced prior to incorporation.

6.      I reserve the right to supplement or amend this report upon review of additional information, documents, or testimony produced during the ongoing discovery process.

### Case Background

1.      The case pertains to Plaintiff's claims pursuant to the Intimate Image Protection Act, 15USC § 6851 ("CARDII"), which went into effect on October 1, 2022, that at least one video ("Video") of Plaintiff and Defendant having a sexual encounter was made accessible on the Internet by the Defendant *well after* the law went into effect.

### Summary of Conclusions

I have reached the following conclusions in my analysis:

1.   The Defendant transferred the Video file named "VID_240100707_144752_318-1.mp4" via an attachment in a message to a Discord[1] user with screenname "Rose" on April 9, 2022.

2.   On November 29, 2024, twenty-nine (29) of the Defendant's files (which included the Video) were posted to the KiwiFarms.com[2] platform by an individual with the KiwiFarms screenname "SoloTinyLeaks".The leaked files originated from Discord as can be noted by two (2) of the file names prepended with "SPOILER_".

---

[1] "Discord is a voice, video, and text communication platform used by over two hundred million people to hang out and play games with their friends." Source: https://discord.com/company

[2] Kiwi Farms, formerly known as CWCki Forums, is a web forum that facilitates the discussion and harassment of online figures and communities. Their targets are often subject to organized group trolling and stalking, as well as doxing and real-life harassment. Kiwi Farms has been tied to the suicides of three people who were victims of harassment by the website. Source: https://en.wikipedia.org/wiki/Kiwi_Farms..

4

3. After Defendant's disclosure of the Video on April 9, 2022, the Video remained on Discord's Core servers and Content Delivery Network (CDN)[3] until it was finally deleted by Defendant sometime after November 29, 2024.

4. Discord was subject to a known vulnerability from April 22, 2021, until December 2023, resulting in the continued accessibility of message attachments wherein ALL attachments sent in messages were permanently publicly accessible from the CDN servers simply by navigating to a permanent web address that pointed to the attachment.

5. To address the vulnerability and the issue of permanent accessibility, in December of 2023 Discord implemented "authentication enforcement" which replaced permanent links to attachments with temporary ones and effectively solved the problem of its servers hosting malware. Equally important, the change also resulted in the inability of search engines like Google and Bing to index the attachment files.

6. Once "authentication enforcement" went into effect in December of 2023, any old-style permanent URLs became obsolete, and the attachments were no longer reachable with the old-style permanent URLs BUT the attachments physically remained on the CDN core and CDN servers. Of importance is that both before and after implementation, if the attachment was removed by the sender (ie. here, Defendant), it would delete it from the Discord core servers and then the CDN cache servers.

---

[3] "A content delivery network (CDN) is a geographically distributed group of servers that caches content close to end users. A CDN allows for the quick transfer of assets needed for loading Internet content, including HTML pages, JavaScript files, stylesheets, images, and videos." Source: https://www.cloudflare.com/learning/cdn/what-is-a-cdn/

7. The Video attachment remained stored on Discord's CDN servers between April 2022 and November 29, 2024 and *remained accessible* to Rose, until it was deleted by Defendant sometime after November 29, 2024. However, it was also publicly accessible via the permanent link *and* reachable by index engines between April 9, 2022 through early December 2023.

8. The post October 1, 2022, on-going dissemination and accessibility occurred because the Video was not deleted until after November 29, 2024 and there was an active and permanent URL that pointed to it through December 2023. Moreover, search engine indexing crawlers from Google, Bing and others, were known to index the Discord CDN servers.

9. There were no protective measures in place to safeguard Defendant's and the Plaintiff's privacy, such as the platform storing attachments in an encrypted state and requiring authentication and/or assurances from Defendant that content would be safeguarded. The Discord vulnerability related to attachments being publicly available should have been considered by the Defendant as it was a known issue in the Discord community *for an entire year before the Defendant sent the video.*

10. The Defendant's ESI  appears to not have been preserved using forensically sound methods, a failure which materially prejudices the Plaintiff by compromising the integrity and completeness of the evidence available for analysis. A review of the pleadings and materials would indicate that the Defendant's ESI was not preserved in a forensically sound manner. This failure constitutes a critical deficiency, as the foundational principle of digital forensics dictates that cryptographic hash values[4]

---

[4] Cryptographic hash (or message digest) is a digital signature that uniquely identifies data and has the property

must be generated *at the time of collection* to ensure the integrity and authenticity of the data.

11.  A misrepresentation of material evidence which gave appearance of spoliation, was noted wherein Defendant generated a chat history spreadsheet of the media files he sent to "Abbymc" with screenname, "inbloom1991" which Defendant  sourced from original chat history with "Abbymc" in which the Google Drive URLs and/or the timestamps do not match those produced by Defendant as the authentic chat logs from both "Peach" and "Abbymc".

12.  Defendant misleads the court by stating that because the original filename of the Video, as revealed by Solotinyleaks, is not the same as either of the filenames that he sent to Abbymc, that proves that he never sent the Video to Abbymc.

