# EXHIBIT "C"

(Filed Under Seal)
Experts of Defendant's Bonnell Deposition Transcript
taken 4-30-2026