**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:25-cv-20757-JB/Torres**

JANE DOE,

      Plaintiff,

v.

STEVEN K. BONNELL II,

      Defendant.

_____/

**DECLARATION OF JAKE A. CAMARA IN FURTHER SUPPORT OF DEFENDANT STEVEN K. BONNELL II'S MOTION FOR SUMMARY JUDGMENT**

I, Jake A. Camara, declare, pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney admitted to practice *pro hac vice* in the above-captioned action. I am associated with the law firm Berk Brettler LLP in West Hollywood, California. Along with our local counsel at Bilzin Sumberg Baena Price & Axelrod LLP, we represent Defendant Steven K. Bonnell II p/k/a "Destiny" (hereinafter, "Bonnell").  I have personal knowledge of the matters contained herein and if called upon to testify could offer competent testimony thereto.

2. Attached hereto as **Exhibit Q** is a true and correct (redacted) email I received from Plaintiff's counsel, Joan S. Peters, on May 1, 2026, belatedly providing discovery information.

3. Attached hereto as **Exhibit R** is a true and correct (redacted) excerpt from Plaintiff's deposition transcript, dated April 27, 2026.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 13, 2026.             /s/ *Jake A. Camara*
                                           JAKE A. CAMARA