# EXHIBIT Q

**From:** **Joan peters** petersjoan@bellsouth.net 📎
**Subject:** Rule 26(e) Disclosure
**Date:** May 1, 2026 at 3:00 PM
**To:** Carlos Garcia Perez cgarciaperez@smgqlaw.com, Augusto Lopez alopez@smgqlaw.com, Gustavo D. Lage GLage@smgqlaw.com, Angie Velando angie@smgqlaw.com, Andrew Brettler abrettler@berkbrettler.com, Joel Sichel jsichel@berkbrettler.com, Jake Camara jcamara@berkbrettler.com, Michael S. Morgan Mmorgan@bilzin.com

---

Counsel:
Pursuant to FRCP 26(e), we are providing the new and current address and phone number of our witness Abbymc, which we just obtained: █ ████████ Johnston, RI ████████; Tel. 401-███████. Also attached is a new declaration from Abbymc. Abbymc's contact information and the declaration are submitted pursuant to the Court's protective order at DKT 116 and are for *attorney's eyes only*.

**Joan Schlump Peters, Esq.**
JSP Law LLC
838 Neapolitan Way, #91
Naples, FL 34103
T. 305-299-4759



**Abby Mc████** **statement 4-30-**
**2026.pdf**
2.2 MB