# EXHIBIT R

(Filed Under Seal)
Deposition Transcript of Plaintiff