**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:25-cv-20757-JB/Torres**

JANE DOE,

      Plaintiff,

v.

STEVEN K. BONNELL II,

      Defendant.

_____/

### SUPPLEMENTAL DECLARATION OF DEFENDANT STEVEN K. BONNELL IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

I, Steven K. Bonnell II, declare, pursuant to 28 U.S.C. § 1746 as follows:

1.      I am the defendant in the above-captioned action. I am over 18 years of age and competent to provide testimony under oath. I submit this supplemental declaration in support of my Reply in Support of Motion for Summary Judgment.

2.      On May 7, 2025, Abbymc contacted me on Discord using her screenname "I.C. Wiener."

3.      Attached hereto as **Exhibit S** is a true and correct copy of my May 7, 2025 Discord correspondence with Abbymc, which was produced in this case and labeled S.B.000165.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on May 13, 2026.

DocuSigned by:

*Steven Bonnell II*

46F2925DFC594BC...

Steven K. Bonnell