# EXHIBIT S



Destiny If that's what the legal process is for then I have no idea why you're reaching out to m...

**I.C. Wiener** 5/7/2025 7:00 AM

I'm reaching out because Darius advised me to although I don't know why I listened, he just knew me well enough to figure I probably wouldn't have meant to get myself into this giant fucking mess

Destiny Why do you keep saying this, you're not "incriminating yourself" ever unless you're sa...

**I.C. Wiener** 5/7/2025 7:00 AM

I'm being careful with my words I am scared Steven you are intimidating

I don't want to disenfranchise pxie or her case but I no longer wish to be a part of it the team is misleading and not smart

I just don't feel safe enough to speak freely u just called me an insane bitch and have contacted every person online I associated with

**Destiny** 5/7/2025 7:13 AM

When did I call you an insane bitch what lol

S.B.000165