**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:25-cv-20757-JB/Torres**

JANE DOE,

     Plaintiff,

v.

STEVEN K. BONNELL II,

     Defendant.

_____/

**DECLARATION OF ANDREW B. BRETTLER**

I, Andrew B. Brettler, declare, pursuant to 28 U.S.C. § 1746, as follows:

1.     I am an attorney admitted to practice *pro hac vice* in the above-captioned action. I am a partner at the law firm Berk Brettler LLP in West Hollywood, California. Along with our local counsel at Bilzin Sumberg Baena Price & Axelrod LLP, we represent Defendant Steven K. Bonnell II. I have personal knowledge of the matters contained herein and if called upon to testify could offer competent testimony thereto. I submit this Declaration in opposition to Plaintiff's Motion To Seal, dated May 12, 2026 [ECF No. 251].

2.     Attached hereto as Exhibit A is a true and correct copy of my correspondence with Plaintiff's counsel from May 12, 2026. The relevant portions are highlighted.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on May 14, 2026.

   /s/ *Andrew B. Brettler*   
Andrew B. Brettler
