**+UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:25-cv-20757-JB/Torres**

JANE DOE,

      Plaintiff,

v.

STEVEN K. BONNELL II,

      Defendant.

_____/

## NOTICE OF WITHDRAWAL OF "EXHIBIT A" TO THE DECLARATION OF ANDREW B. BRETTLER AND SUBSTITUTION OF "NEW EXHIBIT A"

Defendant Steven K. Bonnell II ("Bonnell") hereby gives notice of the withdrawal of "Exhibit A" to the Declaration of Andrew B. Brettler in opposition to Plaintiff's Motion to Seal [ECF No. 259-1] and the substitution of "New Exhibit A" and hereby states as follows:

1. On May 14, 2026, Bonnell filed his Response in Opposition to Plaintiff's Motion to Seal [ECF No. 258] and the Declaration of Andrew B. Brettler [ECF No. 259].

2. Exhibit A to the Declaration of Andrew B. Brettler is a true and correct copy of correspondence between Bonnell's counsel and Plaintiff's counsel from May 12, 2026. [ECF No. 259-1].

3. Exhibit A inadvertently disclosed the legal name of non-party "Abbymc," which appears in the file-attachment line of the email from Plaintiff's counsel dated May 12, 2026 at 10:36 a.m.

4. Attached hereto as "**New Exhibit A**" is a true and correct copy of the same correspondence between Bonnell's counsel and Plaintiff's counsel from May 12, 2026, but with the Abbymc's legal name redacted.

5.      While Bonnell disputes that Abbymc's legal name is "Confidential," Bonnell nonetheless submits "**New Exhibit A**" redacting Abbymc's legal name pursuant to the Protective Order Governing Discovery [ECF No. 116].

**WHEREFORE**, Defendant Steven K. Bonnell II respectfully requests that the Court (i) deem "**New Exhibit A**" attached hereto as the operative exhibit to the Declaration of Andrew B. Brettler in opposition to Plaintiff's Motion to Seal [ECF No. 259]; and (ii) direct the Clerk to restrict access to and/or strike current "Exhibit A" from the docket.

Dated: May 15, 2026

Respectfully submitted,

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131
Tel.: (305) 374-7580
Fax: (305) 374-7593

By: /s/ *Michael S. Morgan*
Michael S. Morgan
Florida Bar No.: 1061173
mmorgan@bilzin.com

and

**BERK BRETTLER LLP**
9119 West Sunset Blvd.
West Hollywood, CA 90069-3106
Tel: (310) 278-2111

By: /s/ *Andrew B. Brettler*
Andrew Brad Brettler
California Bar No.: 262928
abrettler@berkbrettler.com
Jake A. Camara
California Bar No.: 305780
jcamara@berkbrettler.com
Joel Sichel
California Bar No: 361148
jsichel@berkbrettler.com
(admitted *pro hac vice*)

*Counsel for Steven K. Bonnell II*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 15, 2026, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, including those listed in the below Service List, via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ *Michael S. Morgan*
Michael S. Morgan

## SERVICE LIST
*Jane Doe v. Steven K. Bonnell II*
*Case No.: 1:25-cv-20757-JB*

Carlos A. Garcia Perez, Esq. Sanchez-Medina, Gonzalez, Quesada, Lage, Gomez & Machado, LLP 201 Alhambra Circle, Suite 1205 Coral Gables, Florida, 33134
Email: cgarciaperez@smgqlaw.com

*Counsel for Jane Doe*

Joan Schlump Peters, Esq.
JSP LAW, LLC
838 Neapolitan Way, #91, Naples, FL 34103
Email: petersjoan@bellsouth.net

3