**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(MIAMI DIVISION)**

**JANE DOE,**                                             **CASE NO: 1:25-cv-20757-JB/Torres**

       Plaintiff,

v.

**STEVEN K. BONNELL II,**

       Defendant.

_____/

## <u>DECLARATION OF JOAN S. PETERS PURSUANT TO 28 U.S.C. § 1746</u>

I, Joan S. Peters, declare as follows:

**1.** I am an attorney admitted to practice *pro hac vice* in the above captioned action and counsel of record for Plaintiff Jane Doe. I have personal knowledge of the matters contained in this declaration and if called upon to testify could offer competent testimony thereto. I submit this declaration in support of Plaintiff's Motion for Sanctions for Defendant's Spoliation of Evidence Pursuant to Fed. R. Civ. P. 37(e)(2) (the "Motion").

### EXHIBITS

**2.** Attached hereto as **Exhibit A** is a true and correct (redacted) copy of the relevant excerpts from the deposition transcript of Defendant Steven K. Bonnell II, taken on April 30, 2026.

**3.** Attached hereto as **Exhibit B** is a true and correct copy (redacted) of the Demand for Preservation of Evidence letter to Defendant, dated January 22, 2025, and served on Defendant by hand delivery and email on January 23, 2025.

**4.** Attached hereto as **Exhibit C** is a true and correct (redacted) copy of the document Defendant produced in this action at Bates numbers SB000006 through SB000041 ("Exhibit C" or the "two-way Abbymc thread"). Exhibit C is a 36-page chronological tabular export of Discord

direct messages between Defendant (username "omnidestiny") and the individual using the Discord username "inbloom1991," whom Defendant has identified as Abbymc. See Decl. of S. Bonnell, ECF 213 ¶¶ 11-12. Exhibit C covers the period March 7, 2023 through May 7, 2025.

5.      Attached hereto as **Exhibit D** is a true and correct (redacted) copy of the document Defendant produced in this action at Bates numbers SB000063 through SB000168 ("Exhibit D" or the "one-way Abbymc thread"). Exhibit D is a 106-page Discord export captioned for the Discord username "I.C. Wiener" and rendered in the Discord visual interface format. Exhibit D covers the same date range as Exhibit C but contains only messages sent by the user identified as "I.C. Wiener" (Abbymc); no responses from Defendant appear for more than two years until May 1, 2025 (SB000160).

6.      Attached hereto as **Exhibit E** is a true and correct copy of the Declaration of Jesús F. Peña, dated May 18, 2026, submitted in support of Plaintiff's Motion.

7.      Attached hereto as **Exhibit F** is a true and correct copy of an email I sent to defense counsel Andrew B. Brettler, Esq. on September 18, 2025, proposing engagement of a neutral third-party forensic expert to examine Defendant's preserved forensic images and data exports.

8.      Attached hereto as **Exhibit G** is a true and correct copy of a letter from Andrew B. Brettler, Esq. to my co-counsel Carlos A. Garcia Perez, Esq., dated September 22, 2025, refusing Plaintiff's proposed neutral forensic examination on the ground that Defendant "does not agree that a forensic examination is warranted or appropriate."

9.      Attached hereto as **Exhibit H** is a true and correct copy of a deficiency letter from Carlos A. Garcia Perez, Esq. to Andrew B. Brettler, Esq., dated October 17, 2025, identifying categories of documents and communications Defendant had failed to produce in response to Plaintiff's discovery requests.

10.     Attached hereto as **Exhibit I** is a true and correct copy of a deficiency letter from Carlos A. Garcia Perez, Esq. to Andrew B. Brettler, Esq., dated October 24, 2025.

11.     Attached hereto as **Exhibit J** is a true and correct copy of a deficiency letter from Carlos A. Garcia Perez, Esq. to Andrew B. Brettler, Esq., dated November 18, 2025.

## PLAINTIFF'S DISCOVERY REQUESTS

12.     Plaintiff served on Defendant her First Request for Production of Documents on May 5, 2025 (the "First Set"), her Second Request for Production of Documents on October 17, 2025 (the "Second Set"). True and correct copies of the First Set and Second Set are attached hereto as **Exhibits K and L**, respectively.

13.     Plaintiff's Request for Production No. 2 (Second Set) sought "[a]ll Communications between [Defendant] and Hannah from October 23, 2019 to date." Plaintiff's Request for Production No. 5 (Second Set) sought "[a]ll Videos and Intimate Images sent to Plaintiff, Rose, Abbymc, Hannah Brookes and Peach." Plaintiff's Request for Production No. 8 (First Set) sought, in substance, all documentary evidence Defendant possessed or knew of having any relationship to any facts, claims, or defenses by any party in this case. Plaintiff's Request for Production No. 9 (First Set) sought all documents identified in Defendant's Initial Disclosures. Plaintiff's Request for Production No. 12 (First Set) sought "[e]ach and every Google Drive shared link [Defendant has] ever sent to any individual containing intimate images since September 1, 2020." Defendant did not object to any of these requests.

