EXHIBIT E

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

(MIAMI DIVISION)

**JANE DOE,**

          Plaintiff,

v.

        **STEVEN K. BONNELL II,**

Defendant.

_____/

CASE NO: 1:25-cv-20757-JB/Torres

## DECLARATION OF JESUS PENA

I, Jesus Peña, declare as follows:

1. I am over eighteen years of age. I am the founder of e-Forensics Inc. ("e-Forensics") and have over twenty-four years of experience. My fields of specialty relate to digital forensics and e-discovery consulting and advisory services, and information security auditing and assessments to law firms, corporations, municipalities and federal agencies since 2000. My digital forensics experience includes evidence acquisition, evidence analysis and reporting, and expert witness testimony as it applies to electronically stored information ("ESI") found on mobile devices, workstations, virtual and physical servers, routing and filtering devices, and Cloud storage and computing environments

2. As part of my job duties and responsibilities, I perform digital forensics and e-discovery services, and I oversee the technicians who perform forensic inspections of information technology assets. I personally review and analyze the electronic data and information that is "mirror imaged" and/or otherwise retrieved from those computers.

3. I was engaged through e-Forensics Inc by Plaintiff to perform digital forensics services and to consult on e-discovery related matters. With respect to the digital forensics

1

analysis, I was tasked with reviewing all materials produced in this matter, including analyzing pleadings, declarations and responsive documents by the Defendant with the goal of testing the veracity of Plaintiff's allegations and Defendant's responses. The final opinions/conclusions expressed in the declaration are exclusively my own and are based on my professional expertise, training, and experience.

4.      I have reviewed Plaintiff's Motion for Sanctions Under FRCP 37(e)(2) for Defendant's Spoliation of Evidence and submit this Declaration in support thereof.

**GOOGLE DRIVE ACTIVITY LOGS**

5.      Google Drive activity logs for Workspace accounts allow account owners to view how and when the file associated with the link was opened. The method of access ('how' the file is opened) is defined by the specific Event Name and client-side metadata recorded. The system categorically distinguishes between a passive browser-based 'View' or 'Preview' and a physical 'Download' to local storage—the latter encompassing automated local syncing via Google Drive for Desktop or local device caching required to render non-native formats (such as PDFs) on mobile screens. Additionally, the log records the hardware, browser, or automated script used during access by capturing the client's User-Agent string alongside their incoming network IP address.[1]

---

[1] Drive Log Events, *View user Google Drive file activity*:
https://knowledge.workspace.google.com/admin/reports/drive-log-events?authuser=1

6. Google Drive Log Events are stored for the forensic audit trail inside the Admin Console (under Drive log events) for exactly 6 months[2]. It tracks whether a file was deleted and permanently purged from existence, even for files deleted up to 5 months ago. An administrator can still run a query and see the exact millisecond timestamp of the deletion, the Delete event name, the user's email address, their network IP address, and the file's unique cryptographic Item ID.

**DISCORD DATA PACKAGE**

7. The Discord Data Package is a complete export of a Discord user's history; all aggregated as a compressed file and made available at the user's request. It contains account history, activity, and messages. However, the messages are strictly for the account holder[3]. Nevertheless, compared with other Discord export options, it provides the best available evidence a user can obtain regarding the account holder's outgoing Discord direct messages. The third-party parsing tools Defendant describes using ('Discord Log Exporter,' 'Discord Chat Exporter,' and 'Redact') simply format two-sided text into readable views. Crucially, neither tool generates native cryptographic hashes; instead, digital authentication must be performed manually following the export. Although the platform's official 'Data Package' delivers the most responsive metadata, Discord's own documentation confirms that a package requested *after* deletion cannot recover deleted outbound content.

All testimony by Defendant in his deposition that refers to the "Original Discord File" simply describes the main resting database of the Discord platform, where all messages reside.

---

[2] Data retention and lag times: https://knowledge.workspace.google.com/admin/reports/data-retention-and-lag-times?authuser=1#:~:text=Devices%20log%20events%20data%20(availability,6%20months

[3] Your Discord Data Package: https://support.discord.com/hc/en-us/articles/360004957991-Your-Discord-Data-Package#h_01JV2QTH9QV7AB3AF0E9YF07J6

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true to the best of my knowledge and belief.

