EXHIBIT I



Carlos A. Garcia Perez, Esq.
CGarciaPerez@SMGQLaw.com

October 24, 2025

Andrew. Brettler
Jake A. Camara
Berk Brettler LLP
9119 W. Sunset Blvd.
W. Hollywood, CA 90069-3106

Robert L. Raskopf
Patricia M. Patino
Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131

RE:   JANE DOE vs STEVEN K. BONNELL, II
       U.S. District Court Case No:  1:25-cv-20757-JB/Torres

Dear Counsel:

On October 17, 2025, the undersigned counsel sent a letter detailing the deficiencies in Defendant Steven Bonnell's Responses to Plaintiff's Requests for Production of Documents, and requested amended responses and supplemental production within five calendar days. Plaintiff has not received any response to date. Furthermore, Plaintiff has an additional objection to Defendant's Response to RFP No. 15: Defendant failed to produce any of his communications with Rose on Twitter/X. See below for amended and additional objection:

**REQUEST No. 15**
All documents and/or all communications you have had with a) the individual with the screen name Rose, and b) the individual with the screen name Solotinyleaks, including but not limited to dates, platforms used, and the content of the communications.

OBJECTION:
Although Defendant produced Discord communications between him and Rose, he failed to include *any* of the attachments from these communications. Nor was any metadata provided. *Furthermore, Defendant failed to produce any of his communications with Rose on Twitter/X, despite the fact that his Discord communications with Rose repeatedly reference their communications on Twitter/X.*
Defendant failed to produce any communications with Solotinyleaks, despite the fact that it has been publicly confirmed that Bonnell did communicate with Solotinyleaks. *Defendant must produce immediately all communications with Rose on Twitter/X, all communications with Solotinyleaks, and all attachments referenced in his communications with Rose on both Discord and Twitter/X.*

Plaintiff demands that Defendant serve full and complete amended responses and produce all documents he has improperly withheld. Please advise as to when Defendant will comply with this discovery obligation.

re:  Doe vs Bonnell
October 24, 2025
Page 2


Sincerely,

Carlos A. Garcia Perez


CGP/JP/avp