**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Miami Division

JANE DOE,                                                    Case No: 1:25-cv-20757-JB/Torres

      Plaintiff,

vs.

STEVEN K. BONNELL II,

      Defendant.

_____/

**NOTICE OF WITHDRAWAL OF "EXHIBIT J" and "EXHIBIT M" TO THE**
**DECLARATION OF JOAN S. PETERS AND SUBSTITUTION OF**
**"NEW EXHIBIT J" and "NEW EXHIBIT M"**

Plaintiff, Jane Doe, hereby gives notice of the withdrawal of "Exhibit J and Exhibit M" to the Declaration of Joan S. Peters in support of Plaintiff's Motion for Sanctions for Defendant's Spoilation of Evidence pursuant to FRCP 37(e)(2) [ECF No. 263-13] and the substitution of "New Exhibit J" and "New Exhibit M" and hereby states as follows:

1.     On May 18, 2026, Plaintiff filed a filed a Motion for Sanctions Under FRCP 37(e)(2) [ECF No. 262], and the Declaration of Joan S. Peters [ECF No. 263] in support of the motion.

2.     Exhibit J to the Declaration of Joan S. Peters is a true and correct copy of Carlos A. Garcia Perez' letter dated November 18, 2025 letter to defense counsel.

3.     Exhibit J, at page 3, inadvertently disclosed the legal name of non-party witness "MH." The Court has already sealed the deposition transcript of this non-party witness in order to protect his identity. [See Court's Order, ECF 240, granting Defendant's Motion to Seal, ECF 214].

4.      Attached hereto as "New Exhibit J" is a true and correct copy of the same letter dated November 18, 2025, but with the legal name of MH redacted pursuant to the Court's Order [ECF 240] and Protective Order Governing Discovery [ECF No. 116].

5.      Exhibit M to the Declaration of Joan S. Peters is a true and correct copy of Plaintiff's Third Request for Production propounded on November 16, 2025 to Defendant.

6.      Exhibit M, at page 8, inadvertently disclosed the legal name of non-party witness "Rose."  The Court has already sealed the deposition transcript of this non-party witness in order to protect her identity. [*See* Order, ECF 240, granting Plaintiff's Motion to Seal, ECF 184].

7.      Attached hereto as "New Exhibit M" is a true and correct copy of the same Third Request for Production dated November 16, 2025, but with the legal name of Rose redacted pursuant to the Court's Sealing Order [ECF 24] and Protective Order Governing Discovery [ECF No. 116].

WHEREFORE the Plaintiff, Jane Doe, respectfully requests that the Court (i) deem "New Exhibit J" and "New Exhibit M" attached hereto as the operative exhibits to the Declaration of Joan S. Peters [ECF No. 263].

Dated: May 19, 2026.

**JSP LAW, LLC**
Joan Schlump Peters
(admitted *pro hac vice*)
838 Neapolitan Way, #91
Naples, FL 34103
Tel. 305-299-4759
Email: petersjoan@bellsouth.net
Counsel for Plaintiff JANE DOE

**SANCHEZ-MEDINA GONZALEZ**
**LAGE GOMEZ & MACHADO, LLP**
CARLOS A. GARCIA PEREZ / Fla Bar 106895
GUSTAVO D. LAGE / Fla Bar 972551
201 Alhambra Circle, Suite 1205
Coral Gables, Florida, 33134
Tel. (305) 377-1000
Primary E-Mail: cgarciaperez@smgqlaw.com
Primary E-Mail: glage@smgqlaw.com
          Counsels for Plaintiff JANE DOE

By:_____
          CARLOS A. GARCIA PEREZ

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 19, 2026 a true and correct copy of the foregoing was served on all parties via the CM/ECF filing portal to all counsel of record.

By: _____
CARLOS A. GARCIA PEREZ
Attorney for Plaintiff