**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

JANE DOE,                                                    CASE NO.: 1:25-cv-20757-JB/Torres

       Plaintiff,

v.

STEVEN K. BONNELL II,

       Defendant.

_____/

**PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS A AND C TO THE DECLARATION OF JOAN S. PETERS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**I.      INTRODUCTION**

To narrow the issues before the Court, and consistent with the parties' *ongoing* meet-and-confer process, Plaintiff withdraws the sealing request as to Exhibit C (the cited deposition excerpts) and respectfully requests that the Court grant leave to: (i) file the unredacted version of Exhibit A under seal in its entirety, and (ii) file a redacted version of Exhibit A on the public docket, redacting Abbymc's legal name, other identifying information, and the screenshot incorporated into the declaration that this Court has already ordered sealed in its entirety. The narrowed relief matches the relief this Court previously granted as to materially identical Abbymc materials and is further necessary to honor the Court's prior sealing order as to the incorporated screenshot. Plaintiff will file the unredacted version of Exhibit C by separate Notice of Withdrawal and Substitution. Upon the Court's ruling on this Motion, Plaintiff will file the redacted and unredacted versions of Exhibit A in accordance with that ruling.

## II.  PLAINTIFF WITHDRAWS THE SEALING REQUEST AS TO EXHIBIT C.

Plaintiff's Motion was properly filed at the time. At the time of filing, the Bonnell deposition transcript was designated Confidential in its entirety pursuant to Paragraph 13 of the Protective Order, and Defendant had not served a Paragraph 17-compliant challenge to that designation. Plaintiff was therefore obligated under Paragraph 12 of the Protective Order to move for sealing of the cited excerpts as designated.

Since the Motion was filed, the parties have begun a substantive page-by-page narrowing process. That process is ongoing. Consistent with that process and in the interest of focusing the Court's attention on materials that genuinely warrant protection, Plaintiff withdraws the sealing request as to Exhibit C and will file the unredacted excerpts on the public docket by separate Notice.

## III.  THE NARROWED REQUEST AS TO EXHIBIT A MATCHES THE COURT'S PRIOR ORDERS AND IS NECESSARY TO PROTECT MATERIAL THE COURT HAS ALREADY ORDERED SEALED.

Plaintiff respectfully requests that the Court grant leave to file Exhibit A in two parts: (i) the unredacted version under seal in its entirety; and (ii) a redacted version on the public docket, redacting Abbymc's legal name, other identifying information, and the screenshot incorporated into the declaration that this Court has already ordered sealed in its entirety.

That relief is the same treatment the Court previously granted as to materially identical Abbymc materials at ECF 75 (granting Plaintiff's Motion for Leave to File Under Seal at ECF 48, sealing the unredacted version of the original Abbymc Declaration with a redacted version on the public docket). The Court likewise sealed the unredacted Declarations of Witness A and Witness B in the same Order. *Id.* The Court has also sealed deposition testimony and exhibits of non-party witness "Rose" and deposition excerpts of non-party witness "MH" in support of Defendant's own

Motion for Summary Judgment. ECF 240 (granting Defendant's motions at ECF 195 and ECF 214).

The new Abbymc Declaration is materially identical in substance to the prior declaration the Court ordered sealed at ECF 75, with one significant difference that independently compels sealing: the new declaration incorporates a chat-thread screenshot that this Court has already ordered sealed in its entirety. *See* ECF 124 (granting Plaintiff's Motion to Seal at ECF 86). The Court's prior sealing order at ECF 124 governs that screenshot wherever it appears, and filing any version of the declaration that exposes the screenshot on the public docket would be inconsistent with the Court's prior order. The narrowed relief Plaintiff now requests respects that order: the unredacted declaration (including the incorporated screenshot) will be filed under seal, and the public version will redact the screenshot together with Abbymc's identifying information.

Defendant identifies no changed circumstances that would warrant a different result. To the contrary, Defendant's Opposition expressly concedes that he "does not object to redacting [Abbymc's] name" from the public filing. Opp. at 1 n.1. The narrowed relief Plaintiff now seeks is fully consistent with that concession, with the Court's prior order at ECF 75, and with the Court's prior order at ECF 124 sealing the incorporated screenshot.

## IV.   <u>CONCLUSION</u>

For the foregoing reasons, Plaintiff respectfully requests that the Court grant Plaintiff's Motion to Seal as narrowed and grant leave to: (i) file the unredacted version of Exhibit A under seal in its entirety, and (ii) file a redacted version of Exhibit A on the public docket consistent with the Court's prior orders at ECF 75 and ECF 124. Plaintiff withdraws the sealing request as to Exhibit C and will file the unredacted version of Exhibit C on the public docket by separate Notice

of Withdrawal and Substitution. Upon the Court's ruling on this Motion, Plaintiff will file the

redacted and unredacted versions of Exhibit A in accordance with that ruling.

     Dated: May 21, 2026.

| | |
|---|---|
| **JSP LAW, LLC** | **SANCHEZ-MEDINA GONZALEZ** |
| Joan Schlump Peters | **LAGE GOMEZ & MACHADO, LLP** |
| (admitted *pro hac vice*) | CARLOS A. GARCIA PEREZ / Fla Bar 106895 |
| 838 Neapolitan Way, #91 | GUSTAVO D. LAGE / Fla Bar 972551 |
| Naples, FL 34103 | 201 Alhambra Circle, Suite 1205 |
| Tel. 305-299-4759 | Coral Gables, Florida, 33134 |
| Email: petersjoan@bellsouth.net | Tel. (305) 377-1000 |
| Counsel for Plaintiff JANE DOE | Primary E-Mail: cgarciaperez@smgqlaw.com |
| | Primary E-Mail: glage@smgqlaw.com |

                                Counsels for Plaintiff JANE DOE

By:_____
                       CARLOS A. GARCIA PEREZ

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on May 21, 2026 a true and correct copy of the foregoing was

served on all parties via the CM/ECF filing portal to all counsel of record.

By: _____
                   CARLOS A. GARCIA PEREZ
                   Attorney for Plaintiff