**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Miami Division

JANE DOE,                                                    Case No: 1:25-cv-20757-JB/Torres

     Plaintiff,

vs.

STEVEN K. BONNELL II,

     Defendant.

_____/

## <u>NOTICE OF FILING EXHIBIT</u>

Plaintiff, Jane Doe, hereby gives notice of the filing of New Exhibit C to the Declaration of Joan S. Peters in support of Plaintiff's Opposition to Motion for Summary Judgment [ECF No. 249] and hereby states as follows:

1.     On May 8, 2026, Plaintiff filed her Opposition to Motion for Summary Judgment [ECF No. 247], and the Declaration of Joan S. Peters [ECF No. 249] in support of the motion.

2.     Exhibit C to the Declaration of Joan S. Peters ("Peters Declaration") was submitted with a cover page only [ECF No. 249-3], and proceeded by a Motion to File Under Seal ("Motion") [ECF No. 251].   The Motion requested that Exhibits C [ECF No. 249-3], and also Exhibit A [ECF No. 249-1], be filed under seal. Defendant opposed the Motion [ECF No. 258], after which counsel engaged in further meet and confers regarding the confidentiality designations of these two exhibits.

3.     Plaintiff's Reply in support of her Motion [ECF No. 267] reflects that the parties reached agreement as to the confidentiality designation of Exhibit C [ECF No. 249-3], but not as to Exhibit A [ECF No. 249-1]. Exhibit C [ECF No. 249-3] is excerpts of the deposition transcript

of Defendant. As set forth in the Reply, Plaintiff has withdrawn her sealing request for Exhibit C [ECF No. 249-3].

4.      Accordingly, Plaintiff is now submitting the unredacted version of Exhibit C to Peters Declaration.

WHEREFORE Plaintiff Jane Doe respectfully requests that the Court accept the New Exhibit C attached hereto as the operative exhibit to the Declaration of Joan S. Peters [ECF No. 249].

Dated: May 27, 2026.

**JSP LAW, LLC**
Joan Schlump Peters
(admitted *pro hac vice*)
838 Neapolitan Way, #91
Naples, FL 34103
Tel. 305-299-4759
Email: petersjoan@bellsouth.net
Counsel for Plaintiff JANE DOE

**SANCHEZ-MEDINA GONZALEZ
LAGE GOMEZ & MACHADO, LLP**
CARLOS A. GARCIA PEREZ / Fla Bar 106895
GUSTAVO D. LAGE / Fla Bar 972551
201 Alhambra Circle, Suite 1205
Coral Gables, Florida, 33134
Tel. (305) 377-1000
Primary E-Mail: cgarciaperez@smgqlaw.com
Primary E-Mail: glage@smgqlaw.com
Counsels for Plaintiff JANE DOE

By:_____
            CARLOS A. GARCIA PEREZ

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 27, 2026 a true and correct copy of the foregoing was served on all parties via the CM/ECF filing portal to all counsel of record.

By: _____
            CARLOS A. GARCIA PEREZ
            Attorney for Plaintiff