EXHIBIT "C"
New Exhibit C to DE 249-3

Experts of Defendant's Bonnell Deposition Transcript
Taken 4-30-2026

Steven Bonnell, II                    CONFIDENTIAL
April 30, 2026

Page 99

Q.   So he might have had some information, right?  That's why he was reaching out to you?

A.   He never communicated that to me.

Q.   Well, he's communicating it to you right here, "This is a partial leak.  There is more sexual shit."  Right?

A.   He's absolutely not communicating that. You would need more of this conversation to demonstrate that.

Q.   But at this time the leaks between you and Lauren had already happened; correct?

A.   Yes.

Q.   And -- so, what did you do after that partial leak?  Did you take any steps to protect your private information?

A.   I believe I started to delete my conversation with the Rose account.

Q.   Did you delete the Pxie video from your Discord chat thread with Rose?

A.   I believe I deleted every media post.

Q.   Prior to November 29th?

A.   I believe so, yes.

Q.   So let's be clear.  What exactly did you delete prior to -- between the November 20th partial leak and the November 29th?

Steven Bonnell, II                    CONFIDENTIAL
April 30, 2026

Page 100

A.   I'm not going to have an exact memory of that.

Q.   **Well, give me your best recollection.**

A.   I'm pretty sure I deleted all the media that we had exchanged between the two of us.

Q.   **Between you and Rose?**

A.   Yes.

Q.   **And that would be Discord messages?**

A.   In Discord, yes.

Q.   **Any other?**

A.   No.

Q.   **Twitter?**

A.   You can't delete Twitter messages, so no.

Q.   **So it's your testimony today that you deleted the Pxie video attachment from the Discord chat with Rose prior to November 29th?**

MR. BRETTLER:  Objection.  It misstates the witness's testimony, but you can answer.

THE WITNESS:  Not specifically, but I imagine it would have been deleted, yes.

BY MS. SCHLUMP PETERS:

Q.   **And after the partial leak, Solo**

Steven Bonnell, II                    CONFIDENTIAL
April 30, 2026

Page 199

that was reported in various different articles in November 2023.  Were you aware of that, that there was an issue with that being accessible?

MR. BRETTLER:  Objection.  Vague and ambiguous as to what you're even talking about.

THE WITNESS:  Is this with regards to the submission by the expert witness?

BY MS. SCHLUMP PETERS:

Q.   I'm just asking if you are aware of these security risks that Discord was encountering?

A.   I would need more specificity as to what you mean by "security risks."

Q.   So now, you said that after you sent the Pxie video to Rose in April 2022, you didn't delete it until November 2024; correct?

MR. BRETTLER:  Objection.  It misstates his prior testimony, but you can answer.

THE WITNESS:  Sometime around there, maybe, yeah.

BY MS. SCHLUMP PETERS:

Q.   So, until you deleted it sometime in November of 2024, the video was still available

Steven Bonnell, II                    CONFIDENTIAL
April 30, 2026

Page 220

to show you now what you submitted to the Court, Docket 213-5.

(Plaintiff's Exhibit No. 15 was marked for identification.)

BY MS. SCHLUMP PETERS:

Q.   And what is this document?

A.   This appears to be an exhibit that we attached to whatever Docket Entry 213 is, the fifth exhibit.  It seems to contain a list of files that I sent to the Discord account AbbyMC.

Q.   And then the next page of the same exhibit?

A.   It seems to be some messages back and forth between -- I believe between me and AbbyMC.

Q.   Inbloom1991 is AbbyMC; correct?  That what you represented to the Court.

A.   At the time that the log was produced that could have been her name.

In Discord you can change your username though, so it could have been that name then. She could have been on a different account later or she could have changed this name later as well.

Q.   Okay.  And now look at that page.  And you have highlighted on that page, two Google

Steven Bonnell, II                    CONFIDENTIAL
April 30, 2026

Page 221

Drive links that you sent to Abby on November 3, 2023.  And what is the timestamp on that?

A.   2:39 -- well, it's 2:39 p.m.  I'm not entirely sure which time zone though.  I don't know if this is the entire exhibit.  I'm guessing EST or it could be universal time zone.

Q.   Well, that would be 2:39 p.m., wouldn't it?

MR. BRETTLER:  Objection.  Misstates the prior testimony.

THE WITNESS:  It could be 2:39 p.m. I'm just not entirely sure what time zone.  I'm not 100 percent sure.

BY MS. SCHLUMP PETERS:

Q.   And then what time does Abby say she viewed the videos of Chaeiry and Pxie?

A.   Again, I can't -- I don't know what this -- I can't attest to anything related to this here.  I'm not entirely sure what I'm looking at.

Q.   This screenshot that was submitted to the Court --

A.   I don't know what it's --

Q.   -- and accepted by the Court in evidence.