**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

JANE DOE,                                         Case No: 1:25-cv-20757-JB/Torres

     Plaintiff,

vs.

STEVEN K. BONNELL II,

     Defendant.

_____/

## NOTICE OF FILING EXHIBIT

Plaintiff, Jane Doe, hereby gives notice of the filing of New Exhibit A to the Declaration of Joan S. Peters in support of Plaintiff's Motion for Sanctions for Defendant's Spoilation of Evidence pursuant to FRCP 37(e)(2) [ECF No. 263] and hereby states as follows:

1.     On May 18, 2026, Plaintiff filed a Motion for Sanctions Under FRCP 37(e)(2) [ECF No. 262], and the Declaration of Joan S. Peters [ECF No. 263] in support of the motion.

2.     Exhibit A to the Declaration of Joan S. Peters ("Peters Declaration") was submitted in redacted format with a cover page only [ECF No. 263-1], with the intent to file a motion for leave to file under seal. Exhibit A is excerpts from the deposition transcript of the Defendant. There were three other exhibits that were also filed in redacted format, Exhibits B, C and D [ECF Nos. 263-2, 3, 4].

3.     After the Peters Declaration and exhibits were filed, counsel engaged in meet and confers regarding the confidentiality designations of these four exhibits. Pursuant to those discussions, Plaintiff agreed to not proceed with the filing of a motion to seal Exhibit A, and will only seek leave to file Exhibits B, C and D under seal.

4.      Accordingly, Plaintiff is now submitting the unredacted version of Exhibit A to Peters Declaration.

WHEREFORE the Plaintiff, Jane Doe, respectfully requests that the Court accept New Exhibit A attached hereto as the operative exhibit to the Declaration of Joan S. Peters [ECF No. 263].

Dated: May 28, 2026.

| | |
|---|---|
| **JSP LAW, LLC**<br>Joan Schlump Peters<br>(admitted *pro hac vice)*<br>838 Neapolitan Way, #91<br>Naples, FL 34103<br>Tel. 305-299-4759<br>Email: petersjoan@bellsouth.net<br>Counsel for Plaintiff JANE DOE | **SANCHEZ-MEDINA GONZALEZ**<br>**LAGE GOMEZ & MACHADO, LLP**<br>CARLOS A. GARCIA PEREZ / Fla Bar 106895<br>GUSTAVO D. LAGE / Fla Bar 972551<br>201 Alhambra Circle, Suite 1205<br>Coral Gables, Florida, 33134<br>Tel. (305) 377-1000<br>Primary E-Mail: cgarciaperez@smgqlaw.com<br>Primary E-Mail: glage@smgqlaw.com<br>Counsels for Plaintiff JANE DOE |

By:_____
                CARLOS A. GARCIA PEREZ

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 28, 2026 a true and correct copy of the foregoing was served on all parties via the CM/ECF filing portal to all counsel of record.

By: _____
        CARLOS A. GARCIA PEREZ
        Attorney for Plaintiff