Docusign Envelope ID: 94ADA01A-62A5-8FB9-832B-0222FFEFF35F

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### Case No.: 1:25-cv-20757-JB/Torres

JANE DOE,

     Plaintiff,

v.

STEVEN K. BONNELL II,

     Defendant.

_____ /

## DECLARATION OF STEVEN K. BONNELL II IN OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS UNDER FRCP 37(e)(2)

I, Steven K. Bonnell II declare, pursuant to 28 U.S.C. § 1746 as follows:

1. I am the defendant in the above-captioned action. I am over 18 years of age and competent to provide testimony under oath. I submit this declaration in opposition to Plaintiff's Motion for Spoliation Sanctions [ECF No. 262].

2. As I have maintained from the outset of this case, after receiving Plaintiff's January 2025 preservation demand letter, I took steps to collect and preserve the relevant materials in my possession, custody, or control. Those materials included my Discord communication logs and other electronic communications and media records I understood to be relevant to Plaintiff's threatened litigation. Specifically, with respect to the messages transmitted via Discord, I used the program called Discord Log Exporter to export all relevant messages into an HTML file.

3. I have not taken any action with the intent to deprive Plaintiff of any documents or electronically stored information for use in this case. I preserved and produced true and correct copies of all relevant and responsive materials in my possession, including all of my correspondence with Abbymc. I did not delete, alter, destroy, or conceal any communications with Abbymc.

4.      I also produced all of my communication logs with Abbymc. The so-called "missing" April 2023 and May 2023 Google Drive links referenced in Plaintiff's Motion were included in my document production, dated September 12, 2025.. The document produced and labeled S.B.000016 reflects my correspondence with Abbymc on April 24, 2023, including the Google Drive link I sent her at 7:08 p.m. EDT. The document produced and labeled S.B.000017 reflects my correspondence with Abbymc on May 5, 2023, including the Google Drive link sent at 11:26 p.m. EDT

5.      My inadvertent omission of the April 2023 and May 2023 Google Drive links from Exhibits E to my Motion to Dismiss [ECF No. 132-6] and Motion for Summary Judgment [ECF No. 213-5] was not intentional. While the links were unintentionally omitted from the exhibits, I did not conceal the April 2023 and May 2023 Google Drive links from Plaintiff. I produced them September 12, 2025.

6.      Regardless, the April 2023 and May 2023 Google Drive links referenced in Plaintiff's Motion were not links to the Video at issue in this case. Rather, those links are links to videos of a third-party,  recorded years after the Video depicting Plaintiff. I did not send the Video depicting Plaintiff to Abbymc, or anyone else, after October 1, 2022.

7.      Attached hereto as **Exhibit A** is a true and correct copy of Plaintiff's November 29, 2024 Discord messages to me, in which Plaintiff asked me to "delete any/all videos and such" depicting private material, which was produced in this case and labeled S.B.001442.

8.      Attached hereto as **Exhibit B**  is a true and correct copy of Plaintiff's December 3, 2024 messages to me, in which Plaintiff asked me to "redact dev all the [Discord] logs," which was produced in this case and labeled S.B.001445.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on June 1, 2026 at Miami, Florida.

DocuSigned by:

Steven Bonnell II

Steven. K. Bonnell II

2