# EXHIBIT A



**Pxie** 11/29/2024 9:20 PM
Ok please just make sure to delete any/all videos and such

S.B.001442