# EXHIBIT B

**Avatar** **Pxie** 12/3/2024 3:25 PM
Last thing, you should probably redact dev all the logs
https://kiwifarms.st/threads/steven-bonnell-ii-destiny-destiny-gg.29205/page-1032

> **Steven Bonnell II / Destiny / Destiny.gg**                    Thumbnail
>
> her tweet is more of a disagreement with Destiny
>
> Maybe, another thing about the tweet is how Destiny-coded it is written, no surprise reallly because to remain an orbiter you must become destiny, essentially
>
> using the same played-out misdirection tactic no different than Destiny himself would...

**Avatar**

S.B.001443