**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:25-cv-20757-JB/Torres**

JANE DOE,

      Plaintiff,

v.

STEVEN K. BONNELL II,

      Defendant.

                            /

## DECLARATION OF ANDREW B. BRETTLER IN SUPPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS UNDER FRCP 37(e)(2)

I, Andrew B. Brettler, declare, pursuant to 28 U.S.C. § 1746 as follows:

1.      I am an attorney admitted to practice *pro hac vice* in the above-captioned action. I am a partner at the law firm Berk Brettler LLP in West Hollywood, California. Along with our local counsel at Bilzin Sumberg Baena Price & Axelrod LLP, we represent Defendant Steven K. Bonnell II ("Bonnell"). I have personal knowledge of the matters contained herein and if called upon to testify could offer competent testimony thereto.

2.      I submit this Declaration in opposition to Plaintiff's Motion for Spoliation Sanctions Under FRCP 37(e)(2) [ECF No. 262] (the "Motion").

3.      Attached hereto as **Exhibit A** are true and correct copies of the cited excerpts from the transcript of Bonnell's deposition, dated April 30, 2026.

4.      Attached hereto as **Exhibit B** are true and correct copies of the cited excerpts from the transcript of Plaintiff Jane Doe's deposition, dated April 27, 2026.

5.      Attached hereto as **Exhibit C** are true and correct copies of the cited excerpts from the transcript of Lauren Hayden's deposition, dated December 12, 2025.

2

6.      Attached hereto as **Exhibit D** is a true and correct copy of my September 22, 2025 correspondence with Plaintiff's counsel, Joan Peters, concerning Plaintiff's demand for a forensic examination of Bonnell's devices.

7.      Defendant has incurred substantial attorneys' fees and costs in connection with opposing Plaintiff's Motion. If the Court permits, Bonnell will seek recovery of his reasonable attorneys' fees and costs by separate noticed motion. Attached hereto as **Exhibit E** is a true and correct copy of my May 13, 2026 correspondence with Plaintiff's counsel, in which I informed her of Bonnell's intention to seek such recovery if Plaintiff insisted upon pursuing this untimely and meritless Motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on June 1, 2026 at West Hollywood, California.

/s/  *Andrew B. Brettler*
Andrew B. Brettler

2