# EXHIBIT A

Steven Bonnell, II                    CONFIDENTIAL
April 30, 2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.  1:25-cv-20757-JB/Torres

JANE DOE,

   Plaintiff,

vs.

STEVEN K. BONNELL II,

   Defendant.

_____/

CONFIDENTIAL

Video-RECORDED DEPOSITION OF

STEVEN K. BONNELL II

Thursday, April 30, 2026
10:16 a.m. - 6:19 p.m.

201 ALHAMBRA CIRCLE, SUITE 1205
CORAL GABLES, FLORIDA

- - -

Reported By:

Katiana Louis
Notary Public, State of Florida
Miami Office #448104

Steven Bonnell, II                    CONFIDENTIAL
April 30, 2026

Page 2

APPEARANCES:

On behalf of the Plaintiff:

JSP LAW, LLC
838 Neapolitan Way, #91
Naples, Florida 34103
(305) 299-4759

By:  JOAN SCHLUMP PETERS, ESQUIRE
     Petersjoan@bellsouth.net


SANCHEZ-MEDINA, GONZALEZ, QUESADA, LAGE, GOMEZ &
MACHADO, LLP
201 Alhambra Circle, Suite 1205
Coral Gables, Florida 33134
(305) 377-1000

By:  VICTOR CORRIAS, ESQUIRE
     Vcorrias@smgqlaw.com

     CARLOS GARCIA PEREZ, ESQUIRE
     Cgarciaperez@smgqlaw.com


On behalf of the Defendant:

BERK BRETTLER LLP
9119 West Sunset Boulevard
West Hollywood, California 90069
(310) 278-2111

By:  ANDREW BRAD BRETTLER, ESQUIRE
     Abrettler@berkbrettler.com

     JOEL SICHEL, ESQUIRE
     Jsichel@berkbrettler.com


Also Present:
MARIA LUGO, Videographer
ANDREA GARCIA
DANI GARCIA

Steven Bonnell, II                    CONFIDENTIAL
April 30, 2026

Page 202

related to this litigation?

A.    Not that I can recall specifically.

Q.    And you are aware that a third-party archive, RustleSearch, exists for Destiny DGG Chat?

A.    Sure.  A third-party archive can exist for anything, yes.

Q.    And did you review those logs to ensure that the DGG data you produced in discovery matches what is publicly archived?

MR. BRETTLER:  Vague and ambiguous as to what you mean by those logs, but if you understand, you can answer.

THE WITNESS:  I have produced everything that I was asked to produce. Everything that was in my possession, I was able to, I produced.  I can't speak to anything that is archived or managed by a third party online.  I don't have control over those archivers or over who is archiving what.

BY MS. SCHLUMP PETERS:

Q.    That wasn't the question.  I just asked if you reviewed the RustleSearch archives to see if they corresponded with what you were

Steven Bonnell, II                  CONFIDENTIAL
April 30, 2026

Page 217

You can answer.  Don't guess.

THE WITNESS:  I can't think off the top of my head how I deleted these messages.

BY MS. SCHLUMP PETERS:

Q.   But you didn't archive them?

A.   I don't know off the top of my head if I did or did not archive them.  I would have to go back and check.  I would have to go back and check.  I can't recall off the top of my head right now.

Q.   You thought you had archived them?

A.   The messages with Abby, I believe.

Q.   So if you did archive them, you would still have them available to you to produce; correct?

A.   Correct, they would have already been produced for this case.

Q.   We want to look at your September 19th declaration and also your January 30th declaration, which I believe you have.

Do you have those two declarations?

A.   Yes.

Q.   So in your September 19th declaration, ECF132-1 at paragraph 9 --

Steven Bonnell, II                CONFIDENTIAL
April 30, 2026

Page 222

A.   So I mean, I'm not entirely what it's a screenshot of though.

**Q.   Well, it's a message by Abby.  You understand that; right?  And she's saying that she received a sex tape of both Chaeiry and Pxie and she sends that message at 10:41 a.m., but you didn't send these two videos until 2:39 p.m. that same day.**

MR. BRETTLER:  Objection, to the extent that it misstates the witness's prior testimony regarding the time zone, but you can answer.

THE WITNESS:  I can attest to the production that I gave for this case.  I produced everything that was within my power to produce that I archived.  I can't -- I don't know what I'm looking at here.  This was presented to me as an unredacted screenshot of some Discord conversations, but for instance, I can't read any of the message at 10:42 a.m. on this page.  So I'm not sure what "unredacted" means.  And there are huge chunks missing so I don't even know if this is even Discord.  I just -- I can't

Steven Bonnell, II                    CONFIDENTIAL
April 30, 2026

Page 226

You can clarify it and give your

response.

THE WITNESS:  So I believe I was

asked what would be a reason for there

to be no messages on my side.  I think

one of the things I said was it could

have been that I deleted it.  Another

could have been that I archived it.

I believe for Abby's messages, I

think I archived everything that we had

before they were removed from Discord,

so I have an archived -- a true and

correct copy of our messages.

MR. BRETTLER:  And I will state for

the record that we produced those

documents.  You are only showing the

witness a select document with one-sided

conversations.  There are two-sided

conversation documents.

MS. SCHLUMP PETERS:  Excuse me.

I'm asking the questions.

MR. BRETTLER:  Okay.  Go ahead.

BY MS. SCHLUMP PETERS:

Q.  So if you had them archived, why didn't

you present it as a complete document with both

Steven Bonnell, II                    CONFIDENTIAL
April 30, 2026

Page 227

sides of the conversation?

MR. BRETTLER:  Objection.  It calls for speculation and to the extent that it --

MS. SCHLUMP PETERS:  He produced the document.

MR. BRETTLER:  Excuse me.  We produced the documents on his behalf.

And to the extent that it calls for attorney-client privilege, I instruct you not to answer.

THE WITNESS:  I mean, one of the exhibits that you had me look at earlier for Docket Entry 213, Exhibit E, I do see part of a conversation produced from both sides.  So my understanding is that I did produce both sides of the conversation with me and Abby for as much as I was requested to and as many as I had.

Can I ask for a quick clarification.  On an earlier question you presented that Abby screenshot.  You said that was the unredacted version.  Does redaction refer to a thing that

Steven Bonnell, II                    CONFIDENTIAL
April 30, 2026

Page 372

CERTIFICATE OF OATH

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

I, the undersigned Notary Public, in and for the State of Florida, hereby certify that STEVEN K. BONNELL II personally appeared before me on April 30, 2026, and was duly sworn by me.

WITNESS my hand and official seal this 30th day of April, 2026.

*Katiana Louis*
_____

KATIANA LOUIS
Notary Public-State of Florida
COMMISSION #HH 443618
EXPIRES September 13, 2027

Steven Bonnell, II                    CONFIDENTIAL
April 30, 2026

Page 373

REPORTER'S DEPOSITION CERTIFICATE

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

            I, Katiana Louis, do hereby certify that
I was authorized to and did stenographically
report the foregoing deposition; and that the
transcript is a true and correct transcription of
the testimony given by the witness; and that the
reading and signing of the deposition were not
waived.

            I further certify that I am not a
relative, employee, attorney or counsel of any of
the parties, nor am I a relative or employee of
any of the parties' attorney or counsel connected
with the action, nor am I financially interested
in the action.

            Dated this 30th day of April, 2026.


                    *Katiana Louis*
                    Katiana Louis