# EXHIBIT B

[Filed Under Seal]
Deposition Transcript of Jane Doe