# EXHIBIT C

[Filed Under Seal]
Deposition Transcript of Lauren Hayden