**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

MIAMI DIVISION

JANE DOE, Case No: 1:25-cv-20757-JB/Torres

Plaintiff,

vs.
STEVEN K. BONNELL II,

Defendant.
_________________________________/

**PLAINTIFF'S NOTICE OF FILING SUPPLEMENTAL DECLARATIONS IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS UNDER FED. R. CIV. P. 37(e)(2)**

PLEASE TAKE NOTICE that Plaintiff Jane Doe, by and through undersigned counsel, hereby files the following supplemental evidence in support of her Motion for Sanctions Under Federal Rule of Civil Procedure 37(e)(2) for Defendant's Spoliation of Evidence [ECF No. 262] (the "Motion"):

1. The Supplemental Declaration of Jesus F. Peña, attached as Exhibit 1;

2. The Supplemental Declaration of Joan S. Peters, attached as Exhibit 2; and

3. The Declaration of Witness C, attached as Exhibit 3 in redacted form, together with the exhibit thereto. A motion for leave to file the unredacted version of Exhibit 3 under seal is filed herewith.

The foregoing evidence was obtained by Plaintiff after Defendant's deposition and after the close of fact discovery, and was not available to Plaintiff at the time the Motion was filed. It bears directly on the matters raised in the Motion — namely, Defendant's failure to preserve and produce responsive electronically stored information — and is submitted so that the Court may consider a complete record at the hearing on the Motion.

Respectfully submitted,

Dated: August 17, 2026.

**JSP LAW, LLC**
Joan Schlump Peters
(admitted *pro hac vice)*
838 Neapolitan Way, #91
Naples, FL 34103
Tel. 305-299-4759
Email: petersjoan@bellsouth.net
Counsel for Plaintiff JANE DOE

**SANCHEZ-MEDINA GONZALEZ**
**LAGE GOMEZ & MACHADO, LLP**
CARLOS A. GARCIA PEREZ / Fla Bar 106895
GUSTAVO D. LAGE / Fla Bar 972551
201 Alhambra Circle, Suite 1205
Coral Gables, Florida, 33134
Tel. (305) 377-1000
Primary E-Mail: cgarciaperez@smgqlaw.com
Primary E-Mail: glage@smgqlaw.com
Counsels for Plaintiff JANE DOE

By:________________________________
CARLOS A. GARCIA PEREZ

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 17, 2026 a true and correct copy of the foregoing was served on all parties via the CM/ECF filing portal to all counsel of record.

By: __________________________
CARLOS A. GARCIA PEREZ
Attorney for Plaintiff