EXHIBIT 3

Declaration of WITNESS C
Filed Under Seal