**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:25-cv-20757-JB/Torres**

JANE DOE,

Plaintiff,

v.

STEVEN K. BONNELL II,

Defendant.

_____________________________/

**DECLARATION OF STEVEN K. BONNELL II IN SUPPPORT OF EVIDENTIARY OBJECTIONS TO WITNESS C'S DECLARATION**

I, Steven K. Bonnell II declare, pursuant to 28 U.S.C. § 1746 as follows:

1. I am the defendant in the above-captioned action. I am over 18 years of age and competent to provide testimony under oath. I submit this declaration in support of my objections to Plaintiff's supplemental declarations filed on August 17, 2026.

2. The individual Plaintiff refers to as "Witness C" is my former girlfriend. I knew her online as "wigglewip," "[redacted]," and "[redacted]." I refer to her herein as "Witness C."

3. On November 29, 2024, approximately twenty-seven private sexually explicit videos involving me and various other people were published on Kiwi Farms without my knowledge or consent. I was extremely stressed, upset, and confused that night.

4. At that time, I did not anticipate that Plaintiff would file a lawsuit against me. Indeed, Plaintiff herself shared the Video with at least one other person, and shortly after the leak, Plaintiff and I worked together to attempt to remove the Video from the Internet. No one had threatened me with litigation or informed me that Plaintiff intended to sue me. I did not receive a preservation demand from Plaintiff's counsel until months later on January 22, 2025.

5. Plaintiff served her First Request for Production on May 5, 2025. Request for Production No. 13 sought "[e]ach and every publicly or privately posted comment or statement or media content" that I had made about Plaintiff or relating to the allegations or my affirmative defenses "*since January 1, 2025 to date*." (*See* Sichel Decl. Ex. B.) The communications with Witness C upon which Plaintiff now relies are dated November 29, 2024.

6. After Plaintiff's counsel recently raised the issue of my communications with Witness C, I searched Discord for her account using the names and usernames I knew her to use, including "wigglewip," "[redacted]," and "[redacted]." I could not locate or access her account or any message history with her. Based on what Discord displayed, it appeared that her account had either been deleted or was no longer visible to me because she had blocked me. I did not intentionally withhold communications with Witness C from my document production, as they are not in my possession, custody, or control. When Plaintiff's counsel recently raised those communications, I searched for them as described above and was unable to locate them. True and correct screenshots reflecting my online searches are attached hereto as **Exhibit A**.

7. Plaintiff's counsel also recently asserted that I sent a Facebook message in to an account purportedly associated with the individual referred to in this litigation as "Rose."

8. In response, on August 6, 2026, I searched for that purported correspondence and was unable to locate it. I have no Facebook communications with "Rose" in my possession, custody, or control.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on August 18th 2026.

DocuSigned by:
Steven Bonnell II
46F2925DFC594BC
Steven. K. Bonnell II