# EXHIBIT A

[redacted]

Lady Stoñe Heart athania0954_56928

Blackxyamato blackxyamato

classy_name raebor

lucasjsynthhead lucasjsynthhead

Planet of [redacted] GAME PROFILE

Planet of [redacted] Demo GAME PROFILE

Planet of [redacted] II: Children of the Leaf GAME PROFILE

**PROTIP:** Start searches with @ # ! * $ to narrow results. Learn more

[redacted]



Can't seem to find what you're looking for?
Learn more about Quick Switcher

**PROTIP:** Start searches with @ # ! * $ to narrow results. Learn more


wigglewip
Can’t seem to find what you’re looking for?
Learn more about Quick Switcher
PROTIP: Start searches with @ # ! * $ to narrow results. Learn more