**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

JANE DOE, CASE NO.: 1:25-cv-20757-JB

Plaintiff,

v.

STEVEN K. BONNELL, II,

Defendant
_________________________________/

**PLAINTIFF'S NOTICE OF FILING IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS UNDER FRCP 37(e)(2) FOR DEFENDANT'S SPOLIATION OF EVIDENCE**

Pursuant to this Court's instructions during the hearing held on August 19, 2026, on Plaintiff, JANE DOE's (the "Plaintiff") Motion for Sanctions Under FRCP 37(e)(2) for Defendant's Spoliation of Evidence [ECF No. 262], Plaintiff hereby files the following documents:

1. Transcript of Defendant, Steven K. Bonnell, II's Deposition;
2. Expert Report of Jesus Pena;
3. Defendant Steven K. Bonnell's Responses and Objections to Plaintiff Jane Doe's First Set of Requests for Production of Documents;
4. Defendant Steven K. Bonnell's Responses and Objections to Plaintiff Jane Doe's Second Set of Requests for Production of Documents;
5. Defendant Steven K. Bonnell's Responses to Plaintiff Jane Doe's Third Set of Request for Production of Documents.

Respectfully submitted,

SANCHEZ-MEDINA, GONZALEZ,
LAGE, GOMEZ & MACHADO LLP
*Co-Counsel for Plaintiff, Jane Doe*
201 Alhambra Circle, Suite 1205
Miami, FL 33134
Telephone: (305) 377-1000
Telecopier: (855) 327-0391
Email: glage@smgqlaw.com;
alopez@smgqlaw.com

By: *_/s/Gustavo D Lage_*
GUSTAVO D. LAGE, ESQ.
Florida Bar No. 972551

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 20, 2026, a true and correct copy of the foregoing was served on all parties via the CM/ECF filing portal to all counsel of record.

SANCHEZ-MEDINA, GONZALEZ,
LAGE, GOMEZ & MACHADO LLP

By: *_/s/Gustavo D Lage_*
GUSTAVO D. LAGE, ESQ.
Florida Bar No. 972551