**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

JANE DOE, CASE NO.: 1:25-cv-20757-JB

Plaintiff,

v.

STEVEN K. BONNELL, II,

Defendant
_________________________________/

**PLAINTIFF'S NOTICE OF DOCKET ENTRIES IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS UNDER FRCP 37(e)(2) FOR DEFENDANT'S SPOLIATION OF EVIDENCE**

Pursuant to the Court's instructions during the hearing held on August 19, 2026, on Plaintiff Jane Doe's ("Plaintiff") Motion for Sanctions Under FRCP 37(e)(2) for Defendant's Spoliation of Evidence [ECF No. 262] ("Motion for Spoliation"), Plaintiff hereby gives notice of the following docket entries which were relied on by the Plaintiff in support of her Motion for Spoliation, and should be considered by the Court:

1. ECF No. 21: Plaintiff Jane Doe's Motion for Temporary Restraining Order and Preliminary Injunction.
2. ECF No. 21-1: Unsworn Statement Under Penalty of Perjury of Plaintiff Jane Doe in support of Motion for Temporary Restraining Order.
3. ECF No. 21-2: Unsworn Statement Under Penalty of Perjury of Hannah Daniels Brooke in support of Motion for Temporary Restraining Order.
4. ECF No. 42-1: Declaration of Steven K. Bonnell, II in Opposition to Plaintiff Jane Doe's Motion for Preliminary Injunction.

5. ECF No. 42-2: Exhibit A to Declaration of Steven K. Bonnell, II in Opposition to Plaintiff Jane Doe's Motion for Preliminary Injunction.
6. ECF No. 49-1: Unsworn Statement Under Penalty of Perjury of Plaintiff Jane Doe in Response to Defendant's Opposition to Motion for Preliminary Injunction.
7. ECF No. 49-2: Unsworn Statement Under Penalty of Perjury of Abbymc in Response to Defendant's Opposition to Motion for Preliminary Injunction.
8. ECF No. 49-4: Unsworn Statement Under Penalty of Perjury of Witness A in Response to Defendant's Opposition to Motion for Preliminary Injunction.
9. ECF No. 49-5: Unsworn Statement Under Penalty of Perjury of Witness B in Response to Defendant's Opposition to Motion for Preliminary Injunction.
10. ECF No. 86-1: Exhibit 1 to Plaintiff Jane Doe's Motion to File Redacted Evidence.
11. ECF No. 139-1: Declaration of Jesus Peña in Support of Plaintiff's Opposition to Motion to Dismiss Amended Complaint for Lack of Subject Matter Jurisdiction Pursuant to Rule 12(b)(1).
12. ECF No. 150: Plaintiff's Motion to Submit Audio Files Conventionally in Connection with Opposition to Motion to Dismiss.
13. ECF No. 184: Plaintiff Jane Doe's Motion to Modify the Scheduling Order.
14. ECF No. 190: Plaintiff Jane Doe's Supplement to Motion to Modify the Scheduling Order.
15. ECF No. 213: Declaration of Defendant Bonnell in Support of Motion for Summary Judgment.
16. ECF No. 213-5: Exhibit E to Declaration of Defendant Bonnell in Support of Motion for Summary Judgment [ECF No. 213].

17. ECF No. 216: Plaintiff's Rule 56(d) Motion to Deny or Defer Motion for Summary Judgment.
18. ECF No. 220: Plaintiff Jane Doe's Reply in Support of Rule 56(d) Motion to Deny or Defer Motion for Summary Judgment.
19. ECF No. 227: Plaintiff Jane Doe's Verified Motion for Continuance of Trial.
20. ECF No. 249-1: Declaration of Abbymc, dated April 30, 2026.
21. ECF No. 249-2: Expert Report of Jesus Peña.
22. ECF No. 263: Declaration of Joan S. Peters in support of Plaintiff's Motion for Spoliation;
23. ECF Nos. 263-1 – 263-12: Exhibits A-L to the Declaration of Joan S. Peters [ECF No. 263];
24. ECF No. 275: Plaintiff Jane Doe's Reply in Support of Motion for Sanctions Under FRCP 37(e)(2) for Defendant's Spoliation of Evidence.
25. ECF No. 276: Declaration of Joan S. Peters in support of Plaintiff's Reply in Support of Motion for Sanctions for Defendant's Spoliation of Evidence.
26. ECF No. 276-1: Exhibit A to Declaration of Joan S. Peters [ECF No. 276].
27. ECF Nos. 285-1 – 285-2: Exhibits 1 and 2 to Plaintiff's Notice of Filing Supplemental Declarations in Support of Plaintiff's Motion for Sanctions.
28. ECF No. 288: Declaration of Witness C in Support of Plaintiff's Motion for Sanctions.

Respectfully submitted,

SANCHEZ-MEDINA, GONZALEZ,
LAGE, GOMEZ & MACHADO LLP
*Co-Counsel for Plaintiff, Jane Doe*
201 Alhambra Circle, Suite 1205
Miami, FL 33134
Telephone: (305) 377-1000
Telecopier: (855) 327-0391
Email: glage@smgqlaw.com;
alopez@smgqlaw.com

By: */s/Gustavo D Lage*
GUSTAVO D. LAGE, ESQ.
Florida Bar No. 972551

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 24, 2026, a true and correct copy of the foregoing was served on all parties via the CM/ECF filing portal to all counsel of record.

SANCHEZ-MEDINA, GONZALEZ,
LAGE, GOMEZ & MACHADO LLP

By: */s/Gustavo D Lage*
GUSTAVO D. LAGE, ESQ.
Florida Bar No. 972551