**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

JANE DOE, CASE NO.: 1:25-cv-20757-JB

Plaintiff,

v.

STEVEN K. BONNELL, II,

Defendant
_________________________________/

**PLAINTIFF'S NOTICE OF DOCKET ENTRIES IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to the Court's instructions during the hearing held on August 19, 2026, Plaintiff Jane Doe ("Plaintiff"), by and through undersigned counsel, hereby gives notice of the following docket entries which were relied on by the Plaintiff in support of her Opposition to Defendant's Motion for Summary Judgment [ECF No. 247] and which the Court should consider:

1. ECF No. 21-1: Unsworn Statement Under Penalty of Perjury of Plaintiff Jane Doe in support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction.
2. ECF No. 21-2: Unsworn Statement Under Penalty of Perjury of Hannah Daniels Brooke in support of Motion for Temporary Restraining Order.
3. ECF No. 42-1: Declaration of Steven K. Bonnell, II in Opposition to Plaintiff Jane Doe's Motion for Preliminary Injunction.
4. ECF No. 49-1: Unsworn Statement Under Penalty of Perjury of Plaintiff Jane Doe in response to Defendant's Opposition to Motion for Preliminary Injunction.

5. ECF No. 49-2: Unsworn Statement Under Penalty of Perjury of Abbymc in response to Defendant's Opposition to Motion for Preliminary Injunction.
6. ECF No. 49-4: Unsworn Statement Under Penalty of Perjury of Witness A in response to Defendant's Opposition to Motion for Preliminary Injunction.
7. ECF No. 49-5: Unsworn Statement Under Penalty of Perjury of Witness B in Response to Defendant's Opposition to Motion for Preliminary Injunction.
8. ECF No. 86-1: Exhibit 1 to Plaintiff Jane Doe's Motion to File Redacted Evidence.
9. ECF No. 90: Transcript of Hearing held on June 3, 2025.
10. ECF No. 110: Plaintiff's Reply in Support of Motion for Leave to File Amended Complaint.
11. ECF No. 119: Order on Motion for Leave to Amend Complaint.
12. ECF No. 139: Plaintiff Jane Doe's Opposition for Defendant Bonnell's Motion to Dismiss Complaint.
13. ECF No. 139-1: Declaration of Jesus Peña in Support of Plaintiff's Opposition to Motion to Dismiss Amended Complaint for Lack of Subject Matter Jurisdiction Pursuant to Rule 12(b)(1).
14. ECF No. 147-1: Amendment to Declaration of Jesus Peña.
15. ECF No. 150: Plaintiff's Motion to Submit Audio Files Conventionally in Connection with Opposition to Motion to Dismiss.
16. ECF No. 213: Declaration of Defendant Bonnell in Support of Motion for Summary Judgment.
17. ECF Nos. 213-4 – 213-6: Exhibits D-F to Declaration of Defendant Bonnell in Support of Motion for Summary Judgment.

18. ECF No. 231: Plaintiff Jane Doe's Opposition to Defendant's Omnibus Motion in Limine.
19. ECF No. 231-1: Declaration of Joan S. Peters in Support of Plaintiff Jane Doe's Opposition to Defendant's Omnibus Motion in Limine.

Respectfully submitted,

SANCHEZ-MEDINA, GONZALEZ,
LAGE, GOMEZ & MACHADO LLP
*Co-Counsel for Plaintiff, Jane Doe*
201 Alhambra Circle, Suite 1205
Miami, FL 33134
Telephone: (305) 377-1000
Telecopier: (855) 327-0391
Email: glage@smgqlaw.com;
alopez@smgqlaw.com

By: */s/Gustavo D Lage*
GUSTAVO D. LAGE, ESQ.
Florida Bar No. 972551

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 24, 2026, a true and correct copy of the foregoing was served on all parties via the CM/ECF filing portal to all counsel of record.

SANCHEZ-MEDINA, GONZALEZ,
LAGE, GOMEZ & MACHADO LLP

By: */s/Gustavo D Lage*
GUSTAVO D. LAGE, ESQ.
Florida Bar No. 972551