**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

JANE DOE, CASE NO.: 1:25-cv-20757-JB

Plaintiff,

v.

STEVEN K. BONNELL, II,

Defendant
_________________________________/

**PLAINTIFF JANE DOE'S NOTICE**
**REGARDING DOCUMENTS THAT SHOULD BE UNSEALED**

Pursuant to this Court's instructions during the hearing held on August 19, 2026 [ECF No. 292], Plaintiff Jane Doe, by and through undersigned counsel, hereby gives notice of her agreement to the unsealing of the docket entries identified in Defendant Steven K. Bonnell, II's Notice of Documents that Should be Unsealed [ECF No. 294], provided that these docket entries are redacted pursuant to the Protective Orders entered by this Court [ECF No. 6, 7 and 116].

Respectfully submitted,

SANCHEZ-MEDINA, GONZALEZ,
LAGE, GOMEZ & MACHADO LLP
*Co-Counsel for Plaintiff, Jane Doe*
201 Alhambra Circle, Suite 1205
Miami, FL 33134
Telephone: (305) 377-1000
Telecopier: (855) 327-0391
Email: glage@smgqlaw.com;
alopez@smgqlaw.com

By: */s/Gustavo D Lage*
GUSTAVO D. LAGE, ESQ.
Florida Bar No. 972551

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 24, 2026, a true and correct copy of the foregoing was served on all parties via the CM/ECF filing portal to all counsel of record.

SANCHEZ-MEDINA, GONZALEZ,
LAGE, GOMEZ & MACHADO LLP

By: *_/s/Gustavo D Lage_*
GUSTAVO D. LAGE, ESQ.
Florida Bar No. 972551