**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Miami Division

**JANE DOE**, Case No: 1:25-cv-20757-JB/Torres

Plaintiff,

vs.

**STEVEN K. BONNELL II**,

Defendant.

_______________________________________/

**PLAINTIFF'S NOTICE OF FILING REDACTED EXHIBITS**

Pursuant to this Court's instructions during the hearing held on August 19, 2026 on Plaintiff Jane Doe's Motion for Sanctions Under FRCP 37(e)(2) for Defendant's Spoliation of Evidence [ECF No. 262], Plaintiff hereby files the following redacted documents (previously filed at ECF No. 293 and sealed):

1. Transcript of Defendant Bonnell's Deposition (under seal at ECF 293-1);
2. Defendant Bonnell's Response to Plaintiff's Third Set of Request for Production of Documents (under seal at ECF 293-5).

Respectfully submitted,

**JSP LAW, LLC**
Joan Schlump Peters
(admitted *pro hac vice)*
4819 W. Blvd. Ct.
Naples, FL 34103
Tel. 305-299-4759
Email: petersjoan@bellsouth.net
Counsel for Plaintiff

**SANCHEZ-MEDINA GONZALEZ LAGE GOMEZ & MACHADO, LLP**
CARLOS A. GARCIA PEREZ
Florida Bar No. 106895
GUSTAVO D. LAGE
Florida Bar No. 972551
201 Alhambra Circle, Suite 1205
Coral Gables, Florida, 33134
Tel.: (305) 377-1000
Primary E-Mail: cgarciaperez@smgqlaw.com
Primary E-Mail: glage@smgqlaw.com

By: *__/s/ Carlos A. Garcia Perez__*
CARLOS A. GARCIA PEREZ
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 4, 2026 a true and correct copy of the foregoing was served on all parties via the CM/ECF filing portal to all counsel of record.

By: *__/s/ Carlos A. Garcia Perez__*
CARLOS A. GARCIA PEREZ
Florida Bar No. 106895