**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:25-cv-20757-JB/Torres**

JANE DOE,

Plaintiff,

v.

STEVEN K. BONNELL II,

Defendant.

_____________________________/

# JOINT MOTION FOR LEAVE TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM FOR OCTOBER 2, 2026 EVIDENTIARY HEARING

Plaintiff, Jane Doe, and Defendant, Steven K. Bonnell II (together, the "Parties") jointly move for leave to bring electronic equipment into the courtroom for the October 2, 2026 evidentiary hearing on Plaintiff's Motion for Sanctions under FRCP 37(e)(2) for Defendant's Spoliation of Evidence [D.E. 262]. In connection with the upcoming evidentiary hearing, the Parties respectfully request that their counsel and counsel's tech consultants be permitted to bring the following electronic equipment into the courtroom. The use of this equipment will aid the Parties' counsel in their presentation to the Court.

## A. Plaintiff

1. Joan Schlump Peters, Plaintiff's Counsel: Cell phone and Laptop
2. Carlos A. Garcia Perez, Plaintiff's Counsel: Cell phone and Laptop
3. Gustavo D. Lage, Plaintiff's Counsel: Cell phone and Laptop
4. Patrick Perez, Plaintiff's Counsel: Cell phone and Laptop
5. Andrea Garcia, Plaintiff's Counsel: Cell phone and Laptop
6. Jesus Peña, Plaintiff's Counsel's Expert: Cell phone and Laptop

**B. <u>Defendant</u>**

1. Andrew B. Brettler, Defendant's Counsel: Cell phone and Laptop
2. Joel Sichel, Defendant's Counsel: Cell phone and Laptop
3. Michael S. Morgan, Defendant's Counsel: Cell phone and Laptop
4. Christopher Fleites, Defendant's Counsel's Tech Consultant: Cell phone, Laptop with charger, 18.5" Portable Monitor, HDMI Switch, HDMI Splitter, HDMI Cables, Speakers

WHEREFORE, the Parties respectfully request that the Court enter an order allowing the Parties' counsel and tech consultants to bring the aforementioned electronic equipment into the courtroom for the October 2, 2026 evidentiary hearing, together with such other and further relief as the Court deems necessary and appropriate.

Dated: September 30, 2026,

**SANCHEZ-MEDINA GONZALEZ LAGE GOMEZ & MACHADO, LLP**
Carlos A. Garcia Perez
Florida Bar No. 106895
Gustavo D. Lage
Florida Bar No. 972551
201 Alhambra Circle, Suite 1205
Coral Gables, Florida, 33134
Tel.: (305) 377-1000
Primary E-Mail: cgarciaperez@smgqlaw.com
Primary E-Mail: glage@smgqlaw.com

By: *<u>/s/ Carlos A. Garcia Perez</u>*
Carlos A. Garcia Perez

and

**JSP LAW, LLC**
Joan Schlump Peters
(admitted pro hac vice)
838 Neapolitan Way, #91
Naples, FL 34103

Respectfully submitted,

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131
Tel.: (305) 374-7580
Fax: (305) 374-7593

By: <u>/s/ *Michael S. Morgan*</u>
Michael S. Morgan
Florida Bar No.: 1061173
mmorgan@bilzin.com

and

**BERK BRETTLER LLP**
9119 West Sunset Blvd.
West Hollywood, CA 90069-3106
Tel: (310) 278-2111

Tel. 305-299-4759
Email: petersjoan@bellsouth.net

*Counsel for Plaintiff*

By: /s/ *Andrew B. Brettler*
Andrew Brad Brettler
California Bar No.: 262928
abrettler@berkbrettler.com
Jake A. Camara
California Bar No.: 305780
jcamara@berkbrettler.com
Joel Sichel
California Bar No.: 361148
jsichel@berkbrettler.com
(admitted *pro hac vice*)

*Counsel for Steven K. Bonnell II*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 30, 2026, a true and correct copy of the foregoing was served on all parties via electronic transmission to counsel of record for these parties.

By: /s/ *Michael S. Morgan*
Michael S. Morgan

**SERVICE LIST**
*Jane Doe v. Steven K. Bonnell II*
*Case No.: 1:25-cv-20757-JB*

Carlos A. Garcia Perez, Esq. Sanchez-Medina, Gonzalez, Quesada, Lage, Gomez & Machado, LLP 201 Alhambra Circle, Suite 1205 Coral Gables, Florida, 33134
Email: cgarciaperez@smgqlaw.com

*Counsel for Jane Doe*

Joan Schlump Peters, Esq.
JSP LAW, LLC
838 Neapolitan Way, #91, Naples, FL 34103
Email: petersjoan@bellsouth.net