**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:25-cv-20757-JB/Torres**

JANE DOE,

Plaintiff,

v.

STEVEN K. BONNELL II,

Defendant.

______________________________/

**ORDER GRANTING JOINT MOTION FOR LEAVE TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM FOR OCTOBER 2, 2026 EVIDENTIARY HEARING**

THIS CAUSE comes before the Court on the Parties' Joint Motion for Leave to Bring Electronic Equipment into the Courtroom. It is hereby **ORDERED AND ADJUDGED** that:

1. The Joint Motion is **GRANTED**; and

2. Counsel and their tech consultants are permitted to bring electronic equipment into the Courtroom for the evidentiary hearing on Plaintiff's Motion for Sanctions under FRCP 37(e)(2) for Defendant's Spoliation of Evidence [D.E. 262], scheduled for Friday, October 2, 2026, at 8:30 a.m., as set forth below:

**A. Plaintiff**

1. Joan Schlump Peters, Plaintiff's Counsel: Cell phone and Laptop
2. Carlos A. Garcia Perez, Plaintiff's Counsel: Cell phone and Laptop
3. Gustavo D. Lage, Plaintiff's Counsel: Cell phone and Laptop
4. Patrick Perez, Plaintiff's Counsel: Cell phone and Laptop
5. Andrea Garcia, Plaintiff's Counsel: Cell phone and Laptop
6. Jesus Peña, Plaintiff's Counsel's Expert: Cell phone and Laptop

**B. <u>Defendant</u>**

1. Andrew B. Brettler, Defendant's Counsel: Cell phone and Laptop
2. Joel Sichel, Defendant's Counsel: Cell phone and Laptop
3. Michael S. Morgan, Defendant's Counsel: Cell phone and Laptop
4. Christopher Fleites, Defendant's Counsel's Tech Consultant: Cell phone, Laptop with charger, 18.5" Portable Monitor, HDMI Switch, HDMI Splitter, HDMI Cables, Speakers

**DONE AND ORDERED** in Chambers in Miami, this ____ day of October, 2026

_________________________________
HON. JACQUELINE BECERRA
United States District Judge

cc: Counsel of Record