**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 25-cv-20757-JB/Torres**

JANE DOE,

Plaintiff,

v.

STEVEN BONNELL II,

Defendant.

_____________________________________/

**ORDER GRANTING PARTIES' JOINT MOTION**
**TO USE ELECTRONIC EQUIPMENT DURING HEARING**

**THIS CAUSE** comes before the Court upon the Parties' Joint Motion for Leave to Bring Electronic Equipment Into the Courtroom for the October 2, 2026, Evidentiary Hearing. ECF No. [307]. Upon due consideration of the Motion and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that the Motion, ECF No. [307], is **GRANTED**. The following individuals are permitted to bring the following electronic equipment into the Courthouse and Courtroom 11-4 for the hearing on October 2, 2026:

| | |
|---|---|
| Joan Schlump Peters | Cell Phone<br>Laptop |
| Carlos A. Garcia Perez | Cell Phone<br>Laptop |
| Gustavo D. Lage | Cell Phone |

| | |
|---|---|
| | Laptop |
| Patrick Perez | Cell Phone<br>Laptop |
| Andrea Garcia | Cell Phone<br>Laptop |
| Jesus Peña | Cell Phone<br>Laptop |
| Andrew B. Brettler | Cell Phone<br>Laptop |
| Joel Sichel | Cell Phone<br>Laptop |
| Michael S. Morgan | Cell Phone<br>Laptop |
| Christopher Fleites | Cell Phone<br>Laptop with charger<br>18.5" Portable Monitor<br>HDMI Switch<br>HDMI Splitter<br>HDMI Cables<br>Speakers |

**DONE AND ORDERED** in Miami, Florida this 1st day of October, 2026.

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**