**Conclusion 1:  Defendant sent the Video to "Rose" on April 9, 2022**

• *The Defendant transferred the Video file named "VID_240100707_144752_318-1.mp4" via an attachment in a message to a Discord user with screenname "Rose" on April 9, 2022.*

The Defendant transmitted a copy of the Video via an attachment in a message to a Discord user with screenname "Rose" on April 9, 2022, which pre-dated the CARDII statute date of October 1, 2022.

Relied On:

---

that changing a single bit in the data will cause a completely different message digest to be generated. Source: https://nvlpubs.nist.gov/nistpubs/ir/2018/NIST.IR.8011-3.pdf

- (ECF 132) Defendant's Motion to Dismiss at 13 ¶ 3, 11, ¶ 1 and 7, ¶ 2

- Exhibits 1A, 1B and 1C

Exhibit: 1A

and none contained the Video depicting Plaintiff. (*Id.* ¶ 8 & Ex. E.) The original filename of the Video, "VID_240100707_144752_318-1.mp4," was revealed when SoloTinyLeaks uploaded it to the KiwiFarms website without authorization. (*Id.* ¶ 6 & Ex. D.) By contrast, the files Bonnell sent

13

Exhibit: 1B

that Bonnell sent the Video to Rose in a private Discord chat via a Discord media file, not via a Google Drive link. (*See* Bonnell Decl., dated Apr. 25, 2025 [ECF No. 42-1] ¶ 9; *id.* Ex. C [ECF No. 42-4]; Bonnell Decl., dated Sept. 19, 2025, ¶ 6 & Ex. D.) The screenshot of Bonnell's transmission of the Video to Rose depicts a black square, representing a media file, not a Google Drive hyperlink. (Bonnell Decl., dated Sept. 19, 2025, ¶6 & Ex. A.) Indeed, as evident from the November 29, 2024 leak on the KiwiFarms website, the original file name of the Video appears as "VID_240100707_144752_318-1.mp4," confirming that the Video file was transferred directly through Discord as an attached .mp4 file, and not transmitted via a Google drive link. (*Id.* ¶ 6 & Ex. D.)

Exhibit: 1C

*Underwriters at Lloyd's, London*, 474 F. Supp. 3d 1279, 1281 (S.D. Fla. 2020) (dismissing the action for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) and holding that "Plaintiff bears the burden to *prove* the facts sufficient to establish subject matter jurisdiction.") (emphasis added). Once a federal court determines jurisdiction is lacking, "the court is powerless to continue." *Bochese v. Town of Ponce Inlet*, 405 F.3d 964, 975 (11th Cir. 2005).

IV.   **BONNELL'S SOLE TRANSMISSION OF THE VIDEO TO ROSE FAILS TO ESTABLISH SUBJECT MATTER JURISDICTION, AS A MATTER OF LAW.**

Plaintiff alleges the Court has subject matter jurisdiction because her claims arise under the federal CARDII statute. (Am. Compl. [ECF No. 120] ¶ 3.) Critically, CARDII took effect on October 1, 2022. 15 U.S.C. § 6851. CARDII provides remedies for conduct occurring only *as of* the effective date of the statute. *See Landgraf v. USI Film Prods.*, 511 U.S. 244, 270 (1994)

**Conclusion 2:  The Video was leaked on KiwiFarms**

- *On November 29, 2024, twenty-nine (29) of the Defendant's files (which included the Video) were posted to the KiwiFarms.com platform by an individual with the KiwiFarms screenname "SoloTinyLeaks". The leaked files originated from Discord as can be seen by two (2) of the file names prepended with "SPOILER_".*

On November 29, 2024, twenty-nine (29) of the Defendant's files were posted to the KiwiFarms.com platform by an individual with the KiwiFarms screenname "SoloTinyLeaks," who created an account on the very same day; see image #1 of Exhibit "2A" hereto. One (1) of the twenty-nine (29) files was the Video (as defined in the Amended Complaint). The leaked files originated from Discord as can be seen by two (2) of the file names prepended with "SPOILER_"; see  Exhibit "2B" hereto. The file naming convention is unique to Discord, and applied whenever an attachment is added, AND the user flags it as a spoiler. The fact that some of the leaked files begin with "SPOILER_" indicates that the "hacked" files originated from a Discord account that either sent or received the files. In the case of the Video, it could have been obtained from accessing Rose's *or* Defendant's Discord

accounts. In ¶ 12 of Defendant's declaration (ECF 132-1), Defendant claims the leak likely came from a compromise of Rose's Discord account. This has not yet been conclusively established and would require further discovery.

Relied On:

- https://kiwifarms.st/threads/steven-bonnell-ii-destiny-gg.29205/page-981#post-19972480

- https://archive.md/8xLGB , saved from https://kiwifarms.st/threads/steven-bonnell-ii-destiny-destiny-gg.29205/page-982#post-19972480 .