14.     Plaintiff's Request for Production No. 5 (First Set) sought "[a]ll documents and/or communications that support each of [Defendant's] denials of any of Plaintiff's Requests for Admissions." Plaintiff's Request for Admission No. 12 asked Defendant to admit that he had deleted his direct messages on Discord with the user "LiquidLaugh." Defendant denied that

Request for Admission. Defendant has produced no documents or communications with LiquidLaugh in response to RFP No. 5 (First Set).

15.    Plaintiff served on Defendant her Third Request for Production of Documents on November 16, 2025 (the "Third Set"). True and correct copies of the Third Set is attached hereto as **Exhibit M**. The Third Set requested communications with four named individuals about Plaintiff (JSTLK, Willymac, Foodshops, DariusIRL), Rose-related call logs since April 2022, and ESI "concerning [Defendant's] use of Redact.dev, or any similar application, program, or service used to delete, conceal, modify, or archive data."

### DEFENDANT'S NON-PRODUCTION

16.    I have reviewed Defendant's entire document production in this action. Defendant produced a two-way Discord chat thread with Plaintiff at SB000551-001452, but Defendant's transmissions of intimate images are not visible in the thread itself, and he produced none of the underlying attachments.  Defendant has produced no communications with Hannah Brooke in response to Plaintiff's Request for Production No. 2 (Second Set).

17.    Defendant has produced no communications with the individual identified in the Amended Complaint and her sworn declaration as Witness A (ECF 49-4).

18.    Defendant has produced no communications with the individual identified in the Amended Complaint and her sworn declaration as Witness B (ECF 49-5).

19.    Defendant has produced no Twitter (now X) communications with the individual identified in the Amended Complaint as "Rose," notwithstanding Defendant's production of the Discord side of those communications.

20.    Defendant has produced no communications with the individual or account identified as "SoloTinyLeaks."

21.     Defendant has produced no communications with Daniel Saltman. Defendant produced no documents responsive to the Third Set of document requests.

22.     Defendant's Rule 26(a)(1) Initial Disclosures, served on April 4, 2025, identified seven non-party individuals as having discoverable information: Chaeiry, Lav, Lauren de Laguna, Matt Hurdle, Jared (also referenced as ".Iycan"), Brianna Wu, and Adam Ali. Defendant has produced no communications with any of these seven individuals.

23.     Defendant's Initial Disclosures further identified twelve categories of documents in his possession, custody, or control. Defendant produced no documents responsive to nine of those twelve categories.

## PLAINTIFF'S PRODUCTION

24.     In response to Defendant's requests for production, Plaintiff produced her side of her Discord communications with Defendant. Plaintiff was unable to produce the other side because Defendant deleted his entire side of those Discord communications. Plaintiff's declaration to that effect was filed on the public docket at ECF 21-1, Doe Decl. ¶ 17.

## DEFENDANT'S TWO ABBYMC PRODUCTIONS

25.     I have reviewed Exhibits C and D in their entirety. Both purport to reflect Discord communications between Defendant and Abbymc over the same approximate time period (March 2023 through May 2025), but the two productions are in different formats, were generated at different times, and contain substantially different content.

26.     Exhibit C is a tabular spreadsheet-style export. It reflects messages sent by both Defendant (username "omnidestiny") and Abbymc (username "inbloom1991"). Within the body of Exhibit C, Defendant's outgoing messages contain numerous textual references to audio recordings, video files, photographs, and other media files that Defendant represents he was

sending or had sent to Abbymc. The Defendant's transmissions of audio files, video files, photographs, and other media files referenced in those messages are not visible in Exhibit C (except for the four Google Drive links) and the underlying files were not produced by Defendant separately. The transmissions from Abbymc to Defendant are however, visible and the underlying files were produced.

27.     The transmissions in Exhibit C include four Google Drive URLs that Defendant sent to Abbymc on four dates in 2023: April 24, 2023; May 5, 2023; and two URLs on November 3, 2023. The two April 24 and May 5 Google Drive URLs do not appear on Defendant's sworn Exhibit E (the spreadsheet filed by Defendant at ECF 213-5). The two URLs sent on May 5, 2023 and on November 3, 2023 are visible on pages SB000016 and SB000017 of Exhibit C.

28.     Exhibit C also contains, at page SB000032, an October 12, 2023 message from Abbymc to Defendant stating, in part, "I still watch the bj video."

29.     Exhibit D is a separately produced Discord export, in a different format from Exhibit C. Exhibit D is captioned for the Discord username "I.C. Wiener" and is rendered in the standard Discord visual interface format (as distinct from the tabular spreadsheet-style format of Exhibit C). Although Exhibit D covers the same approximate time period as Exhibit C, it contains only messages sent by the user "I.C. Wiener" (Abbymc); no responses from Defendant appear for more than two years - until May 1, 2025 (SB000160).