Dated: May 18, 2026.

Jesus Pena

Exhibit A

## JESUS F. PENA

Jesus has over twenty-four years of experience providing Windows, OS X, Linux, iOS and Android forensic services, e-discovery advisory services, and information security auditing and assessments to law firms, corporations, municipalities, and federal agencies.

Jesus' digital forensics experience includes evidence acquisition, evidence analysis and reporting, and expert witness testimony as it applies to electronically stored information ("ESI") found on mobile devices, PCs, virtual and physical servers, routing and filtering devices, and Cloud environments. He has designed and managed complex e-Discovery projects, involving everything from litigation holds, meet, and confers, collections, early case assessments, to selecting the optimal e-discovery platform to ingest, process, review and produce responsive documents. Lastly, he has performed information security vulnerability assessments, audits and penetration tests that adhere to popular risk assessment frameworks.

Jesus has testified approximately 50 times and has been certified as an expert witness by the United States District Court for the Southern District of Florida in the area of LAN/WAN security and firewall forensics. In addition, he has testified as an expert witness in the Southern District of Texas, the District of Maryland and in the Superior Court of the State of California for the County of Los Angeles. Other testimony includes Miami-Dade, Broward, Palm Beach and Sarasota County Courts as a computer forensics expert and fact witness for both U.S. and multi-national corporations.

Since 2000, Jesus has held numerous director positions in risk management, and digital forensics and e-discovery firms. Prior to those positions, he was employed at the United Parcel Service (UPS) South Florida District for eleven years. During the last years, Jesus managed network technicians and data entry personnel at the South Florida data processing center and was responsible for maintaining all South Florida district LANs and new technology rollouts. Additional duties at UPS included software development for the finance and accounting department.

5

Jesus was a network administrator for Novell based networks and performed installation/configuration/ troubleshooting of EISA based Servers; LAN/WAN installations and support; Support of CSU/DSU and IBM 3270 controllers; Needs-analysis and coding in Clipper(xbase) for accounting systems with ported data from JCL report-to-disk file input data; Token Ring and Ethernet networks running TCP/IP and IPX/SPX, and managed and supported Novell SNA gateway. He has extensive experience in the administration of Web hosting environments; installation, administration and support of Windows, Novell, Linux and Cisco IOS operating systems. He has also designed and implemented secured LAN/WANs through the use of firewalls, intrusion detection systems, virtual local area networks and virtual private networks.

Jesus has extensive experience in the analysis of hacking footprints in the LINUX kernel-based firewall. In addition to computer and smartphone digital forensics, he has overseen projects covering every aspect of the electronics discovery reference model (EDRM) and well-versed in the Relativity platform. With respect to information security assessments and audits, Jesus has conducted Nessus based internal and perimeter credentialed and non-credentialed assessments at multi-location clients. Moreover, he has performed scan interpretations, and prepared applicable remediation plans.

Jesus earned a Bachelor of Arts Degree in Management Information Systems from Florida International University in 1987. He is a Certified Computer Forensics Technician - Advanced level, and course certified in the use of AccessData's Forensic Tool Kit (FTK) software and Encase Forensic Edition software. He also received Kroll-Ontrack's e-discovery course certification and is a member of the High Technology Crime Investigation Association (HTCIA), High Tech Crime Network organization (HTCN) and the Association of Certified E-Discovery Specialists. Jesus successfully completed Novell's Networking Technologies examination, and for over 15 years, He was a SAGE ERP Pro Certified Technical Consultant, specializing in Visual Foxpro based, Pro Series accounting software.

He is a co-author of three books covering Windows, Macs and mobile digital forensics written in 2021 and 2022, respectively titled "El Arte y la Ciencia de la Investigación Digital Forense - Sistemas Windows: Vol 1 - Análisis Forense en Sistemas Windows (Spanish Edition)", "El Arte y la Ciencia de las

Investigaciones Digitales Forenses: Volumen 2 - Sistemas Linux - MAC - Redes (Spanish Edition)"  and "El Arte y la Ciencia de las Investigaciones Digitales Forenses: Volumen 3 - Sistemas Android y iOS (El Arte y la Ciencia de la Investigación Digital Forense) (Spanish Edition)." He was a panelist at the 2019 Judicial Events/MSP Recovery Legends of the Boardroom conference and covered "Technology: As it Relates to Litigation, Mediation & ADR." In 2008, he was a presenter at NACVA's Fifteenth Annual Consultants' Conference and covered "The Impact of e-Discovery and Computer Forensics on the Financial Expert."