- ¶ 12 of Steve Bonnell II's Declaration (ECF 132-1)

- Exhibits 2A and 2B herein

Exhibit: 2A



Exhibit: 2B

10





**Conclusion 3:  Video remained on Discord until November 29, 2024**

- *After Defendant's disclosure of the Video on April 9, 2022, the Video remained on Discord's Content Delivery Network (CDN) until it was finally deleted by Defendant sometime after November 29, 2024*

After Defendant's disclosure of the Video, the Video remained on Discord's core and Content Delivery Network (CDN) servers until it was finally deleted by Defendant after the November 29, 2024, KiwiFarms post by "SoloTinyleaks." Between April 9, 2022, through at least sometime in December 2023, the Video had continuous/ongoing posting with unprotected, unrestricted accessibility initiated by the Defendant by means of either direct use of a Uniform Resource Locator (URL)4 (web address) or via queries to any number of search engines (e.g., Google, Bing). This unprotected, unrestricted accessibility of the Video is a result of how Discord implemented storage and access of message attachments on its CDN servers that cache Discord's attachments.

Relied on:

- Bonnell Declaration  (ECF 42-1) ¶ 13
- Same as for Conclusion #4

**Conclusion 4:  Between April 22, 2021 and December 2023, Discord was known to have a vulnerability where message attachments remained active and accessible.**

- *Discord was subject to a known vulnerability from April 22, 2021, until December 2023, resulting in the continued accessibility of message attachments wherein ALL attachments sent in messages were permanently publicly accessible from the CDN servers simply by navigating to a permanent web address that pointed*

12

*to the attachment.*

Between April 22, 2021, and December 2023 when the vulnerability was finally rectified, Discord was known to have a significant security issue wherein ALL attachments sent in messages were permanently publicly accessible from the CDN servers simply by navigating to a permanent web address that pointed to the attachment. See Exhibit "4A" herein of a Discord community forum post taken from the WayBackMachine (archive.org) titled "Privacy for CDN attachments", where it first describes the issue back in 2021. This major security hole resulted in bad actors using the platform for malware distribution. The news regarding the issue and resolution went public and was widely distributed on many popular media outlets in early November 2023; below are links to a few of the posted articles:

TECHRADAR | November 6, 2023, | Discord Is Switching to Temporary Links to Stop Malware | https://www.techradar.com/pro/security/discord-is-switching-to-temporary-links-to-stop-malware

BLEEPINGCOMPUTER | November 4, 2023 | Discord Will Switch to Temporary File Links to Block Malware Delivery | https://www.bleepingcomputer.com/news/security/discord-will-switch-to-temporary-file-links-to-block-malware-delivery/#:~:text=Discord%20will%20switch%20to%20temporary%20file%20links%20for%20all%20users,will%20expire%20after%2024%20hours.

BITDEFENDER | November 6, 2023 | Discord Tightens Security with Temporary File Links | https://www.bitdefender.com/en-us/blog/hotforsecurity/discord-tightens-security-with-temporary-file-links

13

PCMAG | November 6, 2023 | Discord Decides File Links Will Only Work for 24 Hours | https://www.pcmag.com/news/discord-decides-file-links-will-only-work-for-24-hours

Relied On:

- https://web.archive.org/web/20210422204423/https://support.discord.com/hc/en-us/community /posts/360061593771-Privacy-for-CDN-attachments

- https://www.techradar.com/pro/security/discord-is-switching-to-temporary-links-to-stop-malware

- https://www.bleepingcomputer.com/news/security/discord-will-switch-to-temporary-file-links-to-block-malware-delivery/#:~:text=Discord%20will%20switch%20to%20temporary%20file%20links%20for%20all%20users,will%20expire%20after%2024%20hours

- https://www.bitdefender.com/en-us/blog/hotforsecurity/discord-tightens-security-with-temporary-file-links

- https://www.pcmag.com/news/discord-decides-file-links-will-only-work-for-24-hours

- Exhibit 4A Herein

Exhibit 4A



**Conclusion 5:  By December 2023, Discord implemented "authentication enforcement" to replace permanent URLs to attachments**

- *To address the vulnerability and the issue of permanent accessibility, in December of 2023 Discord implemented "authentication enforcement" which replaced permanent links to attachments with temporary ones and effectively solved the problem of its servers' hosting malware. Equally important, the change also resulted in the inability of search engines like Google and Bing to index the attachment files.*

To resolve the vulnerability and the issue of permanent accessibility, in December of 2023 Discord implemented "authentication enforcement" which basically replaced permanent links to attachments with temporary ones that expire within 24 hours. By doing so, Discord effectively solved the problem of its CDN servers hosting malware. Equally important, the change also resulted in the inability of search engines like Google and Bing to index the attachment files because when the engine's crawlers returned (a day or later), the URLs expired, and the engines would not be able to find the files to

15

index.