30.     The two productions display different Discord usernames for Abbymc: Exhibit C identifies her as "inbloom1991," and Exhibit D identifies her as "I.C. Wiener."

31.     I have reviewed Exhibits C and D for any visible transmission of an intimate video, intimate photograph, or other intimate-content media file from Defendant to Abbymc. The only visible transmissions of intimate content from Defendant to Abbymc in Exhibit C or D are the four

Google Drive URLs referenced in ¶ 27, above – which only appear in Exhibit C. No video file, audio file, photograph, or other media attachment sent by Defendant to Abbymc is visible in either Exhibit C or Exhibit D.

34. 32.   I have also reviewed Defendant's entire production for any standalone Bates-stamped attachment files reflecting outbound media transmissions from Defendant to Abbymc. I have found none. Defendant has produced no standalone attachment files — video files, audio files, photographs, or other media — reflecting media sent by Defendant to Abbymc at any time. None of the files referenced in Defendant's spreadsheet, ECF 213-5, have been produced.

33.   By contrast, I have located in Defendant's production multiple standalone Bates-stamped attachment files reflecting inbound media transmissions from Abbymc to Defendant. These inbound attachments were produced as discrete Bates-stamped files separate from the chat-thread exhibits.

34.   None of the twenty two media items Defendant himself identified on his Exhibit E (ECF 213-5) as having been "ever sent to Abbymc" was produced by Defendant in any form. None of the twenty non-Google-Drive media items on Exhibit E appears anywhere in either Exhibit C or Exhibit D. None of the twenty non-Google-Drive media items on Exhibit E was produced as a standalone Bates-stamped attachment file.

**DEFENDANT'S PRODUCTION OF THE VIDEO OF PLAINTIFF**

35.   The video file that Defendant has admitted at deposition he transmitted to the individual identified as "Rose" on April 9, 2022 — the video referred to in the Motion as the "Video" — was produced by Defendant in this action at Bates number SB002479. The Video was publicly leaked on November 29, 2024 by an account associated with "SoloTinyLeaks."

36. Defendant also produced his Discord direct-message thread with Rose, at Bates numbers SB001618 through SB001919. The Rose Discord thread is two-sided; it reflects messages from both Defendant and the user identified as Rose. The Rose Discord thread contains contemporaneous text references to intimate media transmissions in both directions. With the sole exception of SB002479 (the Video of Plaintiff that Solo had publicly leaked), no media attachment from either side of the Rose Discord thread was produced by Defendant in any form.

## PEÑA EXPERT REPORT

37. On October 16, 2025, in accordance with the Court's Scheduling Order (ECF 23), Plaintiff served Defendant by email with the Expert Report of Jesús F. Peña, dated October 15, 2025 (the "Peña Report"). The Peña Report is filed on the public docket at ECF 249-2. Defendant did not depose Mr. Peña. Defendant did not serve interrogatories or document requests directed to the Peña Report or to Mr. Peña's methodology as expert witness. Defendant did not disclose any rebuttal expert. Defendant did not file a Daubert motion as to Mr. Peña within the deadline set by the Court's Scheduling Order.

## WILLYMAC LIVESTREAM, MAY 13, 2026

38. On May 13, 2026, Defendant participated in a publicly broadcast livestream conversation that was simultaneously broadcast on, and is archived to, YouTube on the channel known as "WillyMac" (the "WillyMac livestream"). I have personally reviewed the YouTube archive of the WillyMac livestream. The following quoted passages from the WillyMac livestream are true and correct, based on my review of the YouTube video:

39. At timestamp 19:55-20:07 of the WillyMac livestream, Defendant stated, in substance: "after the leaks, in January or February [2025], I ran like a whole redact of my Discord basically."

**40.** At timestamp 20:19-20:27 of the WillyMac livestream, Defendant stated, in substance: "Abby was not a part of the court case at the time though. So technically I could have just said I have nothing from Abby and I would have been fully within my right to wipe all of it."

**41.** At timestamp 21:05-21:13 of the WillyMac livestream, Defendant stated, in substance: "there's not like an original Discord file — it's just a term they've made up."

### THIRD-PARTY SUBPOENAS AND ALTERNATIVE AVENUES

**42.** Plaintiff has served subpoenas on the third-party platforms relevant to this matter, including, Google LLC, Discord Inc., and KiwiFarms. Plaintiff has pursued the only available alternative avenues for obtaining the destroyed evidence. No further discovery exists that would restore the Google Drive files Defendant transmitted to Abbymc and the underlying Discord attachments Defendant transmitted to Abbymc, Brooke, Witness A, Witness B, and Plaintiff. Fact discovery in this matter has closed.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge and understanding, the foregoing is true and correct.

Executed in Naples, Florida, this 18th day of May, 2026.

_s/ Joan Schlump Peters_
Joan Schlump Peters