# Jesus F. Peña

(Testimony History June 2021 Through June 2025)

1. *Expert Witness Testimony – <u>CENTER FOR INDIVIDUAL RIGHTS V. CHEVALDINA,</u> CASE: 1:16-cv-20905-WPD, U.S. DISTRICT COURT DISTRICT OF SOUTHERN FLORIDA - July 30, 2021*

2. *Expert Witness Testimony – DATA PAYMENT SYSTEMS, INC. V. <u>JULI BRODSKY ET AL,</u> CASE: 2016-020026-CA-01, IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA One Payment – September 27, 2021*

3. *Expert Witness Testimony – <u>JORGE CANALS</u> V. SOUTH FLORIDA POLYMERS, LLC, a Florida limited liability company; and JULIO DELGADO, individually, CASE: 2019-34138-CA-01, IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA – January 7, 2022*

4. *Expert Witness Testimony – DATA PAYMENT SYSTEMS, INC. V. <u>JULI BRODSKY ET AL</u>, CASE: 2016-020026-CA-01, IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA One Payment – February 11, 2022*

5. *Expert Witness Testimony – MARCO REVAH V. BUGATCHI UOMO APPAREL, INC., a Delaware for profit corporation, <u>CECILE REVAH,</u> individually, DANIEL REVAH, individually, SHINE USA, INC., a Delaware for profit corporation, and SHINE CANADA, INC.,a Canada company, CASE: 2014-CA-003781, IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA – October 28, 2022*

6. *Deposed -- MARCO REVAH V. BUGATCHI UOMO APPAREL, INC., a Delaware for profit corporation, <u>CECILE REVAH</u>, individually, DANIEL REVAH, individually, SHINE USA, INC., a Delaware for profit corporation, and SHINE CANADA, INC.,a Canada company, CASE: 2014-CA-003781, IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA – November 30, 2022.*

7. *Expert Witness Testimony – <u>Atlas Travel Solutions, Inc.</u> v. Le Comte et al, CASE: 0:22-cv-62444-KMM, U.S. DISTRICT COURT DISTRICT OF SOUTHERN FLORIDA – March 9, 2023.*

8

8.   Deposed -- <u>STEVEN T. LIVINGSTON</u> vs COOPER TIRE & RUBBER  COMPANY; TBC RETAIL GROUP, INC. d/b/a TIRE KINGDOM, A Florida corporation; and BRIDGESTONE RETAIL OPERATIONS, LLC d/b/a FIRESTONE COMPLETE AUTO CARE, CASE: 2014-CA-003781, IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA – September 11, 2023

9.   Expert Witness Testimony – <u>SWEET PEEL FRUIT CO., LTD, a. Foreign Limited Company and GUSTAVO ROBAYNA</u> an individual v. Le Comte et al,  v. BANALAND LLC, a Florida Limited Liability Company, TROPICAL FRUIT TRADING, INC.,a Florida Corporation, CASE: 2018-024664 CA 01, IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA– January 26, 2024.

10.  Expert Witness Testimony – <u>SWEET PEEL FRUIT CO., LTD, a. Foreign Limited Company and GUSTAVO ROBAYNA</u> an individual v. Le Comte et al,  v. BANALAND LLC, a Florida Limited Liability Company, TROPICAL FRUIT TRADING, INC.,a Florida Corporation, CASE: 2018-024664 CA 01, IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA– March 26, 2024.

11.  Expert Witness Testimony – <u>STATE OF FLORIDA</u> v. BLAIR WRIGHT, CASE: 13-015742CF10A, IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA– March 20, 2025

12.  Expert Witness Testimony – <u>STATE OF FLORIDA</u> v. BLAIR WRIGHT, CASE: 13-015742CF10A, IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA– March 21, 2025

13.  Expert Witness Testimony – <u>STATE OF FLORIDA</u> v. BLAIR WRIGHT, CASE: 13-015742CF10A, IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA– April 11, 2025