Relied on:

- Same as conclusion #4

**Conclusion 6:  Once "authentication enforcement" went into effect, all old URLs to attachments became unreachable**

- *Once "authentication enforcement" went into effect in December of 2023, any old-style permanent URLs became obsolete, and the attachments were no longer reachable with the old-style permanent URLs BUT the attachments physically remained on the CDN core and CDN servers. Of importance is that both before and after implementation, if the attachment was removed by the sender (ie. here, Defendant), it would delete it from the Discord core servers and then the CDN cache servers.*

Discord generates the new temporary URLs with "authentication enforcement" in the background, which appends some parameters to the old URL style (in part) to identify expiration date. The new style temporary link creation occurs in the background ONLY IF the recipient or sender of the attachment views the message with the attachment. At that point, Discord's Application Programming Interface (API)[5] will render the message on the application's screen and automatically creates the new temporary link. What is important to note is that once "authentication enforcement" went into effect in December of 2023, any old-style permanent URLs became obsolete, and the attachments were no longer reachable with the old-style permanent URLs BUT the attachments physically remained on the Discord core and CDN servers. Of importance is that both before and

---

[5] "An API (Application Programming Interface) is a set of features and rules that exist inside a software program (the application) enabling interaction with it through software - as opposed to a human user interface. The API can be seen as a simple contract (the interface) between the application offering it and other items, such as third-party software or hardware." Source: https://developer.mozilla.org/en-US/docs/Glossary/API

16

after implementation, if the attachment was removed by the sender (ie. here, Defendant),

it would delete it from the Discord core servers and then the CDN cache servers.

Relied on:

- Same as conclusion #4

**Conclusion 7:  The Video remained stored on the Discord server from April 2022 to November 29, 2024 and accessible to Rose until the Defendant deleted it in November 2024, and it was accessible by the public and search engines until December 2023**

- *The Video attachment remained stored on Discord's CDN servers between April 2022 and November 29, 2024, and remained accessible to Rose, until it was deleted by Defendant sometime after November 29, 2024.*

The Video attachment remained stored on Discord's core and CDN servers between April 2022 and November 29, 2024 and remained accessible to Rose, until it was deleted by Defendant sometime after November 29, 2024. However, it was also publicly accessible via the permanent link and reachable by index engines between April 9, 2022 through early December 2023. Although the length of the permanent URL made it virtually impossible for anyone to guess it, nevertheless, dissemination and propagation likely occurred through search engine indexing. Although search engines do not index video or audio content itself, it does index multimedia files' metadata, which can be rich in information. As a result, up until December 2023, search engine queries could have easily stumbled upon the Video simply by searching for keywords that matched the indexed metadata -- no need to guess the URL. Therefore, while it is not definitively known if Google ever indexed the Video, it is a highly likely scenario as seen from the fact that there are confirmed cases of search engines having indexed content on the Discord CDN servers, see below:

- **Zscaler (2021–2022)**: Zscaler's ThreatLabz reported that Discord's CDN was exploited for malware dissemination with links shared on external platforms (e.g., phishing emails). *Some malware files were*

18

*found in Google search results, indicating indexing.* For example, searches for specific malware file names or URLs surfaced CDN-hosted files, because crawlers followed links from public sites. See *https://www.zscaler.com/blogs/security-research/discord-cdn-popular-choice-hosting-malicious-payloads*

o **Trellix (2022)**: Trellix recorded over 10,000 malware campaigns using Discord CDN links, *some of which were indexed by Google* when shared on indexed forums or paste sites. This included PDFs, images, and executables, *not just MP4s*. See *https://www.trellix.com/blogs/research/discord-i-want-to-play-a-game/*

Relied On:

- https://www.zscaler.com/blogs/security-research/discord-cdn-popular-choice-hosting-malicious-payloads
- https://www.trellix.com/blogs/research/discord-i-want-to-play-a-game/

**Conclusion 8:  On-going distribution occurred because the Video was not deleted until after November 29, 2024 and there was an active and permanent URL that pointed to it through December 2023**

- *Post October 1, 2022, on-going dissemination and accessibility occurred because the Video was not deleted until after November 29, 2024 and there was an active and permanent URL that pointed to it through December 2023. Moreover, search engine indexing crawlers from Google, Bing and others, were known to index the Discord CDN servers.*

Relied On:

- Same as Conclusion #4, # 7

**Conclusion 9:  No mitigating or protective measures in place to safeguard Plaintiff's privacy**

- *There were no protective measures in place to safeguard Defendant's and the Plaintiff's privacy, such as the platform storing attachments in an encrypted state and requiring authentication and/or assurances from Defendant that content would be safeguarded. The Discord vulnerability related to attachments being publicly available should have been considered by the Defendant as it was a known issue in the Discord community for an entire year before the Defendant sent the video.*

By Defendant's own admission, he used Discord to send the Video to Rose as an attachment and there were no protective measures in place to safeguard his and the Plaintiff's privacy, such as: i) the platform used to send the Video would encrypt while transmitting; ii) the platform would store attachments in an encrypted state and require

authentication; and/or iii) users would be given assurances that it would be safeguarded. The Discord vulnerability related to attachments being publicly available should have been considered by the Defendant as it was a known issue in the Discord community *for an entire year before the Defendant sent the Video.* Again, the Video remained active and accessible to the public until December 2023 when Discord converted to temporary links, but by that time, CARDII had been in effect for thirteen (13) months. Moreover, the Video remained accessible to Rose and anyone who had access to Rose's Discord account (ie. SoloTinyleaks) until after November 29, 2024 when Defendant finally deleted it.

Relied On:

- Same as Conclusion #4

**Conclusion 10:  The Defendant's ESI appears to not have been preserved using forensically sound methods, a failure which materially prejudices the Plaintiff by compromising the integrity and completeness of the evidence available for analysis.**

- *The Defendant's ESI  appears to not have been preserved using forensically sound methods, a failure which materially prejudices the Plaintiff by compromising the integrity and completeness of the evidence available for analysis. A review of the pleadings and materials would indicate that the Defendant's ESI was not preserved in a forensically sound manner. This failure constitutes a critical deficiency, as the foundational principle of digital forensics dictates that cryptographic hash values must be generated at the time of collection to ensure the integrity and authenticity of the data review of the pleadings and materials indicates that the Defendant's ESI was not preserved in a forensically sound*

21

*manner. This failure constitutes a critical deficiency, as the foundational principle of digital forensics dictates that cryptographic hash value must be generated <u>at the time of collection</u> to ensure the integrity and authenticity of the data.*

Again, there is no evidence in any of the materials produced or in pleadings by Defendant that indicate ESI was preserved in a forensically sound manner, which is unusual that it would not be disclosed at this stage of discovery. Failure to preserve properly constitutes a critical deficiency, as the foundational principle of digital forensics dictates that cryptographic hash values must be generated at the time of collection to ensure the integrity and authenticity of the data. Without these unique digital identifiers, there is no reliable method to determine if the data set has been altered or compromised at any point *after* its initial collection. This principle is the cornerstone of digital forensics practice. The Defendant's mismanagement renders the production entirely unreliable as it cannot be authenticated if asked to reproduce findings from it. *Simply put, there is no way to run a cryptographic algorithm that will ensure the data was not altered after being preserved because there is no value to compare it to.*

In what manner is the Plaintiff unfairly disadvantaged by this conduct?

- As pointed out in Pena's Amended Declaration (ECF 147-1), the Defendant's first and only production was found to be missing important chat timestamp metadata on the grouped Discord messages and was done so because the Defendant converted the preserved chats from HTML to PDF and in doing so, *lost the timestamp metadata* of the grouped messages. This issue is what led to Pena's amended declaration because it gave the appearance of some form of tampering.

22

- The ONLY remedy to deal with the omitted metadata is simply to produce it. HOWEVER, this is where the prejudice comes in, because if no hash value was *generated when the HTML file was initially created*, how can that data set be trusted other than by comparing a hash value today against the one that was generated when the HTML was created?

Relied On:

- National Institute of Standards and Technology, *Glossary: Cryptographic Hash Value*, CSRC (NIST), https://csrc.nist.gov/glossary/term/cryptographic_hash_value

- Jesus Pena Amendment to Declaration (ECF 147-1) ¶ 4, ¶ 5

**Conclusion 11:  Defendant's misrepresentation of material evidence generated from untrusted ESI that was not forensically preserved.**

- *A misrepresentation of material evidence which gave appearance of spoliation, was noted wherein Defendant generated a chat history spreadsheet of the media files he sent to "Abbymc" with screenname, "inbloom1991" which Defendant sourced from original chat history with "Abbymc" in which the Google Drive URLs and/or the timestamps do not match those produced by Defendant as the authentic chat logs from both "Peach" and "Abbymc".*

A misrepresentation of material evidence, which gave appearance of spoliation, was noted from wherein Defendant generated a chat history spreadsheet of the media files he sent to "Abbymc" with screenname, "inbloom1991" which he sourced from original chat history with "Abbymc" where the Google Drive URLs and/or the timestamps do not match those produced by Defendant as the authentic chat logs from

23

both "Peach" and "Abbymc".

Sampling of differences (Motion to Dismiss, Exhibit E, Abbymc Chats and Media Files Sent to Abbymc (132-6)); see Exhibit 11A herein

URL 1 of 2:

**Last Character of the File ID in the URL (before /view):**

- o URL 1 (*spreadshee*t) with the capital letter **V**.

- o URL 2 (*Abbymc chat*) ends with the lowercase letter **t**.

**Times:**

- o URL 1 (*spreadsheet*) with "04:39:36 EDT"

- o URL 2 (*Abbymc chat*) with "14:39". Note, the 10-hour difference does not comport with the 4- or 5-hour difference between Eastern to UTC.

URL 2 of 2:

**Last Character of the File ID in the URL (after 8-n):**

- o URL 1 (*spreadshee*t) with a **space** after "8-n 1"

- o URL 2 (*Abbymc chat*) with no space after "8-n1"

**Times:**

- o URL 1 (*spreadsheet*) with "04:39:36 EDT"

- o URL 2 (*Abbymc chat*) with "14:39". Note, the 10-hour difference does not comport with the 4- or 5-hour difference between Eastern to UTC.

A similar comparison with the chats from "Peach" shows the exact same difference in the URL: Sampling of differences (Motion to Dismiss, Exhibit F, "Peach" Chats (132-7); see Exhibit 11B herein:

URL 1 of 2:

### Last Character of the File ID in the URL (before /view):

- o   URL 1 (*spreadshee*t) with the capital letter **V**.

- o   URL 2 (*Abbymc chat*) ends with the lowercase letter **t**.

URL 2 of 2:

### Last Character of the File ID in the URL (after 8-n):

- o   URL 1 (*spreadshee*t) with a **space** after "8-n 1"

- o   URL 2 (*Abbymc chat*) with no space after "8-n1"

Relied On:

- Jesus Pena Declaration (139-1) ¶ 19 and ¶ 20

- Motion to Dismiss, Exhibit E, Abbymc Chats and Media Files Sent to Abbymc (132-6)

- Motion to Dismiss, Exhibit F, "Peach" Chats (132-7)

- Exhibit 11A and 11B Herein

- Certain publicly available online discussions were examined, but their sole purpose was to direct my independent investigation; they were **not** considered or relied upon as substantive evidence. The entirety of my analysis, testing, and the resulting opinions are grounded in the verified facts and accepted

25

forensic methods described within this report.

Exhibit 11A:



Case 1:25-cv-20757-JB   Document 132-6   Entered on FLSD Docket 09/19/2025   Page 2 of 3

| | | ALL MEDIA FILES SENT TO ABBYMC |
|---|---|---|
| 2023-03-10 10:41:40 EST | | SPOILER_PXL_20230310_151548695.TS.mp4 |
| 2023-03-10 10:48:48 EST | | PXL_20230309_204755888.TS.mp4 |
| 2023-03-10 10:49:23 EST | | SPOILER_PXL_20230304_224140749.TS.mp4 SPOILER_PXL_20230304_161758601.TS.mp4 |
| 2023-04-16 20:06:58 EDT | | PXL_20230416_235837040.TS.mp4 |
| 2023-04-19 15:50:03 EDT | | SPOILER_PXL_20230419_184110696.TS.mp4 |
| 2023-04-21 21:34:14 EDT | | Screenshot_20230421-214051.png |
| 2023-04-22 04:05:12 EDT | | IMG_20230421_222504_731.jpg |
| 2023-05-14 11:45:09 EDT | | SPOILER_PXL_20230515_000307047.TS.mp4 |
| 2023-05-15 04:00:26 EDT | | image.png |
| 2023-08-08 18:12:21 EDT | | PXL_20230808_085012370.TS.mp4 PXL_20230808_053948016.TS.mp4 PXL_20230807_185946752.TS.mp4 PXL_20230805_170452832.TS.mp4 |
| 2023-08-24 02:44:23 EDT | | image.png |
| 2023-09-07 01:25:51 EDT | | SPOILER_PXL_20230905_004501437.TS.mp4 |
| 2023-10-01 09:35:11 EDT | | SPOILER_PXL_20231001_181911242.TS.mp4 |
| 2023-10-06 02:56:09 EDT | | SPOILER_PXL_20231006_000630775.TS.mp4 |
| 2023-10-06 03:26:39 EDT | | PXL_20231006_160227257.TS.mp4 |
| 2023-10-07 07:44:39 EDT | | PXL_20231007_140927946.TS.mp4 |
| 2023-10-09 09:59:51 EDT | | SPOILER_PXL_20231009_201835840.TS.mp4 |
| 2023-10-14 05:11:10 EDT | | SPOILER_PXL_20231014_171018392.TS.mp4 |
| 2023-10-22 12:18:29 EDT | | SPOILER_PXL_20231022_233420858.TS.mp4 |
| 2023-11-03 04:39:36 EDT | | https://drive.google.com/file/d/1k3wUe85Vzhr3I-8sfs1S6m_tB-ChCWbVview?usp=drivesdk |
| 2023-11-03 04:39:44 EDT | | https://drive.google.com/file/d/1kGX8Wzju_I8n-1BN-YZPQ3GB3s9wQqR2/view?usp=drivesdk |
| 2023-11-06 13:34:14 EST | | SPOILER_PXL_20231106_221741489.TS.mp4 |

85Vzhr3I-8sfs1S6m_tB-ChCWbt/view?

Vzju_I8-n1BN-YZPQ3GB3s9wQqR2/vie

Case 1:25-cv-20757-JB   Document 132-6   Entered on FLSD Docket 09/19/2025   Page 3 of 3

| 2023-11-03 14:06 | omnidestiny | Gooooood mornings |
|---|---|---|
| 2023-11-03 14:12 | inbloom1991 | goood morning |
| 2023-11-03 14:13 | inbloom1991 | be good be careful |
| 2023-11-03 14:14 | omnidestiny | I'm always careful okay I don't mess around with BPD girls anymore okay (: |
| 2023-11-03 14:20 | inbloom1991 | okayokay just checking on you sorry for being so concerned |
| 2023-11-03 14:20 | inbloom1991 | lucky I'm not bpb! got a hell of a lot else but we work out just fine I think |
| 2023-11-03 14:21 | inbloom1991 | and I wish I could jump ontop of you right now |
| 2023-11-03 14:25 | omnidestiny | Awww mmm |
| 2023-11-03 14:25 | omnidestiny | I've got a couple new videos of me trading head with someone, do you want? :c |
| 2023-11-03 14:38 | inbloom1991 | yes pleaseeeee |
| 2023-11-03 14:39 | inbloom1991 | |
| 2023-11-03 14:39 | omnidestiny | https://drive.google.com/file/d/1k3wUe85Vzhr3I-8sfs1S6m_tB-ChCWbt/view?usp=drivesdk |
| 2023-11-03 14:39 | omnidestiny | https://drive.google.com/file/d/1kGX8Wzju_I8-n1BN-YZPQ3GB3s9wQqR2/view?usp=drivesdk |
| 2023-11-03 14:39 | omnidestiny | These two >:) |



Exhibit 11B



#1

https://drive.google.com/file/d/1k3wUe85Vzhr3I-8sfs1S6m_tB-ChCWbt/view?usp=drivesdk

#2

https://drive.google.com/file/d/1kGX8Wzju_I8-n1BN-YZPQ3GB3s9wQqR2/view?usp=drivesdk

**Conclusion 12:  Defendant misleads court by stating that the filenames of files sent to Abbymc differ from the Video file name.**

*Defendant misleads the court by stating that because the original filename of the*

27

*Video, as revealed by Solotinyleaks, is not the same as either of the filenames that he sent to Abbymc, that proves that he never sent the Video to Abbymc. However, Bonnell is comparing apples to oranges, because the two "filenames" in ECF 132-6 that he purportedly sent to Abbymc on November 3, 2023, are NOT filenames. Instead, they are Google Drive link URLs which merely point to unknown file names.*

Relied On:

- Exhibit 1B and 11A Herein


Respectfully submitted,

Jesus   Pena

28

**Appendix A – CV**

Jesus has over twenty-four years of experience providing Windows, OS X, Linux, iOS and Android forensic services, e-discovery advisory services, and information security auditing and assessments to law firms, corporations, municipalities, and federal agencies.

Jesus' digital forensics experience includes evidence acquisition, evidence analysis and reporting, and expert witness testimony as it applies to electronically stored information ("ESI") found on mobile devices, PCs, virtual and physical servers, routing and filtering devices, and Cloud environments. He has designed and managed complex e-Discovery projects, involving everything from litigation holds, meet, and confers, collections, early case assessments, to selecting the optimal e-discovery platform to ingest, process, review and produce responsive documents. Lastly, he has performed information security vulnerability assessments, audits and penetration tests that adhere to popular risk assessment frameworks.

Jesus has testified approximately 50 times and has been certified as an expert witness by the United States District Court for the Southern District of Florida in the area of LAN/WAN security and firewall forensics. In addition, he has testified as an expert witness in the Southern District of Texas, the District of Maryland and in the Superior Court of the State of California for the County of Los Angeles. Other testimony includes Miami-Dade, Broward, Palm Beach and Sarasota County Courts as a computer forensics expert and fact witness for both U.S. and multi-national corporations.

Since 2000, Jesus has held numerous director positions in risk management, and digital forensics and e-discovery firms. Prior to those positions, he was employed at the United Parcel Service (UPS) South Florida District for eleven years. During the last years, Jesus managed network technicians and data entry personnel at the South Florida data processing center and was responsible for maintaining all South Florida district LANs and new technology rollouts. Additional duties at UPS included software development for the finance and accounting department.

Jesus was a network administrator for Novell based networks and performed installation/configuration/ troubleshooting of EISA based Servers; LAN/WAN installations and support; Support of CSU/DSU and IBM 3270 controllers; Needs-analysis and coding in Clipper(xbase) for accounting systems with ported data from JCL report-to-disk file input data; Token Ring and Ethernet networks running TCP/IP and IPX/SPX, and managed and supported Novell SNA gateway. He has extensive experience in the administration of Web hosting environments; installation, administration and support of Windows, Novell, Linux and Cisco IOS operating systems. He has also designed and implemented secured LAN/WANs through the use of firewalls, intrusion detection systems, virtual local area networks and

29

virtual private networks.

Jesus has extensive experience in the analysis of hacking footprints in the LINUX kernel-based firewall. In addition to computer and smartphone digital forensics, he has overseen projects covering every aspect of the electronics discovery reference model (EDRM) and well-versed in the Relativity platform. With respect to information security assessments and audits, Jesus has conducted Nessus based internal and perimeter credentialed and non-credentialed assessments at multi-location clients. Moreover, he has performed scan interpretations, and prepared applicable remediation plans.

Jesus earned a Bachelor of Arts Degree in Management Information Systems from Florida International University in 1987. He is a Certified Computer Forensics Technician - Advanced level, and course certified in the use of AccessData's Forensic Tool Kit (FTK) software and Encase Forensic Edition software. He also received Kroll-Ontrack's e-discovery course certification and is a member of the High Technology Crime Investigation Association (HTCIA), High Tech Crime Network organization (HTCN) and the Association of Certified E-Discovery Specialists. Jesus successfully completed Novell's Networking Technologies examination, and for over 15 years, He was a SAGE ERP Pro Certified Technical Consultant, specializing in Visual Foxpro based, Pro Series accounting software.

Jesus was a panelist at the 2019 Judicial Events/MSP Recovery Legends of the Boardroom conference and covered "Technology: As it Relates to Litigation, Mediation & ADR." In 2008, he was a presenter at NACVA's Fifteenth Annual Consultants' Conference and covered "The Impact of e-Discovery and Computer Forensics on the Financial Expert."

**Appendix B - Publications**

Publications (Past 10 Years)

He is a co-author of three books covering Windows, Macs and mobile digital forensics written in 2021 and 2022, respectively titled "El Arte y la Ciencia de la Investigación Digital Forense - Sistemas Windows: Vol 1 - Análisis Forense en Sistemas Windows (Spanish Edition)", "El Arte y la Ciencia de las Investigaciones Digitales Forenses: Volumen 2 - Sistemas Linux - MAC - Redes (Spanish Edition)" and "El Arte y la Ciencia de las Investigaciones Digitales Forenses: Volumen 3 - Sistemas Android y iOS (El Arte y la Ciencia de la Investigación Digital Forense) (Spanish Edition)."

**Appendix C - Testimony**

# Jesus F. Peña
## (Testimony History September 2021 Through September 2025)

1. *Expert Witness Testimony – DATA PAYMENT SYSTEMS, INC. V. <u>JULI BRODSKY ET AL,</u> CASE: 2016-020026-CA-01, IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA One Payment – September 27, 2021*

2. *Expert Witness Testimony – <u>JORGE CANALS</u> V. SOUTH FLORIDA POLYMERS, LLC, a Florida limited liability company; and JULIO DELGADO, individually, CASE: 2019-34138-CA-01, IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA – January 7, 2022*

3. *Expert Witness Testimony – DATA PAYMENT SYSTEMS, INC. V. <u>JULI BRODSKY ET AL</u>, CASE: 2016-020026-CA-01, IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA One Payment – February 11, 2022*

4. *Expert Witness Testimony – MARCO REVAH V. BUGATCHI UOMO APPAREL, INC., a Delaware for profit corporation, <u>CECILE REVAH,</u> individually, DANIEL REVAH, individually, SHINE USA, INC., a Delaware for profit corporation, and SHINE CANADA, INC.,a Canada company, CASE: 2014-CA-003781, IN THE CIRCUIT COURT OF THE 15TH  JUDICIAL CIRCUIT IN AND FOR PALM  BEACH COUNTY, FLORIDA – October 28, 2022*

5. *Deposed -- MARCO REVAH V. BUGATCHI UOMO APPAREL, INC., a Delaware for profit corporation, <u>CECILE REVAH</u>, individually, DANIEL REVAH, individually, SHINE USA, INC., a Delaware for profit corporation, and SHINE CANADA, INC.,a Canada company, CASE: 2014-CA-003781, IN THE CIRCUIT COURT OF THE 15TH  JUDICIAL CIRCUIT IN AND FOR PALM  BEACH COUNTY, FLORIDA – November 30, 2022.*

6. *Expert Witness Testimony – <u>Atlas Travel Solutions, Inc.</u> v. Le Comte et al, CASE: 0:22-cv-62444-KMM, U.S. DISTRICT COURT DISTRICT OF SOUTHERN FLORIDA – March 9, 2023.*

7. *Deposed -- <u>STEVEN T. LIVINGSTON</u> vs COOPER TIRE & RUBBER  COMPANY; TBC RETAIL GROUP, INC. d/b/a TIRE KINGDOM, A Florida corporation; and BRIDGESTONE RETAIL OPERATIONS, LLC d/b/a FIRESTONE COMPLETE AUTO CARE, CASE: 2014-CA-003781, IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA – September 11, 2023*

8. *Expert Witness Testimony – <u>SWEET PEEL FRUIT CO., LTD, a. Foreign Limited Company and GUSTAVO ROBAYNA</u> an individual v. Le Comte et al,  v. BANALAND LLC, a Florida Limited Liability Company, TROPICAL FRUIT TRADING, INC.,a Florida Corporation, CASE: 2018-024664 CA 01, IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA– January 26, 2024.*

9. *Expert Witness Testimony – <u>SWEET PEEL FRUIT CO., LTD, a. Foreign Limited Company and GUSTAVO ROBAYNA</u> an individual v. Le Comte et al,  v. BANALAND LLC, a Florida Limited Liability Company, TROPICAL FRUIT TRADING, INC.,a Florida Corporation, CASE: 2018-024664 CA 01, IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA– March 26, 2024.*

10. *Expert Witness Testimony – <u>STATE OF FLORIDA</u> v. BLAIR WRIGHT, CASE: 13-015742CF10A, IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA– March 20, 2025*

11. *Expert Witness Testimony – <u>STATE OF FLORIDA</u> v. BLAIR WRIGHT, CASE: 13-015742CF10A, IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA– March 21, 2025*

12. *Expert Witness Testimony – <u>STATE OF FLORIDA</u> v. BLAIR WRIGHT, CASE: 13-015742CF10A, IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA– April 11, 2025*

13. *Fact Witness Testimony – CENTURION LAND GROUP, LLC. ET AL v. CHRISTIAN ALVAREZ, CASE: CACE24006908, IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA– September 25, 2025*

**Appendix D – Statement of Compensation**

The total billing as of October 14, 2025, is approximately $18,300 with an hourly rate of

$275 for non-testimony services and $420 for testimony.